# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**EARL PETERS, ET AL.**                                         **CIVIL ACTION**

**VERSUS**

                                                                **NO. 16-842-SDD-RLB**

**RAMAN SINGH, ET AL.**

## AMENDED SCHEDULING ORDER

Considering Plaintiffs' Consent Motion to Extend the Discovery Deadline (R. Doc. 63) filed on March 5, 2018, and for good cause shown;

**IT IS ORDERED** that the Motion is **GRANTED**. In accordance with Federal Rule of Civil Procedure 16(b)(4), the deadline for filing all discovery motions and completing all discovery except experts is extended to **June 15, 2018.** All other deadlines remain unchanged.

Signed in Baton Rouge, Louisiana, on March 8, 2018.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**