## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **EARL PETERS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 16-842-SDD-RLB** |
| **RAMAN SINGH, ET AL.** | |

## AMENDED SCHEDULING ORDER

Considering Defendants' Consent Motion to Extend Discovery Deadline (R. Doc. 66) filed on May 9, 2018, and for good cause shown;

**IT IS ORDERED** that the Motion is **GRANTED**. In accordance with Federal Rule of Civil Procedure 16(b)(4), the deadline for filing all discovery motions and completing all discovery except experts is extended to **August 14, 2018.** All other deadlines remain unchanged.

Signed in Baton Rouge, Louisiana, on May 10, 2018.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**