# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **EARL PETERS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 16-842-SDD-RLB** |
| **RAMAN SINGH, ET AL.** | |

## AMENDED SCHEDULING ORDER

Considering Defendants' Unopposed Motion to Extend the Dispositive Motion Deadline (R. Doc. 73) filed on January 23, 2019, and for good cause shown;

**IT IS ORDERED** that the Motion is **GRANTED**. In accordance with Federal Rule of Civil Procedure 16(b)(4), the deadline to file dispositive motions is extended to **April 30, 2019.** All other deadlines remain unchanged. The district judge may modify the trial date depending upon whether and to what extent dispositive motions are filed.

Signed in Baton Rouge, Louisiana, on January 28, 2019.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**