## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EARL PETERS, IDDO BLACKWELL,** | * | **CIVIL ACTION** |
| **KEVIN MATHIEU, LAVELLE** | * | |
| **MEYERS, DAN RILEY, RUSSELL** | * | |
| **WARE** | * | **NUMBER: 3:16-cv-00842-SDD-RLB** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE SHELLY D. DICK** |
| **RAMAN SINGH, JOHN BEL** | * | |
| **EDWARDS, JAMES M. LEBLANC,** | * | |
| **STEPHANIE LAMARTINIERE,** | * | **MAGISTRATE** |
| **DARRYL VANNOY, STATE OF** | * | **RICHARD L. BOURGEOIS** |
| **LOUISIANA, LOUISIANA** | * | |
| **DEPARTMENT OF PUBLIC SAFETY** | * | |
| **AND CORRECTIONS** | * | |

*******************************************************************************

### AFFIDAVIT

BEFORE ME, the undersigned counsel, came and appeared:

### DR. RANDY LAVESPERE

who, after being duly sworn, did depose and say:

1.    I am currently licensed to practice medicine in the State of Louisiana and I am employed by the Louisiana Department of Public Safety & Corrections as the Medical Director at Louisiana State Penitentiary at Angola.

2.    I received a Medical Degree from Louisiana State University in Shreveport, Louisiana in 1993.

3.    Part of my duties requires me to treat, review and evaluate inmate medical records.

4.    I have reviewed the medical records of Ronald Ailsworth as well as his claims in this lawsuit and the underlying ARP. The following outlines Ailsworth's treatment:

  •    Prior to Plaintiff's first complaint of hernia pain, he had been treated for numerous maladies, including surgery on January 14, 2009 for prostate cancer (Bates #010994), radiation due to prostate cancer (Bates #011260) and a consult on August 23, 2012 with the Neurology Department due to his history of seizures (Bates #011192);

-1-

EXHIBIT A TO MOTION FOR SUMMARY JUDGMENT

- Plaintiff's Health Care Request Form of January 3, 2013, was the first complaint of a hernia to his right groin area. Plaintiff advised that the area had been swollen for approximately one (1) month (Bates #011203);

- Plaintiff was treated by an outside cardiologist on February 22, 2013, and was diagnosed with syncope likely due to orthostatic hypotension from volume contraction and was advised to keep hydrated. He was discharged from the cardiology clinic at that time (Bates #011195);

- On May 15, 2013, Plaintiff was referred to an abdominal ultrasound by the Hepatitis Clinic to rule out cirrhosis. It was noted that Plaintiff was status post prostate cancer (Bates #011194);

- Plaintiff underwent an ultrasound of the abdomen on June 13, 2013, which noted the right upper quadrant appeared normal except for slight nonspecific coarsening of the hepatic parenchyma and poor visualization of the pancreas (Bates #011177);

- Plaintiff was seen on July 11, 2013, at the Physician's Clinic for follow up of annual exam and was noted to have hypertension, bradycardia, past seizure activity and Right Inguinal Hernia. Plaintiff reported that his hernia was larger but he had no pain and was able to exercise on a regular basis. It was also noted that Plaintiff was awaiting surgery for the Right Inguinal Hernia (Bates #011186);

- The Eceptionist Record of October 2, 2013, was for a referral for Plaintiff to undergo a CT Scan of Head without Contrast as well as an EEG due to a history of seizures (Bates #017462-017463);

- Plaintiff filled out a Health Care Request Form on March 12, 2014, and requested a renewal of his hypertension medicine as well as a visit with the doctor secondary to not getting hernia surgery in the past year that he was advised would occur. Plaintiff's medications were renewed (Bates #011175);

- On March 21, 2014, Plaintiff refused medical care regarding his annual physical exam (Bates #011174);

- On June 8, 2014, a consult form was filled out by the Hepatitis Clinic in order for Plaintiff to be scheduled for an upper abdominal ultrasound to rule out HCC (hepatocellular carcinona). Plaintiff was noted to possibly have early cirrhosis (Bates #011171);

- The Eceptionist Record of June 25, 2014, was a request for Plaintiff to undergo an Upper Abdominal Ultrasound to rule out HCC which was scheduled for July 8, 2014 (Bates #017466);

- Plaintiff underwent an ultrasound of the upper abdomen on July 8, 2014, and was noted to have steatohepatomegaly with diffuse fatty infiltration of the liver with mild enlargement but no discrete mass (Bates #011166);

- On September 27, 2014, Plaintiff was seen in the Assessment and Triage Unit at the R.E. Barrow, Jr. Treatment Center via ambulance and complained of cold symptoms for two (2) days along with nausea, vomiting and diarrhea with stomach cramping.  Plaintiff mentioned that he was still waiting on his hernia surgery which the doctor noted was reducible with no local tenderness (Bates #011161);

- Plaintiff refused treatment for an annual physical exam on October 13, 2014 and again on October 21, 2014 (Bates #011158; Bates #011159);

- Plaintiff was seen for his annual physical exam on November 20, 2014. This included follow-up of Right Inguinal Hernia, hypertension and Hepatitis C Virus with early cirrhosis. The physican noted that plaintiff had no complaints (Bates #011157);

- On January 28, 2015, Plaintiff was referred by the Hepatologist for an ultrasound of the right upper quadrant to again rule out HCC which was requested to be done annually.  Plaintiff was noted to have Hepatitis C Virus with early cirrhosis (Bates #011096);

- The Eceptionist Record of February 2, 2015, was a request for Plaintiff to undergo a Right Upper Quadrant Ultrasound to rule out HCC but it was noted that the appointment was too far out to schedule and the facility was to re-enter the request closer to the appointment date (Bates #017465);

- The Eceptionist Record of May 19, 2015, was a request for Plaintiff to undergo a Right Upper Quadrant Ultrasound to rule out HCC which was scheduled for July 15, 2015 (Bates #017464);

- On July 15, 2015, Plaintiff underwent another ultrasound of the abdomen which noted coarse liver echo texture. Plaintiff's spleen, kidneys, aorta and IVC appeared normal with no mention of a hernia (Bates #011094);

- On February 24, 2016, Plaintiff was seen in the Hepatitis Clinic for follow up of possible cirrhosis and it was requested that Plaintiff undergo his annual ultrasound of the right upper quadrant (Bates #011149);

- On June 24, 2016, Plaintiff was referred to Dr. Lavespere for consult for a possible hernia (Bates #011141);

- The Eceptionist Record of September 7, 2016, was a request for Plaintiff to undergo an Ultrasound Guided Liver Biopsy to rule out HCC, which was scheduled for September 21, 2016 (Bates #017467);

- On September 21, 2016, Plaintiff underwent an ultrasound guided core liver biopsy with a diagnosis of liver fibrosis (Bates #011129);

- On October 5, 2016, the Surgical Pathology Consultation Report of Plaintiff's liver biopsy was available which noted mild portal lymphocytic inflammation cell infiltrate with bile ductular reaction, focal centivenulitis and focal portal fibrosis (Bates #011131-011132);

- On November 2, 2016, Plaintiff filled out a Heath Care Request Form and requested a refill of his blood pressure medication. He voiced no other medical complaints and plaintiff's physical exam was unremarkable (Bates #011117);

- On January 13, 2017, Plaintiff filled out a Heath Care Request Form and complained of diarrhea, vomiting and pain in his legs and stomach all night. Plaintiff advised he had vomited so hard his whole body/legs hurt. No other complaints/abnormalities were noted and plaintiff appeared in no apparent distress. The remainder of the physical exam was unremarkable and plaintiff was given Zofran, Immodium and Pepto (Bates #011112);

- On March 22, 2017, Plaintiff filled out a Heath Care Request Form and complained of a rash on his left leg. Three open sores were noted to plaintiff's left leg/calf upon assessment which plaintiff advised itched with some redness noted. However, no swelling was noted and plaintiff denied any other medical complaints/abnormalities. The remainder of plaintiff's physical exam was unremarkable (Bates #011108);

- Plaintiff was seen at the Physician's Clinic on March 22, 2017 by Dr. Lavespere for hernia review. Plaintiff was noted to have a history of Right Inguinal Hernia and he advised that the hernia had been present for several years but the physician noted that Plaintiff had not been seen in the hernia clinic as of that date. There was noted to be a fist size Right

Inguinal Hernia with superficial scrotal involvement which was reducible with difficulty. Plaintiff was to be referred to Dr. Morrison (general surgery) for a surgical evaluation and was given a status of Regular Duty With Restrictions, no sports and no lifting over 20 pounds (Bates #011109, #011110);

- The Eceptionist Record of March 28, 2017, was a request for Plaintiff to be referred to the onsite general surgery clinic due to a Right Inguinal Hernia, and it was noted that, due to the increased volume of clinic referrals and physician availability, Plaintiff would be scheduled in the order in which the referral was received (Bates #017468);

- On July 26, 2017, Plaintiff was seen at Angola by Dr. John B. Morrison, staff surgeon at University of New Orleans. Dr. Morrison referred Plaintiff for a Right Inguinal Hernia repair (Bates #020458-020459);

- The Eceptionist record of August 16, 2017, was a surgery date request for Plaintiff for repair of a right inguinal hernia. After numerous days waiting for an OR date from Lallie Kemp, Plaintiff's surgery was scheduled for October 2, 2017 (Bates # 019698-019699);

- On October 2, 2017, Plaintiff underwent a Right Inguinal Hernia Repair with mesh at Lallie Kemp Medical Center (Bates #019784-019785).

5.  I, as medical director of LSP, do not perform surgery on site, nor do the physicians approve or deny appointments/surgery for specialty clinics and off-site clinic. If any type of surgery is approved by the speciality clinic, the same will notify LSP of the surgery date and time and LSP will be notified to arrange transportation.

6.  The members of the LSP Medical Team have responded to Ailsworth's medical situation. He received hernia surgery once it was warranted.

7.  The attached medical records are certified copies of the records kept by Angola.

_Randy L. Lawson MD_
(Signature)

SWORN TO AND SUBSCRIBED before me, the undersigned notary, this $25$ day of

_March_ , 2019.

NOTARY PUBLIC
Bar Roll No./Notary No. _____
My Commission Expires _____

Andrew Blanchfield
Notary Public
Bar Roll #18812
State of Louisiana
My Commission is for Life

-6-

LSU Clinical Reports

| Patient Name: Ronald Ailsworth | MRN: 98264598 (MCLNO) |
|---|---|
| Age: 59 Years (9/12/1949) | Gender: Male |

**Clinical Reports**

MCLNO - Medical Center of LA NO
2021 Perdido St
New Orleans LA 70112

| | |
|---|---|
| **Dictating Physician:** Delacroix, Scott | **Dictation Date:** 01/14/2009 11:04 |
| **Report Type:** Operative Report | **Transcription Date:** 01/14/2009 14:44 |
| **Report Status:** Signed | |

```
NAME: AILSWORTH, RONALD          MRN: 98-26-45-98
DATE OF SERVICE: 01/14/2009      ROOM#: 5-E 052401
DATE OF BIRTH: 09/12/1949        SEX: M

OPERATIVE REPORT

AGE: 59

DATE OF PROCEDURE:
01/14/2009

PREOPERATIVE DIAGNOSIS:
PROSTATE CANCER.

POSTOPERATIVE DIAGNOSIS:
PROSTATE CANCER.

PROCEDURE PERFORMED:
1.  Radical retropubic prostatectomy.
2.  Bilateral pelvic lymph node dissection.

INTRAOPERATIVE FINDINGS:
1.  Approximately 25 g prostate with palpable nodule on the right side.
2.  Standard prostatectomy performed.
3.  Left apical portion of the prostate capsule was entered.  We did go
back and remove the prostatic tissue, sent it for frozen examination, it
was negative.
4.  Left lateral margin of the prostate is small.  We did have a capsular
penetration there as well.  We went back and sent that for gross
examination for final pathology, but the entire specimen was removed
intact.  Bladder neck margins were also sent.  A bladder neck-sparing
procedure was performed and a left-sided nerve-sparing procedure was
performed.

ESTIMATED BLOOD LOSS:
500 cc.

STAFF:
Dr. Boyd

RESIDENT:
Dr. Delacroix and Dr. Laborde

PROCEDURE IN DETAIL:
```

EXHIBIT A-1 TO MOTION FOR SUMMARY JUDGMENT

TULANE UNIVERSITY
HOSPITAL & CLINIC
1415 Tulane Avenue
New Orleans, LA 70112

Name: AILSWORTH,RONALD RAY      D001039725
DOB Redacted '49      Admit Date: 08/24/09
LOCATION D.CANCC

Account #:D00063871516  Dict. Date: 08/24/09

Clinic Progress Notes

---

DATE OF VISIT:  08/24/2009

REFERRING PHYSICIAN:  Scott Delacroix, M.D.

DIAGNOSIS:  T3b N0 M0 adenocarcinoma of the prostate, PSA 0.1, Gleason score 7, status post prostatectomy.

INTERVAL SINCE COMPLETION:  Mr. Ailsworth completed radiation to the prostatic fossa on July 22, 2009.  Approximately 1 month has elapsed since the completion of radiation.

INTERVAL SUMMARY:  Mr. Ailsworth is a 59-year-old male who underwent radical retropubic prostatectomy for prostate cancer with pathology revealing involvement of both right and left seminal vesicles with a 1 mm margin in the posterior superior region.  There was also perineural invasion.  He completed radiation to the prostatic fossa for 5940 cGy on July 22, 2009.  He is here today for routine followup.

At present, Mr. Ailsworth reports occasional nocturia once a night.  He had an episode of urinary dribbling about approximately a week ago, which has improved.  He denies dysuria, hematuria, loose stool, rectal pain, rectal bleeding, weight loss, fever, or night sweats.  He continues to report erectile dysfunction.

PHYSICAL EXAMINATION:  VITAL SIGNS:  Temperature 98.2, pulse 40, respirations 18, blood pressure 145/90, and weight 187.2 pounds.
GENERAL:  The patient is alert and oriented in no acute distress.
HEENT:  Extraocular muscles are intact.
GU EXAM:  The skin in the rectal region is intact without signs of desquamation.  A digital rectal examination was deferred at this time.
EXTREMITIES:  No clubbing, cyanosis, or edema.

ASSESSMENT:  This is a 59-year-old male with history of T3b N0 M0 adenocarcinoma of the prostate status post prostatectomy and postoperative radiation to the prostatic bed.

PLAN:  Mr. Ailsworth is doing well from the standpoint of radiation.  He is recommended to obtain a PSA level as well as follow up with Dr. Delacroix at University Hospital.  I plan to see him back in 3 months unless symptoms warrant otherwise.

DD:  08/24/2009 10:52:09  DT:  08/24/2009 13:31:33  HIS#: 384894109
cc:   Scott Delacroix, M.D.
1450 Poydras Ave
New Orleans, LA 70112

DICTATED BY: Minie J Elnaggar, M.D.
IN: ELNMI / MEDQ  /  REV:  / 923353  /  WT:  D.CANCCE-CPRG

011260

# LOUISIANA STATE PENITENTIARY
## R. E. BARROW, JR. TREATMENT CENTER
## ANGOLA, LOUISIANA

### CONSULTANT REFERRAL FORM

PATIENT'S NAME: _Ronald Ainsworth_    DATE: _8/23/12_

DOC#: _92898_    DOB: _Redacted_ _'49_    HOSPITAL#: _____

REQUEST FOR CONSULTATION (please specify location/physician): _Neuro_

**BRIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:**

69 y/o BM = hx seizures in 1979

pt had seizure vs syncope 2°
bradycardia recently

CT head + EEG pending
also cardio eval pending

please eval

?sz d/o

Provisional Diagnosis: _____    Requested by: _____

NOTICE: This patient is in custody.  Please do not give him any prescriptions, medicines, etc. Also, return appointments should be ordered when the prison staff physician cannot provide adequate follow-up.  **DO NOT** allow the inmate to have access to this information.

LSP-TC 22    Rev. 10/97

011192

U19745

**Form HC-01-A**
**14 September 2009**                    **Health Care Request Form**        Institution _LSP_

Name _Ronald Ailsworth_    DOC # _92888_    Age _63_    Housing _Spruce_    Job Assignment _Chapel_

| OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST: |
| --- |

Re-New Hypertension Meds & Hernia Pain.

**Healthcare Personnel Screening:** Date: _1-3-13_    Time: _3²⁰_    Location Seen: _W/y_

(Circle One): Emergency / **Routine Sick Call** / Work Related    Allergies: _Seafood._

B/P _142/88_    Pulse _86_    Resp _18_    Temp _N/A_    Other _N/A_

**Assessment/Comment:** _Ambulatory & Alert. ¢ Hernia ® Groin Area -_
_States Area Has Been Swollen for Approx. 1 Month. Denies_
_Any Heavy Lifting. No Signs of Trauma - Also Wants To K.O._
_About Medication Re-New._

| **Disposition:** | **Health Care Practitioner Notes:** |
| --- | --- |
| SC. | |
| **New Medications Ordered:** | |
| Motrin - Rx (OATI). | |
| Total #: _1_ | |
| Screener's Signature: _M Sgt. 1 PST 539_ | HCP's Signature:              Date: |

☐ No Fees  ☒ $3 Access Fee  ☐ $6.00 Access Fee  ☐ $2 for Each Prescription Fee: $ _O_    Total: $ _3⁰⁰_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

Offender Signature _Ronald Ailsworth_    DOC # _92888_    Date _1-3-13_    Witness Signature _M Sgt. 1 PST_

Original - Offender's Medical Record        Yellow - Business Office        Pink - Offender's Copy

011203

Ailsworth, Ronald (MR # 1000803626)                    Encounter Date: 02/22/2013

**Filed Vitals:**

02/22/13 0825

BP:        143/85

Pulse:     53

Temp:      96.3 °F (35.7 °C)

Resp:      18

Constitutional: He appears healthy. No distress.

Pulmonary/Chest: Breath sounds normal.
Neurological: He is alert and oriented to person, place, and time.
Skin: Skin is warm.

creatinine 1.0, EKG showed Sinus bradycardia rate of 39 bpm with out any significant ST-T wave changes
TTE showed - nml EF, no other abnormalities

**Assessment:**
Syncope likely from orthostatic hypotension from volume contraction, keep hydrated

**Plan:**
Discharge from cardiology clinic

**Vitals - Last Recorded**

| BP | Pulse | Temp(Src) | Resp | Ht | Wt |
|---|---|---|---|---|---|
| 143/85 | 53 | 96.3 °F (35.7 °C) (Oral) | 18 | 1.803 m (5' 11") | 83.008 kg (183 lb) |

BMI
25.52 kg/m2

**Level of Service**
**LSU GENERIC NO CHARGE LOS
[99210]**

**Previous Visit**

| | Provider | Department | Encounter # |
|---|---|---|---|
| **10/22/2012 10:45 AM** | Vijayendra Jaligam, MD | Ecl Ekl | 600003427499 |

Ailsworth, Ronald (MR # 1000803626) Printed by Connie R Leonards [CLEONA] at 2/22/13 10:29 AM

011195

LSU Health System – Evidence Based Offender Consult Form -- For Initial (or NEW) requests

# Radiology & Special Studies
Fax to 504.568.3360 (along with supporting documentation)    Today's Date: 5/15/13

Offender Name (Last, First): Ailsworth Ronald    Date of Birth: Redacted '49

Inmate Facility: LSP    Offender ID Number: 92888

Offenders anticipated release date: Life    SS# Redacted 7559

LSU MRN: 649830    @ (circle one) BMC, EKL, ILH, LAK, LJC, UMC, WOM

Indicate Reason for Study: note needed workup

____ Air Contrast Barium Enema    (ACBE) ICD: _____
____ Barium Swallow    ICD: _____
____ Bone Scan    ICD: _____
____ Colonoscopy (pretest requirements)

Colorectal cancer screening: Assess patient's risk level.  Indicate high risk in history and list high risk indicators below.

____ Average risk: start at age 50 with annual FOBT/FIT.

____ High risk includes patients with personal or family hx of colorectal cancer, or iron deficiency anemia not explained by menses, or positive FOBT/FIT, or hx of inflammatory bowel disease, or polyp formers. High risk screening includes yearly FOBT/FIT and initial colonoscopy. The frequency of colonoscopy is determined by the findings. In high risk patients colonoscopy should start at 10 yrs younger than the age of the relative with cancer at the time of their diagnosis. Risk indicators: _____

____ Colposcopy
____ CT Scan (non-contrast) of: _____    ICD: _____
____ CT Scan with contrast* (IV/PO and/or Rectal) of: _____    ICD: _____
BUN/Cr. or GFR: _____ Date: ___ /___ /___ [must be within 90 days of CT]
____ EEG
____ EGD [Esophagogastroduodenoscopy]
____ EMG/NCS
____ Mammogram  (Indicate Breast: ____Left  ____Right  ____Both)    ICD: _____
____ MRI (non-contrast) of: _____    ICD: _____
____ MRI with IV contrast* (Gadolinium) of: _____    ICD: _____
BUN/Cr. or GFR: _____ Date: ___/___ /___ [must be within 90 days of MR]
____ Pulmonary Function Tests, Complete with ABG
✓ Ultrasound of: Abd  to L/S canh / HCC  ICD: 070.54 ; 287.5
____ Ventilation-Perfusion Scan [V/Q] : _____    ICD: _____
____ X-ray Exam: _____    ICD: _____
____ Other _____    ICD: _____

*Contrast studies require documentation of renal function (BUN/ Creatinine or GFR) within 90 days of the study. (Metformin/Glucophage may be taken on the morning of the study but must be held for 48 hours and renal function must be re-evaluated prior to resumption.) Complete consent form for contrast studies.

History and Physical Findings Relevant to this Referral: 64 y.o.  AAM c̄  HCV +
thrombocytopenia platelets (~ LLN)
S/P Prostate CA  wt ↑↑↑ in 4 months.

Provider's Signature: E Britton NP    Print Name:
ELIZABETH BRITTON, NP
EKL ID# 04675
NPI # 1437153327
MEDICAID # 1685593
Date: 5/15/13  Time: _____  Contact Number: (___) ____-____
Fax To: 504 568-3360

Collaborative for Evidence-Based Offender Care    1/03/13  HCSD ICF 924

Case 3:16-cv-00842-SDD-RLB    Document 76-7    04/10/18    Page 13 of 47

Ailsworth, Ronald (MR # 1000803626)

The right KIDNEY is normal in size at 10.4 x 4.8 x 5.7 cm and echogenicity/texture. The thickness of the parenchyma is normal. No stones are seen. A tiny 7-8 mm cyst is seen in the lower pole. There is no hydronephrosis on the right side.

The SPLEEN measures 9.0 cm in length. No free peritoneal fluid is identified in the upper abdomen.

Impression
Normal appearing right upper quadrant ultrasound except for slight nonspecific coarsening of the hepatic parenchyma; poor visualization of the pancreas.

| Order Details | View Encounter | Lab and Collection Details | Routing | Result History |
|---|---|---|---|---|
| Specimen Collected: 06/13/13 8:16 AM | | Last Resulted: 06/13/13 8:46 AM | | |

Ailsworth, Ronald (MR # 1000803626) Printed by Connie R Leonards [CLEONA] at 6/18/13 11:31 AM

**Louisiana State Penitentiary**
**R. Barrow, Jr. Treatment Center**
**Physician's Clinic**

6 6 4 6 - ☐

PSNMOF

| Name AILSWORTH ˌRONALD | DOC 92888 | Location SPR 4 | Date: 7/11/2013 |
|---|---|---|---|

BP:**140** / **92**    Temp **96**    Pulse **46**    Resp:**20**    Height **71**    Wt.: **174**    Time: 9:01:32 AM

DOB Redacted **49**    **63** **year old** B    **Male**

**Allergies: NKDA**

**Reason for Vis** CLINIC A

**Chief Complaint** F/U ANNUAL PE, LABS

**O2 Saturation** ☐

$\textcircled{R}$ IH
HTN
Bradycardia

**<Field Mis**

PMHx: past seazcivity — seen by Neuro --- No meds needed
HCV c̄ Nl LFT's
Thrombocytopenia (2° to HCV)

- Recent A3D u/s — WNL ∅ MASS (6/13) —

- Exercises Regularly    — Going on RAMADAN ~~~ (3ʳᵈ day today)

- Hernia larger --- NO pain ---BM's WNL

NAD (140/92)

7/11/13

**Assessment:**

1. $\textcircled{R}$ IH — Await Surgery

2. HTN— ~~~~~ NorVasc 5 ṗo Od x 6mo
   Losartan 100 ÷ Od x 6mo

3.

4. Bradycardia — Asymptomatic

5. HCV — As per Hep

3mo

**Plan:**

1.

2.

3.

4.

5.

7/11/13
**Date**

R Lev
**MD Signature**

011186

## Name: AILSWORTH, RONALD ( M ) DOB: Redacted 949 (Age: 67 yrs)

SERVICE INFO

| | |
|---|---|
| REQUEST # | 8995 |
| REQUEST DATE/TIME | Wednesday, October 2, 2013  10:47 |
| SERVICE PROCEDURE | CT |
| CURRENT STATUS | Complete/Closed by Requester |
| REQUEST SITE | Louisiana State Penitentiary |
| SUBJECT | REQUESTING CT SCAN OF HEAD WITH CONTRAST |
| PRIORITY | Routine |
| CONTACT | DR COLLINS |
| COORDINATOR | Ashli Oliveaux |
| CONSULTANT | |
| REFERRING PHYSICIAN | |
| ORDERING PHYSICIAN | |
| CC PHYSICIAN | |
| SENDING PHYSICIAN | |
| SYMPTOMS | |
| CO-MORBIDITIES | |
| DIAGNOSIS | |
| ICD CODE | |
| REASON FOR REQUEST | OFFENDER HAS H/O SEIZURES, SEE ATTACHED<br>-- 10/2/2013 10:48:59 AM (Termeka Brown) |
| COMMENTS | Referral is for CT of head with contrast. need to schedule<br>-- 10/10/2013 1:46:03 PM (Tamrya Young)<br><br>CT of head with contrast scheduled onsite at LSP with ALLIANCE on 11-20-13<br>-- 10/14/2013 12:20:53 PM (Tamrya Young) |

PATIENT INFO

| | |
|---|---|
| Patient ID | 1103 |
| Patient NAME | RONALD R AILSWORTH (Age: 67 yrs) |
| DOC Number | 00092888 |
| SID# | 000752968 |
| SSN | Redacted 7559 |
| DOB (mm/dd/yyy Redacted 1949 (Age: 67 yrs) | |
| GENDER | M |
| LANGUAGES | |

Patient ADDRESS

| ADDRESS: | POSTAL CODE: |
|---|---|
| | PHONE: |
| | EMAIL: |
| REFERRING PROVIDER | ( ) |

SURVEY

017462



## Name: AILSWORTH, RONALD ( M ) DOB <span style="color:red">Redacted</span> /1949 (Age: 67 yrs)

SERVICE INFO

| | |
|---|---|
| REQUEST # | 8996 |
| REQUEST DATE/TIME | Wednesday, October 2, 2013  10:51 |
| SERVICE PROCEDURE | Misc. Test |
| CURRENT STATUS | Complete/Closed by Requester |
| REQUEST SITE | Louisiana State Penitentiary |
| SUBJECT | REQUESTING EEG |
| PRIORITY | Routine |
| CONTACT | DR COLLINS |
| COORDINATOR | Ashli Oliveaux |
| CONSULTANT | Janell Mills |
| REFERRING PHYSICIAN | |
| ORDERING PHYSICIAN | |
| CC PHYSICIAN | |
| SENDING PHYSICIAN | |
| SYMPTOMS | |
| CO-MORBIDITIES | |
| DIAGNOSIS | |
| ICD CODE | |
| REASON FOR REQUEST | OFFENDER HAS H/O SEIZURES, SEE ATTACHED<br>-- 10/2/2013 10:51:32 AM (Termeka Brown) |
| COMMENTS | Ashley, please schedule On-site EEG. Thanks<br>-- 10/7/2013 3:21:46 PM (Tamrya Young)<br><br>requested in LINk<br>-- 11/18/2013 10:10:04 AM (Ashley White)<br><br>The following appt has been scheduled 2/10/14 0800 ILH<br>-- 12/5/2013 3:41:59 PM (Ashley White) |

PATIENT INFO

| | |
|---|---|
| Patient ID | 1103 |
| Patient NAME | RONALD R AILSWORTH (Age: 67 yrs) |
| DOC Number | 00092888 |
| SID# | 000752968 |
| SSN <span style="color:red">Redacted</span> | 7559 |
| DOB (mm/dd/yy <span style="color:red">Redacted</span> | 1949 (Age: 67 yrs) |
| GENDER | M |
| LANGUAGES | |

Patient ADDRESS

| | | | |
|---|---|---|---|
| ADDRESS: | | POSTAL CODE: | |
| | | PHONE: | |
| | | EMAIL: | |

**Form HC-01-A**
**14 September 2009**                    **Health Care Request Form**                    Institution _LSP_

033437

Ronald Ailsworth    92888    64    Spruce #1    Minister
Name _____ DOC # _____ Age _____ Housing _____ Job Assignment

| OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST: |
| Renew Htn meds / herring. |

Healthcare Personnel Screening: Date _3/12/14_    Time: _1640_    Location Seen: _EY major_

(Circle One):    Emergency / Routine (Sick Call) / Work Related    Allergies: _____

B/P _136/96_    Pulse _76_    Resp _16_    Temp _—_    Other _—_

Assessment/Comment: _Pt. requesting to have his Htn meds renewed_
_that expired last week + Pt. is requesting to see the MD 2° to_
_not getting his herring Sx in the past year like he was told he_
_was going to get. Pt. is A&O x4 + Amb. 3 difficult in EY major office_
_Pt denies any medical complaints @ this time. Pt. is in NAD_
_Pt. denies ex pain, S.O.B, N.v.D, HA + ABD pain._

| Disposition: | Health Care Practitioner Notes: |
| MD | Norvas 5 mg QD  } x 1 yr |
| | Losartan 100 mg QD |
| New Medications Ordered: | Rx sent 3/13/14 BD ays |
| _____ | ___ 3/13/14 |
| Total #: _____ | |

Screener's Signature: _MSA A. Gim 536_    HCP's Signature: _____    Date: _____

[X] No Fees  [ ] $3 Access Fee  [ ] $6.00 Access Fee  [ ] $2 for Each Prescription Fee: $ _____ Total: $ _0_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_Ronald Ail_    _92888_    _3/12/14_    _____
Offender Signature    DOC #    Date    Witness Signature

Original - Offender's Medical Record        Yellow - Business Office        Pink - Offender's Copy

011175

/ Age Plg

APE-Sept 2013 Flu HTN, HCV (R) I-A

K

DATE: 3-21-14

## REFUSAL TO ACCEPT MEDICAL CARE

This refusal of medical attention is made voluntarily and after full explanation of the medical attention recommended and the consequences of refusing it. I have read this statement and understand the nature of its contents.

I release the Department of Public Safety and Corrections from any liability for any harm which may result from this refusal of treatment.

_Signature of Inmate_

Witness

---

Witness

I, RONALD AilSWORTH    # 92888    hereby refuse the following described medical attention:

NO I H NEE & OF ANY physical

Attending Prescriber

Distribution:

Medical Record

Revised 8/7/02

011174

LSU Health System – Evidence Based Offender Consult Form -- For Initial (or NEW) requests

# Radiology & Special Studies

To 504.568.3360 (along with supporting documentation).    Today's Date: 6/18/14

Offender Name (Last, First): Ainsworth Ronald    Date of Birth ~~Redacted~~ 49

Inmate Facility: LSP    Offender ID Number: 52888

Offenders anticipated release date: _____

LSU MRN: _____    @ (circle one) BMC, EKL, ILH, LAK, LJC, UMC, WOM

Indicate Reason for Study: note needed workup

____ Air Contrast Barium Enema    (ACBE) ICD: _____

____ Barium Swallow    ICD: _____

____ Bone Scan    ICD: _____

____ Colonoscopy (pretest requirements)

Colorectal cancer screening: Assess patient's risk level.  Indicate high risk in history and list high risk indicators below.

_____ Average risk: start at age 50 with annual FOBT/FIT.

_____ High risk includes patients with personal or family hx of colorectal cancer, or iron deficiency anemia not explained by menses, or positive FOBT/FIT, or hx of inflammatory bowel disease, or polyp formers. High risk screening includes yearly FOBT/FIT and initial colonoscopy. The frequency of colonoscopy is determined by the findings. In high risk patients colonoscopy should start at 10 yrs younger than the age of the relative with cancer at the time of their diagnosis. Risk indicators: _____

____ Colposcopy

____ CT Scan (non-contrast) of: _____    ICD: _____

____ CT Scan with contrast* (IV/PO and/or Rectal) of: _____    ICD: _____

____ Cr. or GFR: _____    Date: ___/___/___ [must be within 90 days of CT]

____ EEG

____ EGD [Esophagogastroduodenoscopy]

____ EMG/NCS

____ Mammogram   (Indicate Breast: ____Left ____Right ____Both)    ICD: _____

____ MRI (non-contrast) of: _____    ICD: _____

____ MRI with IV contrast* (Gadolinium) of: _____    ICD: _____

BUN/Cr. or GFR: _____    Date: ___/___/___ [must be within 90 days of MR]

____ Pulmonary Function Tests, Complete with ABG

✓ Ultrasound of: Upper Abdmen R/O HCC  ICD: 571.5

____ Ventilation-Perfusion Scan [V/Q]: _____    ICD: _____

____ X-ray Exam: _____    ICD: _____

____ Other _____    ICD: _____

*Contrast studies require documentation of renal function (BUN/ Creatinine or GFR) within 90 days of the study. (Metformin/Glucophage may be taken on the morning of the study but must be held for 48 hours and renal function must be re-evaluated prior to resumption.) Complete consent form for contrast studies.

History and Physical Findings Relevant to this Referral: 64 yo AAM c̄ probable early cirrhosis - last ijs, Abd 10-20-13 @ ILH  needs

Provider's Signature: E Britton NP    Print Name: Elizabeth N. Britton, NP

Date: 6/18/14  Time: _____  Contact Number: (____) ____-____

EKL ID# 04875
NPI# 1437153327
DEA#: _____

To: 504 568 3360

Collaborative for Evidence-Based Offender Care    1/03/13  HCSD ICF 924

**Name: AILSWORTH, RONALD ( M ) DO** <sup>Redacted</sup> 1949 (Age: 67 yrs)

SERVICE INFO

| | |
|---|---|
| REQUEST # | 36026 |
| REQUEST DATE/TIME | Wednesday, June 25, 2014  13:49 |
| SERVICE PROCEDURE | Ultrasound |
| CURRENT STATUS | Complete/Closed by Requester |
| REQUEST SITE | Louisiana State Penitentiary |
| SUBJECT | upper abd US r/o HCC |
| PRIORITY | Routine |
| CONTACT | C Partin,LPNIII |
| COORDINATOR | Tamrya Young |
| CONSULTANT | Jane Moore |
| REFERRING PHYSICIAN | |
| ORDERING PHYSICIAN | Britton,NP |
| CC PHYSICIAN | |
| SENDING PHYSICIAN | |
| SYMPTOMS | |
| CO-MORBIDITIES | |
| DIAGNOSIS | r/o HCV |
| ICD CODE | |
| REASON FOR REQUEST | Pls schedule procedure for above offender (see attached)<br>-- 6/25/2014 1:51:02 PM (Cecilia Partin) |
| COMMENTS | MD notes attached<br>-- 6/25/2014 1:51:02 PM (Cecilia Partin)<br><br>Amanda please schedule ONSITE-U/S UPPER ABD as per attached<br>-- 6/25/2014 3:55:11 PM (Tamrya Young)<br><br>UPPER ABD -U/S - has been schedule ON-Site at LSP with Moore Sound Imaging on 7/8/14 at 3:30pm. All facilities should send the MD orders with the offenders on the procedure date.<br>Abdominal Complete & Abdominal upper:<br>Preparation:<br>Superior diagnostic results are obtained in the morning after fasting 8 to 12 hours. On the morning of your exam you may drink water and take any prescribed medications. No smoking or drinking carbonated beverages prior to your exam. If a pelvic ultrasound (Abdomen/Pelvic ultrasound) is to accompany your abdominal ultrasound you must drink your 32oz of water prior to the exam.<br>Time:<br>Approximately 30 minutes.<br>Procedure:<br>The sonographer will need access to your abdomen. You will be asked to open or pull up your shirt and a towel will be draped over your shirt to prevent it from getting wet from the ultrasonic gel. The sonographer will then place a transducer (with ultrasonic gel) on your abdomen to obtain clear images of the abdominal organs.<br>-- 6/30/2014 9:18:01 AM (Jane Moore) |

PATIENT INFO

| | |
|---|---|
| Patient ID | 1103 |
| Patient NAME | RONALD R AILSWORTH (Age: 67 yrs) |
| DOC Number | 00092888 |
| SID# | 000752968 |

017466

MOORE SOUND IMAGING, LLC

Patient Name:   RONALD AILSWORTH
Date of Birth: Redacted /49

Date of Exam:   07/08/14

Facility:       LSP     *Britton*

ULTRASOUND OF THE UPPER ABDOMEN:

Gallbladder appears normal without any stones or wall thickening.  Bile ducts
are not dilated.

Diffuse fatty infiltration of the liver with mild enlargement, but no discrete
mass.  Spleen, and aorta appear normal.  2.7 cm diameter mildly dilated IVC.
Pancreas is obscured by bowel gas.

IMPRESSION:  Steatohepatomegaly.

_____
Mark W. Woody, M.D.

Exam Received:  07/08/14
Dictation Date: 07/10/14

MW/kjd

7/30/14

ROBERT E. BARROW, JR. TREATMENT CENTER
EMERGENCY MEDICAL REPORT
VITAL STATISTICS

DATE: 9,27,14                                          TIME SEEN: 23.25

NAME: Ronald Ailsworth    DOC#: 92888    AGE: 65   RACE: B

LIVING QUARTERS: Spr 1    JOB ASSIGNMENT: Inmate Minister    LAST TETANUS: _____

| MEDICATIONS: Amlodipine, Norvasc | ALLERGIES: NKDA |
|---|---|

| DATE OF ACCIDENT: | TIME OF ACCIDENT: | ACCIDENT LOCATION: |
|---|---|---|

| TIME | B/P | PULSE | RESP | LOC | TEMP | BS/Sp02 |
|---|---|---|---|---|---|---|
| 23:25 | 179/103 | 49 | 16 | A&Ox3 | 97.7 | 100% |
| 00:40 | 157/91 | 46 | 16 | | | |
| | | | | | | |

CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: 65 y/o BM came to ATU by
own vehicle. c/c to cold symptoms x 2 days. Pt c/o nausea &
vomiting tonight. Diarrhea x 1 day c stomach cramping. Pt states he
had same illness Approx 1 year ago and had testing. Pt also states
awaiting hernia sx. Pt A&Ox3, Pearl, Heent, Skin w/o to touch ⊕ BS all 4 quads.
Abdo Soft nondistended Pt has scar from Gun shot wound Post 35 yrs Ago. mid Abdo
umbilical ↑. Pt c/o of "feeling hot at times and also chills", Pt voiced no other
medical complaints at this time
                          Dose of _____

MEDIC SIGNATURE: MSgt Guillory, EMT 520

PHYSICIAN ASSESSMENT AND TREATMENT: Capts McClure
20 ga CATH ⊕ forearm 1000 cc N @ 2337

o/c -182/105  P-49        Gen: Diaphoretic BM in NAD
♀ - 181/107  P-49        HEENT: PERLA
♀ - 159/101  P-49        neck: supple                    * needs cardiac
                                                              20 U/S
Cx r/o ⊕ Diaphragmata'    chest: Rhonchi bilat.
              Hernia
EKG → Stomach in D/H     cvr: RSR c opening soft SEM
     → Sinus Bradycardia         csB ? opening snap
IV fluids: N/S 1L to     abd: midline abd scar  Large direct
          Run in.              No local tenderness  hernia reduced
                          Ext: no edema  Neuro: Intact - No motor
Imp: Prob. G Astroenteritis                        weakness
     Hx Prostate testomy
     ® Direct Hernia    Labs: CBC/BMP,
□ Duty Status  ETT (chronic)  amylase   □ Appointment 2 wks (N)
□ Diet _____                              □ Dressing Change
                          PHYSICIAN SIGNATURE: _____ MD

| TIME LEFT: 0040 | TRANSPORTATION: Self | DESTINATION: CTU |
|---|---|---|

LSP-TC 16    Rev. 11/99    EMERGENCY MEDICAL REPORT    PAGE ___ OF ___

011161

APE Sept 2014 F/u HTN, HLO, APE pHy
RiN, ATel Cramping,
Diarrhea 11/13/14

M

DATE: 10-13-14

## REFUSAL TO ACCEPT MEDICAL CARE

This refusal of medical attention is made voluntarily and after full explanation of the medical attention recommended and the consequences of refusing it. I have read this statement and understand the nature of its contents.

I release the Department of Public Safety and Corrections from any liability for any harm which may result from this refusal of treatment.

_Ronald Ailsworth_
Signature of Inmate

_Msgt. C. _____
Witness

_MSgt. Prater_
Witness

I _Ronald Ailsworth_ , # _92888_ , hereby refuse the following described medical attention: _not in need of of a physical._

_____

_____

Attending Prescriber

RTCI wh

Distribution:

Medical Record

Revised 8/02
011158

Clinic Lou
APE sept 2014
HTN, HCV, T2IH, ATN
Cramping, diarrhea

AgeRhy

DATE: 10 - 21 - 14

## REFUSAL TO ACCEPT MEDICAL CARE

This refusal of medical attention is made voluntarily and after full explanation of the medical attention recommended and the consequences of refusing it. I have read this statement and understand the nature of its contents.

I release the Department of Public Safety and Corrections from any liability for any harm which may result from this refusal of treatment.

_Ronald Kilsworth_
Signature of Inmate

_Mary Prater_
Witness

_Abel Scott_
Witness

I, _Ronald Kilsworth_, # _92888_, hereby refuse the following described medical attention: _not in need of any physical._

Attending Prescriber

VMMC
10/21/14
JS4

Distribution:

Medical Record

Revised 8/1/02

011159

# LOUISIANA STATE PENITENTIARY
## R.E. BARROW, JR. TREATMENT CENTER

### PATIENT DATA

DATE: 11/20/14

NAME: Ailsworth, Ronald   DOC#: 92888 ~~458~~   ALLERGIES: NKDA

TEMP: 97.6   PULSE: 50   RESP: 18   B/P: 115/67   HEIGHT: 70   WEIGHT: 178   AGE: 65

MEDICAL HISTORY: APE - Sept 2014 Flu HTN, HCV, RH, ATy Cramps
CC - @ Problem
Med Hx: Prostate CA = Prostatecty & Radiation
HTN
Surgery - Prostect - 2006
Nicotine - denies
Exercise - Jogs
Family Hx - @

(ALL POSITIVE AND IMPORTANT NEGATIVE FINDINGS SHALL BE RECORDED)

| | | |
|---|---|---|
| GENERAL | ☑ NOT IN DISTRESS | ☐ ABNORMALITIES |
| SKIN | ☑ NORMAL TEXTURE | ☐ ABNORMALITIES |
| EYES | ☑ PERRLA, EOMI | ☐ ABNORMALITIES |
| EARS | ☑ NL EAC AND NLTM | ☐ ABNORMALITIES |
| NOSE | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| THROAT | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| NECK | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| CHEST | ☑ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| HEART | ☑ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| ABDOMEN | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| RECTAL/PROSTATE | ☐ NORMAL EXAM (Refuse) | ☐ ABNORMALITIES |
| EXTREMITIES | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| NEUROLOGICAL | ☑ NORMAL EXAM | ☐ ABNORMALITIES |

LAST FLEX SIG/COLONOSCOPY   DATE: _____   RESULT: _____
LAST PSA   DATE: _____   RESULT: _____
LAST EKG   DATE: _____   RESULT: _____

NOTES: A: Prostate CA = Prostatecty 2006
HTN well controlled
HCV evaluating

① FLP, PSA, UA, Stool x3   slip
② Refused Pneumovax Flu Vaccine
③ RTC cardiac evaluation   Rx

TEST ORDERED: _____

RETURN APPOINTMENT: Fu em

PHYSICIAN SIGNATURE: Paul 11/20/14

LSU Health System -- Evidence Based Inmate Consult Form -- For Initial (or NEW) requests

## Radiology & Special Studies

Fax to 504.568.3360 (along with supporting documentation)           Date of Consultation: _1/28/15_

Clinic/Specialty: _Hepatology Clinic_                                              —Redacted

Inmate Name (Last, First): _Ailsworth, Ronald_ Date of Birt _____  49_

Inmate Facility: _LSP_                                    Inmate ID Number: _#92888_

LSU MRN: _____ @ (circle one) BMC, EKL, UC, WOM, UMC, LAK, BMC, MCL

ALLSCRIPTS MRN: _____

Indicate Reason for Study: note needed workup

____ Air Contrast Barium Enema        (ACBE) ICD: _____

____ Barium Swallow   ICD: _____

____ Bone Scan       ICD: _____

____ Colonoscopy (pretest requirements)

____ Colposcopy

____ CT Scan (non-contrast) of: _____ ICD: _____

____ CT Scan with contrast* (IV/PO and/or Rectal) of: _____ ICD: _____

BUN/Cr. or GFR: _____ Date: ___ /___ /___ [must be within 90 days of CT]

____ EEG

____ EGD [Esophagogastroduodenoscopy]

____ EMG/NCS

____ Mammogram   (Indicate Breast: ____Left ____Right ____Both)   ICD: _____

____ MRI (non-contrast) of: _____ ICD: _____

____ MRI with IV contrast* (Gadolinium) of: _____ ICD: _____

BUN/Cr. or GFR: _____ Date: ___/___/___ [must be within 90 days of MRI]

____ Pulmonary Function Test: Complete with ABG

_✓_ Ultrasound of: _Abdomen R/O HCC_   ICD: _571.3_

____ Ventilation-Perfusion Scan [V/Q] : _____ ICD: _____

____ X-ray Exam: _____ ICD: _____

____ Other _____ ICD: _____

*Contrast studies require documentation of renal function (BUN/ Creatinine or GFR) within 90 days of the study. (Metformin/Glucophage may be taken on the morning of the study but must be held for 48 hours and renal function must be re-evaluated prior to resumption.) Complete consent form for contrast studies.

History and Physical Findings Relevant to this Referral: _Cirrhotic - needs U/S Annual to R/O HCC @ 5yo AA m c HCV/ Early cirrhosis Last U/S Abd 7/8/14_

_Early July 2015_

---

CPSO USE ONLY

---

Provider's Signature: _E Britton N_ Print Name: _____ ID Number: _____ Date: _1/28/15_

Time: _____ Contact Information: _____

Fax To: 225 568-3360

Elizabeth N. Britton, APRN, FNP
EKL ID#: 04675
NPI#: 1437153327
DEA#: _____

Rev 06/15/10

HCSD ICF 924

Collaborative for Evidence-Based Inmate Care

011096



Eceptionist™                                                                                    Page 1 of 1

**Name: AILSWORTH, RONALD ( M ) DOB** Redacted **1949 (Age: 67 yrs)**

SERVICE INFO

| REQUEST # | 59957 |
|---|---|
| REQUEST DATE/TIME | Monday, February 2, 2015  15:38 |
| SERVICE PROCEDURE | Ultrasound |
| CURRENT STATUS | Complete/Closed by Requester |
| REQUEST SITE | Louisiana State Penitentiary |
| SUBJECT | RUQ US |
| PRIORITY | Routine |
| CONTACT | C Partin,LPNIII |
| COORDINATOR | Tamrya Young |
| CONSULTANT | |
| REFERRING PHYSICIAN | |
| ORDERING PHYSICIAN | E Britton, NP |
| CC PHYSICIAN | |
| SENDING PHYSICIAN | |
| SYMPTOMS | |
| CO-MORBIDITIES | |
| DIAGNOSIS | R/O HCC |
| ICD CODE | |
| REASON FOR REQUEST | Pls schedule US of RUQ for above offender (See attached) – 2/2/2015 3:39:29 PM (Cecilia Partin) |
| COMMENTS | Appointment is too far out to schedule, facility to re-enter request closer to appointment date. – 2/2/2015 3:42:18 PM (Tamrya Young) |

PATIENT INFO

| Patient ID | 1103 |
|---|---|
| Patient NAME | RONALD R AILSWORTH (Age: 67 yrs) |
| DOC Number | 00092888 |
| SID# | 000752968 |
| S Redacted 7559 | |
| DOB (mm/dd/yy Redacted 949 (Age: 67 yrs) | |
| GENDER | M |
| LANGUAGES | |

Patient ADDRESS

| ADDRESS: | POSTAL CODE: |
|---|---|
| | PHONE: |
| | EMAIL: |
| REFERRING PROVIDER | ( ) |

SURVEY

CONFIDENTIAL INFO

| CONFIDENTIAL INFORMATION SECTION | |
|---|---|
| REVIEW OF MEDICAL INFORMATION | |
| CLINICAL IMPRESSIONS | |
| RECOMMENDATIONS/RESPONSES TO QUESTIONS | |



**Name: AILSWORTH, RONALD ( M ) DOB <sup>Redacted</sup> 1949 (Age: 67 yrs)**

SERVICE INFO

| | |
|---|---|
| REQUEST # | 72053 |
| REQUEST DATE/TIME | Tuesday, May 19, 2015  08:37 |
| SERVICE PROCEDURE | Ultrasound |
| CURRENT STATUS | Complete/Closed by Requester |
| REQUEST SITE | Louisiana State Penitentiary |
| SUBJECT | RUQ US |
| PRIORITY | Routine |
| CONTACT | C Partin, LPNIII |
| COORDINATOR | Iris Wessinger |
| CONSULTANT | Jane Moore |
| REFERRING PHYSICIAN | |
| ORDERING PHYSICIAN | Britton, NP |
| CC PHYSICIAN | |
| SENDING PHYSICIAN | |
| SYMPTOMS | |
| CO-MORBIDITIES | |
| DIAGNOSIS | r/o HCC |
| ICD CODE | |
| REASON FOR REQUEST | Pls schedule abd US for above offender (See attached)<br>-- 5/19/2015 8:45:45 AM (Cecilia Partin) |
| COMMENTS | Jane. Please schedule onsite US of RUQ per attached order.<br>-- 5/19/2015 8:54:26 AM (Iris Wessinger)<br><br>Abdominal Complete & Abdominal upper:<br>Preparation:<br>Superior diagnostic results are obtained in the morning after fasting 8 to 12 hours. On the morning of your exam you may drink water and take any prescribed medications. No smoking or drinking carbonated beverages prior to your exam. If a pelvic ultrasound (Abdomen/Pelvic ultrasound) is to accompany your abdominal ultrasound you must drink your 32oz of water prior to the exam.<br>Time:<br>Approximately 30 minutes.<br>Procedure:<br>The sonographer will need access to your abdomen. You will be asked to open or pull up your shirt and a towel will be draped over your shirt to prevent it from getting wet from the ultrasonic gel. The sonographer will then place a transducer (with ultrasonic gel) on your abdomen to obtain clear images of the abdominal organs.<br>-- 6/30/2015 8:52:22 AM (Jane Moore)<br><br>RUQ US has been scheduled ON-SITE at LSP with Moore Sound Imaging on 7-15-2015, 7:30 a.m. All facilities should send the MD orders with the offenders on the procedure date.<br><br>-- 6/30/2015 8:52:49 AM (Jane Moore) |

PATIENT INFO

| | |
|---|---|
| Patient ID | 1103 |
| Patient NAME | RONALD R AILSWORTH (Age: 67 yrs) |
| DOC Number | 00092888 |
| SID# | 000752968 |

017464

MOORE SOUND IMAGING, LLC

Patient Name:    RONALD AILSWORTH
Date of Birth:   Redacted '49

Date of Exam:    07/15/15

Facility:        LSP   *Britton*

ULTRASOUND OF THE ABDOMEN:

Gallbladder appears normal without any stones or wall thickening.  Bile ducts
are not dilated.

Coarse liver echo texture without enlargement or discrete mass.  Spleen,
kidneys, aorta, and IVC appear normal.  Pancreas is obscured by bowel gas.

IMPRESSION:  Coarse liver echo texture.

_____
Mark W. Woody, M.D.

Exam Received:   07/15/15
Dictation Date:  07/19/15

MW/kjd

*8/15/15*
*2B.*

Case 3:16-cv-00842-SDD-RLB   Document Diary 04/10/19   Page 30 of 47

| Name AILSWORTH | , RONALD | DOC 92888 | Location SPR 1 | Date: 2/24/2016 |
|---|---|---|---|---|

BP: _____  Temp _____  Pulse _____  Resp: _16_  Height _____  Wt.: _174_   Time: _____

DOL _Redacted_/49   66 year old B   Male

Allergies: _____

Reason for Vis HP @ ATC

Chief Complaint:

O2 Saturation [____]

Hx HCV / Possible Cirrh.   **LSP**

Seen 8/5/15 — Feeling OK

→ A 137.57   TB 0.7

11/24/16   A 1257   cr. 1.08
           A T 31   BUN 14
           AST 28

2.4 > 14.7 / 45.7 ( 145   ↑ 135 )

↑ T 13.4
INR 1.1

CO2 card   Nervosc 7 kr sent
today RF
From 11/205
x 1 yr

Ask for refills 2
Kep meds 2 weeks ago
Took last pills last
night

**Assessment:**

1. Hx HCV c̄ stable      **Plan:**
2. platelets (@ LLN)    1. U/S of kidney 1 2 cm
3. Hx Prostate CA 5-6 yrs  2. F/u 6 months c̄
   (Surgery + Rad)      3. CBC + LFT
4.                      4. Labs on 8/15/16
5.                      5.

C O A [ ]      _____  2/24/16  _____
                Date         MD Signature

044149

LOUISIANA STATE PENITENTIARY
E. BARROW, JR. TREATMENT CENTER
ANGOLA, LOUISIANA

## CONSULTANT REFERRAL FORM

PATIENT'S NAME: _Ronald Ailsworth_       DATE: _6-24-16_

DOC#: _92888_       DOB: _Redacted_-49       HOSPITAL#: _____

REQUEST FOR CONSULTATION (please specify location/physician): _Dr. Lovespere (hernia)_

BRIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:

_Possible Hernia —_

_Please schedule Next Hernia clinic_

NOTICE: This patient is in custody. Please do not give him any prescriptions, medicines, etc. Also, return appointments should be ordered when the prison staff physician cannot provide adequate follow-up. **DO NOT** allow the inmate to have access to this information.

LSP-TC 22     Rev. 10/97

## Name: AILSWORTH, RONALD ( M ) DOB: Redacted 1949 (Age: 67 yrs)

SERVICE INFO

| | |
|---|---|
| REQUEST # | 126193 |
| REQUEST DATE/TIME | Wednesday, September 7, 2016  13:44 |
| SERVICE PROCEDURE | Misc. Test |
| CURRENT STATUS | Complete/Closed by Requester |
| REQUEST SITE | Louisiana State Penitentiary |
| SUBJECT | US guided liver biopsy |
| PRIORITY | Routine |
| CONTACT | C PartinLPNIII |
| COORDINATOR | Iris Wessinger |
| CONSULTANT | Chris Mallett |
| REFERRING PHYSICIAN | |
| ORDERING PHYSICIAN | britton, NP |
| CC PHYSICIAN | |
| SENDING PHYSICIAN | |
| SYMPTOMS | |
| CO-MORBIDITIES | |
| DIAGNOSIS | R/O HCC |
| ICD CODE | |
| REASON FOR REQUEST | Pls schedule US guided liver biopsy for above offender (see attached) -- 9/7/2016 1:46:42 PM (Cecilia Partin) |
| COMMENTS | Will attach PT/INR results when available -- 9/7/2016 1:47:19 PM (Cecilia Partin)<br><br>Chris, Please schedule US GUIDED LIVER BX @ LAK-see attached order from NP Britton. -- 9/7/2016 1:50:21 PM (Iris Wessinger)<br><br>Requested in Link. -- 9/7/2016 2:28:00 PM (Chris Mallett)<br><br>US GUIDED LIVER BX scheduled for 9/21/2016 10:00 AM with LAK Radiology Dept. -- 9/8/2016 4:03:17 PM (Chris Mallett) |

PATIENT INFO

| | |
|---|---|
| Patient ID | 1103 |
| Patient NAME | RONALD R AILSWORTH (Age: 67 yrs) |
| DOC Number | 00092888 |
| SID# | 000752968 |
| SS Redacted 7559 | |
| DOB (mm/dd/yyy Redacted 1949 (Age: 67 yrs) | |
| GENDER | M |
| LANGUAGES | |

Patient ADDRESS

| | |
|---|---|
| ADDRESS: | POSTAL CODE: |
| | PHONE: |

Ailsworth, Ronald (MR # 1000803626)

## Patient Information

| Patient Name | Sex | DOB | SSN |
|---|---|---|---|
| Ailsworth, Ronald | Male | Redacted 1949 | xxx-xx-7559 |

## Brief Op Note by Joseph Dean Reid, MD at 9/21/2016  1:09 PM

| Author: Joseph Dean Reid, MD | Service: Radiology | Author Type: Physician |
|---|---|---|
| Filed: 9/21/2016  1:10 PM | Note Time: 9/21/2016 1:09 PM | Note Type: Brief Op Note |
| Status: Signed | Editor: Joseph Dean Reid, MD (Physician) | |

**RADIOLOGY PROCEDURE BRIEF OP NOTE**

Ronald Ailsworth
9/21/2016

**Pertinent/Significant components to this patient's operative report are as follows:**

**Pre-op Diagnosis:** liver fibrosis (K74.0)

Post-Op Diagnosis Codes:
   * Fibrosis of liver [K74.0]

**Procedure(s) Performed:**  Ultrasound guided core liver biopsy

**Anesthesia:** local

**Estimated Blood Loss:** Minimal

**Specimens:** Yes, sent to lab.

**Complications:**  No Complications

**Post Op Status of Patient:**  doing well without problems

**Radiologist:** Dr. Joseph Reid

## Results History

### 10/5/2016  4:56 PM - Lab In Hlseven Edi

**Component Results**

Component
Histology
LSUHSC Health Care Services Division

Lallie Kemp Medical Center
52579 Highway 51 South
Independence, LA 70443-2231
SURGICAL PATHOLOGY CONSULTATION REPORT


Patient Name: AILSWORTH, RONALD
Medical  Record Number: 1000803626
Date of Birth: 9/12/1949 (Age: 67)
Race: Black
Sex:M
Location: RADULT   (LK)
Service:
School: L

Accession Number: BS16-920
Date/Time  Collected: 9/21/2016 12:45
Date/Time Received: 9/22/2016 10:30
Date /Time Reported: 10/5/2016 16:55
Physician(s): RANDY L. LAVESPERE, MD

Clinical History:
Hep C


Submitting Physician:
RANDY L. LAVESPERE, MD

Specimen:
Liver, needle biopsy


Gross Description:
Received in formalin, labeled with the patient's name, medical record
number and designated "liver" are three 1 mm cores of tan soft tissue, 1.4,
1.1 and 0.8 cm in length.  The specimen is wrapped in filter paper and
entirely submitted in a single cassette.

SM/RB/tt/152456




FINAL DIAGNOSIS

011131

GROSS & MICROSCOPIC:
Liver, needle biopsy:
- Mild portal lymphocytic inflammatory cell infiltrate with bile ductular
reaction, focal centrivenulitis and focal portal fibrosis (see comment).
- No significant steatosis.

Comment:  The liver biopsy shows mild portal lymphocytic inflammatory cell
infiltrate with bile ductular reaction, focal centrivenulitis occasional
acidophilic body and focal portal fibrosis.  No definite interface
activity, steatosis or cholestasis is seen.  The histopathologic changes are
nonspecific, although they can be seen in recovery from previous liver
injury such as drug-induced liver injury or treated chronic hepatitis such
as chronic viral hepatitis and autoimmune hepatitis.  All other potential
causes of chronic liver diseases should be clinically evaluated and
excluded.

This case was seen in consultation by Dr. Y. Nakanishi, Tulane Pathologist,
who rendered the above final diagnosis.

/sw

Comment:
Performed by:  UMC-NO Department of Pathology, 2000 Canal Street, New
Orleans, LA 70112

Electronic Signature
Ritu Bhalla, M.D.

---

**9/22/2016 10:31 AM - Lab In Hlseven Edi**

011132

**Form HC-01-A**
**14 September 2009**

**Health Care Request Form**    Institution: _USP_

Name: _Ronald Ailsworth_    DOC#: _92888_    Age: _67_    Housing: _Spruce 4L_    Job Assignment: _Minister_

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

_NEED High Blood PRESER MEDICE REFIL_

**Health Care Personnel Screening:** Date: _11/2/10_    Time: _4:55_    Location Seen: _Spruce_

(Circle One) Emergency / Routine Sick Call / Work Related    Allergies: _NKDA_

B/P _142/86_    Pulse _70_    Resp _14_    Temp _—_    Other _SPO2 98% RA_

**Assessment/Comment:** _Pt requesting refill on blood pressure medication Losartan, amlodipine. many rules of medical complaints. Vitals as above. Rest of PE unremarkable._
_Spoke with Dougla in pharmacy stated will refill send today._

**Disposition:**

_Pharmacy - Douglas_

_SIG PRN_

**Health Care Practitioner Notes:**

**New Medications Ordered:**

Total #: _0_

Screener's Signature: _Thime #541_    HCP's Signature: _[signature]_    Date: _11-4-16_

☒ No Fees ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for Each Prescription Fee: $ _0_    Total: $ _0_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Offender's Signature: _Ronald Ailsworth_    DOC#: _92888_    Date: _11-2-13_    Witness Signature: _[signature]_

Original - Offender's Medical Record        Yellow - Business Office        Pink - Offender's Copy

011117

015235

Form HC-01-A
14 September 2009          72888          Health Care Request Form          Institution_____

Ronald Ailsworth          67          Spruce 1          Minister
Name                    DOC #        Age        Housing        Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

diarrea, vomiting, pain in legs, stomach pain
all night

Healthcare Personnel Screening: Date: 1/11/17   Time: 4:45   Location Seen: spruce

(Circle One): Emergency / Routine Sick Call / Work Related   Allergies: NKDA

B/P 129/70   Pulse 98   Resp 10   Temp 98.6   Other spo2 100/RA

Assessment/Comment: Pt c/o as above ___ Ambulatory
difficulty vomiting x __ time once last noc __
stomach aches some nausea states he has vomited
so hard it has made his whole body aches
___ denies ___ medical complaints abnormally
notified by ___

**Disposition:**

protocol

**New Medications Ordered:**

Zofran 1 pill 4ns
Immodium
pepto

Total #: 3

Screener's Signature _____          HCP's Signature: _____   Date: 1-3-17

☐ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $_____   Total: $ 0

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

Ronald Ailsworth          72888          1-11-17          _____
Offender Signature        DOC #          Date          Witness Signature

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy

011112

**Form HC-01-A**
**14 September 2009**    015233    **Health Care Request Form**    Institution: USP

Ronald Ailsworth    92888    68    Spruce #1    Minister
Name    DOC#    Age    Housing    Job Assignment:

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

Rash on Lift Les

**Health Care Personnel Screening:** Date: 3/22/17    Time: 485    Location Seen: Spruce

(Circle One) Emergency / Routine Sick Call / Work Related Allergies: NKDA

B/P 120/12    Pulse 69    Resp 14    Temp 97.7    Other SPO2 100/RA

**Assessment/Comment:** pt c/c a above. sm red open v3 nd leg that also redness noted of swelling noted otin's gait normal denies complaints abnormalms NKK rest of pruritic remarkable

**Disposition:**

OK

**New Medications Ordered:**

Total #:

Screener's Signature

**HCP's Signature:**   3-23-17   Date:

□ No Fees  □ $3 Access Fee  □ $6 Access Fee  □ $2 for Each Prescription Fee: $ ___  Total: $

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Ronald Ailsworth    92888    3-22-17
Offender's Signature    DOC#    Date    Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

011108

# Louisiana State Penitentiary
## R. Barrow, Jr. Treatment Center
### Physician's Clinic

| | | | |
|---|---|---|---|
| **Name** AILSWORTH , RONALD | **DOC** 92888 | **Location** SPR 1 | **Date:** 3/22/2017 |

**BP:** 112 / 76   **Temp** 96.8   **Pulse** 42   **Resp:** 18   **Height** 70   **Wt.:** 173

**Time:** 10²ᵃᵐ

DO Redacted 49    67    year old B   Male

**Allergies:** NKDA

**Reason for Vis** HERNIA REVIEW @ ATC

**Chief Complaint:**

**O2 Saturation**

S/p Prostectomy   **LSP**

Prostate CA

Hx of Ⓡ IH —

States hernia x several yrs — Has not

been seen in the "Hernia Clinic" as of this date

Ⓡ IH —
 → fist size herniation Ⓡ inguinal
 c̄ superficial scrotal invol
 Ⓡ architect deviation
 Reducible difficulty

3.5/5

**Assessment:**

Ⓡ IH   — refer to Dr. Munson

**Plan:**

1. ___
2. ___   RDWRs lifting > 20# ∅sports
3. ___   x 6mo
4. ___
5. ___

**C O A** ☐   90d

3/22/17

**Date**

**MD Signature**

011109



# Louisiana Department of Corrections Referral Form
## General Surgery

*Attach supporting documentation*

Circle one:    Routine  or  Urgent

Date of Request:  3 /22 /17

Offender Name(Last, First): _____ Ailsworth  Ronald _____     Date of Birth: **Redacted**  49

Correctional Facility: _____ LSP _____     Offender ID Number: _92888_

### Please Indicate Reason for Referral:

| | | | |
|---|---|---|---|
| ___793.99 | Abnormal imaging studies: (Describe in Clinical History Below) | ___157.9 | Malignancy: Pancreas |
| ___565 | Ano-rectal Fissure &Fistula | ___193 | Malignancy: Thyroid |
| ___455.6 | Ano-rectal: Hemorrhoids | ___789.30 | Mass: Abdomen: ABD US and/or *CT ABD |
| ___569.42 | Ano-rectal: Pain | ___782.2 | Mass: Axilla |
| ___566 | Ano-rectal: Peri-rectal Abscess | ___569.9 | Mass: Colon: *CT ABD |
| ___685.0 | Ano-rectal: Pilonidal Disease | ___786.6 | Mass: Lung: *CT Chest |
| ___78.10 | Ano-rectal: Warts | ___246.9 | Mass: Thyroid: Thyroid US & *CT Neck |
| ___949.0 | Burn: describe in Clinical History | ___879.2 | Open Wound: Abdomen |
| ___574.20 | Cholelithiasis: RUQ US | ___879.6 | Open Wound: Trunk |
| ___575.10 | Cholecystitis: RUQ US | ___894.0 | Open Wound: Lower Extremity |
| ___562.11 | Colonic Diverticulitis | ___884.0 | Open Wound: Upper Extremity |
| ___V16.0 F | Familial Adenomatous Polyposis | ___240.9 | Thyroid: Goiter: TSH & Thyroid US |
| ___552.1 | Hernia-incarcerated: site-_____ | ___241.0 | Thyroid: Nodule: TSH & Thyroid US |
| ___705.83 | Hidradenitis | | *Please note all CT's are to be done with and without contrast |
| ___996.92 | Infected Hickman Catheter | | |
| ___785.6 | Lymphadenopathy: Obtain CBC, HIV, and CXR | | |
| ___153.9 | Malignancy: Colon | | |
| ___151.9 | Malignancy: Gastric | | |
| ✓other: | ICD: _____ Diagnosis: (R) IH | | |

History and Physical Findings Relevant to this Referral: _____

Greater than fist size (R) IH c̄ superficial scrotal involvement (4°) Architechural

deviation + Reducible c̄ pain

Diagnostic/Test results: _____

Referring Provider's Signature: _R. Langue_     Print Name: _R. Lonespere_

Rev: 7-1-15

011110

## Name: AILSWORTH, RONALD ( M ) DOB Redacte 1949 (Age: 67 yrs)

SERVICE INFO

| | |
|---|---|
| REQUEST # | 149368 |
| REQUEST DATE/TIME | Tuesday, March 28, 2017  14:56 |
| SERVICE PROCEDURE | Surgery Clinic |
| CURRENT STATUS | Accepted/Reviewed by Consultant |
| REQUEST SITE | Louisiana State Penitentiary |
| SUBJECT | Referral to onsite General Sx clinic |
| PRIORITY | Routine |
| CONTACT | TB |
| COORDINATOR | Tamrya Young |
| CONSULTANT | Chad Scott |
| REFERRING PHYSICIAN | |
| ORDERING PHYSICIAN | Dr.Lavespere |
| CC PHYSICIAN | |
| SENDING PHYSICIAN | |
| SYMPTOMS | |
| CO-MORBIDITIES | |
| DIAGNOSIS | RIH |
| ICD CODE | |
| REASON FOR REQUEST | Please schedule appointment with onsite general sx clinic, see attached.<br>-- 3/28/2017 2:59:18 PM (Termeka Brown) |
| COMMENTS | Chad-please schedule ONSITE General Surgery APPT as requested per attached. Facilities are to ensure last clinic note/MD evaluation and all diagnostics (DISC with images and reports) done are sent with offender for onsite appt so that they are available for MD to review.<br><br>-- 3/28/2017 3:01:43 PM (Tamrya Young)<br><br>Appointment will be scheduled in the next available clinic in order of date received.<br>-- 3/28/2017 3:20:10 PM (Chad Scott)<br><br>Due to the increased volume of clinic referrals and MD availability, initial/follow up visit appointments will be booked in the order of received date on referral.<br><br>If requesting provider feels an earlier appointment is needed due to change in medical condition, the requesting facility staff needs to contact DOCHQ.<br>-- 3/31/2017 2:57:06 PM (Chad Scott)<br><br>If requesting provider feels an earlier appointment is needed due to change in medical condition, the requesting facility staff needs to contact DOCHQ.<br>-- 4/28/2017 3:31:37 PM (Chad Scott)<br><br>Appointment will be scheduled according to time frame given per MD.If requesting provider feels an earlier appointment is needed due to change in medical condition, the requesting facility staff needs to contact DOCHQ.<br>-- 5/31/2017 1:42:46 PM (Chad Scott) |

PATIENT INFO

| | |
|---|---|
| Patient ID | 1103 |
| Patient NAME | RONALD R AILSWORTH (Age: 67 yrs) |
| DOC Number | 00092888 |

017468



## Louisiana Department of Corrections Referral Form
# <u>General Surgery</u>

*\*Attach supporting documentation*

Circle one:    Routine  or  Urgent
Date of Request: 7 /26/17

**Offender Name(Last, First):** Ailsworth, Ronald        **Date of Birth:** Redacted ,49

**Correctional Facility:** LSP Angola        **Offender ID Number:** 92888

**Please Indicate Reason for Referral:**

| | | | | |
|---|---|---|---|---|
| ___793.99 | Abnormal imaging studies: | | ___157.9 | Malignancy: Pancreas |
| | (Describe in Clinical History Below) | | ___193 | Malignancy: Thyroid |
| ___565 | Ano-rectal Fissure &Fistula | | ___789.30 | Mass: Abdomen: ABD US and/or *CT ABD |
| ___455.6 | Ano-rectal: Hemorrhoids | | ___782.2 | Mass: Axilla |
| ___569.42 | Ano-rectal: Pain | | ___569.9 | Mass: Colon: *CT ABD |
| ___566 | Ano-rectal: Peri-rectal Abscess | | ___786.6 | Mass: Lung: *CT Chest |
| ___685.0 | Ano-rectal: Pilonidal Disease | | ___246.9 | Mass: Thyroid: Thyroid US & *CT Neck |
| ___78.10 | Ano-rectal: Warts | | ___879.2 | Open Wound: Abdomen |
| ___949.0 | Burn: describe in Clinical History | | ___879.6 | Open Wound: Trunk |
| ___574.20 | Cholelithiasis: RUQ US | | ___894.0 | Open Wound: Lower Extremity |
| ___575.10 | Cholecystitis: RUQ US | | ___884.0 | Open Wound: Upper Extremity |
| ___562.11 | Colonic Diverticulitis | | ___240.9 | Thyroid: Goiter: TSH & Thyroid US |
| ___V16.0 F | Familial Adenomatous Polyposis | | ___241.0 | Thyroid: Nodule: TSH & Thyroid US |
| ___552.1 | Hernia-incarcerated: site-_____ | | | *Please note all CT's are to be done with and without contrast |
| ___705.83 | Hidradenitis | | | |
| ___996.92 | Infected Hickman Catheter | | | |
| ___785.6 | Lymphadenopathy: Obtain CBC, HIV, and CXR | | | |
| ___153.9 | Malignancy: Colon | | | |
| ___151.9 | Malignancy: Gastric | | | |
| ___other: | ICD:_____Diagnosis:_____ | | | |

*(circled)* ® IH

**History and Physical Findings Relevant to this Referral:** 68 yo ē Ingr swelling in right
groin — vomredwith — no defect or ē. Tenderness of
Physical exam region.
Impression: Right Inguinal hernia
Recommend — repair right inguinal hernia

**Diagnostic/Test results:**

**Referring Provider's Signature:** *(signature)*        **Print Name:** John E. Morrison

020458

6 6 4 6 - ☐

**Ron Barrow, Jr. Treatment Center**
**Physician's Clinic**

PSNMOF

| Name | | DOC | Location | Date: |
|---|---|---|---|---|
| **AILSWORTH** | **RONALD** | **92888** | **SPR 1** | **7/26/2017** |

**BP: 146 / 83**  **Temp 96.9**  **Pulse 48**  **Resp:18**  **Height 71**  **Wt.: 178**

**Time:** 10:01:42 AM

DC Redacted /49   67  year old B  Male

**Allergies: NKDA**

**Reason for Vis**    SURGERY CLINIC

**Chief Complaint:**

**O2 Saturation** 100

*LSP*

68 y/o c̄ 4-5 month swelling R groin not able to reduce
colonoscopy in past ⊖ recent bowel troubles-

Sx - Prostate, GSW abd
NKDA  Meds - Losartan, Amlodipine
ROS - ⊕ HTN, ⊕ prostate ca. ⊖ neurologic, pulmonary,
cardiac, hepatic, HIV, DM.
PE EENT - unremarkable  chest - clear bilat.  Heart RRR
Abd - healed midline + ⊕ colostomy incision
GU - tightly ↓↓ large right inguinal hernia or
defect on R
Ext - no c/c/e
Dx: Right inguinal hernia

Ref surg

**Assessment:**
1. Right inguinal hernia
2.
3.
4.
5.

COPY to trips

**Plan:**
1. Recommend repair
2.
3.
4. MWorstein MD 7-26-17
5.

**C O A** ☐

7/26/17  **Date**  [signature] MD  **MD Signature**

020459

## Name: AILSWORTH, RONALD ( M ) DOB<sup>Redacted</sup>1949 (Age: 68 yrs)

SERVICE INFO

| | |
|---|---|
| REQUEST # | 164479 |
| REQUEST DATE/TIME | Wednesday, August 16, 2017  14:29 |
| SERVICE PROCEDURE | Surgery Date |
| CURRENT STATUS | Complete/Closed by Requester |
| REQUEST SITE | Louisiana State Penitentiary |
| SUBJECT | Request surgery date for repair right inguinal hernia |
| PRIORITY | Routine |
| CONTACT | TB |
| COORDINATOR | Iris Wessinger |
| CONSULTANT | |
| REFERRING PHYSICIAN | |
| ORDERING PHYSICIAN | Dr. Morrison |
| CC PHYSICIAN | |
| SENDING PHYSICIAN | |
| SYMPTOMS | |
| CO-MORBIDITIES | |
| DIAGNOSIS | RIH |
| ICD CODE | |
| REASON FOR REQUEST | Request surgery date for repair of right inguinal hernia, see attached.<br>-- 8/16/2017 2:31:10 PM (Termeka Brown) |
| COMMENTS | THIS IS FOR HERNIA REPAIR IN OR AT LAK- NEED SURGERY DATE ONLY NOT CLINIC APPT Required staff at LAK emailed. Requested in LINK, Awaiting OR date.<br>-- 8/17/2017 8:57:37 AM (Iris Wessinger)<br><br>LAK aware of request. Awaiting OR date.<br>-- 8/18/2017 8:46:52 AM (Iris Wessinger)<br><br>LAK aware of request. Awaiting OR date.<br>-- 8/21/2017 8:42:30 AM (Iris Wessinger)<br><br>LAK aware of request. Awaiting OR date.<br><br>-- 8/22/2017 7:49:27 AM (Iris Wessinger)<br><br>LAK aware of request. Awaiting OR date<br>-- 8/23/2017 8:42:21 AM (Iris Wessinger)<br><br>Awaiting OR date<br>-- 8/24/2017 7:23:52 AM (Iris Wessinger)<br><br>LAK aware of request. Awaiting OR date<br>-- 8/28/2017 9:04:49 AM (Iris Wessinger)<br><br>LAK aware of request. Awaiting OR date.<br>-- 8/29/2017 7:42:09 AM (Iris Wessinger)<br><br>LAK aware of request. Awaiting OR date.<br><br>-- 8/30/2017 7:53:07 AM (Iris Wessinger)<br><br>LAK aware of request. Awaiting OR date.<br><br>-- 9/1/2017 8:24:40 AM (Shelly Young, RN) |

019698

LAK aware of request. Awaiting OR date.

~ 9/5/2017 8:54:03 AM (Shelly Young, RN)

LAK aware of request. Awaiting OR date
~ 9/6/2017 8:08:11 AM (Shelly Young, RN)

LAK aware of request. Awaiting OR date
~ 9/11/2017 10:37:35 AM (Shelly Young, RN)

Awaiting OR Date from LAK.
~ 9/12/2017 8:37:35 AM (Iris Wessinger)

Awaiting OR Date from LAK.
~ 9/14/2017 9:53:21 AM (Iris Wessinger)

Awaiting OR date
~ 9/15/2017 8:54:30 AM (Iris Wessinger)

Awaiting OR date.
~ 9/18/2017 7:21:05 AM (Iris Wessinger)

LAK OR Procedure scheduled 10/2/17 530am
Pre op nurse to call with further instructions
Nothing to eat after midnight

~ 9/19/2017 7:49:25 AM (Iris Wessinger)

PATIENT INFO

| | |
|---|---|
| Patient ID | 1103 |
| Patient NAME | RONALD R AILSWORTH (Age: 68 yrs) |
| DOC Number | 00092888 |
| SID# | 000752968 |
| SS Redacted | 7559 |
| DOB (mm/dd/yy) Redacted | 1949 (Age: 68 yrs) |
| GENDER | M |
| LANGUAGES | |

Patient ADDRESS

| ADDRESS: | POSTAL CODE: |
|---|---|
| | PHONE: |
| | EMAIL: |

| REFERRING PROVIDER | ( ) |
|---|---|

SURVEY

CONFIDENTIAL INFO

| CONFIDENTIAL INFORMATION SECTION | |
|---|---|
| REVIEW OF MEDICAL INFORMATION | |
| CLINICAL IMPRESSIONS | |
| RECOMMENDATIONS/RESPONSES TO QUESTIONS | |

019699

**LAK Surgery Clinic FAC**
Specialty: Surgery

52579 Hwy 51 South
Independence LA 70443
Phone: 985-878-1459

**Signed:**
Daniel Anthony Linarello
10/2/2017
9:47 AM

Admission (Discharged) on 10/2/2017

Ailsworth, Ronald

MRN: 1000803626
Description: 68 year old male

Op Note Date of Service: 10/2/2017  9:44 AM

Daniel Anthony Linarello, MD
Surgery

PREOP DX:  Right inguinal hernia

POST OP DX:  Right indirect inguinal hernia

PROCEDURE: Right inguinal hernia repair with mesh

SURGEON: Daniel Linarello, MD

ANEST:  GETA

ASSISTANT:  None

FINDINGS: large indirect hernia

EBL:  < 30cc

SPECIMEN:  Hernia sac

INDICATION FOR SURGERY: Symptomatic Inguinal Hernia

PROCEDURE IN DETAIL: After proper informed consent was obtained, the patient was taken to the operating room, placed in a supine position, and general endotracheal anesthesia is administered. After successful induction of anesthesia, the patient is prepped and draped in usual sterile fashion. Incision is created with a #10 blade scalpel and Bovie electrocautery is used to dissect down through the subcutaneous tissues until the fascia of the external oblique was reached. The fascia was cleared of overlying tissues and the external ring is easily identified. The external oblique fascia is incised with a 15 blade scalpel for a short distance. This is extended with Metzenbaum scissors through the external ring. The undersurface of the fascia is cleared inferiorly to reveal the shelving edge of the inguinal ligament and pubic tubercle, and superiorly to reveal the conjoined tendon. Laterally a space was made posterior to the external oblique fascia to accommodate the mesh. The spermatic cord is then isolated from surrounding

tissues and a Penrose drain is placed around the cord for traction. Please note that great care was taken to avoid injury to the spermatic cord vessels and vas deferens at all times during the procedure. The cremaster muscles are divided and the spermatic cord was carefully inspected. An large indirect hernia is identified. There is no sign of a direct hernia. The hernia sac is dissected free from the surrounding tissues. The hernia sac is opened and found to be void of contents at this time. The hernia sac is sutured ligated with a 0 silk suture. The hernia sac is then divided and sent to pathology for evaluation. Following this, the mesh is prepared and soaked in antibiotic solution. The mesh is then slit inferiorly to accommodate the spermatic cord. The mesh is sutured to the pubic tubercle, the shelving edge of the inguinal ligament around the spermatic cord, and to the conjoined tendon superiorly with interrupted 2-0 Prolene sutures. Laterally, the mesh was placed posterior to the external oblique fascia. The repair was inspected and found to be hemostatic and without evidence of tension. The wound is irrigated with a copious amount of antibiotic solution. The external oblique fascia is reapproximated with a 0 Vicryl suture in a running fashion. The area is then localized with 0.25% Marcaine. The wound was once again irrigated. Scarpa's fascia is closed with interrupted 3-0 Vicryl sutures. The skin is closed with a 4-0 Vicryl suture in a subcuticular fashion. The wound is then dressed with Steri-Strip tapes, 4 x 4's, and Medipore tape. The patient is taken to PACU in stable condition. Estimated blood loss was less than 30 mL. The patient tolerated the procedure well. There were no complications. All counts are correct at the end of the case.

Admission (Discharged) on 10/2/2017

Ailsworth, Ronald

MRN: 1000803626
Description: 68 year old male

Brief Op Note Date of Service: 10/2/2017  9:40 AM

Daniel Anthony Linarello, MD
Surgery

**HERNIA REPAIR INGUINAL  Procedure Note**

Ronald Ailsworth
1000803626

10/2/2017

Pre-op Diagnosis: Hernia, inguinal, right [K40.90]

Post-op Diagnosis: Right indirect inguinal hernia

Procedure(s):
HERNIA REPAIR INGUINAL

Anesthesia: General