# Louisiana Dept. of Corrections
## Referral Guidelines
### Hernia

**Diagnosis/ Definition**

- An abnormal protrusion (swelling) of a body part through a natural or surgically created area of weakness in a muscle or fascial wall. Common subtypes are:
    - INGUINAL (groin): swelling in the upper scrotum or prepubic area.
    - UMBILICAL: hernia through the umbilical ring.
    - INCISIONAL: swelling and weakness in the area of a prior surgical incision.
    - EPIGASTRIC: swelling in the midline between the umbilicus and the xyphoid.
    - VENTRAL: swelling anywhere in the anterior abdominal area (overlaps with umbilical and epigastric hernias, but also includes less common abdominal wall hernias, such as SPIGELIAN).

**Initial Diagnosis and Management**

Diagnosis is made on basis of history of swelling of area in question, usually confirmed by the presence of a physically evident protrusion, which normally increases with straining and becomes less prominent when the patient is recumbent and relaxed.

**Ongoing Management and Objectives**

- Hernias as defined above may be managed non-operatively by PCP.
- In general, no urgent condition exists if the hernia is REDUCIBLE or ASYMPTOMATIC EXCEPT FOR ITS PRESENCE.
- Most hernias can be reduced with gentle pressure with the patient recumbent.
- Most EPIGASTRIC HERNIAS are non-reducible, but usually cause few symptoms.

**Indications for Specialty Care Referral**

- Hernia is non reducible
- Hernia is very large in size failing medical management
- Any signs/symptoms indicating incarceration or strangulation I.e. Diminished cough reflex
- Significant pain/discomfort requiring narcotics/ inpatient pain management



EXHIBIT C TO MOTION FOR SUMMARY JUDGMENT

Criteria for Return to Primary Care

For patients recovering from surgical repair, the patient will be followed in General Surgery until the wound is adequately healed and patient discharged from surgical care (approximately two weeks in the absence of complications).

Last Review for this Guideline: March 2014
Referral Guidelines require review every three years.