## INMATE LOCATION SHEET

NAME: Ronald Ailsworth        DOC#: 92888

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 9-21-09 Am | Au | Idle | |
| 9-21-09 Am | Oak 2 | Inmate minister MBD | ICB |
| 10-6-09 SG | TCW1 | Trip | Mitchell |
| 10-6-09 SG | Oak-2 | Inmate Min. | Sullivan |
| 11-9-09 TD | TCW1 | Trip | Bazile |
| 11-9-09 TD | Oak 2 | Inmate minister | Tillery |
| 7-29-10 TD | Spr-3 | I/m Min | Fall |
| 10-19-10 B | Spr.3 | 1/inm min, 2/chap clrk | 5.2 |
| 5-10-11 LD | DCI | evac | Adm |
| 6-14-11 TD | Spr. 3 | evac. | Adm |
| 6-12-12 sm | Spr. 4 | Inmate minister/chap clk | Stagg |
| 0-3-12 AS | TCW1 | trip | Wiley |
| 10-3-12 AS | Spr. 4 | inmin chap clk | Broll |
| 10-4-12 sm | TCWd1 | trip | Mealy |
| 10-4-12 sm | Spr-4 | I/m min chap clk | Porter |
| 10-22-12 sm | TCW1 | Trip | Wiley |
| 10-22-12 sm | Spr. 4 | I/m mint. chap C/R | Tillery |
| 6-13-13 UL | TCW1 | Trip | Mealy |
| 6/13/13 | Spr4 | I'm min chap clerk | tillery |
| 8-13-13 | Spr 1 | inm min. chap. clerk | Stagg |
| 2.10.14 RG | tcw1 | trip | Allen |
| 2.10.14 RG | Spr 1 | Inmate min chap clk | Wilson |
| 2-3-15 | Spr 1 | MIN-C inmat min chap clk | Smith |

## INMATE LOCATION SHEET

NAME: Ronald Ailsworth        DOC#: 92888

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 3-13-09 | Pine 2 | In Min | Hull |
| 3-17-09 | Tuddl 1 | Trip | Quija |
| 3-17-09 | Pine 2 | In Min Grad | Tilay |
| 3-24-09 | Tuddl 1 | Trip | Hull |
| 3-24-09 | Pine 2 | In Min Grad | Barile |
| 3-27-09 JG | TCW1 | Trip | Paige |
| 3-27-09 SG | Pine-2 | Inmate Min. Grad 5/02 | Hull |

```
AILSWORTH, RONALD              - AILSWORTH, RONALD
92888   CUSCHG 04/13/2009        92888   ALCHG 05/04/2009
MAX                            - W3B3
P.CUST=ARDC                      P.LOC=
                               -

AILSWORTH, RONALD              - AILSWORTH, RONALD
92888   CUSCHG 04/13/2009        92888   ALCHG 05/05/2009
MED    ICB                     - 289B
P.CUST=MAX                       P.LOC=W3B3
                               -
AILSWORTH, RONALD
92888   JOBCHG 04/13/2009   -  AILSWORTH, RONALD
6199   SQ 4 UNIT 2              92888   ALCHG 05/06/2009
P.JOB=IDLE                   -  HS2
                                P.LOC=289B
                             -
AILSWORTH, RONALD               AILSWORTH, RONALD
92888   DRMCHG 04/13/2009   -  92888   ALCHG 05/07/2009
F5B                             RTQ F5B
P.DORM=                      -  P.LOC=HS2


AILSWORTH, RONALD
92888   JOBCHG 04/18/2009   -
6390   LDC D2
P.JOB=SQ 4 UNIT 2

 ┌
 │AILSWORTH, RONALD
 │92888   ALCHG 04/20/2009  -
 │W3B7
 │P.LOC=
 │
 └

AILSWORTH, RONALD
92888   ALCHG 04/21/2009
RTQ F5B
P.LOC=W3B7
```

006833

NAME: Ronald Ailsworth          DOC#: 5288

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 10-28-08 k | Tudd 1 | trip | Parham |
| 10-28-08 k | Pine 2 | In M.n Grad 05/2002 | Allen |
| 11-10-08 k | Tudd 1 | Pat | Mealy |
| 11-11-08 k | Tudd 1 | trip | Mealy |
| 11-11-08 k | Pine 2 | In M.n | Mealy |
| 12-2-08 k | Tudd 1 | trip | Hull |
| 12-2-08 k | Pine 2 | In M.n 5/02 | Hull |
| 12/16/08 H | tud 1 | trip | Jordan |
| 12/16/08 H | Pine 2 | Inm Min grad | Hull |
| 12-30-08 k | Tudd 1 | trip | Batista |
| 12-30-08 k | Pine 2 | In Min GED 05/02 | Sullivan |
| 1-6-09 k | tud 1 | trip | Mealy |
| 1-6-09 k | Pine 2 | Inmin Grad 05/2000 | Jillery |
| 1-14-09 k | McNO + tudd 1 In transit | trip | From M.n Toby |
| 1-14-09 k | McNO | In transit | Toby |
| 1-15-09 k | Tudd 1 | Pat | JRB |
| 1-27-09 k | tud 1 | trip | Funches |
| 1-27-09 k | Tudd 1 | Pat | Sullivan |
| 2-18-09 k | Pine 2 | In Min Grad 05/02 | Sullivan |
| 2-19-09 k | Tudd 1 | trip | Batista |
| 2-19-09 k | Tudd 1 | Pat | Holy |
| 2-19-09 k | Pine 2 | In min Grad 05-02 | Holy |
| 3-4-09 k | Tudd 1 | trip | Mealy |
| 3-4-09 k | Pine 2 | In Min 05-02 | Hull |
| 3-13-09 k | Tudd 1 | trip | Mealy |

INMATE LOCATION SHEET

NAME: Ronald Ailsworth    DOC# 92885

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 7-17-02 t | Mag 3 | NOBTS M-F | Mallet |
| 8-21-03 G | Mag 3 | NOBTS - Emml Min | S.R |
| 9-10-04 t | CBB/R | adm | Bull |
| 9-10-04 t | TCWd 1 | adm c/R trg | Mallet |
| 9-10-04 t | TCWd 1 | adm | Emily |
| 9-13-04 t | TCWd 1 | Isol | mullet |
| 9-19-04 t | TCWd 1 | Pat | Mallet |
| 9-27-04 T | TCW1 | Trip | Roach |
| 9-27-04 T | TCW1 | Pat | Hull |
| 9-28-04 T | Mag 3 | NOBTS Minister | Parker |
| 12-16-04 t | TCWd 2 | trip | Benoit |
| 12-16-04 G | Mag 3 | NOBTS - Enter Min | Sullivan |
| 5-4-07 t | Fal 1 | NOBTS - En Min | I Roz |
| 5-2-08 t | TCWd 1 | trip | Mullet |
| 5-2-08 k | Fal 1 | NOBTS | Tilley |
| 6-17-08 SG | TCW1 | Trip | Allen |
| 6-17-08 SG | Fal-1 | NOBTS Inm. Min. | Davis |
| 7-7-08 t | TCWd 1 | Pat | Jones |
| 7-8-08 t | TCWd 1 | Trip | Jones |
| 7-8-08 k | D-Fal 1 | NOBTS In Min | Jones |
| 8-12-08 t | TCWd 1 | Pat | Mallet |
| 8-12-08 k | D-Fal 1 | In Min Grad 05/02 | Sullivan |
| 10-16-08 SG | Pine-2 | Inm. Min Grad 05/02 | Davis |

## INMATE LOCATION SHEET

NAME: Ronald Ailsworth      DOC# 92888

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 5-31-99 AB | Mag 1 | NOBTS Study Hall M-F | 5.2 |
| 6-25-99 AB | Mag 1 | Veg Line PM NOBTS Study | 5.2 |
| 8-13-99 AB | Mag 1 | NOBTS Study Hall | 5.2 |
| 8-20-99 AB | Mag 1 | NOBTS (M-F) | 5.2 |
| 9-1-99 AB | RCAU | Idle | Rabb |
| 9-1-99 k | Mag 1 | NOBTS (M-F) | Harold |
| 9-24-99 AB | RCAU | Idle | Van Buren |
| 9-24-99 AB | Mag 1 | NOBTS | Tubbs |
| 12-19-99 k | Mag 3 | NOBTS M/F | Marquez |
| 5/19/00 W | Mag 3 | NOBTS M,W,F Beam Snapper (T,TH) | 5.2 |
| 6/6/00 W | Mag 3 | Beam Snap (T,Th,F) NOBTS (M,W) | 5.2 |
| 6/14/10 m | Mag 3 | grading Shed NOBTS (M,W,F) | 5.2 |
| 8/16/00 m | Mag 3 | NOBTS (M-F) | 5.2 |
| 8/20/00 m | RCAU | Idle | Garner |
| 8/20/00 m | Mag 3 | NOBTS (M-F) | Brce |
| 9/22/00 m | RCAU | Idle | Ragsdale |
| 9/22/00 m | Mag 3 | NOBTS (M-F) | Ketter |
| 8-15-01 k | TCW d1 | Pat | Sullivan |
| 8-16-01 | Mag 3 | NOBTS M-F | Sullivan |
| 9/5/01 Ch | TCW1 | Pat | Mayeaux |
| 9-6-01 k | Mag 3 | NOBTS | Pizar |
| 7-16-02 k | TCW d1 | Pat | Fountain |
| 7-17-02 k | TCW d1 | Trip | Sullivan |

006836

INMATE LOCATION SHEET

NAME: Ronald Ailsworth                                    DOC# 92888

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 2-5-92 fu | Cyp 2 | Cooking sch | 5.2 |
| 2-17-92 fu | CBD 4L | adm ed | Andrews |
| 2-17-92 fu | Cyp 2 | Cooking sch | Bordelon |
| 12-21-92 sch | Mag 3 | Cook. sch. | Schott |
| 3-17-93 bg | Mag 3 | MP Cul | 5.2 |
| 3-25-93 sl | Mag 3 | CS cul | 5.2 |
| 6-1-93 bg | Mag 3 | am CS cul. pm nmcc/c | 5.2 |
| 5-25-94 PS | Mag 3 | Full time Cd cul | 5.2 |
| 9-15-95 L | Mag 3 | Culinary CS  NOBTS (Mon) | 5.2 |
| 10-12-95 C | Cyp 3 | CS cul | Warner |
| 1-23-96 C | Cyp 3 | CS cul - NOBTS (m) | 5.2 |
| 8-16-96 C | Cyp 3 | NOBTS (MA, TH) | 5.2 |
| 8-22-97 ct | Cyp 3 | NOBTS (MC, T, Th) | 5.2 |
| 1/26/98 SC | Cyp 3 | NOBTS (mp, TP, WA, WP) | 5.2 |
| 3/18/98 SC | Pine 1 | CS cul | IRB |
| 4-2-98 LE | Cyp 2 | Kit CS | IRB |
| 4-2-98 LE | P. tw 1 | NOBTS | 5.2 |
| 4-25-98 LE | Mag 4 | NOBTS | Tracy |
| 5-23-98 AS | Mag 3 | NOBTS | Edward |
| 5-29-98 C | Mag 3 | MP Ext 4/D Tier walker | MP-IRB |
|  | 1299 1 | MP Ext t/walker | Wilker |
| 8-23-98 md | Mag 1 | NOBTS | 5.2 |
| 9-22-99 L | Mag 1 | NOBTS (MA, TP, WA, THA, THP, MED PA, PT) | 5.2 |

006837

INMATE LOCATION SHEET

Gilworth, Ronald                                         DOC # 92878

| DATE/POSTED BY | LOCATION | WORK ASSIGNMENT/CUSTODY | AUTHORI |
|---|---|---|---|
| 2-24-81 gr | ARDC | | |
| " | CBD | Idle | Scott- McNeil |
| 3-23-81 jm | au | idle | Stockbridge |
| 3-26-81 | CBA | L-8 | SRB |
| 12-10-81 | Hosp | pat | Bernard |
| 12-8-81 | CBA uc | L-8 | Vance |
| 3-23-82 | Wal3 | L-5 | CBRB |
| 9-9-82 | CBD uc | adm R.W | Dupuy |
| 9-10-82 | Wal-3 | L-5 | OB |
| 9-15-82 | Wal 3 | Kit | 5-2 |
| 10-8-82 | Wal 3 | as pm Kit am | 5-1 |
| 11-2-82 ar | RCAU | Idle | Baker |
| 11-3-82 ms | C.O. | Int. | Miley |
| 11-15-82 os | RCAU | Idle | White |
| 11-15-82 ra | Cwolf 3 | Kit | Burke |
| 2-25-83 D | Cyp 2 | Kit School pm | Bonnet |
| 12-4-83 | CBD LL | Adm/9 | Gauthier |
| 12-5-83 | Wal 1 | L-4 | OB |
| 12-5-83 | Cyp 2 | Kit. | Dupree |
| 1-4-85 B | Cyp 2 | Kit | 5-1 |
| 4-12-85 f | RCAU | Idle | Canter |
| 4-12-85 f | Cyp 2 | Kit. | Myears |
| 4-26-85 f | RCAU | Idle | Canter |
| 4-26-85 f | Cyp 2 | Kit | Simmons |
| 4-51-82 s | Cobra | Kit | 5-2 |
| 5-1-90 ll | Cyp 2 | Hosp. Kit | 5-2 |
| 5-30-90 ar | Cyp 2 | m Kit | 5-2 |

006838