UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EARL PETERS, IDDO BLACKWELL, | * | CIVIL ACTION |
| KEVIN MATHIEU, LAVELLE | * | |
| MEYERS, DAN RILEY, RUSSELL | * | |
| WARE | * | NUMBER: 3:16-cv-00842-SDD-RLB |
| | * | |
| VERSUS | * | |
| | * | JUDGE SHELLY D. DICK |
| RAMAN SINGH, JOHN BEL | * | |
| EDWARDS, JAMES M. LEBLANC, | * | |
| STEPHANIE LAMARTINIERE, | * | MAGISTRATE |
| DARRYL VANNOY, STATE OF | * | RICHARD L. BOURGEOIS |
| LOUISIANA, LOUISIANA | * | |
| DEPARTMENT OF PUBLIC SAFETY | * | |
| AND CORRECTIONS | * | |

**************************************************************************

AFFIDAVIT

BEFORE ME, the undersigned counsel, came and appeared:

AMBER VITTORIO

who, after being duly sworn, did depose and say:

1.    I am employed at Louisiana State Penitentiary as ARDC Manager. As a part of my

employment with LSP, I am familiar with the various job assignments and duties for those

job assignments.

2.    I have reviewed the location sheets, including the job assignments, for inmates Ronald

Allsworth, Herman Bella, Lavelle Myers, Earl Peters, and Russell Ware.

3.    From 2009-2015, plaintiff Ronald Ailsworth's job assignment was an inmate minister and

a chaplain clerk. Attached is a true and correct copy of Ailsworth's location sheet.

4.    At Angola, a inmate minister performs church services, delivers death notifications to

offenders of their family members that pass away, and serve as social mentors to other

-1-

EXHIBIT F TO MOTION FOR SUMMARY JUDGMENT

inmates.

5.    At Angola, a chaplain clerk works in the Chaplain's department and Bible College to assist with cleaning and organizing.

6.    From 2009-2015, plaintiff Herman Bella's job assignment was janitorial/cleaning and dorm orderly. Attached is a true and correct copy of Bella's location sheet.

7.    At Angola, the job functions for a janitorial/cleaning and dorm orderly include basic janitorial duties like sweeping, mopping, dusting, wiping walls and counters.

8.    Plaintiff Herman Bella was also enrolled in the GED program, an therefore would not have worked long hours as a janitor in order to accommodate the GED program.

9.    From 2012-2016, plaintiff Lavelle Myers' job assignments included an inmate janitor, cell block walker, dorm orderly and café attendant. Attached is a true and correct copy of Myers' location sheet. These jobs included duties such as basic janitorial duties, walking the tiers, and kitchen work, including wash dishes or clean the dining area.

10.    From 2009-2015, plaintiff Earl Peters' job assignment was an MP table wiper. Attached is a true and correct copy of Peters' location sheet. An MP table wiper's duties include wiping tables after meal times.

11.    From 2014-2015, plaintiff Russell Ware's job assignment an nurse's aid/tier walker or a janitor/dorm orderly. Attached is a true and correct copy of Ware's location sheet.

12.    A nurse's aid/tier walker is assigned to a cellblock to assist Mental Health and walk the tiers. A janitor/dorm orderly performs basic cleaning functions.

13.    In 2016, plaintiff Ware committed three separate infractions (contraband, intoxication, aggravated work offense, and aggravated fighting), the result of which he was required to

work in the fields for a short period of time. Plaintiff still had the duty status that exempted him from swinging tools.

_Amber Vittorio_

(Signature)

SWORN TO AND SUBSCRIBED before me, the undersigned notary, this 18 day of January , 2019.

_____ 148139

NOTARY PUBLIC
Bar Roll No./Notary No. _____
My Commission Expires _____

-3-

## INMATE LOCATION SHEET

NAME: Ronald Ailsworth                    DOC#: 92888

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 9-21-09 Am | Au | Idle | |
| 9-21-09 Am | Oak 2 | Inmate minister MRD | ICB |
| 10-6-09 SG. | TCW1 | Trip | Mitchell |
| 10-6-09 SG. | Oak-2 | Inmate Min. | Sullivan |
| 11-9-09 TD | TCW1 | Trip | Bazile |
| 11-9-09 TD | Oak 2 | Inmate minister | Tillery |
| 7-29-10 TD | Spr.3 | I/m Min | Fall |
| 10-19-10 VB | Spr.3 | U1/inm min J2/chap clrk | 5.2 |
| 5-10-11 LD | DCI | Evac | Adm |
| 6-14-11 TD | Spr. 3 | Evac. | Adm |
| 6-12-12 sm | Spr. 4 | Inmate minister/chap clk | Stagg |
| 10-3-12 AB | TCW1 | trip | Wiley |
| 10-3-12 MS | Spr. 4 | inmin chap clk | Broll |
| 10-4-12 sm | TCW1 | trip | mealy |
| 10-4-12 sm | Spr.4 | I/m min chap clk | Prater |
| 10-22-12 sm | TCW1 | Trip | Wiley |
| 10-22-12 sm | Spr. 4 | I/m mint. chap clk | Tillery |
| 6-13-13 OL | TCW1 | Trip | Mealy |
| 6/13/13 | SDr4 | I'm min chap clerk | tillery |
| 8-13-13 off | Spr 1 | inm min. chap. clerk | stagg |
| 2-10-14 RG | tcw1 | trip | Allen |
| 2-10-14 RG | Spr 1 | Inmate min chap clk | Wilson |
| 2-3-15 | Spr 1 | MIN-C inmat min chap clk | Smith |
| | | | |
| | | | |

## INMATE LOCATION SHEET

NAME: _Ronald Ailsworth_                                   DOC#: _52446_

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 3-13-09 | Pine 2 | In Min | Hull |
| 3-17-09 | Tudd 1 | Trip | Quip |
| 3-17-09 | Pine 2 | In Min Grave | T. Kay |
| 3-24-09 | Tudd 1 | trip | Hull |
| 3-24-09 | Pine 2 | In Min Grave | Bazile |
| 3-27-09 JG | TC(W)1 | Trip | Paige |
| 3-27-09 SG | Pine-2 | Inmate Min. Grad S/02 | Hull |

AILSWORTH, RONALD
92888   CUSCHG 04/13/2009
MAX
P.CUST=ARDC

AILSWORTH, RONALD
92888   CUSCHG 04/13/2009
MED    ICB
P.CUST=MAX

AILSWORTH, RONALD
92888   JOBCHG 04/13/2009
6199   SQ 4 UNIT 2
P.JOB=IDLE

AILSWORTH, RONALD
92888   DRMCHG 04/13/2009
F5B
P.DORM=

AILSWORTH, RONALD
92888   JOBCHG 04/18/2009
6390   LDC D2
P.JOB=SQ 4 UNIT 2

AILSWORTH, RONALD
92888   ALCHG 04/20/2009
W3B7
P.LOC=

AILSWORTH, RONALD
92888   ALCHG 04/21/2009
RTQ F5B
P.LOC=W3B7

- AILSWORTH, RONALD
92888   ALCHG 05/04/2009
- W3B3
P.LOC=

- AILSWORTH, RONALD
92888   ALCHG 05/05/2009
- 289B
P.LOC=W3B3

AILSWORTH, RONALD
92888   ALCHG 05/06/2009
HS2
P.LOC=289B

AILSWORTH, RONALD
92888   ALCHG 05/07/2009
RTQ F5B
P.LOC=HS2

006833

# INMATE LOCATION SHEET

NAME: Ronald Ailsworth                                     DOC#: 52488

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 10-28-08 te | Tull 1 | Trip | Parham |
| 10-28-08 te | Pine 2 | In Min Grad 03/2002 | Allen |
| 11-10-08 te | Tull 1 | Pat | Mealy |
| 11-11-08 te | Tull 1 | Trip | Mealy |
| 11-11-08 te | Pine 2 | In Min | Mealy |
| 12-2-08 te | Tull 1 | Trip | Hull |
| 12-2-08 te | Pine 2 | In Min 5/02 | Hull |
| 12|16|08H | Tull | Trip | Jordan |
| 12|16|08H | Pine 2 | Inm Min grad | Hull |
| 12-30-08 te | Tull 1 | Trip | Batista |
| 12-30-08 te | Pine 2 | In Min GED 05/02 | Sullivan |
| 1-6-09 SB | Tull 1 | Trip | Mealy |
| 1-6-09 SB | Pine 2 | Inm Min Grad 05/2000 | Sillery |
| 1-14-09 te | McNO Tull | In trust Trip | Free Riley |
| 1-14-09 te | McNO | In trust | Riley |
| 1-15-09 te | Tull 1 | Pat | JRR |
| 1-27-09 te | Tull 1 | Trip | Funder |
| 1-27-09 te | Tull 1 | Pat | Sullivan |
| 2-18-09 te | Pine 2 | In Min Grad 05/02 | Sullivan |
| 2-19-09 te | Tull 1 | Trip | Bazila |
| 2-19-09 te | Tull 1 | Pat | Hull |
| 2-19-09 te | Pine 2 | In min Crew 205-02 | Hull |
| 3-4-09 te | Tull 1 | Trip | Mealy |
| 3-4-09 te | Pine 2 | In Min 05-02 | Hull |
| 3-13-09 te | Tull 1 | Trip | Mealy |

006834

INMATE LOCATION SHEET

NAME: Ronald Ainsworth                                    DOC# 92888

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 7-17-02 | Mag 3 | NOBTS M-F | Mallet |
| 8-21-03 | Mag 3 | NOBTS- Emml Min | S. 2 |
| 9-10-04 | CBB/R | adm | Hull |
| 9-10-04 | TCW1 | adm C/R fry | Mallet |
| 9-10-04 | TCW1 | adm | Emily |
| 8-13-04 | TCW1 | Isol | mulut |
| 8-19-04 | TCW1 | Pat | Mallet |
| 9-27-04 | TCW1 | Trip | Roach |
| 9-27-04 | TCW1 | Pat | Hull |
| 9-28-04 | Mag 3 | NOBTS Minister | Parker |
| 12-16-04 | TCW1 | trip | Benoit |
| 12-16-04 | Mag 3 | NOBTS -Enter Mm | Sullivan |
| 5-7-07 | Fal 1 | NOBTS- En Min | I RB |
| 5-2-08 | TCW1 | trip | mulut |
| 5-2-08 | Fal 1 | NOBTS | tilay |
| 6-17-08 SG | TCW1 | Trip | Allen |
| 6-17-08 SG | Fal-1 | NOBTS Inm. Min. | Davis |
| 7-7-08 | TCW1 | Pat | Jones |
| 7-8-08 | TCW1 | Trip | Jones |
| 7-8-08 | D-Fal 1 | NOBTS In Min | Jones |
| 8-12-08 | TCW1 | Pat | Mallet |
| 8-12-08 | D-Fal 1 | En Min Grad 05/02 | Sullivan |
| 10-16-08 SG | Pine-2 | Inm. Min Grad 05/02 | Davis |

006835

INMATE LOCATION SHEET

NAME: Ronald Gilsbouth                                    DOC# 82888

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 5-31-99 AB | Mag 1 | NOBTS Study Hall M-F | 5.2 |
| 6-25-99 AB | Mag 1 | Veg line Pm NOBTS study | 5.2 |
| 8-13-99 AB | Mag 1 | NOBTS Study Hall | 5.2 |
| 8-20-99 AB | Mag 1 | NOBTS (M-F) | 5.2 |
| 9-1-99 AB | RCAU | Idle | Rabb |
| 8-1-99 L | Mag 1 | NOBTS (M-F) | Harold |
| 9-24-99 AB | RCAU | Idle | VanBuren |
| 9-24-99 AB | Mag 1 | NOBTS | Tubbs |
| 12-19-99 L | May 3 | NOBTS M/F | Marquee |
| 5/9/00 W | mag 3 | NOBTS (M,W,F BeanSnapper(T,TH) | 5.2 |
| 6/6/00 L W | mag 3 | Bean Snap (T,Th,F) NBTS (M,W) | 5.2 |
| 6/14/00 M | mag 3 | grading Shed NOBTS (M.W.F) | 5.2 |
| 8/15/00 M | mag 3 | NOBTS (M-F) | 52 |
| 8/20/00 M | RCAU | Idle | Garner |
| 8/20/00 M | mag 3 | NOBTS (M-F) | Bree |
| 9/27/00 m | RCAU | Idle | Ragsdale |
| 9/27/00 m | mag 3 | NOBTS (M-F) | Kelling |
| 8-15-01 L | TCW 1 | Pat | Sullivan |
| 8-16-01 J. | Mag 3 | NOBTS M-F | Sullivan |
| 9/5/01 04 | TCW1 | Pat | Mayeaux |
| 9-6-01 L | May 3 | NOBTS | Riso |
| 7-16-02 L | TCW 1 | Pat | Fountain |
| 7-17-02 L | TCW 1 | Trip | Sullivan |

006836

INMATE LOCATION SHEET

NAME: Ronald Ailsworth

DOC# 92888

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 2-5-92 | Cyp 2 | Cooking Sch | 5.2 |
| 2-17-92 | CBD "1L | adm cl | andrews |
| 2-17-92 | Cyp 2 | Cooking Sch | Bordelon |
| 2-21-92sch | Mag 3 | Cook. sch. | Schott |
| 3-17-93by | mag 3 | MP Cul | 5.2 |
| 3-25-93sch | Mag 3 | CS Cul | 5.2 |
| 6-1-93by | Mag 3 | am CS cul. pm nmcc/c | 5.2 |
| 5-25-94 PJ | Mag 3 | Full time CS cul | 5.2 |
| 9-1-95 E | Mag 3 | Culinary CS   NOBTS (Mon) | 5,2 |
| 10-12-95 C | Cyp 3 | CS cul | Warner |
| 1-23-96 C | Cyp 3 | CS cul —   NOBTS (m) | 5.2 |
| 8-116-96 C | Cyp 3 | NOBTS (MA, TH) | 5.2 |
| 8-22-97 ct | cyp 3 | NOBTS (Mk T,Th) | 5.2 |
| 1/26/98 SC | Cyp 3 | NOBTS (MP, TP, WA, WP) | 5.2 |
| 3/18/98 SC | Pine 1 | CS cul | IRB |
| 4-2-98 E | cyp 2 | K. it CS | IRB |
| 4-2-98 E | Pine 1 | NOBTS | 8.2 |
| 4-25-98 E | Mag 4 | NOBTS | Tracey |
| 5-23-98 AS | mag 3 | NOBTS | Estrada |
| 5-29-98 C | Mag 3 | MP Ext 4/D Tier walker | MP-IRB |
| | 1399 1 | MP Ext + walker | Wilkey |
| 8-23-98 md | Mag | NOBTS | 52 |
| 9-22-99 L | may 1 | NOBTS (MA, TP, WA, TAA, THP, MED PA, PP | 5.2 |

006837

INMATE LOCATION SHEET

Culsworth, Ronald

DOC # 92888

| DATE/POSTED BY | LOCATION | WORK ASSIGNMENT/CUSTODY | AUTHORI |
|---|---|---|---|
| 2-24-81 Jm | ARDC | | |
| " | CBD | Idle | Scott mc ne... |
| 3-23-81 Jm | au | idle | Stockbridge |
| 3-26-81 W | CBA | L-8 | SCB |
| 12-16-81 W | Nosp | pat | Bernard |
| 12-8-81 W | CBA w | L-8 | Vance |
| 3-23-82 W | Wal3 | L-5 | CBRB |
| 9.9.82 W | CBD w | acen L10 | Dupea |
| 9-10-82 | Wal-3 | L-5 | QB |
| 9-15-82 | Wal 3 | Kit | 5-2 |
| 10-8-82 | Wal3 | as pm Kit am | 5-1 |
| 11-2-82 pm | RCAU | idle | Baker |
| 11-3-82 no | C.O. | Int. | Miley |
| 11-15-82 ps | RCAU | idle | White |
| 11-15-82 ra | CWolf 3 | Kit | Burke |
| 2-25-83 J | Cyp 2 | Kit School pm | Bonneto |
| 12-4-83 | CBD LL | Adm L-9 | Gautico |
| 12-5-83 | Wal 1 | L-4 | QB |
| 12-5-83 | Cyp 2 | Kit | Dupue |
| 1-4-85 B | Cyp 2 | Kit | 5-1 |
| 4-12-85 J | RCAU | Idle | Canter |
| 4-12-85 J | Cyp 2 | Kit | Mayeau |
| 4-26-85 J | RCAU | Idle | Canta |
| 4-26-85 J | Cyp 2 | Kit | Simmos |
| 7-15-82 | Cabra | Kit | 5-2 |
| 5-1-90 ll | Cyp 2 | Hosp. Kit | 5-2 |
| 5-30-90 Dv | Cyp 2 | m7 Kit | 5-2 |

## INMATE LOCATION SHEET

NAME: Herman Bella

DOC#: 189301

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 1-18-11 AS | TCW1 | Trip | Anderson |
| 1-19-11 | Cyp-1 | Jan/Clean dorm ord | Tillery |
| 1-31-11 TD | TCW1 | Pat. | Tillery |
| 2-1-11 TD | TCW1 | Trip | Mealey |
| 2-1-11 TD | Cyp 1 | Jan/Clean Dorm ord | Tillery |
| 2-9-11 TD | Cyp 2 | Jan./ Cleaner Dorm ord. | Hull |
| 2-11-11 TD | TCW1 | Trip | Mealey |
| 2-11-11 TD | Cyp 2 | Jan./Cleaner Dorm ord. | Hull |
| 5-12-11 TD | D-Chapel | Dorm ord. Jan. / Cleaner | Davis |
| 6-13-11 TD | Cyp 2 | Jan. Clean. Dorm ord. | Adm |
| 9-9-11 AS | TCW1 | Trip | Mealey |
| 9-9-11 AS | T-CW1 | Pat | Slater |
| 9-12-11 TD | Cyp 2 | Jan. Clean. Dorm ord. | Payne |
| 12-8-12 SM | TCW1 | Pat | Tillery |
| 12-14-12 SM | Cyp 2 | Jan/Clean Dor ord | Reagan |
| 1-4-16 (ay) MPE | Cyp 2 | GED01 Jan/Clean, Dorm Ord | 5.2 |
| 10-24-16 MC | ASh2 | Ged01 Jan/Cln dorm ord | Hell |
| 11-10-16 MC | TCW1 | Pat | Mealey |
| 11-21-16 MC | ASh2 | Ged 01 Jan/Cln Dorm ord | Hull |
| 1-24-17 MR | TCW1 | Pat | Fountan |
| 1-28-17 MR | ASh2 | Ged 01 Jan/Cln Dorm ord | Butter |
| 2-15-17 MR | CBBW2 | Adm | Bland |
| 2-21-17 MC | WW2 | (-) | Tillee |
| | | | |
| | | | |

007336

**INMATE LOCATION SHEET**

NAME: Herman Bella B/M                    DOC#: 189301

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 8-11-08 gb | au | Idle | |
| 8-11-08 gb | C Wolf 4 | Line 17  **MED** | DCB |
| 8-15-08 le | CBD u/r | adn | Mills |
| 9-10-08 le | Rm 1/L | L-26  **MAX** | DB |
| 9-17-08 le | Eag 2 | L-21 | ERB |
| 1-22-09 le | Hic 2 | L-4  **MED** | CBudy |
| 1-31-09 le | Tedre 1 | trip | Franklin |
| 1-31-09 le | Hic 2 | L-4 | Judy |
| 10-15-09 TD | Hic 2 | Janitor/Cleaner Dorm Ord. | 5.2 |
| 11-5-09 TD | Hic 4 | Janitor/Cleaner Dorm Ord. | Lamartiner |
| 12/19/09 NS | TCW1 | trip | Porter |
| 12/19/09 NS | Hic-4 | Janitor/cleaner dorm ord | Hun |
| 1-13-10 QS | TCW1 | pat | Tillery |
| 1-14-10 SG | Hic-4 | Janitor/cleaner dormord | Tillery |
| 3-1-10 TD | Hic 4 | Jan/Cleaner GED 02 Dorm ord. | 5.2 |
| 3-9-10 TD | Spr 3 | Jan./Cln. GED 02 Dorm Ord. | Thomas |
| 5-5-10 TD | Spr 3 | Jan./Cln. Dorm ord. | 5.2 |
| 5-5-10 TD | Cyp 1 | Jan./Cln Dorm Ord. Ged 02 | Butler |
| 7-13-10 TD | TCW1 | Trip | Cook |
| 7-13-10 TD | Cyp 1 | Jan./Cleaner Dorm ord. | Franklin |
| 12-6-10 TD | TCW1 | Trip | Franklin |
| 12-6-10 TD | Cyp 1 | Jan./Cleaner Dorm Ord. | Tillery |
| 12-11-10 TD | TCW1 | Trip | Tillery |
| 12-11-10 TD | Cyp 1 | Jan./Clean Dorm Ord. | Hunter |
| 1-17-11 AS | TCW1 | pat | Tillery |

007337

## INMATE LOCATION SHEET

NAME: _Lavelle Myers_                                                  DOC#: _229907_

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 3-21-14 AS | TCW 1 | PAA | allen |
| 3-27-14 AS | Pine-4 | jamcane dorm od | allen |
| 4/27/16 gn | Pine 4 | Cafe Attendant 1 | 5.2 |
| 9.7.16 e | TCW 1 | PAT | Mealy |
| 9.13.16 e | Pine 4 | Cafe Atten up cur | Hull |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

005533

## INMATE LOCATION SHEET

NAME: Lavelle Myer                                       DOC#: 388819

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 3-20-09 | Fal 1 | Spec Sod | Dennis |
| 8-14-09 | Bear 3 | Spec Sod | JRB Davis |
| 8/18/09 AS | CBear-3 | Dorm ord | 5.2 |
| 8-21-09 | Jcell | Pct | Darald |
| 8-20-09 | Jcell | Ship | Tillery |
| 8-27-09 | Jcell | Pct | mealy |
| 9/3/09 AS | CBear-3 | Dorm ord | Johnson |
| 9-6-09 | Jcell | Pct | Jones |
| 9-18-09 | Bear 3 | Dorm Ord | Jones |
| 9-29-09 | Bear 3 | Janitor/Cleaner Lit 03 | 5.2 |
| 10-8-09 | Bear | Janitor/Cleaner | 5.2 |
| 10-18-10 | Bear | Jan/Clean Lit 03 | 5.2 |
| 2-22-11 AS | Fal-3 MED | Lit 03 L-25 | Anthony |
| 3.28.11 LD | Fal 3 | L 25  Lit 04 | 5.2 |
| 6.28.11 LD | Fal 1 | Pct | Tillery |
| 6.22.11 LD | bear 1 | Cafe attnd (Do not for pres pat) | Davis |
| 6.26.11 LD | bear 1 | Cafe attend | Slater |
| 6.26.11 LD | bear 4 | Cafe attnd | Johnson |
| 7.13.11 LD | Bear 4 | Cafe attend (a team) Lit 03 | 5.2 |
| 4.9.12 LD | bear 4 | tier walker | 5.2 |
| 10.11.12 um | pine 1 | tier walker | Johnson |
| 10.15.12 um | pine 1 | nurse aide CB twlkr | 5.2 |
| 10-25-12 (PW) | Pine 1 | Janitor / Cleaner CB Walker | 5.2 |
| 6/20/13 | Pine 4 | J/C CB/Wk | ADC/MS |
| 11/13/13 um | pine 4 | Jan/clean dorm ord | 5.2 |

005534

INMATE LOCATION SHEET

NAME: Lanelle Myers                                      DOC# 229907

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 1-20-04 d | Au | Idle | |
| 1-20-04 d | D-Fal-4 | L-25   MED | JCB |
| 2-4-04 t | Fel 4 | Spec Sqd | 5.2 |
| 4-28-04 HS | Jal. 4 | Spec. Sqd. Rm DS/S | 5.2 |
| 10-12-04 HS | Jal. 4 | J T/walker  AMDS/S | 5.2 |
| 11-4-04 HS | Rcau | idle | Allen |
| 11-4-04 HS | Jal. 4 | AMDS/S, JT/walker | Gail |
| 1-10-05 HS | Jal. 4 | Spec. Sqd. AMDS/S | 5.2 |
| 2-24-05 HS | TC w/ | Trip | Brown |
| 2-28-05 HS | Jal. 4 | AM DS/S Spec. Sqd. | Brown |
| 3-17-05 HS | Jal. 4 | Spec. Sqd. AM D Lit/S | 5.2 |
| 7-13-05 HS | Eagle | AM DS/S Spec. Sqd. | moreau |
| 9-27-05 TL | TLW1 | Trip | mallet |
| 9-27-05 TL | TLW1 | Pat | mallet |
| 9-29-05 TL | Eag 1 | AM D Lit/S Spec Sqd | Tillery |
| 1/22/07 P3 | D Eag 1 | Spec. Sqd. / Lit 04 | 5-2 |
| 1/22/0 P3 | D Eag 1 | T/walker / Lit 04 | 5-2 |
| 1-25-07 P5 | Eag 1 | Spec Sqd   Lit 04 | 5-2 |
| 3/22/0 P3 | D Eag 1 | Spec Sqd. | 5-2 |
| 3-29-07 P3 | RCAu | Idle | Dillon |
| 3-29-07 P3 | Eag 1 | Spec Sqd | Reed |
| 3-30-08 PS | Eag 3 | Spec Sqd | Dupuis |
| 5-9-08 PS | Jal 3 | Spec Sqd | Davis |

005535

DWCC #250

## INMATE LOCATION SHEET

**NAME: MYERS, LAVELLE** _____ **DOC#229907**

| Date/Posted By | Location | Work Assignment/ Custody | Authority |
|---|---|---|---|
| 11/10/03 | FWC/WRDC | | TELECOPY |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## INMATE LOCATION SHEET

NAME: Earl Peters                    DOC#: 121471

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 9-3-08 | JD4R | Beautification | Butler |
| 10-14-08 | JUUIE | Cidm | Butler |
| 12-89-08 | Cttr 31R | Ext    MAX | DBB |
| 2-27-09 | Sk2R | Ext | CBB |
| 4-17-09 | Sk3L | Ext | Ellis |
| 7-17-09 | RCAU | Idle | Stone |
| 7-17-09 | Sk3L | Ext | Washington |
| 8-13-09 | Cos1L | Ext | Ellis |
| 4-21-10 | JUUIA | Ext | Webb |
| 9-20-10 | JUUID | Ext | mallett |
| 10-1-10 | JUUIA | Ext | Webb |
| 2-9-11 | CBA4R | Sk-10 | CBB |
| 5.16.11 | EHCC | Evac | Adm |
| 06-16-11 | CBA4R | L-10 | Prater |
| 07-08-11 | nic3 | L-5 | Sharp |
| 9.7.11 LD | nic3 | nlpr prod wkr grad shed | 5.2 |
| 7.7.12 um | spr3 | nlpr prod wkr grad shed UpA | Sanders |
| 9.18.12 um | spr3 | mp cul table wiper | 5.2 |
| 9.28.12 um | pine3 | mp cul table wiper | wilson |
| 8.3.16 | TCW 1 | Pat | Mealy |
| 8.8.16 | Pine 3 | MPCW Table    MED | Fountain |
| | | | |
| | | | |
| | | | |
| | | | |

## INMATE LOCATION SHEET

**NAME:** Earl Peters                    **DOC#** 121471

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 10-3-88 gg | Au | Idle | |
| 10-3-88 gg | Pine1 | L4 | ICB |
| 10-4-88 | CBD00 | Adm0d | Gaspard |
| 10-7-88 a | Pine1 | L-4 | DB |
| 1-11-89 cl | Pine1 | MH Kit | 5-2 |
| 9-16-89 D | Cyp1 | MH Kit | Andrews |
| 6-18-90 rr | In prod St.H | Court order cut ransit St. Helena | Mulkey |
| 6-23-90 Dw | Cyp1 | MH Kit | Milkey |
| 5-30-94 AL | Cyp1 | Am nmcc/P pmcs cw | 5-2 |
| 5-31-94 PL | Cyp1 | Full time CS Cw | 5-2 |
| 8-14-96 dw | RCAU | Idle | Mire |
| 814-96 dw | Cyp1 | Cw SS | Mack |
| 10/23/96 L | C Bear 3 | Beautification | IRB |
| 8-20-97 2 | F-D 4 | Beautification    MIN A | 5.1 |
| 1-30-02 HS | FD 4/R | Beautification | 5.2 |
| 6-21-02 HS | RCAU | idle | Washington |
| 6-21-02 HS | FD 4/R | Beautification Sch. | Reed |
| 12-3-04 HS | RCAU | idle | Campbell |
| 12-3-04 H S | FD 4/R | Beautification | Campbell |
| 8-30-05 HS | M Gym Dorm | Beautification | McKey |
| 5-15-06 HS | FD 4/R | Beautification | Bordelon |
| 8-29-08 b | Eag1 | Beautification | Jackson |
| 8-29-08 b | J Big Tent | Beautification | Smith |

005798

# INMATE LOCATION SHEET

NAME: _WARE, Russell  W/M_         DOC#: _118323_

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 12-9-16 | HIC-2 | L.4 | Hunt |
| 1-12-17 | SPR.4 | Dorm Ord | Smith |
| 1-25-17 | CBD-UR | Adm | Hull |
| 1-25-17 | SPR.4 | Dorm Ord | Jackson |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

006540

## INMATE LOCATION SHEET

NAME: Russell Ware                                    DOC#: 118323

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 5/13/13 | Cyp 2 | Hobby Shop order B Maj office | Hill |
| 9/28/13 | OBB UIR | Adm | Jones |
| 10-31-13 PW | CBC 4/L | L-8      **MAX** | Johnson |
| 11/5/13 Lm | CBC 4R | L8 | McKey |
| 12-20-13 Lm | Wal 3 | L7      **MED** | Johnson |
| 1-15-14 | Wal 3 | Do Not + Or Nursing Circle The Tier Wlk | 52 |
| 5.18.14 (rg) | Oak 4 | nursing aide Tu/Tier Walk | Lollis |
| 11/20/14 (2) | CBD4L | adm | Johnson |
| 11/24/14 (2) | Oak 4 | nursing aide / Tier walker | Hull |
| 12-9-14 Lm | Cyp 3 | Nurse Aide tu tior wlkr | Landry |
| 12-15-14 Lm | Cyp 3 | Jan/Clean dorm ord | 5.2 |
| 5.6.2015 ry | CBC 4R | Adm | Hull |
| 6-1-2015 rs | Cyp 3 | Jan/Cleaner Dorm Ord | Washington |
| 9-18-15 | Rapide Parish | Intransit | Hunt |
| 9-22-15 | TCAU | Idle | Fountain |
| 9-22-15 | Cyp 3 | Jan Cleaner Dorm Ord | Fountain |
| 11-7-15 | Ash 2 | Jan Cleaner Dorm Ord | Butter |
| 1-24-16 | CBB UL | a dm | Smith |
| 1-26-16 | Wolf 2 | L-1 | Dewey |
| 2-29-16 amR | Hic 1 | L-4 | Hunt |
| 3-15-16 | Hic 1 | Veg Processing Plant | 5.2 |
| 6/9/16 | Hic 1 | Jan/clean. dorm ord | MED 3.2 |
| 8-24-16 | Oak. 4 | Jan-Cleaner | Hunt |
| 9.8.16 | CBD-4R | Adm | Hull |
| 10-11-16 mR | CBC 4/R | L-8 | Prel |

## INMATE LOCATION SHEET

**NAME:** RUSSELL WARE                    **DOC#:** 118323

| Date/Posted By | Location | Work Assignment/ Custody | Authority |
|---|---|---|---|
| 10/20/2009 | FWCC/WRDC | U/A | TELECOPY |
| 1-04-2010  Am | Au | idle | |
| 1-04-2010 | C Tig 4R | Lin 19   MAX | IcB · |
| 4 20-10 AS | TCW1 | 4R trip | Price |
| 4 20-10 AS | GTig4/R | L-19 | Price |
| 5 12-10 AS | TU 4 B | ext | Anthony |
| 12-11-10 AS | TCW1 | 4R trip | Webb |
| 12-11-10 AS | TU 4 B | ext | Webb |
| 1-31-11 AS | HiC-4 | L-5 | Webb |
| 5-13-11 AS | HWK2/R | L-5 | Adam |
| 6-13-11 AS | HiC-4 | L-5 | DAVIS |
| 1-23-12 AS | Cmp. 2 | dorm nd | Jarvis |
| 1-23-12 AS | CMP-1 | dorm nd | Thomas |
| 1-23-12 AS | HiC-4 | dorm nd | 5.2 |
| 4-27-12 AS | Pine-3 | dorm n d | Thomas |
| 1-13-13 AS | Wal-3 MED | dorm n d | Bordelon |
| 3/4/13 | CBD 2/L | adm | adam |
| 3/6/13 | CBD 2/R | adm | Tilery |
| 3/13/13 | Tal-1 | 2-25 | Drake |
| 3/25/13 | HiMc'/R | adm | payne |
| 3-26-13 | TU U/E | adm | webb |
| 3/27/13 | CMD2 | Gen ord | Smith |
| 4/11/13 | CMD2 | Hsord Egate Major | 5.2 |
| 4/25/13 | CBD 4/R | adm | Drake |