# 𝔇epartment of 𝔓ublic 𝔖afety & 𝔠orrections
## 𝔖tate of 𝔩ouisiana
Louisiana State Penitentiary



**JOHN BEL EDWARDS**
Governor

**JAMES M. LE BLANC**
Secretary

STATE OF LOUISIANA

WEST FELICIANA PARISH

ANGOLA, LOUISIANA


I hereby certify that the attached documents are TRUE AND CORRECT COPIES of the

original documents maintained at the Louisiana State Penitentiary.


Ronald Ailsworth #92888 Input Screens and ARP's


Connie McCann #77912
Ex–Officio Notary
Department of Public Safety & Corrections/LSP

Date: 4|5|17


Ronald Ailsworth #92888 Case

EXHIBIT G TO MOTION FOR SUMMARY JUDGMENT 002706

## ADMINISTRATIVE REMEDY PROCEDURE & PROPERTY CLAIMS

### INPUT SCREEN

CASE NUMBER: LSP-2016-1641
EVACUEE:

DOC #: 92888          BACKLOG:
LAST NAME: AILSWORTH          FIRST NAME: RONALD
RECORD TYPE: A      SUBJECT CODE: 0100 - ACCESS TO MEDICAL TREATMENT
INCIDENT DATE: ONGOING    SUBJECT TYPE :
LSP Only
LSP RESPONDENT:  Med Services Warden

LSP HOUSING: MP EAST

|  | DATE RECEIVED | ACCEPTED DATE | DISPOSITION DATE | DISPOSITION  CODE |
|---|---|---|---|---|
| STEP 1: | 06/07/2016 | 06/21/2016 | 07/05/2016 | 02-Denied |
| STEP 2: | 07/14/2016 | 07/14/2016 | 09/20/2016 | 02-Denied |

COMPLAINT: FINAL  : COMPLAINS HE WAS DIAGNOSED WITH A HERNIA ABOUT 5 YEARS AGO
AND A DOCTOR SAID HE NEEDED SURGERY TO REPAIR IT AND HAS YET TO RECEIVE SURGERY.
IF REJECTED REASON:

06/07/2016

06/07/2016

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2016 -1641

TO: <u>RONALD AILSWORTH 92888</u>      <u>SPR 1</u>
     Offender's Name and Number      Living Quarters

<u>ONGOING</u>
Date of Incident

X         ACCEPTED:  This request comes to you from the Wardens Office.  A response will be
issued within 40 days of this date.

REJECTED:  Your request has been  rejected for the following reason(s):

<u>06/21/2016</u>           <u>Trish Foster</u>
Date           Warden's Signature or Designee

**THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY**
Louisiana State Penitentiary

2016-1641

**To:**   Warden Darryl Vannoy                                    Date: 6-3-16
New Administration Building
Louisiana State Penitentiary
Angola, LA 70712

**RECEIVED**

**From:** Ronald Ailsworth # 92888
Louisiana State Penitentiary          JUN 07 2016
Angola, LA 70712

LEGAL PROGRAMS DEPARTMENT

**RECEIVED**
JUN 06 2016
WARDEN'S OFFICE

Dear Warden Vannoy,

This request for an Administrative Remedy is submitted about my failure to receive doctor-recommended surgery for my right abdominal hernia. This is my first ARP in my thirty-seven years at Angola.

### Facts

I was diagnosed with a hernia approximately five years ago. When it grew larger, a doctor at Angola said I needed surgery to repair it. The doctor told me, however, that due to budget cuts it had been ordered that there were to be no hernia surgeries done unless they were life-threatening. I have not yet received the doctor-recommended surgery.

My hernia is now the size of a fist. It stays outside my body; I cannot keep it reduced. My hernia pain is such that I require pills to manage the pain. In addition to physical pain, my impaired vision causes me worry and stress because I worry it will become strangulated and kill me.

### Requested Relief

1. Hernia surgery without delay.
2. Reasonable accommodation under the Americans with Disabilities Act, including but not limited to surgery and other means of mitigating the hernia's effects. I request that we engage in an interactive process regarding accommodation.
3. Money damages for the needless pain and suffering, both mental and physical, that I have suffered and continue to suffer as a result of the deliberate indifference.
4. A duty status appropriate to my medical needs, that will not put me in danger.
5. That I not be charged $3 per medical visit related to my hernia, as this is an ongoing problem. Also, refund for past $3 charges related to my eye visits.
6. A declaration that DOC officials' actions have violated my constitutional and statutory rights.
7. That I not be subject to any form of retaliation for filing this ARP.
8. An injunction preventing DOC officials from violating the ADA and Rehabilitation Act by discriminating in my use of benefits, programs, services, and activities, including medical care.
9. Costs, attorneys fees, and any other relief I may be entitled to.

Respectfully submitted,

Ronald Ailsworth # 92888

1

002711

CASE NUMBER: LSP-2016-1641

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: <u>AILSWORTH, RONALD 92888</u>          SPR 1
                                          Living Quarters

**Response to request dated , received in this office on 06/07/2016**

This is in response to your ARP 2016-1641. After careful review of the pertinent volumes of your current medical record, I find the following: Documentation supports that on 9-27-2014 you were seen in the ATU for complaints of cold symptoms for 2 days, nausea, vomiting and diarrhea. You were evaluated by Dr. Helms, received treatment and it is noted that you had a chronic, right, direct hernia that reduces. A follow-up appointment was scheduled for you in the LSP Physician's Clinic.

On 10-13-2014, you signed a Refusal to Accept Medical Form for your scheduled appointment, stating, "not in need of a physical."

On 10-21-2014, you signed a Refusal to Accept Medical Care form and stated that you were not in need of any physical. A follow-up appointment was scheduled for you in the LSP Physician's Clinic.

You were seen in the LSP Physician's Clinic on 11-20-2014. Documentation supports that your vital signs and weight were recorded and you were examined for your annual physical. There is no documentation that you reported any problems, signs and/or symptoms with a hernia. Lab work was ordered for you and you refused the flu vaccine and the pneumovax. Your medications were refilled for you and a follow-up appointment was scheduled for you in the LSP Physician's Clinic.

You were seen in the Hepatitis Clinic on 1-28-2015 for history of HCV and probably early Cirrhosis. Your history was noted and your lab values were reviewed. You were examined and advised to avoid salt. A follow-up appointment was scheduled for you and lab work and an ultrasound were ordered. There is no documentation to support you complained or reported any problems or concerns related to the hernia.

On 4-8-2015, you were seen in the LSP Physician's Clinic. Your vital signs and weight were recorded and you were examined by the Physician. There is no documentation that you reported or complained of any hernia related signs and/or symptoms. A follow-up appointment was scheduled for you in the LSP Physician's Clinic.

You were seen in the Hepatitis Clinic on 8-5-2015 and your ultrasound results were reviewed. You reported that you had been avoiding salt and taking your blood pressure medication. Your vital signs and weight were recorded. Your lab values were reviewed and after completing your examination, it is noted that you have early cirrhosis and your hypertension was much improved. A follow-up appointment was scheduled for you and lab work was ordered. again, there is no documentation to support your claim that you complained or reported any problems related to a hernia.

On 2-24-2016, you were seen in the Hepatitis Clinic, your vital signs and weight were recorded. Your lab values were noted and reviewed. Documentation supports that you have a history of HCV and possible cirrhosis. Your platelets were stable and your Cozaar and Norvasc were refilled for you as KOP medications. A follow-up appointment was scheduled for you in the Hepatitis Clinic and lab work w ordered for you. No documentation is noted that you had any signs and/or symptoms related to a l No complaints or concerns were reported.

You were seen in the LSP Physician's Clinic on 3-1-2016 and it is noted that your hypertension is normal and you are followed in the Hepatitis Clinic. You have a history of prostate Cancer in 2006 with no sequela. An EKG and a chest x-ray were ordered for you and a follow-up appointment was scheduled for you in the LSP Physician's Clinic. Your sick calls were reviewed by the Physician and changes were made as medically indicated. I find no documentation that you complained or reported any problems or concerns related to a hernia.

You were seen in the LSP Physician's Clinic on 5-3-2016. You reported your previous sick call for diarrhea had improved and you had no other complaints. You were examined and it is noted that the dosage of Norvasc was increased and a repeat EKG was ordered. A follow-up appointment was scheduled for you in the LSP Physician's Clinic. Again, there is no documentation that you reported any complaints, concerns or problems related to a hernia. There are no self declared emergencies related to any type of hernia complaints or problems, with the exception of 9-27-2014. You complaint was not related to a hernia, An ambulance was dispatched for complaints of "weak and passed out." You reported at that time that you were waiting for hernia surgery.

The Members of the LSP Medical Team have responded to your situation and you are being followed according to the DOC hernia guidelines.

You have failed to provide evidence to substantiate your allegations that your Rights have been violated or that your care has not met acceptable standards of care and reasonable accommodation. I find no evidence to support your claim that you meet the ADA criteria for accommodations You have provided no clear and convincing evidence to substantiate your allegations that you have been subjected to deliberate indifference. Disagreeing with a Physician's judgement, diagnosis or treatment is insufficient to state an Eighth Amendment claim of deliberate indifference.

Monetary compensation is not an option at this level of the ARP Process and is denied

Your current duty status is deemed medically appropriate at the time of this response. You have provided no evidence that your current job assignment has adversely affected your physical health. At no time are you forced to perform the duties of any job, however, consequences may be imposed according to the provisions in the Rules and Regulations for Adult Offenders. If you have job complaints, this matter would be better addressed through the Classification Department, which handles job assignments and job changes.

The charges imposed are correct and in accordance with Health Care Policy No. HC-02. Therefore, your request to "not be charged" is denied.

Your request for a refund for charges imposed related to "eye visits" is denied.

Department Regulation B-05-005, Administrative Remedy Procedure, prohibits reprisals for an offenders use of the ARP Process.

Your request for remedy is denied.

Prepared by: _____
Stephanie Lamartiniere
Assistant Warden Health Services

_____
7-2-16
Date

_____
Unit Head

002713

<u>Instructions to Offender:</u> If you are not satisfied with this response, you may go **to Step Two** by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

( )  I am not satisfied with this response and wish to proceed to Step Two.

Reason:

<table>
<tr><td>_____</td><td>_____</td></tr>
<tr><td>Date</td><td>Offender's Signature    DOC#</td></tr>
</table>

010949

Form HC-01-A
14 September 2009
**Health Care Request Form**
Institution: _LSP_

Ronald Ailsworth 92888  66  Spruce #1  Minister
Name___  DOC#___  Age___  Housing___  Job Assignment:___

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

NEED To SEE DENTIST.

NEED TEETH Filled. ① bottom
x 2 months

Health Care Personnel Screening: Date: _5-16-16_  Time: _1550_  Location Seen:___

(Circle One) Emergency / Routine (Sick Call) / Work Related  Allergies: _NKDA_

B/P _132/88_  Pulse _70_  Resp _16_  Temp ___  Other ___

Assessment/Comment: _Pt c/o ① bottom tooth needs filling x 2 months, Ø swelling, Ø redness, Ø infection noted, PMS Øx4, neuros intact, ambulates and speaks ī diff, denies any other medical complaints at this time, A+O x4, v/s as above, Ø acute distress noted_

Norvasc, Cozaar

**Disposition:**

Dental

**Health Care Practitioner Notes:**

Billy
Connors BDS, MS  5/20/16

5/12/16

**New Medications Ordered:**

Ø

Total #: Ø

Screener's Signature: _M.M 544_   HCP's Signature: ___   Date: ___

☐ No Fees  ☑ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $ ___  Total: $ _3.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Ronald Ailsworth   92888   5-16-16   M.M 544
Offender's Signature   DOC#   Date   Witness Signature

Original - Offender's Medical Record   Yellow - Business Office   Pink - Offender's Copy

002715

Louisiana State Penitentiary
R. Barrow, Jr. Treatment Center
Physician's Clinic

6 6 4 6 - ☐

| Name | | | | | | | |
|---|---|---|---|---|---|---|---|
| AILSWORTH, RONALD | | | DOC 92888 | Location SPR 1 | | | Date: 5/03/2016 |
| BP: 150/98  Temp 96¹  Pulse 6/  Resp: 66 | | | | Height 71  Wt: 176 | | | Time: 132pm |
| D Redacted 49 year old B Male | | | | | | | |

Allergies: NKDA

Reason for Vis CLINIC A @ ATC

Chief Complaint F/U EKG W/BRADYCARDIA,W MAR

O2 Saturation [ ]

**LSP**

S: Pt Diarrhea last week ⟨ ⟩ but is better
now → no other complaints

O: CV: S1S2 RRR to pulse
Pulm. BBS clear
Abd: Soft, NT, BS x 4
Neuro: WNL

HR today 68

Assessment:
1. Prostate CA + Prostate
2. HTN fair cntrl
3. HCV Early Cirrhosis
4. EKG Brady HR
   Brady cardia

A ☐

Plan:
1. ↑ Norvasc 10
   to qd x 1
2.
3. Repeat EKG
4. F/u 3m
5.

Date                    MD Signature

002716

020679

Form HC-01-A
14 September 2009

**Health Care Request Form**     Institution: _LSP_

Name: _Ronald Ailsworth_   DOC#: _92888_   Age: _66_   Housing: _Spruce "4"_   Job Assignment: _Minister_

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

Pain in the stomach and cough.

---

Health Care Personnel Screening:  Date: _4/27/16_  Time: _1555_  Location Seen: _Spr 1_

(Circle One)  Emergency / **Routine Sick Call** / Work Related   Allergies: _NKDA_

B/P _134/84_  Pulse _76_  Resp _110_  Temp _98.8_  Other _____

Assessment/Comment: _AOx4 Ambulatory, No having pain_
_to Stomach, No diarrhea, No staff @ this point_
_@ this point. No ___ ABS scan _____
_@ laundry ___ mild. ABS scan = _____

_O Sodan Nolier_

**Disposition:**

S/C
otc
Rx in Box

**New Medications Ordered:**
_Nicotine_
_Peppermint_

Screener's Signature: _____   Total #: _____

**Health Care Practitioner Notes:**

KSA

HCP's Signature: _____   Date: _4/28/16_

☐ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription   Fee: $_2.00_  Total: $_5.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.  I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Offender's Signature: _Ronald Ailsworth_   DOC#: _92888_   Date: _4/27/16_   Witness Signature: _____

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy

002717

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center
Physician's Clinic

| Name AILSWORTH , RONALD | | DOC 92888 | Location SPR 1 | | Date: 4/26/2016 |
|---|---|---|---|---|---|
| BP: / | Temp | Pulse 66 | Resp: year old B | Height Male | Wt.: | Time: |

Dr [Redact] /49

**Allergies:**

**Reason for Vis** CLINIC A

**Chief Complaint:** F/U EKG W/BRADYCARDIA, W MAR

**O2 Saturation**

**LSP**

Security reports Offender
has an attorney visit
today. Reschedule Clinic A
Cat I 9AM
4/26/16 B Deaply RNC 735

**Assessment:**

1.
2.
3.

`A ☐

**Plan:**

1.
2.
3.
4.
5.   4-26-16

**Date**          **MD Signature**

002718

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: Ronald Ailsworth   DOC#: 92888   CAMP: Spr 1   JOB ASSIGN: _____

TEMP: _____   PULSE: _____   RESP: _____   B/P: _____   WEIGHT: _____

DATE: 4/6/16

TIME: _____

ALLERGIES: _____

EKG c̄ sig brady cardia
(Vent rate 39 bpm)

CIA Cat I
c̄ MAR

Ⓝ

Pgordaa
4/6/16
3059

☐ DUTY STATUS: _____   ☐ APPOINTMENT: _____

☐ DIET: _____

☐ MISC. ORDERS: _____   PHYSICIAN SIGNATURE: _____

LSP-TC 19   06/2006                    PHYSICIANS CLINIC

002719

| Name AILSWORTH , RONALD | DOC 92888 | Location SPR 1 | Date: 3/01/2016 |
|---|---|---|---|

BP: 104/71
Redacted 49   Temp 96.2   Pulse 47
66   Resp: 16   Height 71   Wt.: 108   Male

Time: 8:38Am

year old B

**Allergies:** NKDH

**Reason for Vis** CLINIC A @ ATC

**Chief Complaint** F/U HTN, HCV, PROSTATE CA

**O2 Saturation** [ ]

**LSP**

① HTN - ARB + 5mg CCB → ↓ BP   144/85 (2-24-16)
                                    144/86 (4-28-15)

② HCV Chronic ↑'s c̄ early cirrhosis + NAFLD

③ Hx prostate Ca - 2006 . g sequellae

**Assessment:**
1. _____
2. _____
3. _____
4. _____
5. _____

C O A [X]

**Plan:** RTC 6 MOS (APE?)
1. EKG
2. CXR
3. _____ 3-1-16
4. _____
5. _____ 3-1-16

**Date**   **MD Signature**

002720

Case 3:16-cv-00842-SDD-RLB    Document 76-13    04/18/17    Page 14 of 33

PSNAOF



| Name AILSWORTH , RONALD | DOC 92888 | Location SPR 1 | Date: 2/24/2016 |
|---|---|---|---|

BP: 144/ 18 5   Temp 76   Pulse 75   Resp: 16   Height 11 Wt 176   Time: 2532m
Redacted /49   66   year old B   Male

**Allergies:** NKDA

**Reason for Vis** HP @ ATC

**Chief Complaint:**

**O2 Saturation** [ ]

Hx HCV / Possible Cirrh.   **LSP**

seen 8/5/15   Feeling OK

[11/26/14]   A 141.57   TB 0.7
A1P 57   cr. 1.08
Alt 87   Gluc 94
AST 33

2.4 14.7 (145 ↑135)
45.7

PT 13.4
INR 1.1

CO2cont   Nervase 7th sent
today
RF from 11/2/15
XYr

Ask for Refills in
KOP meds 2 wks go
Took last pills last
night

**Assessment:**
1. Hx HCV c̄ stable
2. platelets (w LLN)
3. Hx Prostate CA 5-6yrs
   (surgery + rad)
4.
5.

**Plan:**
1. U/S c̄ RUQ /Rein
2. H c̄ C in 1 mo c̄
3. CBC + LFT
4. Labs out 8/15/16
5.

**C O A** [ ]   2/24/16 3 Bill mr.

**Date**   **MD Signature**

002721

**Louisiana State Penitentiary**
**E. Barrow, Jr. Treatment Center**
**Physician's Clinic**

PSNMOF

| Name<br>AILSWORTH | RONALD | DOC<br>92888 | Location<br>SPR 1 | 180 | Date:<br>08/05/2015 |
|---|---|---|---|---|---|

BP: /    Temp    Pulse    Resp:    Height /    Wt.: /    Time:

D Redacte 49      65    year old B    Male

**Allergies:** / ⋅ ⋅ A
**Reason for Vis HP CLINIC**
**Chief Complaint:**

**O2 Saturation**

U/S 7/15/15 - Coarse
& mass

10# Ramadan
Fasting

HCV / Prob Early Cirrhosis **LSP**

F/U from 1-28-15 - Been Avoiding scott.
+ taking BP meds!

Non-smoker. [7/1/15] A1b 4.2
[7-15-15]     A1P 62
U/S ↑ Abd.    PT 13.5    ↑BC4
LV - Coarse    INR 1.1    AST 42
    & mass     1.34/151   Alt 38
    3.16/40.7 (↑ fr 138)
     Cr 1.11

Gen: NAD
Anict. sclera
Abd. flat
Ext ↑ c/c/e

**Assessment:**
1. Early Cirrhosis
2. HTN - much improved
3. _____
4. _____
5. _____

**Plan:**
1. # F/U 6 months c̄
2. CMP, PT/INR, CBC
3. _____
4. _____
5. _____

**C O A** ☐

5/5/15   Z Sutton NP.
**Date**      **MD Signature**

## LOUISIANA STATE PENITENTIARY
### R. E. BARROW, JR. TREATMENT CENTER

#### NPO/PREP ORDER

| NAME: Ronald Wilworth | DOC#: 92888 | LOCATION: Spr l | DATE: 7/14/15 |
|---|---|---|---|

This patient has been scheduled for  US  7/15/15          Time: ___ 7  AM / PM

He will be admitted to the Nursing Unit on _____

☐ Keep NPO at the Camp, callover to explain NPO status

Check:      ☐ See attached sheet for Special Orders

☒ NPO past 12mN  7/14/15

**EMERGENCY CONTACT:**

Name: _____
Relationship: _____
Telephone #: _____
My signature below authorizes the release of medical information to the person(s) identified by me in the emergency notification section of this record.

_Randy Lavespere_
Randy Lavespere, M.D.
Assistant Medical Director

| NPO status explained to patient | NURSE'S SIGNATURE: | INMATE SIGNATURE: | DOC#: |
|---|---|---|---|

| NPO status explained to Nursing Unit Security | NURSE'S SIGNATURE: | CSO's SIGNATURE: |
|---|---|---|

| DOES PATIENT WISH TO REFUSE THIS TEST?    ☐YES    ☐NO |
|---|
| NURSE'S SIGNATURE: _____ |
| INMATE'S SIGNATURE: _____    DOC#: _____ |

| B/P: | Weight: | Temp: | Pulse: | Resp: |
|---|---|---|---|---|

LSP-TC 53 Rev. 09/2014          NPO/PREP ORDER

002723

6 6 4 6 -

Louisiana State Penitentiary
R.E. Barrow, Jr. Treatment Center
Physician's Clinic

PSNROF

| **Name** AILSWORTH | RONALD | **DOC** 92888 | **Location** SPR 1 | **Date:** 4/28/2015 |
|---|---|---|---|---|

BP: 141/86  Temp ___    Pulse 43  Resp: 16  Height 71 / Wt: 176    **Time:** 9:43AM
Redacted /49              65  year old B   Male

Allergies: NKDA

**Reason for Vis** CLINIC A

**Chief Complaint** F/U APE

**O2 Saturation** [ ]

**<Field Mis**

65 y/o 1) HCV
2) prostatectomy > 10 yrs ago
3) HTN. — ⊖ takes meds at night

12/14
CMP, CBC
PSA, FOBO
Chol - FLD

PE: 141/86   43   16  71  176

Chest CTA RRR

9/14 → EKG, CXR

Michau
4/28/15

**Assessment:**

1. HCV
2. HTN
3. prostatectomy
4. ___
5. ___

**Plan:**

1. RTC APE, COA
2. PSA FOBO
3. ___
4. ___
5. ___

4/28/15
**Date**

**MD Signature**

002724

Louisiana Department of Corrections Referral Form
# Radiology & Special Studies

*Attach supporting documentation

Circle one:    Routine  or  Urgent
Date of Request: 2/24/16

Offender Name(Last, First): Ailsworth Ronald    Date of Birt ~~Redacted~~ '49

Correctional Facility: LSP    Offender ID Number: 92888

Please Indicate Reason for Referral: Note needed workup

_____ Air Contrast Barium Enema (ACBE) ICD: _____
_____ Barium Swallow ICD: _____
_____ Bone Scan ICD: _____ MD to specify site
_____ Colonoscopy (follow DOC endoscopy guidelines)
         *Initial referral for Colonoscopy to be done only if FOBT is positive for more than one sample on annual screening
         (attach + FOBT results)
_____ Colposcopy
_____ CT Scan (non-contrast) of: _____                                    7/2016
_____ CT Scan with contrast (IV/PO and/or Rectal) of: _____ ICD: _____
         BUN/Cr. or GFR: _____ Date: ___/___/___ [must be within 30 days of CT]
_____ EEG
_____ EGD [Esophagogastroduodenoscopy]
_____ Mammogram (Indicate Breast: ____Left ____Right ____Both) ICD: _____
_____ MRI (non-contrast) of: _____
_____ MRI with IV contrast (Gadolinium) of: _____ ICD: _____
         BUN/Cr. or GFR: _____ Date: ___/___/___ [must be within 30 days of MR]
_____ Pulmonary Function Tests, Complete with ABG
✓ Ultrasound of: RUQ
_____ Ventilation-Perfusion Scan [V/Q]: _____ ICD: _____
_____ Other  ICD: _____ Diagnosis: _____

Clinical History Relevant to this Referral: H/o early Cirrhosis - Need to R/o HCC

Diagnostic/Test results: Last 7/2015 / plat 148

Referring Provider's Signature: Z Britton NP    Print Name: Elizabeth N. Britton, NP
                                                              EKL ID# 04675
                                                              NPI# 1437163327
                                                              DEA#:

Rev: 6-19-15



R.E. Barrow, Jr. Treatment Center
Physician's Clinic

6 6 4 6 - <F le t

| Name | DOC | Location | Date: |
|------|-----|----------|-------|
| AILSWORTH , RONALD | 92888 | SPR 1 | 1/28/2015 |

BP: 162/90 Temp 7 96.7 Redacted '49 Pulse 47 65 Resp: 16 year old B Height 71 Male Wt: 180 Time: 12:52pm

Allergies: NKDA

Reason for Vis HP CLINIC

Chief Complaint: U/S - 7/8/14

O2 Saturation [    ]

<Field Mis

H/O HCV / Prob. Early Cirrhosis

Saw last 6-18-14

Reports compliance c̄ BP meds. / Non-smoking
Admits eating lots of salt; saw PCP
11-20-14 c̄ lems.

9/26/14    12/8/14

plat 138     PT 11.9    Cr 1.15
             INR 1.1    TD 0.8
             Alb 4.45
             AIP 58
             A1+ 36
             AST 37
             MELD 8

Gen: NAD
Ant. sclera
Abd: ND
Ext 0 c/c/e

MMichon 01/28/15 2:40p

Assessment:
1) HCV / Early Cirrh (MELD 8)
2) HTN - on meds / Not
   smoking b/ Eating Salt
   Not @ goal
3) S/P Prostate CA ~ 10 yrs.

Plan:
1. Advised to Avoid SALT!
2. F/u 6 months c̄ 7/1/15
   Lab: CBC, CMP, PT/INR
3. U/S RUQ early 7/2015 before F/u
   1-28-15 E.B.Smith    Appt

Date                    MD Signature

002726

LSU Health System -- Evidence Based Inmate Consult Form -- For Initial (or NEW) requests

## Radiology & Special Studies

Fax to 504.568.3360 (along with supporting documentation)          Date of Consultation: 1/28/15

Clinic/Specialty: _Hepatology Clinic_

Inmate Name (Last, First): _Ailsworth, Ronald_  Date of Birth: Redacted  T49

Inmate Facility: _LSP_          Inmate ID Number: #92888

LSU MRN: _____ @ (circle one) BMC, EKL, LJC, WOM, UMC, LAK, BMC, MCL

ALLSCRIPTS MRN: _____

Indicate Reason for Study: note needed workup

___ ___ Air Contrast Barium Enema       (ACBE) ICD: _____
____ Barium Swallow    ICD: _____
____ Bone Scan         ICD: _____
____ Colonoscopy (pretest requirements)
____ Colposcopy
____ CT Scan (non-contrast) of: _____  ICD: _____
____ CT Scan with contrast* (IV/PO and/or Rectal) of: _____  ICD: _____
BUN/Cr. or GFR: _____ Date: __ / __ / __ [must be within 90 days of CT]
____ EEG
____ EGD (Esophagogastroduodenoscopy)
____ EMG/NCS
____ Mammogram  (Indicate Breast: ____Left ____Right ____Both)  ICD: _____
____ MRI (non-contrast) of: _____  ICD: _____
____ MRI with IV contrast* (Gadolinium) of: _____  ICD: _____
BUN/Cr. or GFR: _____ Date: __ / __ / __ [must be within 90 days of MRI]
____ Pulmonary Function Tests complete with ABG
✓ Ultrasound of: _Abdomin R/O HCC_  ICD: 571.3
____ Ventilation-Perfusion Scan (V/Q)  ICD: _____
____ X-ray Exam: _____  ICD: _____
____ Other: _____  ICD: _____

Early July 2015

*Contrast studies require documentation of renal function (BUN/ Creatinine or GFR) within 90 days of the study. (Metformin/Glucophage may be taken on the morning of the study but must be held for 48 hours and renal function must be re-evaluated prior to resumption.) Complete consent form for contrast studies.

History and Physical Findings Relevant to this Referral: _Cirrhotic - needs_
_U/S Annual to R/O HCC  65yo AA m c_
_HCV, Early cirrhosis. Last U/S Abd 7/8/14_

CPSO USE ONLY

Provider's Signature: E Britton N  Print Name: _____ ID Number: _____  Date: 1/28/15

Time: _____  Contact Information: _____

Fax To: 225 568-3360

Collaborative for Evidence-Based Inmate Care

Elizabeth N. Britton, APRN, FNP
EKL ID#: 04675
NPI#: 1437153327
DEA#:

Rev 06/15/10

HCSO ICF 924

002727

9. ble Spr l

## LOUISIANA STATE PENITENTIARY
## R.E. BARROW, JR. TREATMENT CENTER

### PATIENT DATA                          DATE: 11/20/14

NAME: Ailsworth, Ronald   DOC#: 92888   ALLERGIES: NKDA

TEMP: 97.6  PULSE: 50  RESP: 18  B/P: 115/67  HEIGHT: 70  WEIGHT: 178  AGE: 65

MEDICAL HISTORY: APE - Sept 2014  Plz HTN, HCV, RCA, PTL Cramps

CC - Ø Problems
Med Hx: Prostate CA c Prostatech & Radiat
HTN
Surg - Prostatech 2006
Nicotine - denies
Exercise - JOBB
Family Hx - Ø Ø

(ALL POSITIVE AND IMPORTANT NEGATIVE FINDINGS SHALL BE RECORDED)

| | | |
|---|---|---|
| GENERAL | ☑ NOT IN DISTRESS | ☐ ABNORMALITIES |
| SKIN | ☑ NORMAL TEXTURE | ☐ ABNORMALITIES |
| EYES | ☑ PERRLA, EOMI | ☐ ABNORMALITIES |
| EARS | ☑ NL EAC AND NLTM | ☐ ABNORMALITIES |
| NOSE | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| THROAT | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| NECK | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| CHEST | ☑ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| HEART | ☑ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| ABDOMEN | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| RECTAL/PROSTATE | ☐ NORMAL EXAM Refuse | ☐ ABNORMALITIES |
| EXTREMITIES | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| NEUROLOGICAL | ☑ NORMAL EXAM | ☐ ABNORMALITIES |

LAST FLEX SIG/COLONOSCOPY   DATE: _____   RESULT: _____
LAST PSA                   DATE: _____   RESULT: _____
LAST EKG                   DATE: _____   RESULT: _____

NOTES:
A: Prostate CA c Prostatech 2006
HTN well controll
HCV easing surks

P: ① FLP, PSA, UA, Stool OB x3    } slip
   ② Refused Pneumovax & Flu Vaccine
   ③ RIOT cervical lesion   RX

TEST ORDERED:

RETURN APPOINTMENT: Fu  6m,  (   )

PHYSICIAN SIGNATURE:              11/20/14  094  

LSP-TC 25 12/2007                PATIENT DATA

002728

*Clinic Lab*
*APE Sept 2014*
*HTN, HCV, T2H, ATN,*
*cramping, diarrhea*

*AgeRhy*

DATE: *10-21-14*

## REFUSAL TO ACCEPT MEDICAL CARE

This refusal of medical attention is made voluntarily and after full explanation of the medical attention recommended and the consequences of refusing it. I have read this statement and understand the nature of its contents.

I release the Department of Public Safety and Corrections from any liability for any harm which may result from this refusal of treatment.

*Ronald Ailsworth*
_____
Signature of Inmate

_____
Witness

_____
Witness

*Ronald Ailsworth* # *92888*_____, hereby refuse the following
described medical attention: *not in need of any physical .*
_____

_____

_____
Attending Prescriber

*10/21/14*

Distribution:

Medical Record

Revised 8/02

002729

PPE Sept 2014 f/u HTN, HBV, Age PHY
R/N, ATN Comping,
Dicirrhea 11/13/14

M

DATE: *10-13-14*

### REFUSAL TO ACCEPT MEDICAL CARE

This refusal of medical attention is made voluntarily and after full explanation of the medical attention recommended and the consequences of refusing it. I have read this statement and understand the nature of its contents.

I release the Department of Public Safety and Corrections from any liability for any harm which may result from this refusal of treatment.

*Ronald Ailsworth*
Signature of Inmate

*MSgt. C. Orr*
Witness

*MSgt. Prater*
Witness

I, *Ronald Ailsworth* , # *92888* , hereby refuse the following described medical attention:
*not in need of of a physical.*

11-13-14

Attending Prescriber

RTCf wh

Distribution:
Medical Record

Revised 8/02

002730

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center
Physician's Clinic

6 6 4 6 - [ ]

PSNMOF

| Name AILSWORTH | RONALD | DOC 92888 | Location SPR 1 | Date: 10/15/2014 |
|---|---|---|---|---|

| BP: Redacted /49 | Temp | Pulse 65 | Resp: year old B | Height Male | Wt.: | Time: |

**Allergies:**

**Reason for Vis** CLINIC A / NO SHOW

**Chief Complaint** F/U ATU VOMITTING, DIARRHEA, STOMACH CRAMPING

**O2 Saturation** [ ]

**<Field Mis**

*Reschedule Clinic A cat I*

*due error I callout*

*10-15-14 B Staplulon C 1230 pm*

**Assessment:**

1. _____
2. _____
3. _____
4. _____
5. _____

**Plan:**

1. _____
2. _____
3. _____
4. _____
5. _____

**Date** _____  **MD Signature** _____

002731

ROBERT E. BARROW, JR. TREATMENT CENTER
EMERGENCY MEDICAL REPORT
VITAL STATISTICS

DATE: 9, 27, 14          TIME SEEN: 23.25

NAME: Ronald Ailsworth          DOC#: 92888     AGE: 65     RACE: B

LIVING QUARTERS: Spr 1          JOB ASSIGNMENT: Inmate Minister     LAST TETANUS: _____

MEDICATIONS: Amlodipine, Norvasc          ALLERGIES: NKDA

DATE OF ACCIDENT: _____          TIME OF ACCIDENT: _____          ACCIDENT LOCATION: _____

| TIME | B/P | PULSE | RESP | LOC | TEMP | BS/Sp02 |
|---|---|---|---|---|---|---|
| 23.25 | 179/103 | 49 | 16 | A9043 | 97.7 | 100% /1 |
| 00:40 | 157/91 | 46 | 16 | LOC: | TEMP: | BS/Sp02: |
| : | / | PULSE: | RESP: | LOC: | TEMP: | BS/Sp02: |

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: 65 y/o AAM called to ATU by
BMO delivered c/o Cold Symptoms x 2 days Pt c/o nausea
vomiting tonight Diarrhea x 1 day + Stomach cramping. Pt states he
had same illness Approx. 1 year ago and had testing. Pt also states
wearing hernia sx. Pt A+O x 3, Pearl, Heent, Skin wd to touch + BS all 4 Quads,
Abdo Soft nondistended Pt has scar from Gun shot wound Post 35 yr Ago. mid Abdo
umbilical ↑. Pt c/o of "feeling hot at times and also chills". Pt voiced no other
medical complaints at this time
          Done by

MEDIC SIGNATURE: MSgt Guillory, EMT SCO

PHYSICIAN ASSESSMENT AND TREATMENT: CaptS McClure

O+< -182/105 P-49          20 GA Cath @ forearm 1000 cc N @ 2331
♀ - 181/107 P-49
♀ - 159/101 P-49          Gen: Diaphoretic BM in NAP

CXR ⊕ Diaphragmatic          HEENT: PERLA
          hernia
EKG → stomach in B/H          neck: supple          * needs cardiac
          sinus Bradycardia                    R/O HIS
IV fluids: N/S 16 to          chest: Rhonchi bilat.
          Run in
                    CV: RSR c̄ opening soft seam
                              c88 opening murmur
                    abd: midline abdl scar   Large direct
Imp: BPH, Gastroenteritis                    No bowel tenderness   hernia reduces
     exposure testing                    Ext: no edema   Neuro: intact - No motor
     ⊕ direct hernia   Ichel/Cook                    weakness
□ Duty Status   ETOH unknown?    Langley        ☑ Appointment (N)

□ Diet _____          □ Dressing Change

          PHYSICIAN SIGNATURE: JW Helm MD

| TIME LEFT: 0040 | TRANSPORTATION: Self | DESTINATION: CTU |
|---|---|---|

LSP-TC 16     Rev. 11/99          EMERGENCY MEDICAL REPORT          PAGE ___ OF ___

002732

LOUISIANA STATE PENITENTIARY - EMERGENCY MEDICAL SERVICES

## AMBULANCE RUN REPORT

| | | | | |
|---|---|---|---|---|
| DATE | 9/07/14 | | RUN NUMBER | 14-138 |
| ASSIGNED | 2246 | | SIGNAL | B |
| ENROUTE | 2246 | CALL REC'D FROM: Med 4 | EMS UNIT # | M-6 |
| ON SCENE | 2257 | NATURE OF THE CALL: Passout | TRANS BLS / ALS ✓ |
| TRANS-PORTING | 23:07 | INCIDENT LOCATION: SPr 1 | NT ORD BY | N/A |
| AT HOSPITAL | 23:21 | PATIENT: Ronald Allsworth | RECEIVING HOSPITAL | ATU |
| AVAILABLE | 23:35 | ADDRESS OR LIVING QTR.: SPr 1 | RECEIVING MD/RN | Dr Helms |
| AGE 62 RACE B SEX M | | CHIEF COMPLAINT: Weak & Passed out | DOC#/SS# | 92888 |

| VITAL | TIME | 2300 | 2310 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | BLOOD PRESSURE | 108/94 | 170/98 | | | | | | |
| | PULSE | 54 | 52 | | | | | | |
| | RESPIRATION | 18 | 18 | | | | | | |
| | LOC A.V.P.U. | AAOx4 | AAOx4 | | | | | | |
| | PUPIL R/L | PERRL | PERRL | | | | | | |
| | MOTOR FUNCTION | MAE | MAE | | | | | | |
| | SKIN | CEC | CEC | | | | | | |
| | EKG | SB | SB | | | | | | |
| | O2 STA/GLUCOSE | 99% 126mg/dL | 99% | | | | | | |

| MEDS/TX | OXYGEN | | | | | | | | TOTAL FLUID |
|---|---|---|---|---|---|---|---|---|---|
| | IV1 FLUID/RATE | | | | | | | | cc |
| | IV2 FLUID/RATE | | | | | | | | |
| | DEFIB T/A | | | | | | | | |
| | MEDS T/A | | | | | | | | |
| | CURRENT MEDICATIONS | | | | | ALLERGIES | | | |

**PMHX/TX:** EMS was called for a male at POSS passed out. Found 62 y/o male c/o weakness, and passing out. Pt ABC's was intact Ⓞ Sign of distress, and Security was 10-97. Pt reports that he been having a cold the last few days, and today he was out working in the Yard for a long time. PE Ⓞ Trauma to HEENT Ⓞ Trauma chest Ⓞ Trauma to ABD soft non tender distend, and Ⓞ Trauma to extremities. Pt c/o N/V Ⓞ active vomiting. Pt denies CP, sob, and any other symptoms. Notified Dr Helms advised to ~~bring~~ bring Pt into the ATU. 10-15 Pt to ATU, and released care of Pt to Paramedic McClure. Secured pt in bed c rails up

| EMT #1 | L Fork | REQ# N 805978 3 | EMT #2 | D Plauche | REQ# AEMT |
|---|---|---|---|---|---|
| | | HCP# 550181 | | REFERRAL# | |

002733

Louisiana State Penitentiary

6646 - ☐   R.E arrow, Jr. Treatment Center
**Physician's Clinic**

| **Name** | | | **DOC** | **Location** | | **Date:** |
|---|---|---|---|---|---|---|
| AILSWORTH | , RONALD | | 92888 | SPR 1 | | 07/30/2014 |

| **BP:** / | **Temp** | **Pulse** | **Resp:** | **Height** | **Wt.:** | **Time:** |
|---|---|---|---|---|---|---|
| Redacted /49 | | 64 | year old B | Male | | |

**Allergies:**

**Reason for Vis** HP CHART CHECK

**Chief Complaint:**

**O2 Saturation** [            ]

**<Field Mis**

_[handwritten notes]_

**Assessment:**

1. _[handwritten]_
2. _[handwritten]_
3.
4.
5.

**Plan:**

1. _[handwritten]_
2.
3.
4.
5.

_____   _____
**Date**    **MD Signature**

002734

CASE NUMBER: LSP-2016-1641

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: AILSWORTH, RONALD 92888          SPR 1
                                     Living Quarters

Response to request dated , received in this office on 06/07/2016

This is in response to your ARP 2016-1641. After careful review of the pertinent volumes of your current medical record, I find the following: Documentation supports that on 9-27-2014 you were seen in the ATU for complaints of cold symptoms for 2 days, nausea, vomiting and diarrhea. You were evaluated by Dr. Helms, received treatment and it is noted that you had a chronic, right, direct hernia that reduces. A follow-up appointment was scheduled for you in the LSP Physician's Clinic.

On 10-13-2014, you signed a Refusal to Accept Medical Form for your scheduled appointment, stating, "not in need of a physical."

On 10-21-2014, you signed a Refusal to Accept Medical Care form and stated that you were not in need of any physical. A follow-up appointment was scheduled for you in the LSP Physician's Clinic.

You were seen in the LSP Physician's Clinic on 11-20-2014. Documentation supports that your vital signs and weight were recorded and you were examined for your annual physical. There is no documentation that you reported any problems, signs and/or symptoms with a hernia. Lab work was ordered for you and you refused the flu vaccine and the pneumovax. Your medications were refilled for you and a follow-up appointment was scheduled for you in the LSP Physician's Clinic.

You were seen in the Hepatitis Clinic on 1-28-2015 for history of HCV and probably early Cirrhosis. Your history was noted and your lab values were reviewed. You were examined and advised to avoid salt. A follow-up appointment was scheduled for you and lab work and an ultrasound were ordered. There is no documentation to support you complained or reported any problems or concerns related to the hernia.

On 4-8-2015, you were seen in the LSP Physician's Clinic. Your vital signs and weight were recorded and you were examined by the Physician. There is no documentation that you reported or complained of any hernia related signs and/or symptoms. A follow-up appointment was scheduled for you in the LSP Physician's Clinic.

You were seen in the Hepatitis Clinic on 8-5-2015 and your ultrasound results were reviewed. You reported that you had been avoiding salt and taking your blood pressure medication. Your vital signs and weight were recorded. Your lab values were reviewed and after completing your examination, it is noted that you have early cirrhosis and your hypertension was much improved. A follow-up appointment was scheduled for you and lab work was ordered. again, there is no documentation to support your claim that you complained or reported any problems related to a hernia.

On 2-24-2016, you were seen in the Hepatitis Clinic, your vital signs and weight were recorded. Your lab values were noted and reviewed. Documentation supports that you have a history of HCV and possible cirrhosis. Your platelets were stable and your Cozaar and Norvasc were refilled for you as KOP medications. A follow-up appointment was scheduled for you in the Hepatitis Clinic and lab work was ordered for you. No documentation is noted that you had any signs and/or symptoms related to a hernia. No complaints or concerns were reported.

002735

LOUISIANA STATE PENITENTIARY

ANGOLA, LOUISIANA

ARP NUMBER:  LSP - 2016 - 1641

RE:  RONALD AILSWORTH    92888

LOCATION:    _____ Sdp 1 _____

I HEREBY ACKNOWLEDGE RECEIPT OF 1ST STEP RESPONSE FORM REGARDING REQUEST
FOR REMEDY NUMBER LSP-2016-1641.

RECEIVED BY:    _Ronald Ailsworth 92888_
                        (INMATE'S NAME & NUMBER)

DATE RECEIVED:  _7-7-16_

DELIVERED BY:  _Lt-Brailey Awd_

============================================================================

1.    Have the inmate sign this receipt.

2.    Delivery Officer signs the reciept and dates it.

3.    Give the Inmate the Manila Envelope and contents.

4.    Return the reciept to LEGAL PROGRAMS DEPARTMENT.

**DUE BACK DATE**

JUL 1 1 2016

**R E C E I V E D**

JUL 1 2 2016

Legal Programs Department

7/6

002736

You were seen in the LSP Physician's Clinic on 3-1-2016 and it is noted that your hypertension is normal and you are followed in the Hepatitis Clinic. You have a history of prostate Cancer in 2006 with no sequela. An EKG and a chest x-ray were ordered for you and a follow-up appointment was scheduled for you in the LSP Physician's Clinic. Your sick calls were reviewed by the Physician and changes were made as medically indicated. I find no documentation that you complained or reported any problems or concerns related to a hernia.

You were seen in the LSP Physician's Clinic on 5-3-2016. You reported your previous sick call for diarrhea had improved and you had no other complaints. You were examined and it is noted that the dosage of Norvasc was increased and a repeat EKG was ordered. A follow-up appointment was scheduled for you in the LSP Physician's Clinic. Again, there is no documentation that you reported any complaints, concerns or problems related to a hernia. There are no self declared emergencies related to any type of hernia complaints or problems, with the exception of 9-27-2014. You complaint was not related to a hernia, An ambulance was dispatched for complaints of "weak and passed out." You reported at that time that you were waiting for hernia surgery.

The Members of the LSP Medical Team have responded to your situation and you are being followed according to the DOC hernia guidelines.

You have failed to provide evidence to substantiate your allegations that your Rights have been violated or that your care has not met acceptable standards of care and reasonable accommodation. I find no evidence to support your claim that you meet the ADA criteria for accommodations You have provided no clear and convincing evidence to substantiate your allegations that you have been subjected to deliberate indifference. Disagreeing with a Physician's judgement, diagnosis or treatment is insufficient to state an Eighth Amendment claim of deliberate indifference.

Monetary compensation is not an option at this level of the ARP Process and is denied

Your current duty status is deemed medically appropriate at the time of this response. You have provided no evidence that your current job assignment has adversely affected your physical health. At no time are you forced to perform the duties of any job, however, consequences may be imposed according to the provisions in the Rules and Regulations for Adult Offenders. If you have job complaints, this matter would be better addressed through the Classification Department, which handles job assignments and job changes.

The charges imposed are correct and in accordance with Health Care Policy No. HC-02. Therefore, your request to "not be charged" is denied.

Your request for a refund for charges imposed related to "eye visits" is denied.

Department Regulation B-05-005, Administrative Remedy Procedure, prohibits reprisals for an offenders use of the ARP Process.

Your request for remedy is denied.

Prepared by: Stephanie Lamartiniere
Assistant Warden Health Services

7-5-16
Date

Unit Head

Instructions to Offender: If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

☑ I am not satisfied with this response and wish to proceed to Step Two.

Reason: _I am still in need of the hernia operation._

| | |
|---|---|
| 9-8-16 | _Ronald Ailsworth_ |
| Date | Offender's Signature    DOC# |

002738

LOUISIANA STATE PENITENTIARY
ANGOLA, LOUISIANA

INMATE:   92888 RONALD AILSWORTH

LOCATION:  SPR 1

### ACKNOWLEDGMENT OF RECEIPT OF SECOND STEP RESPONSE

This will acknowledge receipt of the SECOND STEP response
(SECRETARY'S RESPONSE) OF ARP #LSP-2016-1641 .

RECEIVED BY: _Ronald Ailsworth_____

DATE RECEIVED: _9-22-16_____

DELIVERED BY: _____

=================================================================
PLEASE READ THE FOLLOWING
INSTRUCTIONS TO DELIVERY OFFICER:

1.   Have the inmate sign and date the second step portion of
     the BROWN ENVELOPE MARKED WITH *** acknowledging receipt of the
     second step response.
     **PLEASE HAVE BOTH AREAS WITH THE *** SIGNED BEFORE YOU RETURN TO LEGAL.**

2.   Have the inmate sign BOTH AREAS OF this receipt.

3.   Delivery Officer MUST sign receipt and date it.

4.   Give the inmate the contents of the envelope.

5.   Return the BROWN envelope and the receipt to LEGAL PROGRAMS DEPARTMENT

DUE BACK DATE
SEP 30 2016

**RECEIVED**
SEP 29 2016
LEGAL PROGRAMS DEPARTMENT

9/26

002739

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: LSP-2016-1641

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: AILSWORTH, RONALD   92888                                LSP
    Offender Name and Number                                 Living Unit

Response to Request Dated 07/08/2016, Received in this Office on 07/14/2016:

Your request for an Administrative review of ARP# LSP-2016-1641 has been received.  A qualified
member of the Headquarters staff has reviewed your request in order to render a fair and impartial
response.

Your statement has been considered as well as your medical records.  The medical staff is well aware of
your medical condition and has adequate information upon which to base a determination of your medical
concerns and the treatment necessary.  As stated in the first step response and which is supported by
your medical records, the only notation in your record of having a reducible hernia was from 9/27/14 when
you were seen for complaints of cold symptoms for 2 days (nausea, vomiting and diarrhea).  You have not
voiced any other concerns during your medical assessments of 10/13/14 through 5/16/16.  Medical
opinion is controlling.  The medical care you have received and will continue to receive is deemed
adequate.  You are encouraged to seek sick call to have your claimed medical concern addressed, if still
warranted.  No further investigation will be conducted as this issue has been clearly addressed in the first
step response.

Therefore, your request for relief is denied.

_____                    _____
            Date                                     Secretary's Signature or His Designee

002740