# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EARL PETERS, IDDO BLACKWELL, | * | CIVIL ACTION |
| KEVIN MATHIEU, LAVELLE | * | |
| MEYERS, DAN RILEY, RUSSELL | * | |
| WARE | * | NUMBER: 3:16-cv-00842-SDD-RLB |
| | * | |
| VERSUS | * | |
| | * | JUDGE SHELLY D. DICK |
| RAMAN SINGH, JOHN BEL | * | |
| EDWARDS, JAMES M. LEBLANC, | * | |
| STEPHANIE LAMARTINIERE, | * | MAGISTRATE |
| DARRYL VANNOY, STATE OF | * | RICHARD L. BOURGEOIS |
| LOUISIANA, LOUISIANA | * | |
| DEPARTMENT OF PUBLIC SAFETY | * | |
| AND CORRECTIONS | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT

BEFORE ME, the undersigned counsel, came and appeared:

## DR. RANDY LAVESPERE

who, after being duly sworn, did depose and say:

1.  I am currently licensed to practice medicine in the State of Louisiana and I am employed by the Louisiana Department of Public Safety & Corrections as the Medical Director at Louisiana State Penitentiary at Angola.

2.  I received a Medical Degree from Louisiana State University in Shreveport, Louisiana in 1993.

3.  Part of my duties requires me to treat, review and evaluate inmate medical records.

4.  I have reviewed the medical records of Lavelle Myers as well as his claims in this lawsuit and the underlying ARP. The following outlines Myers' treatment:

    •   On October 10, 2004, Plaintiff filled out a Health Care Request Form regarding a swollen knot in his abdomen. The exam by EMS revealed a 4 inch palpable mass in the abdomen near the umbilicus which Plaintiff advised

1

EXHIBIT A TO MOTION FOR SUMMARY JUDGMENT

felt funny inside but denied pain and he was referred to the Medical Doctor (Bates #001517);

- On October 29, 2004, Plaintiff was seen at the Physician's Clinic complaining of a tender knot above the umbilicus that got bigger after he eats. The knot was firm and about 3-4 cm in diameter when he stood up but disappeared when he was laying down and probably a ventral hernia. The physician noted a surgery clinic appointment to be scheduled (Bates #001516);

- On October 29, 2004, the physician referred Plaintiff to the LSP/EKL Surgery Clinic. Plaintiff was a 47 year old white male with obesity who had a tender knot about 4cm x 4cm above the umbilicus which disappeared when he laid down and which was below the umbilicus then moved to above the umbilicus (Bates #001515);

- Plaintiff was seen in the General Surgery Clinic on December 9, 2004, for evaluation for surgery for possible supraumbilical hernia. Plaintiff felt a knot around umbilicus and after evaluation the physician did not feel that this needed operative intervention at that time given that it was largely asymptomatic. Plaintiff advised to follow up as needed (Bates #001514);

- Plaintiff was seen on January 10, 2005, in the Physician's Clinic for follow up on knot on abdomen and supraumbilical hernia. He is very tender to palpation and the physician requested a consult with Dr. Tarver (Bates #001513);

- A Consultant Referral Form was sent to Dr. Tarver on January 10, 2005 for evaluation of supraumbilical hernia (Bates #001510);

- Plaintiff was seen on February 10, 2005 in the General Surgery Clinic for evaluation of an umbilical hernia. The notes document a small umbilical hernia for three months. The physician's plan was for an abdominal ultrasound and for Plaintiff to return to clinic after the ultrasound was performed (Bates # 001509);

- Plaintiff was seen on February 22, 2005 in the Physician's Clinic for follow up. Plaintiff complained of pain in the umbilical area. It is noted that EKL is following and plaintiff will be re-evaluated after the abdominal ultrasound (Bates #001508);

- On February 24, 2005, Plaintiff underwent an ultrasound of the abdominal wall at LSU Medical Center Earl K. Long. The radiologist noted a small

periumbilical hernia measuring approximately 3.4x3.3x2.1cm (Bates #001181);

• Plaintiff was next seen on June 9, 2005 at the General Surgery Clinic at LSP. It is noted that Plaintiff had a 3cm supraumbilical hernia which was reducible. The physician's plan was for hernia repair (Bates #001503);

• On August 10, 2005, Plaintiff's Trip Return noted that, per EKL pre-admission, Plaintiff was seen by Dr. Torrance and referred for umbilical hernia repair on September 27, 2005 (Bates #001502);

• On September 21, 2005, plaintiff underwent a Chest X-Ray to be cleared for surgery, which result was negative (Bates #001180);

• Plaintiff underwent an umbilical hernia repair on September 27, 2005, at Earl K. Long Medical Center with post-operative instructions of no heavy lifting for four (4) to six (6) weeks greater than 10 to 15 pounds (Bates #001494);

• On September 29, 2005, Plaintiff was given a duty status of no duty with bed rest, up for pill call, meals and restroom only, no sports for two (2) day, then no duty and no sports for five (5) days due to hernia repair (Bates #001415);

• On October 4, 2005, an EMT referred Plaintiff to the Assessment and Triage Unit (ATU) for pain caused by hernia surgery (Bates #001490);

• Patient was transported on October 4, 2005, via ambulance to the R.E. Barrow, Jr. Treatment Center due to pain secondary to hernia repair one (1) week prior. Plaintiff complained of pain at the surgery site and inside with swelling and redness and was tender to palpation. Plaintiff was given medication and ordered on more bed rest and no duty and to keep his appointment scheduled for October 13, 2015 (Bates #001489);

• Plaintiff was seen on October 7, 2005, in the Physician's Clinic for follow up of hernia repair. Patient was noted to be status post umbilical hernia repair on September 27, 2005 with the surgery site noted to be clean and dry and still painful. Plaintiff was prescribed Motrin and advised to return to clinic in three (3) weeks (Bates #001488);

• Plaintiff was seen on October 27, 2005 in the General Surgery Clinic at LSP for follow up umbilical hernia repair on September 27, 2005. Plaintiff had no complaints, normal bowel movements with no soreness or pain. The incision was noted to be healed and Plaintiff was discharged from the clinic and noted to be ok to work (Bates #001485);

3

- Plaintiff was seen on October 31, 2005, at the Physician's Clinic for follow up of hernia. He voiced no complaints and the incision was healed and advised to follow up as needed (Bates #001484);

- Plaintiff was treated on January 3, 2012, for follow up regarding left lower extremity deep vein thrombosis in 2009, mental health conditions, dyslipidemia and diabetes mellitus (Bates #001332);

- Plaintiff was seen on June 13, 2012 in the R.E. Barrow, Jr. Treatment Center for his annual physical exam and follow up for diabetes mellitus, mental health and labs. It is noted on this date that Plaintiff had a small hernia just lateral to the umbilicus with mild tenderness and the physician noted he was to be referred for surgery evaluation regarding the hernia (Bates #001321);

- A Consultant Referral Form was filled out on June 13, 2012, referring Plaintiff to General Surgery for a Ventral Hernia. Plaintiff's Clinic A appointment was scheduled for March 14, 2014, for Plaintiff to be re-evaluated for surgery (Bates #001292);

- Plaintiff was referred to General Surgery on June 13, 2012, to determine umbilical versus ventral hernia on the right (Bates #001316);

- Plaintiff was also referred to the G.I. Clinic on June 13, 2012, as inmate had never had Flex/Sig procedure and the physician requested that the Flex/Sig procedure be part of inmate's Annual Physical Exam (Bates #001291);

- Plaintiff refused his annual chest x-ray on June 15, 2012 (Bates #001175);

- Plaintiff's filled out a Health Care Request Form on October 8, 2012, and complained of hernia on right side of belly button for three (3) to four (4) months. He had previous hernia surgery in 2006 or 2007 on the left side. Swelling was noted to the right side of his stomach. Plaintiff was given Tylenol and referred to the Medical Doctor who advised Plaintiff to keep his upcoming appointment (Bates #001313);

- Also on October 8, 2012, Plaintiff was given a Referral Slip for duty status of no duty, bed rest for three (3) days (Bates #001312);

- On October 29, 2012, Plaintiff filled out a Request for Medical Treatment form regarding pain in stomach due to hernia. The screening noted a right side lower protruding abdominal hernia. Plaintiff requested a no duty status. Plaintiff was advised to keep the upcoming appointment (Bates #001309);

4

•      Plaintiff was seen on November 5, 2012, at the Physician's Clinic for follow up of annual physical exam and hernia. Plaintiff was status post hernia repair in 2006 or 2007 and also treated for diabetes mellitus and hyperlipidemia. Plaintiff was noted to have a six (6) month history of hernia to abdomen with a repair of hernia on opposite side in 2006 or 2007. Plaintiff complained of pain with lifting and advised he worked as an orderly who picked up locker boxes and moved beds. The physician assessed Plaintiff with an umbilical hernia, diabetes mellitus with AIC within normal limits and hyperlipidemia which was to be continued to be managed. The physician planned to refer Plaintiff to General Surgery for surgical evaluation (Bates #001307);

•      Plaintiff was seen on July 17, 2013, in the R.E. Barrow, Jr. Treatment Center for annual physical exam and follow up or upper respiratory infection, hyperlipidemia, diabetes mellitus and labs. He was noted to be status post ventral hernia repair approximately two (2) years prior but the hernia returned. Plaintiff had a ventral hernia to the right side of his umbilicus. Plaintiff was ordered to have a Chest X-Ray and EKG. He was advised to follow up in three (3) months and was noted to be awaiting hernia repair (Bates #001293);

•      Plaintiff was seen in the Gastroeneterology Clinic on July 17, 2013. He was noted to have a ventral hernia and needed a colonoscopy as part of the annual exam (Bates #001295);

•      The Eceptionist Record of August 12, 2013, requested a GI appointment as soon as possible per Dr. Lavespere for a patient with a ventral hernia. The colonoscopy was scheduled for March 27, 2014 (Bates #017584);

•      Plaintiff's physician noted to re-submit the request for referral to General Surgery on August 21, 2013, which noted a 55 year old male with six (6) month history of ventral hernia, bowel movements within normal limits and reduced easily (Bates #001272);

•      The Eceptionist record of September 9, 2013, was a referral to the surgery clinic for offender with ventral hernia. Notes dated February 13, 2014 and February 17, 2014, noted that the hernia reduced easily and to hold surgeries if hernia was reducible. The prison doctor was to monitor in the clinic and re-submit request if offender's condition changed (Bates #017585);

•      On March 20, 2014, Plaintiff was seen in the R.E. Barrow, Jr. Treatment Center for pre-operative screening for colonoscopy. Plaintiff was noted to have a past medical history of ventral hernia, depression, diabetes mellitus,

hyperlipidemia, deep vein thrombosis and paranoid schizophrenia. Plaintiff was noted to be cleared for the colonoscopy (Bates #001290);

- On March 25, 2014, Plaintiff was seen in the Physician's Clinic for follow up of upper respiratory infection, hyperlipidemia, diabetes mellitus and labs. The conolonscopy was noted to be scheduled for March 27, 2014. Plaintiff was positive for dizziness and assessed for ventral hernia (Bates #001289);

- Plaintiff underwent a colonoscopy screening on March 27, 2014, and was diagnosed with tortious colon, 5mm polyp, ascending colon and scattered diverticulitis (Bates #001277);

- The Ascending Colon Polyp that was sent to LabCorp for testing March 27, 2014, was diagnosed to be tubular adenoma, completely excised, with no dysplasia or malignancy noted (Bates #001066);

- Plaintiff was seen on June 26, 2014, at the Physician's Clinic for follow up of hyperlipidemia, diabetes mellitus, hernia, back and neck pain. It was noted that the ventral hernia was getting bigger and worried Plaintiff but reduced easily and was advised to follow up in four (4) months (Bates #001275);

- Plaintiff was seen on January 14, 2015, for hernia evaluation. The ventral hernia was noted to be small to moderate and was reducible and was to be managed per DOC guidelines (Bates #001265);

- Plaintiff was seen on April 15, 2015, at the Physician's Clinic for follow up of hyperlipidemia, diabetes mellitus, degenerative joint disease and labs. The colonoscopy of March 14, 2015 was noted to be positive for polyp and diverticulitis. The ventral hernia was noted to be getting larger and Plaintiff previously has a hernia repair on the left side of the umbilicus three (3) to four (4) years prior. Plaintiff was advised to return to clinic in six (6) months (Bates #001263);

- The May 21, 2015, hernia review at the Physician's Clinic was rescheduled per Dr. Lavespere (Bates #001261);

- Plaintiff was seen on June 3, 2015 at the Physician's Clinic for hernia review. He was previously seen on January 14, 2015 and April 15, 2015 for a ventral hernia. The umbilical hernia was on the right side measuring 2"x2". It was reducible but spontaneously reformed. The hernia was rated 2.5/5 and the plan was to continue to manage per guidelines and to keep the upcoming appointment (Bates #001258);

- Plaintiff filled out a Health Care Request Form on July 27, 2015, and complained of an abdominal hernia for four (4) years. No redness or pain to palpation was noted. Plaintiff requested duty status (Bates #001257);

- An ambulance run report was entered on August 31, 2015. Plaintiff complained that he was weak and dizzy and couldn't get out of bed. Plaintiff complained that his hernia had been hurting since that morning when he was sweeping and was worse throughout the day. Plaintiff's abdomen was obese and soft with a hernia noted to the right of the umbilicus that Plaintiff advised had been present for five (5) years. A physician was called over the telephone who ordered medicine for the Plaintiff, which was administered (Bates #001256);

- Plaintiff filled out a Health Care Request Form on September 1, 2015 and complained of right lower quadrant pain secondary to a hernia for five (5) years. Plaintiff's Toradol injection of September 1, 2015, provided some relief but the pain medicine had worn off. The pain increased with Plaintiff's activity and the hernia was visible in the right lower quadrant. The physician noted that Plaintiff was evaluated for this per protocol by Dr. Lavespere (Bates #001255);

- Plaintiff's Health Care Request Form of September 2, 2015, and complained of a hernia for several months. The Plaintiff had no problems using the bathroom and it was noted that Plaintiff had been seen for this condition already (Bates #001254);

- Plaintiff was seen in the Physician's Clinic on September 29, 2015, for follow up of umbilical hernia. It was noted by the physician that the hernia had not grown in size and Plaintiff was put in a wheelchair for two (2) weeks secondary to pain a few months prior. The umbilical hernia was reducible and 2.5/5 and was to be managed per guidelines (Bates #001252);

- Plaintiff was seen on November 5, 2015, at the Physician's Clinic for follow up of hyperlipidemia, diabetes mellitus, degenerative joint disease, hernia and upper respiratory infection. It was noted that Plaintiff advised that the Naproxen was not helping Plaintiff with regard to the hernia but that it was reducible and Plaintiff was to return to clinic in three (3) months (Bates #001250);

- On April 15, 2016, Plaintiff was seen at the R.E. Barrow, Jr. Treatment Center for follow up of ventral hernia, hyperlipidemia, diabetes mellitus, hypertension and left ventral hernia. It is noted that Plaintiff previously had a hernia repair six (6) to eight (8) years prior. Plaintiff had an obvious fist

sized herniation to the right of the umbilicus and was painful with reduction. The hernia was 70% reducible with spontaenous return. The plan was for a referral to general surgery and Plaintiff was given a duty status of Regular Duty with Restrictions and no climbing, no sports, no rodeo and no lifting greater than 15 pounds (Bates #001244);

• A General Surgery referral form was submitted on April 15, 2016, regarding a fist sized ventral herniation just lateral to Plaintiff's umbilicus on the right. There was increased tenderness with reduction and was only 70% reducible with spontaneous return. The physician requested that Plaintiff be evaluated for repair and the hernia was noted to be 4.5/5 (Bates #001230);

• Plaintiff filled out a Health Care Request Form on April 28, 2016 and complained or pain to his back and hernia. Over the counter medicine prescription was in the box (Bates #001242);

• The Eceptionist Record of April 28, 2016, was a request for the Plaintiff to be a seen at the General Surgery Clinic for evaluation of a ventral hernia, which appointment was scheduled for July 27, 2016 (Bates #017587);

• Plaintiff was seen on July 27, 2016 by the general surgeon. The 59 year old Plaintiff had a history of swelling to the right of the umbilicus for several years. Plaintiff had an umbilical hernia repair previously. There was no history of strangulation or incarceration noted and repair was recommended (Bates #001227);

• A General Surgery referral form was submitted on July 27, 2016. It was noted that Plaintiff had a history of swelling at the umbilicus with a prior umbilical hernia repair years prior which had now reoccurred and was protruding above the umbilicus to the right. Plaintiff was diagnosed with a recurrent umbilical hernia and the physician recommended repair of the hernia laparoscopically with mesh (Bates #001228);

• Plaintiff was seen on August 8, 2016, at the Physician's Clinic for follow up of weakness and dizziness and was noted to have a ventral hernia, hypertension, diabetes mellitus and hyperlipidemia (Bates #001224);

• The Eceptionist Record of August 10, 2016, was a request for surgery date for repair of Plaintiff's umbilical hernia laparoscopically with mesh per Dr. Morrison. The surgery was scheduled for September 16, 2016 (Bates #017588);

- Plaintiff was seen at the Physician's Clinic on August 22, 2016, for follow up of hypertension, diabetes mellitus, hyperlipidemia, lightheadedness and was noted to be waiting on hernia repair (Bates #001220);

- On September 6, 2016, Plaintiff underwent an umbilical hernia repair at LSU Hospital with minimal blood loss for repair of a recurrent umbilical hernia with mesh (Bates #008017-008018);

- Plaintiff's post-operative onsite visit to the surgery clinic for follow-up of hernia repair was scheduled for September 28, 2016 (Bates #017589);

- Plaintiff was seen at the Robert E. Barrow, Jr. Treatment Center on September 13, 2016, sent in by security secondary to AMS (altered mental state). Plaintiff was released earlier that afternoon from the treatment center after he was treated for abdominal hernia repair. Plaintiff complained of pain at the surgery site which showed no abnormalities upon exam. Plaintiff was advised to increase water intake and was sent to get his afternoon medicine (Bates #001211);

- On September 27, 2016, Plaintiff was seen in the Physician's Clinic for follow up of umbilical hernia repair, hypertension, hyperlipidemia and diabetes mellitus. Plaintiff complained of pain around and above the surgery site and fluid was noted above the site. A prescription was sent for Motrin and it was noted that Plaintiff had an appointment with general surgery the next morning for follow up (Bates #001199);

- Plaintiff was seen at the General Surgery Clinic on September 28, 2016, for follow up of umbilical hernia repair with mesh. The wound was noted to be healing well with a moderate amount of edema, probably seroma. There was no evidence of recurrence and Plaintiff was advised to slowly increase activity and to follow up in one (1) month (Bates #001196);

- The Eceptionist Record of October 4, 2016, was a request for Plaintiff to be scheduled for a one (1) month follow up at the general surgery clinic for follow up of umbilical hernia repair. The appointment was noted to be scheduled for November 16, 2016 (Bates #017590);

- Plaintiff filled out a Health Care Request Form on October 15, 2016, and noted "stomach pains" around the surgical site. The exam noted no drainage, bleeding, swelling or discoloration in the area around the incision. Plaintiff was ordered Tylenol and no duty for three (3) days (Bates #001194);

9

- Plaintiff filled out a Health Care Request Form on October 24, 2016, and again complained of a hernia in the operative site. He was noted to be under treatment for the same condition. The exam revealed a circular protrusion from his abdomen and Plaintiff's pain level was noted at 5/10. The M.D. advised Plaintiff to keep his one (1) month surgery follow up appointment (Bates #001193);

- On November 1, 2016, Plaintiff filled out a Health Care Request Form and complained of abdominal pain at the surgery site. He was noted to have had hernia surgery on September 7, 2016 and his abdomen was soft and non-tender. Plaintiff noted he had to bend over to clean the tables in the kitchen and he was advised to sit down at the tables to wipe them down. A prescription for Tylenol was sent (Bates #001190);

- Plaintiff was seen in the General Surgery Clinic on November 16, 2016, for follow up of umbilical hernia repair. He was noted to be doing well with a well-healed wound. The seroma was noted to be decreased with no evidence of recurrence and it was noted that Plaintiff's pain would slowly decrease. Plaintiff was discharged and was advised to return as needed (Bates #001187);

- On March 28, 2017, plaintiff was ordered an abdominal binder for support. The binder was received on April 12, 2017.

5.    I, as medical director of LSP, do not perform surgery on site, nor do the physicians approve or deny appointments/surgery for specialty clinics and off-site clinic. If any type of surgery is approved by the speciality clinic, the same will notify LSP of the surgery date and time and LSP will be notified to arrange transportation.

6.    The members of the LSP Medical Team have responded to Myeres' medical situation. He received hernia surgery once it was warranted.

7.    The attached medical records are certified copies of the records kept by Angola.

10

_____
(Signature)

SWORN TO AND SUBSCRIBED before me, the undersigned notary, this _____ day of

_____, 2019.

_____
NOTARY PUBLIC
Bar Roll No./Notary No. _____
My Commission Expires _____

Andrew Blanchfield
Notary Public
Bar Roll #18812
State of Louisiana
My Commission is for Life

11

**LOUISIANA STATE PENITENTIARY**
**R.E. BARROW, JR. TREATMENT CENTER**
**HEALTH CARE REQUEST FORM**

020746

### INMATE COMPLETE THIS SECTION ONLY (IF APPLICABLE)
Please **PRINT** the following

Name: Lavelle Myers    DOC#: 729907    Age: 42    Race: W

Living Quarters: Falcon    Job Assignment: ____    What is your health care

complaint and/or request? Swollen knot in abd

Inmate Signature: ____

---

### HEALTH CARE PROVIDER ASSESSMENT

☑Sickcall ☐Triage ☐A&T Unit ☐Nursing Unit I/II ☐MD Clinic ☐Dental ☐Mental Health ☐Other
☑a.m.

Date: 10-10-04    Location Seen: Falcon    Time Seen: 8:24    ☐p.m.

B/P: __/__ Pulse: __ Resp: __ Temp: __ Tetanus: ☐<5 years ☐>5 years Glucose: __ SaO2: __

Allergies: ____ Medications: ____

PROVIDER CHIEF COMPLAINT: SPA

PHYSICAL EXAMINATION: Pt has 4" palpable mass, non painful, not warm to touch in abd near umbilicus, pt states "feels funny inside" on palpation, denies pain

PMHX: ____
TREATMENT: ____

DISPOSITION:
☐ Sickcall PRN
☐ Refer to A&T Unit - Time and name of supervisor notified: __ ☐a.m. ☐p.m.
☐ Refer to MD
MD NOTES: ____

NEW MEDICATIONS ORDERED: TOTAL: ____

IMPRESSION: ____

HCP#    HEALTH CARE PROVIDER SIGNATURE

☐ Refer for Clinic Appointment: Date of Appt: __
☐ Refer for Dental Appointment: Date of Appt: __
☐ Refer for Eye Examination: Date of Appt: __
☐ Mental Health Referral
☐ Referral #:

PHYSICIAN SIGNATURE

---

☐ No Medical Co-Payment  ☑Medical Access Fee @ $3.00  ☐ Prescription @ $2.00 each  Total $ __

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referred regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering or aggravated malingering.

INMATE SIGNATURE    DOC#  729907   DATE 10-10-04   WITNESS SIGNATURE

White Copy (Original) - Medical Record    Blue Copy - Business Office    Yellow Copy - Inmate's Copy

EXHIBIT A-1 TO MOTION FOR SUMMARY JUDGMENT

LSP-TC 01    Rev. 04/98

# LOUISIANA STATE PENITENTIARY

## R. E. BARROW, JR. TREATMENT CENTER

### PHYSICIANS CLINIC

UMP

NAME _Lavelle Myers_ DOC# _229907_ CAMP _D-Tel⁴_ JOB ____ ASSIGN ____

B/P _100/80_ WEIGHT _243_ TEMP _98.4_ PULSE _64_ RESP ____

DATE: _10/29/04_

TIME: _10:00 Am_

47 y/o
NKDA
Ht. 6'1"

S/c Knot on abd

S. c/o a tender Knot above umbilicus
that get bigger after he eats x 2 months

O- firm about 3-4 cm in diameter
when he stand up, tender,
disappears when he lays down
on his back.

rash on palms starting a tiny
vesicles, pruritic then slowly rupture
skin is scally around rupture vesicles
no rash on feet
Probable cord ventical hernia.
rash in hands.

P- surgey clinic appt.
Lotrisone cream to hands BID
x 2 weeks
RTC in 2 months

UMP            nurse

10/30/04
Denise Jones RN
Referral faxed
or put to be
re scheduled.

Recent to Pharmacy

001516

**LOUISIANA STATE PENITENTIARY**
**R. E. BARROW, JR. TREATMENT CENTER**
**ANGOLA, LOUISIANA**

### CONSULTANT REFERRAL FORM

PATIENT'S NAME: _Lavelle Myers_   DATE: _10-29-04_

DOC#: _229907_   DOB: _____   HOSPITAL#: _____

REQUEST FOR CONSULTATION (please specify location/physician): _LSP/EK L Surgery clinic_

**BRIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:**

47 yo wm c̄ obesity. Has a tender "knot" about 4 cm x 4 cm above umbilicus, which disappears when he ly down. Says knot used to be below umbilicus on (L), then moved to above umbilicus.

Provisional Diagnosis:   Requested by: _Tra_

**NOTICE: This patient is in custody.  Please do not give him any prescriptions, medicines, etc. Also, return appointments should be ordered when the prison staff physician cannot provide adequate follow-up. DO NOT allow the inmate to have access to this information.**

LSP-TC 22   Rev. 10/97

001515



LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

Name: Myers,Lavelle        DOC#: 229907 Location: D FAL 4          Visit Date:12/09/2004
BP: 127/85  Temp: 97.9  Pulse: 89  Resp: 20  Height: 73 in.   Wt:247    Time: 11:39am
                    DOB Redacted '57    47 year old W Male  Job: J T/WALKER

Reason For Visit: EKL SX

Allergies: None Known
Chief Complaint:

## SURGERY

Eval: supraumbilical hernia?

Pt. s̄ c/o Δ in BM's (regular) ∅ obstipation ∅ N/V. But feels "knot" around umbilicus

Firm 3×4 cm area just above & left of umbilicus, no significant change with straining / sitting up

Do not think this needs operative intervention at this time, given that it is largely asymptomatic.
F/U PRN.

Nasaifour MD
12/9/04

Assess:
1.
2.  12/9/04
3.  B Daplee ms
4.  @1135
5.

Plan:
1. _____
2. _____
3. _____
4. _____
5. _____

Date                MD Signature

001514

LOUISIANA STATE PENITENTIARY

R. E. BARROW, JR. TREATMENT CENTER

PHYSICIANS CLINIC

NAME *Lavelle Myers* DOC# 229907 CAMP D-Tal⁴ JOB _____ ASSIGN _____

B/P 138/88  WEIGHT 246  TEMP 97.6  PULSE 84  RESP _____

DATE: 1/10/05

TIME: 2:25pm

WM 48
Ht. 73"
NKDA

S/u Knot on abd.

S F/U for supraumbilical hernia

O Exam → ⊕ 3 4/pm to supraumbilical
region - hard/firm

Very tender to palp

⊕ Fungal infection to ⊕ palm

A. S/P supraumbilical hernia
s/o Fungal infection to ⊕ palm

Rx ___ P TAC / Miystatin Crm / 1% x 1mth KOP

Referral sent Dr Lawer consult

MARSHEOTUMANLN
1-10-05

001513

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
ANGOLA, LOUISIANA

CONSULTANT REFERRAL FORM



PATIENT'S NAME: _Lavelle Mizer_      DATE: _1/10/05_

DOC#: _229907_    DOB: _____    HOSPITAL#: _____

REQUEST FOR CONSULTATION (please specify location/physician): _Turner_ / _LSP_

====================================================

BRIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:

_Right MMO supraumbilical hernia_
_phone and /treat_

Provisional Diagnosis:                    Requested by:
_N/o Symp supraumbilical hernia_          _[signature]_

**NOTICE: This patient is in custody. Please do not give him any prescriptions, medicines, etc. Also, return appointments should be ordered when the prison staff physician cannot provide adequate follow-up. DO NOT allow the inmate to have access to this information.**

LSP-TC 22   Rev. 10/97                    001510

**LOUISIANA STATE PENITENTIARY**
**R. E. BARROW, JR. TREATMENT CENTER**
**PHYSICIAN'S CLINIC**

Name: <u>Myers,Lavelle</u>    DOC#: <u>229907</u> Location: <u>D FAL 4</u>    Visit Date:<u>2/10/2005</u>
BP: <u>143/86</u>  Temp: <u>97.5</u>  Pulse: <u>81</u>  Resp: <u>20</u>  Height: <u>73</u> in.    Wt:<u>254</u>  Time: <u>10:16am</u>
                          D Redacted  /57    <u>48</u> year old W Male  Job: <u>SPEC SQD</u>

Reason For Visit: <u>EKL SX. CLINIC</u>

Allergies: <u>None Known</u>
Chief Complaint:

47 ♂ c̄ UH ∅ Ab bowels

P m Hx: HTN , CHF

Meds: "flud pill", Depakote

All: NKDA

Surg Hx: ∅

PE: small UH X 3 mos

RTC Clinic
02-10-05
1:35P

Rt Sent

Sent

Assess:                        Plan:
1. UH                          1. RTC # wks c̄ Abd U/S
2.                             2. U/S of Abd
3.                             3. Colace 100mg PO BID
4.                             4.
5.                             5.

                               2-10-05          [signature]
                               Date             MD Signature

001509

LOUISIANA STATE PENITENTIARY

R. E. BARROW, JR. TREATMENT CENTER

PHYSICIANS CLINIC

NAME _Lavelle, Myress_  DOC# 229907  CAMP _D-Tel_ [4]  JOB  ASSIGN_____

B/P _138/80_  WEIGHT _255_  TEMP _98.7_  PULSE _88_  RESP _____

DATE: _2/22/05_                    ∆ U

TIME: _12:15pm_
        ☒ WM 48
        Ht. 73"
        NKDA

Pt c/o pain in umbilical area
        Dry skin
EKL Surgery is following — Will
        Re evaluate after abdominal US

A - Umbilical hernia
    Dry skin

P - Keep US & EKL surgapp
    Vaseline 1 Jar   RxSent
        apply Daily
        No Refills

M.N. Borman LPN
2-22-05

001508

*pending Editing*

LSU Medical Center Earl K. Long
5825 Airline Highway
Baton Rouge, LA 70805

RADIOLOGY REPORT

PATIENT: MYERS, LAVELLE C
MR#: 0000000000531774       DOB:       Redacted       /1957

EXAM TYPE:  Ultrasound of the abdominal wall

EXAM DATE:  02/24/05

A small periumbilical hernia is identified immediately superior
and to the left of the umbilicus.  A small approximately 1.4 cm
fascial defect is observed through which protrudes
bowel loops.  The overall dimensions of the hernia sac measure
approximately 3.4 x 3.3 x 2.1 cm.

Impression:
Small periumbilical hernia.


D. Quentin Alleva, MD


DA:Spheris15206
D: 02/24/05 10:14 T: 02/24/05 10:54 DOCUMENT: 200502240612079300

Page 1 of 1

001181

**LOUISIANA STATE PENITENTIARY**
**R. E. BARROW, JR. TREATMENT CENTER**
**PHYSICIAN'S CLINIC**

Name: <u>Myers,Lavelle</u>        DOC#: <u>229907</u> Location: <u>D FAL 4</u>        Visit Date:<u>6/09/2005</u>
BP: <u>128/82</u>  Temp: <u>98.0</u>  Pulse: <u>75</u>    Resp: <u>20</u>    Height: <u>73</u> in.    Wt:<u>245</u>    Time: <u>09:05am</u>
                 DOB:Redacted/57        <u>48</u> year old W Male   Job: <u>SPEC SQD</u>

            Reason For Visit: <u>EKL SX</u>

Allergies: <u>None Known</u>
Chief Complaint:

47 y/o ♂ c̄ UH

PE  3cm sup't H

abdominal u/s  2/24/05   1.4 cm defect

Redducible

will schedule surgery

Assess:      UH        Plan:      UH repair
  1. _____        1. _____
  2. _____        2. _____
  3. _____        3. _____
  4. _____        4. _____
  5. _____        5. _____

                          6/9/05          _____
                          Date            MD Signature

**LOUISIANA STATE PENITENTIARY**
**R.E. BARROW, JR. TREATMENT CENTER**
**TRIP RETURN**

NAME: *Lavalle Meyers*          DOC#: *229907*          LOCATION: *D Eag 1*

Returned from:                     Date returned to Treatment Center: _____

☐ CHNO    _____                                                    AM

☐ EKL      _____     Time returned to Treatment Center: _____  PM

☐ Other    _____     ☐ Discharge to Camp

                                                                               AM

Returned:    ☐ With Paperwork                    Security Notified: _____ PM

              ☐ Without Paperwork                Admit to:   ☐ Nursing Unit I

                                                              ☐ Nursing Unit II

Nurse Signature: _____

8/10/05    Per Missy Penson / EKL preadmission, above name & number inmate
           Was seen by Dr Torrence & referred for UH repair on 9/27/05

           Send results of:  CBC, BMP,
                              EKG
                        ❌   CXR

001502

Film or results
of 7 rep

# DIAGNOSTIC RADIOLOGY    LOUISIANA STATE PENITENTIARY
LSP-TCXR 02   Rev. 10/97    R. E. BARROW, JR. TREATMENT CENTER

| ☐ In-patient ☐ Emerg. Room ☐ Portable | | | ☐ Ambulatory | | 31 |
| ☐ Clinic      ☐ Isolation | | | ☐ Stretcher   ☐ Wheelchair | | |

NAME: _Harrelle Myers_

| Physician | Date Exam Desired | | | | | Loc. Rm/Bed | Prev. X-Ray |
| Dr Smith /llp | 9/21/05 | | | | | | ☐ Yes |
| | | | | | | | ☐ No |

DOC#: _229907_

Diagnosis & Pertinent Clinical Information

_EkL Surgery_

LOCATION: _D Ext 1_

AGE: _____    RACE: _____

Exam Date    Exam Time
_9 21-05_

**STAT/EMERGENCY**

| Examination Desired    ☒ X-Ray    ☐ Nuclear Medicine    ☐ Ultrasound | Technician Initials |
| _CXR_ | Remarks |
| | _BS_ |

Radiologist Report    _Neg 9-25-05_

| | 14 x 17 |
| | 14 x 14 |
| | 30 x 35 |
| | 11 x 14 |
| | 24 x 30 |
| | 10 x 12 |
| | 9 ½x9 ½ |
| | 8 x 10 |
| | 5 x 12 |
| | Other |

| Procedures Performed | Radiologists and Date | Total Used |

092705

EKLM 100
3/02

**EARL K. LONG MEDICAL CENTER**

**INCARCERATED PATIENT SUMMARY**

DATE 9/27/05  HOSPITAL NO.  DOB 1/10/57

9/27/05
859892
MYERS, LAVELLE C
531774  BR, LA.
W/M

Redacted
ADDRESSOGRAPH

ASU

JSMIT

### TO BE COMPLETED BY PHYSICIAN

Date Dishcarge: 9/27/05

Principle Dx: umbilical hernia

Secondary Dx: N/A

Discharge Medications: Lortab 5/500

Surgical Procedure/Date: umbilical hernia repair 9/27/05

Complications: N/A

Treatments/Dressings/Wound Care: None.

Diet: Normal   Activity:

Limitations: (stairs, exercise, sexual, lifting) No heavy lifting four to six weeks. 10-15 pounds

Condition on Dishcarge: Stable

_____, MD   9/27/05

Signature   Date

### TO BE COMPLETED BY NURSE

| | | | |
|---|---|---|---|
|Mental Status:|(Alert)|Confused|Lethargic|Semi-Comatose/Comatose|
|Speech|(Normal)|Impaired|Unable to speak||
|Hearing|(Normal)|Impaired R/L|Deaf||
|Sight|(Normal)|Impaired R/L|Blind||
|Feeding|(Independent)|Help with feeding|Cannot feed self||
|Dressing|(Independent)|Help with dressing|Cannot dress self||
|Bathing|(Independent)|Bathing with help|Bed bath with help|Bed Bath|
|Eliminations|(Independent)|Help to bathroom|Bedpan or urinal|Incontinence|
|Ambulatory Status|(Independent)|Walk with assistance|Cane/crutches/walker|Bedridden|

Patient needs (care, educational): Return to ER if any problems.

Appliances, supports, special equipment

Clinic appointments:   None (Place appointment on form after patient signs form.)
Flu Angola Surgery Clinic 2 weeks

Information faxed to facility  Y/N  or NA
Discharge: ambulatory, wheelchair, stretcher

95%

D/C Wt  BP 137/81 P 74 R 16 TEMP

Verification: I have read the above information and understand its content.

X Lavelle Myers 9-27-05   J Curry 9/27/05 1630
Patient Signature   Date/Time   Nurse Signature   Date/Time

001494

Original: Chart   Copy: Sent with Guard   C: Summary

```
                    LOUISIANA STATE PENITENTIARY
              R.E . BARROW, JR. TREATMENT CENTER              DS#:
                       ANGOLA, LA  70712

                     MEDICAL DUTY STATUS REPORT
ISSUE DATE: 9/29/2005       MEMO TYPE DATE: 9/29/2005      TC W1 PAT

DOC#:229907           NAME:MYERS              , LAVELLE          RACE:W
TEMPORARY DUTY STATUS:NO DUTY WITH BEDREST, UP FOR PILL CALL, MEALS AND
                      RESTROOM ONLY, NO SPORTS X 2 (TWO) DAYS, THEN NO DUTY, NO
                      SPORTS X 5 (FIVE) DAYS




REASON:HERNIA REPAIR

TEMPORARY DUTY EXPIRES 10/01/2005    AND REVERTS BACK TO PERMANENT DUTY STATUS
AT MIDNIGHT.          10/06/2005
TEMPORARY DUTY PER ORDERS OF:SYLVESTER, MD              .
*************************************************************************
ISSUE DATE: 01/23/2004      MEMO TYPE DATE: 1/26/2004
PERMANENT DUTY STATUS:RDWR, OUT OF FIELD, NO SQUATTING, NO LIFTING OVER 20
                      (TWENTY) POUNDS, MUST HAVE LOWER BUNK, NO USE OF TOOLS,
                      NO SPORTS




REASON:      TRANSFER INTERVIEW

PER ORDERS OF:HEFLIN,              MD  Perm Duty Status Code  RDWR
                                       INPUT BY_____

CC: INMATE SIGNATURE  Lavelle Myers
    SECURITY SIGNATURE  Sgt. Brown
    FILE
```

001415

**LOUISIANA STATE PENITENTIARY**
**R. E. BARROW, JR. TREATMENT CENTER**
**REFERRAL SLIP**

DATE: 10-4-05

NAME: Lavelle Myers          DOC#: 229907     HOUSING UNIT: Eagle 1

LOCATION SEEN: Sick call

REFERRAL TO: ATU

DATE OF REFERRAL: 10-4-05          TIME OF REFERRAL: 11:00   (A.M.) P.M.

REASON FOR REFERRAL: Sending in for pain caused by hernia surgery. Per Capt Flmn

TEMPORARY DUTY STATUS:

TEMPORARY DUTY STATUS EXPIRATION DATE:

B. Johnson emt #71
**SIGNATURE OF HEALTH CARE PROVIDER**

CC:  HIM          (WHITE)
     PATIENT      (YELLOW)
     SECURITY     (PINK)

LSP-TCEMS 01  REV. 10/97

001490

LSP

**ROBERT E. BARROW, JR. TREATMENT CENTER**
**EMERGENCY MEDICAL REPORT**
**VITAL STATISTICS**

DATE: 10 / 4 / 05                          TIME SEEN: 11 : 45

NAME: Lavelle Myers          DOC#: 229907     AGE: 48  RACE: w/m

LIVING QUARTERS: D Eagl     JOB ASSIGNMENT: _____  LAST TETANUS: _____

| MEDICATIONS: Ibuprofen, | ALLERGIES: |
|---|---|

| DATE OF ACCIDENT: | TIME OF ACCIDENT: | ACCIDENT LOCATION: |
|---|---|---|

| TIME: 11 :50 | B/P: 120/84 | PULSE: 80 | RESP: 16 | LOC: | TEMP: 98.8 | BS/SpO2: |
|---|---|---|---|---|---|---|
| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/SpO2: |
| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/SpO2: |

**CHIEF COMPLAINT AND INITIAL ASSESSMENT**

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: 48 y o w m presents Pain 2° hernia Repair x/week c/c Pain at site and inside w/ swelling + Redness Pt. states only activity has been going to pill call Chow, & Rest Room. Upon Assessment Pt. presented tenderness, swelling and Redness @ incision site. Tender to palp

MEDIC SIGNATURE:   Ray Smith EMT-B

**PHYSICIAN ASSESSMENT AND TREATMENT**

Wound Site Red, Tender to palpation Rgt Afen #13
1 g ancef IM now ——— given @ [?] @ 1210 (initials)
cipro 500 Bid x 10 days —Rx to phar (initials)

VNP

Keep 10/13 appt
EKL Lura

☐ **Duty Status** Recliner, up for Bathroom PC & meals x 3 days / Lan no Duty x 7 days   ☑**Appointment** _____

☐**Diet** _____   ☐**Dressing Change** _____

PHYSICIAN SIGNATURE: _____

| TIME LEFT: 1245 | TRANSPORTATION: AmB | DESTINATION: [?] |
|---|---|---|

LOUISIANA STATE PENITENTIARY

R. E. BARROW, JR. TREATMENT CENTER

PHYSICIANS CLINIC

NAME _Lavelle Myers_   DOC# _829907_ CAMP _EAg-1_ JOB _____ ASSIGN _____

B/P _114/80_   WEIGHT _243_   TEMP _96³_   PULSE _68_   RESP _20_

DATE: _10/7/05_

TIME: _0935_

74'   f/u ward D/c Hernia repair

S/P umbelactil Hernia Repair
9/27/05

Surg Site Clean / Dry Everything
still painfull

48 WM
NKA

c/o scaly Rash on Both Hands
must area of scaling & Erythema
B. UE

Lamisil Creme Biw ✓   Rx
                              joint

Renew motrin x 1 mo ✓

R TC UNP 3 weeks

10/7/05
1000

001488

**LOUISIANA STATE PENITENTIARY**
**R. E. BARROW, JR. TREATMENT CENTER**
**PHYSICIAN'S CLINIC**

Name: <u>Myers,Lavelle</u>       DOC#: <u>229907</u> Location: <u>D EAG 1</u>                    Visit Date:<u>10/27/2005</u>
BP: <u>128/80</u>  Temp: <u>97.5</u>  Pulse: <u>83</u>  Resp: <u>20</u>  Height: <u>72</u> in.     Wt:<u>245</u>   Time: <u>08:34am</u>
                  DOB Redacted <u>/57</u>     <u>48</u> year old W Male  Job: <u>SPEC SQD</u>

         Reason For Visit: <u>EKL  SX</u>


Allergies: <u>None Known</u>
Chief Complaint:

48 y/o  s/p umbilical hernia repair
9/22/05.  No complaints.  Normal BM
$\emptyset$ soreness  $\emptyset$ pain


PE    Abd  incision healed
         C/D/I  $\emptyset$ purulent
              $\emptyset$ erythema


        No new issues   release
from duty.


Assess:                                Plan:
1. S/p umbilical hernia              1. RTC PRN
        rep —                        2. OK to work
2. _____                   3. _____
3. _____                   4. _____
4. _____                              10/27/05 9⁰⁰
5. _____                   5. _____

                                     10/27/05   [MD Signature]
                                     Date        MD Signature

001485

## LOUISIANA STATE PENITENTIARY

### R. E. BARROW, JR. TREATMENT CENTER

#### PHYSICIANS CLINIC

NAME *Lavelle Myers* DOC# 329907 CAMP Eag-1 JOB _____ ASSIGN _____

B/P 126/76 WEIGHT 243 TEMP 98 PULSE 74 RESP 24

74°

DATE: 10/31/05

TIME: 1330

F/u Hernia

48 wm
N/A

∅ C/O - Incision
Healed
I'M D/C d from
Surg f/u
Rick Call PRN

10/31/05
1340

001484

**LOUISIANA STATE PENITENTIARY**
**R.E. BARROW, JR. TREATMENT CENTER**
**PHYSICIANS CLINIC**

NAME: Lauelle Myers    DOC#: 229907   CAMP: CBear4   JOB ASSIGN: _____

TEMP: 98.4    PUSLE: 84    RESP: 18    B/P: 108/78    WEIGHT 249

DATE: 1/3/2012

TIME: 10:04/am

Flu OA. Labs

ALLERGIES: NKDA    54WM   Ht: 73 in.

flug.   Nil Complaints

(P/E)  HEENT: (+ver Obesity      MSK    Left LE >
                                         Rt LE (2-5cm
CVS: HS I & II s~         CNS    AA 0 x 3
                                   & defacits
ABD: soft non tender      RESP   Good AE bilc

IMPRESSION                      Plan/Assessment

(I, Hx of Lt LE DVT (Dx 9/09) (I, Metformin
                              RX ✓ Ig~ po BID
(II, Mental Healthy Condition          x 6 month
(III, Dyslipidemia (TChol > 282)  (II, Flug Psych
(IV) DM (RBS > 286)              (III, ZOcor 40mg
                                RX ✓ po & daily x 6 month
                                (IV, HbA1c, Depakote
                                flug ✓ level, lipid
                                              R.T.C

☐ DUTY STATUS: _____      ☐ APPOINTMENT: _____

☐ DIET: _____                                    3 month
                                                   icic
☐ MISC. ORDERS: _____      PHYSICIAN SIGNATURE: _____

LSP-TC 19   06/2006          PHYSICIANS CLINIC          001332

Annual Physical

Bilee 4

# LOUISIANA STATE PENITENTIARY
## R.E. BARROW, JR. TREATMENT CENTER

## PATIENT DATA

DATE: 6-13-12
1:40 pm

NAME: Lavelle Myers          DOC#: 229907          ALLERGIES: NKDA

TEMP: 99.0  PULSE: 94  RESP: 18  B/P: 110/80  HEIGHT: 73 in.  WEIGHT: 243  AGE: 55 W/M

MEDICAL HISTORY: APE - Jan 2012, flu, DM, Mental Health, Labs

PMH: DM HLD                                    Meds: Risperdal
Surg: herniarepair ℗                                  Celexa
                                                      Naprsen
          nocturia x 2                              Metform
states has hernia @ ℗, bump on back x 2             Sumast 40
      Only takes 3 pc meds - $1pc                   ASA
                                                    Depakote

**(ALL POSITIVE AND IMPORTANT NEGATIVE FINDINGS SHALL BE RECORDED)**

| System | Normal | Abnormal | Findings |
|---|---|---|---|
| GENERAL | ☑ NOT IN DISTRESS | ☐ ABNORMALITIES | |
| SKIN | ☐ NORMAL TEXTURE | ☑ ABNORMALITIES | small erythematous pustule post chest |
| EYES | ☐ PERRLA, EOMI | ☑ ABNORMALITIES | |
| EARS | ☑ NL EAC AND NLTM | ☐ ABNORMALITIES | → blind OD |
| NOSE | ☑ NORMAL EXAM | ☐ ABNORMALITIES | |
| THROAT | ☑ NORMAL EXAM | ☐ ABNORMALITIES | |
| NECK | ☑ NORMAL EXAM | ☐ ABNORMALITIES | |
| CHEST | ☑ NORMAL AUSCULTATION | ☐ ABNORMALITIES | |
| HEART | ☑ NORMAL AUSCULTATION | ☐ ABNORMALITIES | |
| ABDOMEN | ☑ NORMAL EXAM | ☑ ABNORMALITIES | small hernia just lateral umbilicus mild tenderness |
| RECTAL/PROSTATE | ☐ NORMAL EXAM deferred | ☐ ABNORMALITIES | |
| EXTREMITIES | ☑ NORMAL EXAM | ☐ ABNORMALITIES | |
| NEUROLOGICAL | ☑ NORMAL EXAM | ☐ ABNORMALITIES | deferred 2 Ref doc |

LAST FLEX SIG/COLONOSCOPY    DATE: _____  RESULT: deferred 2 Ref doc
LAST PSA                     DATE: 2/11     RESULT: 7.1
LAST EKG                     DATE: _____  RESULT: _____

NOTES: folliculitis → triple Abx TID X 1 wise
       ↑ PSA → recheck                              1/12
       hernia → surgical Ref doc                    chol 200
       DM → glipizide 5mg; GO (3pc) X 6 mos         LDL 147
                                                    A1C 8.7

Goldson 6/13/12 3:30

Sligs Clar

TEST ORDERED: PSA  CBC CMP A1C UA  ~3 mos  EKG CXR

RETURN APPOINTMENT: 4 month

LSP-TC25 07/2006                    PATIENT DATA

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
ANGOLA, LOUISIANA

CONSULTANT REFERRAL FORM

PATIENT'S NAME: _Larelle Myers_   DATE: _6|13|12_

DOC#: _229907_   DOB: _Redacted_ _57_   HOSPITAL#: _____

REQUEST FOR CONSULTATION (please specify location/physician): _gen surg_

BRIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:

_55 y/o WM c̄_
_ventral hernia_
_schedule CT app't 03/14/14 & Re-eval for S̄x PWB_

Provisional Diagnosis: _Hernia_         Requested by: _WB 3/2_

NOTICE: This patient is in custody. Please do not give him any prescriptions, medicines, etc. Also, return appointments should be ordered when the prison staff physician cannot provide adequate follow-up. **DO NOT** allow the inmate to have access to this information.

LSP-TC 22    Rev. 10/97

001292

LSU Health System -- Evidence Based Inmate Consult Form -- For Initial (or NEW) requests

**General Surgery**                                          Urgency (circle one):  ASAP   **ROUTINE**

Fax to 504.568.3360 (along with supporting documentation)

Clinic/Specialty: _____

Inmate Name (Last, First): *Rogers Lavelle*            Date Of Birth: Redacted      **57**

Correctional Facility: *LSP*                            Inmate ID Number: **229907**

LSU MRN: _____ @ (circle one) BMC, EKL, LJC, LAK, MCL, UMC, WOM

Date of Consultation: __6__|__3__|__12__        ALLSCRIPTS# _____

Please Indicate Reason for Referral:

| | | | |
|---|---|---|---|
| ___793.99 | Abnormal imaging studies: (Describe in Clinical History Below) | ___996.92 | Infected Hickman Catheter |
| | | ___214.9 | Lipoma |
| ___565 | Ano-rectal Fissure &Fistula | ___785.6 | Lymphadenopathy |
| ___455.6 | Ano-rectal: Hemorrhoids | ___153.9 | Malignancy: Colon |
| ___569.42 | Ano-rectal: Pain | ___151.9 | Malignancy: Gastric |
| ___566 | Ano-rectal: Peri-rectal Abscess | ___157.9 | Malignancy: Pancreas |
| ___685.0 | Ano-rectal: Pilonidal Disease | ___193 | Malignancy: Thyroid |
| ___078.10 | Ano-rectal: Warts | ___789.30 | Mass: Abdomen |
| ___949.0 | Burn: describe in Clinical History | ___782.2 | Mass: Axilla |
| ___574.20 | Cholelithiasis | ___782.2 | Mass: Back |
| ___575.10 | Cholecystitis | ___569.9 | Mass: Colon |
| ___562.11 | Colonic Diverticulitis | ___573.9 | Mass: Liver |
| ___V16.0 | Familial Adenomatous Polyposis | ___786.6 | Mass: Lung |
| ___553.3 | Hernia: Diaphragmatic | ___246.9 | Mass: Thyroid |
| ___750.6 | Hernia: Hiatal | ___879.2 | Open Wound: Abdomen |
| ___553.21 | Hernia: Incisional | ___879.6 | Open Wound: Trunk |
| ___550.9 | Hernia: Inguinal | ___894.0 | Open Wound:  Lower Extremity |
| _✓_553.1 | Hernia: Umbilical | ___884.0 | Open Wound:  Upper Extremity |
| ___553.2 | Hernia: Ventral | ___240.9 | Thyroid: Goiter |
| ___705.83 | Hidradenitis | ___241.0 | Thyroid: Nodule |

___other: ICD: ___ Diagnosis: _____

**History and Physical Findings Relevant to this Referral:** _____
*umbilical vs ventral hernia ⓡ*
_____
_____
_____
_____

Diagnostic/Test results: _____
_____

**Referring Provider's Signature:** _____ **ID Number:** _____

**OFFICE USE ONLY:** Appointment Date: ___ / ___ / ___ Time __:__ am/pm.

If not scheduled, Indicate Reason & Recommendation: _____
_____

Reviewing Provider's Signature: _____ ID Number: ___ ___ ___ ___

Contact Number ( ___ ___ ___ ) ___ ___ ___ - _____                     Rev 06/15/10

001316

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
ANGOLA, LOUISIANA

CONSULTANT REFERRAL FORM

*Scheduled for Colon 9/9/14*

PATIENT'S NAME: _Lavelle Myers_          DATE: _6/13/12_

DOC#: _329907_   DOB: _1/10/57_   HOSPITAL#: _____

REQUEST FOR CONSULTATION (please specify location/physician): _____ G.I. Clinic _____

===

BRIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:

_____✓_____     Inmate has never had Flex/Sig procedure before.

_____/_____     Inmate has had Flex/Sig before, but greater than 5 years ago.

_____✓_____     Requesting Flex/Sig procedure as a part of Annual Physical exam.

_____     The following pathology was discovered on the annual exam:

_____

_____

Provisional Diagnosis:                         Requested by: _[signature]_

    R/O Colon Lesions

===

NOTICE: This patient is in custody.  Please do not give him any prescriptions, medicines, etc.  Also, return appointments should be ordered when the prison staff physician cannot provide adequate follow-up.  **DO NOT** allow the inmate to have access to this information.
LSP-TC 22    Rev. 10/97

001291

**DIAGNOSTIC RADIOLOGY**

LSP-TCXR 02  Rev. 10/97

**LOUISIANA STATE PENITENTIARY**

**R. E. BARROW, JR. TREATMENT CENTER**

*06/13/12*

| □ In-patient | □ Emerg. Room | □ Portable | | 31 |
|---|---|---|---|---|
| □ Clinic | □ Isolation | | □ Ambulatory | |
| | | | □ Stretcher | □ Wheelchair |

Physician

Date Exam Desired

Loc. Rm/Bed

Prev. X-Ray
□ Yes
□ No

Diagnosis & Pertinent Clinical Information

*EXT Annual*

NAME: *Lavelle Myers*

DOC#: *229907*

LOCATION: *C Bear 4*

AGE: *55*   RACE: *WM*

Exam Date          Exam Time

STAT/EMERGENCY

**Examination Desired**   □ X-Ray   □ Nuclear Medicine   □ Ultrasound

*CXR*

Technician Initials
Remarks

**Radiologist Report**

*Refused*
*on 6-15-12*

| | |
|---|---|
| 14 x 17 |
| 14 x 14 |
| 30 x 35 |
| 11 x 14 |
| 24 x 30 |
| 10 x 12 |
| 9 ½x9 ½ |
| 8 x 10 |
| 5 x 12 |
| Other |

Procedures Performed

Radiologists and Date

Total
Used

001175

**Form HC-01-A**
**14 September 2009**

028169

**Health Care Request Form**          Institution _LSP_

| Name | DOC # | Age | Housing | Job Assignment |
|---|---|---|---|---|
| Lavelle Myers | 329907 | 55 | Bear 4 | tier walker / orderly |

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

Hernia

**Healthcare Personnel Screening:** Date: 10/8/12   Time: 0546   Location Seen: Bear

(Circle One):  Emergency / Routine (Sick Call) / Work Related   Allergies: NKDA

B/P 126/80   Pulse 120   Resp 12   Temp ___   Other ___

**Assessment/Comment:** pt c/o hernia ® side of belly button X 3-4 months, hernia surgery Approx 2006-2007 on ⓛ side. denies SOB, chest pain, NVID, Swelling noted to ® side of stomach.

**Disposition:**   Duty Status X 3 days
OTC
MD review

**Health Care Practitioner Notes:**
Keep Appt 10/8/12
10/8/12

**New Medications Ordered:**
Tylenol 650 mg - stat

Total #: 1

Screener's Signature: YM - R 544   HCP's Signature: ___ Date:

☐ No Fees  ☒ $3 Access Fee  ☐ $6.00 Access Fee  ☒ $2 for Each Prescription Fee/$ 3.00   Total: $ 5.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

| Lavelle Myers | 329907 | 10/8/12 | YM - R 544 |
|---|---|---|---|
| Offender Signature | DOC # | Date | Witness Signature |

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

001313

# LOUISIANA STATE PENITENTIARY
## R. E. BARROW, JR. TREATMENT CENTER
### REFERRAL SLIP

040267

DATE: 10/8/12

NAME: Lavelle Myers          DOC#: 229907          HOUSING UNIT: Bear 4

LOCATION SEEN: Camp C Bear

REFERRAL TO: Security

DATE OF REFERRAL: 10/8/12          TIME OF REFERRAL: 0550          A.M. / P.M.

REASON FOR REFERRAL: medical

HIM DEPT.
OCT 10 2012
RECEIVED

TEMPORARY DUTY STATUS: NDBR x 3 days

TEMPORARY DUTY STATUS EXPIRATION DATE: 10/11/12

_____
SIGNATURE OF HEALTH CARE PROVIDER

CC:   HIM          (WHITE)
      PATIENT      (YELLOW)
      SECURITY     (PINK)

LSP-TCEMS 01   REV. 10/97

001312

## REQUEST FOR MEDICAL TREATMENT

Institution: **LOUISIANA STATE PENITENTIARY**          Date: 10/29/12

050230

Name: _Lavelle Myers_ DOC# _229907_ Housing: _Pine-1_          Job Assignment: _Janitor Cleaner C.B. Walk_

---

**INMATE COMPLETE THIS SECTION ONLY**
**COMPLAINT AND/OR REQUEST:** I'm Having Pain with my Hernia In my Stomach would Like To Have A No Duty And Bed rest untill I see The Doctor, Please,

_Lavelle Myers_
Inmate Signature

---

**HEALTH CARE PROVIDER SCREENING**
Date/Time: 10/29/12    Location: Pine Walk    Work Related / Emergency / Routine Sick Call (Circle One)
Screening: B/P 130/70  Pulse 76  Resp 16  Temp _____

(R) side Lower abd hernia. pertruding hernia. ⊕ pns. pt In NAD. ∅ discoloration pt wants aDSReview also.

pt voices ∅ more need comp @ this time.

---

Disposition: _____ Keep appt

Provider Signature: _Clawler_ ___

MD NOTES

B

_pmt_ 11-8-12

Physician/NP Signature: _____

---

☐ No Medical Co-Payment
☒ Medical Access Fee @ $3.00   3
☐ Prescription @ $2.00 each

          **Total** _____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

_Lavelle Myers_          _229907_          10/29/12          _old st_
INMATE SIGNATURE          DOC#          DATE          WITNESS SIGNATURE
Original-Inmate's Medical Record          Blue-Business Office          Yellow-Inmate

001309

6 4 6 -

PSNMOF

| Name MYERS | : LAVELLE | DOC 229907 | Location PINE 1 | Date: 11/5/2012 |
|---|---|---|---|---|

BP: **124** / **79**    Temp **97.2**    Pulse **93**    Resp: **18**    Height **73**   Wt.: **243**    **Time:** 1:25:14 PM

DO  Redacted  /57    **55**    year old **W**    Male

**Allergies:** NKDA

**Reason for Visit:** CLINIC A

**Chief Complaints** S/C HERNIA, F/U APE W/RESULTS

**O2 Saturation**

s/p Hernia repair 06-07

PMHx:   DM

HLD

APE 4/13/12 --

Long Hx of hernia to Abdomen - Hx of

having hernia fixed on opposite side in 06/07

so pain c̄ lifting

Works As Orderly - Picking up locker boxes

moving beds.

NAD -

ABD - Herniation to Ⓡ of umbilicus

1/12

CHOL - 200

10/11/12

7.3 ╱ 16.0 ╲ 153
    46.5

136 | 96 | 19 ╱ 174
47 | 26 | .78

AST - 21
ALT - 15
HgA1C - (6.4) → 137

**Assessment:**

1. Umbilical Hernia -

2. DM - A1C WNL

3. HLD - Cont mgt

4.

5.

**Plan:**

1. Gen Sx C/S    Ref sent

   Metformin 1000 x RPR

2.

3.

4.

5.

11/5/12

**Date**

R Langum

**MD Signature**

001307

Pine 4

## LOUISIANA STATE PENITENTIARY
## R.E. BARROW, JR. TREATMENT CENTER

### PATIENT DATA

DATE: 7/17/13

NAME: Lavelle Myers    DOC#: 229907    ALLERGIES: NKA

TEMP: 97.6    PULSE: ____    RESP: 73    B/P: 140/71    HEIGHT: 73 in.    WEIGHT: 237    AGE: 56/WM

MEDICAL HISTORY: APE Jan 2013, F/U URI, HLD, DM2, 1965

PMHx:    S/p Ventral hernia repair ≈ 2yrs ago -- Hernia returned

Depression

DM

# HLD

---

**(ALL POSITIVE AND IMPORTANT NEGATIVE FINDINGS SHALL BE RECORDED)**

| | | |
|---|---|---|
| GENERAL | ☑ NOT IN DISTRESS | ☐ ABNORMALITIES |
| SKIN | ☑ NORMAL TEXTURE | ☐ ABNORMALITIES |
| EYES | ☑ PERRLA, EOMI | ☐ ABNORMALITIES |
| EARS | ☑ Nl EAC AND NLTM | ☐ ABNORMALITIES |
| NOSE | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| THROAT | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| NECK | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| CHEST | ☑ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| HEART | ☑ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| ABDOMEN | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| RECTAL/PROSTATE | ☐ NORMAL EXAM (defered) | ☐ ABNORMALITIES |
| EXTREMITIES | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| NEUROLOGICAL | ☑ NORMAL EXAM | ☐ ABNORMALITIES |

Ventral herniation to (L) g umbilicus

Request Sent

GI c/s

| | | |
|---|---|---|
| LAST FLEX SIG/COLONOSCOPY | DATE: ____ | RESULT: ____ |
| LAST PSA | DATE: 6/12 | RESULT: 2.5 |
| LAST EKG | DATE: 6/11 | RESULT: NSR  ∅ Acute ST∆'s   RBBB |

NOTES:

Ventral hernia - Await repair

Depression - As per MH

DM - cont mgt

HLD - cont trt

[7/13]   HgA1c   6.3 → 134

CHOL - 228

LDL - 161

HDL - 40

Request Sent

TEST ORDERED: CBC, CMP, UA, PSA,    CXR, EKG

RETURN APPOINTMENT: 3mo

PHYSICIAN SIGNATURE: ____

7/17/13

LSP-TC25 12/2007    PATIENT DATA    001293

LSU Health System – Evidence Based Inmate Consult Form -- For Initial (or NEW) requests

## Gastroenterology                              Urgency (circle one): (ASAP) ROUTINE

Fax to 504.568.3360 (along with supporting documentation)

Clinic/Specialty: _____ Gen med _____

Inmate Name (Last, First): _____ Myers   Lavelle _____ Date Of Birth: Redacted  / 5 7

Correctional Facility: _____ LSP _____ Inmate ID Number: _____ 279907 _____

LSU MRN: _____ @ (circle one) BMC, EKL, LIC, LAK, MCL, UMC, WOM

Date of Consultation: _____ 7/18/13 _____ ALLSCRIPTS# _____

Indicate Reason for Referral (and obtain pre-appointment workup as below):

___793.4      Abnormal Imaging Studies (Findings :_____)
___530.85    Barrett's Esophagus
___787.91    Chronic Diarrhea (Stool for Ova, cysts, parasites, fecal leukocytes and occult blood)
___153.9      Colon Cancer previously resected:        Date of Resection: ___/___/___
                                                                          Date of last colonoscopy: ___/___/___
___V16         Colorectal Cancer Family History:  [1 relative? _____yes      _____no]
___211.3      Colon Polyps on Previous Colonoscopy [Date of last colonoscopy:_____]
___564.00    Constipation—not improved by dietary modification, stool softeners/laxatives
___555.9      Crohn's Disease (or 556.9)  Ulcerative Colitis  (Inflammatory Bowel Disease)
___536.8      Dyspepsia (Heartburn, Indigestion): not improved by Proton Pump Inhibitor Therapy
                   (Aciphex, Nexium, Prevacid, Prilosec, Protonix)[***Treat for H. pylori if Antigen Positive Stool]
___787.20    Dysphagia (Difficulty swallowing solids or liquids)
___530.81    GERD (Gastro-Esophageal Reflux Disease) not improved by Proton Pump Inhibitor Therapy
                   (Aciphex, Nexium, Prevacid, Prilosec, Protonix)
___789.00    Lower Abdominal Pain for Evaluation for GI Etiology
___792.1      Heme Positive Stool (Blood in stool)
___280.9      Iron Deficiency Anemia: obtain Iron, TIBC, % Saturation, Ferritin, and Reticulocyte count
___794.8      Persistently Abnormal Liver Function tests, Liver Disease, Hepatitis (CBC, CMP, Hepatitis Panel,
                   Ultrasound of Liver)
___533.1      Peptic Ulcer disease (or other ulcer disease: Esophageal, Gastric, Duodenal)
___783.21    Weight Loss: Suspected GI Etiology   Screening  Colonoscopy
_/_Other     ICD 9:_____ Diagnosis:_____ Screening  Colonoscopy _____

History and Physical Findings Relevant to this Referral: _____

_____ . Ventral  hernia  — _____

_____ Needs  Colonoscopy  As  part  of  annual  Exam _____

Diagnostic/Test results: _____

_____

_____

Referring Provider's Signature: _____ R Favempere _____ ID Number: __ __ __ __ __

OFFICE USE ONLY: Appointment Date: ____/____/____ Time: __:__ am/pm.

IF not scheduled, Indicate Reason & Recommendation: _____

_____

Reviewing Provider's Signature: _____ ID Number: __ __ __ __ __

Contact Number ( __ __ __ ) __ __ __ -__ __ __ __                 Rev 06/15/10

HCSD ICF 921

001295

Name: MYERS, LAVELLE ( M ) DOB <sup>Redacted</sup> 1957 (Age: 60 yrs)

SERVICE INFO

| | |
|---|---|
| REQUEST # | 4166 |
| REQUEST DATE/TIME | Monday, August 12, 2013 14:52 |
| SERVICE PROCEDURE | GI |
| CURRENT STATUS | Complete/Closed by Requester |
| REQUEST SITE | Louisiana State Penitentiary |
| SUBJECT | GI |
| PRIORITY | Urgent |
| CONTACT | dr collins |
| COORDINATOR | Lesia Cooper |
| CONSULTANT | Jane Moore |
| REFERRING PHYSICIAN | randy lavespere |
| ORDERING PHYSICIAN | randy lavespere |
| CC PHYSICIAN | |
| SENDING PHYSICIAN | |
| SYMPTOMS | ventral hernia |
| CO-MORBIDITIES | |
| DIAGNOSIS | |
| ICD CODE | |
| REASON FOR REQUEST | requesting a GI appt ASAP per dr lavespere. offender with ventral hernia and needs annual colonoscopy. see attached<br>-- 8/12/2013 2:52:26 PM (Connie Leonards) |
| COMMENTS | send to Tamara to schedule colonscope<br>-- 8/15/2013 3:00:29 PM (Linda Hodges)<br><br>This offender has been scheduled ON-SITE at LSP for C-Scope on 3/27/14 at 7:40am Facility is responsible for bowel prep to be completed prior to procedure. All facilities should send the MD orders with the offenders on the procedure date.<br>-- 3/18/2014 4:14:42 PM (Jane Moore) |

PATIENT INFO

| | |
|---|---|
| Patient ID | 8123 |
| Patient NAME | LAVELLE MYERS (Age: 60 yrs) |
| DOC Number | 00229907 |
| SID# | 000850921 |
| SSN | Redacte 2081 |
| DOB (mm/dd/y | Redacted 1957 (Age: 60 yrs) |
| GENDER | M |
| LANGUAGES | |

Patient ADDRESS

| | |
|---|---|
| ADDRESS: | POSTAL CODE: |
| | PHONE: |
| | EMAIL: |

017584

*Resubmit pt 814*

## LSU Health System – Evidence Based Inmate Consult Form -- For Initial (or NEW) requests

### General Surgery

Urgency (circle one):  ASAP  **ROUTINE**

Fax to 504.568.3360 (along with supporting documentation)

Clinic/Specialty: _____ Gen Med _____

Inmate Name (Last, First): _____ Myers Lavelle _____    Date Of Birth: _____ Redacted  57

Correctional Facility: _____ LSP _____    Inmate ID Number: _____ 229909

LSU MRN: _____   @ (circle one) BMC, **EKL**, LJC, LAK, MCL, UMC, WOM

Date of Consultation: __11-1-18__    ALLSCRIPTS#_____

**Please Indicate Reason for Referral:**

| | | | |
|---|---|---|---|
| __793.99 | Abnormal imaging studies: (Describe in Clinical History Below) | __996.92 | Infected Hickman Catheter |
| | | __214.9 | Lipoma |
| | | __785.6 | Lymphadenopathy |
| __565 | Ano-rectal Fissure &Fistula | __153.9 | Malignancy: Colon |
| __455.6 | Ano-rectal: Hemorrhoids | __151.9 | Malignancy: Gastric |
| __569.42 | Ano-rectal: Pain | __157.9 | Malignancy: Pancreas |
| __566 | Ano-rectal: Peri-rectal Abscess | __193 | Malignancy: Thyroid |
| __685.0 | Ano-rectal: Pilonidal Disease | __789.30 | Mass: Abdomen |
| __078.10 | Ano-rectal: Warts | __782.2 | Mass: Axilla |
| __949.0 | Burn: describe in Clinical History | __782.2 | Mass: Back |
| __574.20 | Cholelithiasis | __569.9 | Mass: Colon |
| __575.10 | Cholecystitis | __573.9 | Mass: Liver |
| __562.11 | Colonic Diverticulitis | __786.6 | Mass: Lung |
| __V16.0 | Familial Adenomatous Polyposis | __246.9 | Mass: Thyroid |
| __553.3 | Hernia: Diaphragmatic | __879.2 | Open Wound: Abdomen |
| __750.6 | Hernia: Hiatal | __879.6 | Open Wound: Trunk |
| __553.21 | Hernia: Incisional | __894.0 | Open Wound: Lower Extremity |
| __550.9 | Hernia: Inguinal | __884.0 | Open Wound: Upper Extremity |
| _/_553.1 | Hernia: Umbilical | __240.9 | Thyroid: Goiter |
| __553.2 | Hernia: Ventral | __241.0 | Thyroid: Nodule |
| __705.83 | Hidradenitis | | |

__other: ICD: ___Diagnosis: _____

(handwritten right margin: 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)

**History and Physical Findings Relevant to this Referral:** _____ 55 yo Wos c̄ Chemo Hx _____
_____ of Ventral hernia – Bm's WNL  Reduces Easily _____
_____
_____
_____

**Diagnostic/Test results:** _____
_____

**Referring Provider's Signature:** _____ R.Faye _____    **ID Number:** _ _ _ _ _

**OFFICE USE ONLY:** Appointment Date: ___/___/___ Time: __:__ am/pm.

IF not scheduled, Indicate Reason & Recommendation: _____
_____
_____

**ID Number:** _ _ _ _ _

Reviewing Provider's Signature: _____    Rev 06/15/10

Contact Number ( _ _ _ ) _ _ _ - _ _ _ _

HCSD ICF 905

001272



## Name: MYERS, LAVELLE ( M ) DOB<sup>Redacted</sup>1957 (Age: 60 yrs)

SERVICE INFO

| | |
|---|---|
| REQUEST # | 6628 |
| REQUEST DATE/TIME | Monday, September 9, 2013  12:24 |
| SERVICE PROCEDURE | Surgery Clinic |
| CURRENT STATUS | Declined by Coordinator |
| REQUEST SITE | Louisiana State Penitentiary |
| SUBJECT | Surgery Clinic |
| PRIORITY | Routine |
| CONTACT | dr collins |
| COORDINATOR | |
| CONSULTANT | |
| REFERRING PHYSICIAN | randy lavespere |
| ORDERING PHYSICIAN | lavespere |
| CC PHYSICIAN | |
| SENDING PHYSICIAN | |
| SYMPTOMS | |
| CO-MORBIDITIES | |
| DIAGNOSIS | |
| ICD CODE | |
| REASON FOR REQUEST | requesting a Surgery Cl appt for offender with Ventral hernial. see attached<br>-- 9/9/2013 12:25:07 PM (Connie Leonards) |
| COMMENTS | reduces easily<br>Hold all surgeries if hernia is reducible per Medical Director effective 10-31-13<br>-- 2/13/2014 11:31:38 AM (Tamrya Young)<br><br>Hold all surgeries if hernia is reducible per Medical Director effective 10-31-13<br>prison MD to monitor in PCP clinic and re-submit request if condition changes<br><br>-- 2/17/2014 12:13:09 PM (Tamrya Young) |

PATIENT INFO

| | |
|---|---|
| Patient ID | 8123 |
| Patient NAME | LAVELLE MYERS (Age: 60 yrs) |
| DOC Number | 00229907 |
| SID# | 000850921 |
| SSN# | Redacte 2081 |
| DOB (mm/dd/yyy) | Redacted1957 (Age: 60 yrs) |
| GENDER | M |
| LANGUAGES | |

Patient ADDRESS

| | | |
|---|---|---|
| ADDRESS: | | POSTAL CODE: |
| | | PHONE: |
| | | EMAIL: |

017585

## LOUISIANA STATE PENITENTIARY
## R.E. BARROW, JR. TREATMENT CENTER

### PATIENT DATA

DATE: 3-20-14

NAME: Myers, Lavelle       DOC#: 229907       ALLERGIES: NKDA

TEMP: 99   PULSE: 86   RESP: 18   B/P: 90/70   HEIGHT: 73   WEIGHT: 241   AGE: 57

MEDICAL HISTORY: Pre op Colonoscopy

PMHx: Ventral Hernia                    Repair 7/7/13 - - -
      Depression
      DM
      HLD
      DVT 9/09
      Schizophrenia   (Managed)

**(ALL POSITIVE AND IMPORTANT NEGATIVE FINDINGS SHALL BE RECORDED)**

| | | |
|---|---|---|
| GENERAL | ☑ NOT IN DISTRESS | ☐ ABNORMALITIES |
| SKIN | ☑ NORMAL TEXTURE | ☐ ABNORMALITIES |
| EYES | ☑ PERRLA, EOMI | ☐ ABNORMALITIES |
| EARS | ☑ NL EAC AND NLTM | ☐ ABNORMALITIES |
| NOSE | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| THROAT | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| NECK | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| CHEST | ☑ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| HEART | ☑ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| ABDOMEN | ☐ NORMAL EXAM | ☑ ABNORMALITIES   Ventral herniation @ umbilicus |
| RECTAL/PROSTATE | ☐ NORMAL EXAM | ☐ ABNORMALITIES   DRE |
| EXTREMITIES | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| NEUROLOGICAL | ☑ NORMAL EXAM | ☐ ABNORMALITIES |

LAST FLEX SIG/COLONOSCOPY    DATE: _____    RESULT: _____

LAST PSA    DATE: 9/13    RESULT: 0.7

LAST EKG    DATE: 9/13    RESULT: NSR ∅ acute ST∆'s

NOTES: Rx CBC 9/13

HLD – renew Zocor 40 qd x6mo
DM – stable
Schizophrenia  } As per psych
Depression
Ventral Hernia – observation

```
 134   98   19
 ————————————— (255)
 4.1   30   0.9

 5.5   14.8   121
 —————————————
 42.9

            7/13
           HgA1c  (6.3) → 134

            CHOL (235)
```

Cleared for Colonoscopy !

TEST ORDERED: As per GI

RETURN APPOINTMENT: _____

PHYSICIAN SIGNATURE: R. [signature]        [signature]
                                           3-20-14

LSP-TC 25 12/2007                    PATIENT DATA

001290

| 6 | 6 | 4 | 6 | - | |

**R.E. Barrow, Jr. Treatment Center**
**Physician's Clinic**

PSNMOF

| Name | | DOC | Location | Date: |
|---|---|---|---|---|
| MYERS | , LAVELLE | 229907 | PINE 4 | 3/25/2014 |

**BP:** 98 / 68   **Temp** 97.9   **Pulse** 90   **Resp:**18   **Height** 73   **Wt.:** 239   **Time:** 8:50:19 AM

DOB: Redacted '57   57   year old W   Male

**Allergies:** NKDA

**Reason for Vis** CLINIC A

**Chief Complaint** F/U APE,URI,HLD,DM2,LABS

**O2 Saturation** [ ]

**<Field Mis**

colonoscopy scheduled for 3/27/14 ⊕ dizziness

9/13 labs OK

lungs: CTA
Heart: RRR
ext: ∅ edema

**Assessment:**

1. HLD
2. DM
3. Ventral hernia
4.
5.

✓CMP,HbA1c UA 3mos
RTCA 3mos

**Plan:**

1. Started on Zocor 3/20/14
2. stable
3. stable - observe
4. ↓ Lisinopril 5 ; QD 1 y
5.

3/25/14   [signature]

**Date**          **MD Signature**

001289

# DOC-LSP
*ENDOSCOPY/PHYSICIAN RECORD*

DATE 3/27/14

PRE-PROCEDURE NOTE
Procedure: __Colonoscopy__
Indication or Present Illness:
__Screening__

## HISTORY:
NO Change Since Last Visit of 3/25/14

Conditions Actively Treated: (circle to indicate)
CAD   CHF   A.Fib  (DM TYPE I OR II)  ESRD
RENAL/DS   PUD  (HTN) ASTHMA  COPD  TIA
STROKE  ANEMIA  HEPATITIS  CANCER
☐ OTHER
☐ NONE OF THE ABOVE

☐ Previous Surgery(s) and Medical History – reviewed from admit sheet
☐ Social History – reviewed from admit sheet
☐ Current Medications List/Allergies Reviewed
☐ Pre-procedure assessment done

## PHYSICAL EXAM
WNL    If not WNL, please specify
HEENT:
CV:
RESP:
GI:
NEURO:
OTHER:

## Plan for Anesthesia
Patient appropriate candidate for Administration of:
☐ MAC   ☐ IVCS   ☐ None
☐ Current medication list reviewed
☐ Pre-procedure assessment done
☐ Patient appropriate candidate for Administration of Intravenous Conscious Sedation / MAC

## ANESTHESIA RISKS – ASA CLASS
☐ Class I – No Organic Disease
☑ Class II – Mild or Moderate Organic Disease without Cardiopulmonary Involvement
☐ Class III – Mild or Moderate Organic Disease with Cardiopulmonary Involvement
☐ Class IV – Severe Disease that is Life Threatening
☐ E - Emergency

Physician Initials ____

## PROCEDURE NOTE   DOCUSCRIBED/DICTATED#
MEDICATIONS:
Fentanyl ___ mcg/IV      ☐ MAC Sedation per CRNA
Versed ___ mg/IV          Propofol 300 mg/IV
Demerol ___ mg/IV         Lidocaine ___ mg/IV
Phenergan ___ mg/IV       Zofran 4mg IVP
Benadryl ___ mg/IV

DIAGNOSIS / FINDINGS:  Other
Tortuous colon
5 mm polyp ascending colon - cold snare polypect
Scattered diverticulosis - DCBE

COLON PREP: EXCELLENT___ GOOD__ FAIR__ POOR__
POST OP CONDITION: STABLE ___ OTHER
COMPLICATIONS: ( None )
H. PYLORI Bx: Positive / Negative
HOT/COLD BIOPSY
POLYPECTOMY
COAG
HOT/COLD SNARE

PHYSICIAN ORDERS / PLAN:
☐ RTC: WITH ☐ M.D. ☐ P.A. ☐ N.P.
☑ RECALL COLON/ GASTRO / DIL 5 MONTHS /YEARS
☐ Bld wk/Test needed prior to next visit:

☐ TX/RX:
☐ DIET: Reflux / high fiber / other ☐ Fiber supplements
☐ ASA - AVOID ___ days / indefinitely
☐ NON-ASA/NSAIDS - AVOID ___ days / indefinitely
☑ Chart check next visit.
☐ Avoid strenuous activity for ___ days
Instruct / Standard Discharge Criteria
PHYSICIAN SIGNATURE:

**Lavelle Myers, #229907**
DC Redacted /57
3/27/2014
LSP

001277



**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham Cyto Histo
1801 First Avenue South
Birmingham AL  35233-1935

Phone: 205-581-3500

| Specimen Number 087-F66-5014-0 | Patient ID 229907 | | Control Number 41103847176 | Account Number 17382230 | Account Phone 225-655-2280 | Route 99 |
|---|---|---|---|---|---|---|

| Patient Last Name | | Account Address |
|---|---|---|
| MYERS | | Louisiana State Penitentiary |

| Patient First Name | Patient Middle Name | |
|---|---|---|
| LAVELLE | | Gastro Account |

| Patient SS# | Patient Phone | Total Volume | 991 Warehouse |
|---|---|---|---|
| | | | ANGOLA LA  70712 |

| Age (Y/M/D) 057/02/17 | Date of Birth Redacted 57 | Sex M | Fasting No |
|---|---|---|---|

| Patient Address | Additional Information |
|---|---|
| 911 WAREHOUSE Angola LA  70712 | |

| Date/Time Collected 03/27/14 11:30 ET | Date Entered 03/28/14 | Date/Time Reported 04/01/14 08:35 ET | Physician Name COLLINS, S | NPI# | Physician ID COLLINS |
|---|---|---|---|---|---|

| Tests Ordered | Clinician Provided ICD-9 & Clinical History: |
|---|---|
| Pathology Report | |

**Material Submitted:** (01)

ASCENDING COLON POLYP

**Diagnosis:** (02)

ASCENDING COLON, POLYPECTOMY:
- TUBULAR ADENOMA, COMPLETELY EXCISED.
- NO HIGH GRADE DYSPLASIA OR MALIGNANCY
IDENTIFIED.
JNE/04/01/2014

**Pathologist Provided ICD9 Codes:** (02)

211.3

**CPT Codes:** (02)

883051

**Microscopic Description:** (02)

The microscopic description is incorporated in the final diagnosis and/or comment section of this report.

**Gross Description:** (01)

ASCENDING COLON POLYP:
Received is a single fragment of tan, soft tissue measuring .4 cm. in greatest dimension, entirely submitted.
Part A, Block 1 - 1 piece
/SXY
ESY/SXY

**Comments:**

CO-HBL2014-8750140

***Electronically signed by*** (02)
**John N Elgin, MD, Pathologist**

*Report 5 yrs*

| (01) BA | LabCorp Birmingham Cyto His | 1801 First Avenue South | Birmingham AL  35233-1935 | Lab: 205-581-3500 | Dir: John Elgin, MD |
|---|---|---|---|---|---|
| (02) MB | LabCorp Birmingham | 1801 First Avenue South | Birmingham AL  35233-1935 | Lab: 205-581-3500 | Dir: John Elgin, MD |

For inquiries, the physician may contact the lab using the numbers indicated above:

| MYERS, LAVELLE | 229907 | 087-F66-5014-0 | Seq # 2335 |
|---|---|---|---|

**FINAL REPORT**

Page 1 of 1

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-222-7566

© 2004-14 Laboratory Corporation of America ® Holdings
All Rights Reserved
DOC1 Ver: 1.26

001066

6 6 4 6 - ☐

**R.E. Barrow, Jr. Treatment Center**
**Physician's Clinic**

PSNMOF

| Name MYERS | ₁ LAVELLE | DOC 229907 | Location PINE 4 | Date: 6/26/2014 |
|---|---|---|---|---|

BP: 95 / 64   Temp 97.9   Pulse 108   Resp:17   Height 73   Wt.: 237    Time: 1:32:44 PM

DOL Redacted /57          57    year old W   Male

Allergies: NKDA

Reason for Vis  CLINIC A

Chief Complaint F/U HLD,DM,HERNIA,S/C BACK AND NECK PAIN

O2 Saturation ☐

16 (7/13)

**<Field Mis**

① HLD - 40 year → Nl LFT's, LDL=109, ↑HDL=30 (5-28-14)
6.3 (7/13)

② DM II - 1 gm met fum BID → HgbA1c 7.2 (3-11-14) → 6.9 (5-29-14)
empirical lisinopril on board.
4-10-13 ØDBR
® eye blind

③ Ventral hernia - "getting bigger" - "worries" him
but reduces easily

④ DJD - back + neck sx's, bad knees - occ'l rest + No DHty →
O/K

D/S - RDWR-OOP
indoors, squad A, No lift
>20 #, No tools, sports, HC
Heat precautions × perm
5/15 → 10/15
Q yr

send copy to pt

Rx ____

Actos 15 Ⓠ Anxiety

**Assessment:**
Spoke Mental Health DS
Heat precaution May 15-Oct 15
RS 6/26/14

1.
2.
3.
4.
5.

**Plan:**
1.
2. RTC 4 MOS Ⓙ
3.
4.
5.

H McWorland 6-26-14
6-26-14

Date

MD Signature

001275

Louisiana State Penitentiary
R.E. Barrow, Jr. Treatment Center
Physician's Clinic

6 6 4 6 - <File

PSNMOF

| Name MYERS , LAVELLE | | DOC 229907 | Location PINE 4 | Date: 1/14/2015 |
|---|---|---|---|---|
| BP:          /          Temp | Pulse 58 | Resp: year old W | Height Male | Wt.: | Time: 8:06:11 AM |

DOL Redacted /57

Allergies:

Reason for Vis MEDICAL REVIEW

Chief Complaint:

O2 Saturation

<Field Mis

Hernia evaluation

Ans. Ventral herniation —

Small - moderate reducible

2-5/5

Walks As Dorm Orderly — Has appropriate DS

Assessment:

1. Ventral hernia — reducible

2. Manage per DOC Guidlines

3.

4.

5. keep appt

Plan:

1.  01/14/15

2.

3.

4.

5.

1/14/15
Date

MD Signature

001265

# R.E. Barrow, Jr. Treatment Center
## Physician's Clinic

| 6 | 6 | 4 | 8 | - | |

PSNMOF

| **Name** | | **DOC** | **Location** | **Date:** |
|---|---|---|---|---|
| MYERS | , LAVELLE | 229907 | PINE 4 | 4/15/2015 |

**BP:** 122/66   **Temp** 97² **Pulse:** 103 **Resp:** 16 **Height** 73 **Wt.:** 235

**Time:** 1:38pm

**DOB** 01/10/57        58   year old W   Male

**Allergies:** NKDA

**Reason for Vis** CLINIC A

**Chief Complaint** F/U HLD,DM2,DJD,LABS

6/14
# 234

**O2 Saturation** [          ]

**<Field Mis**

---

5 Dy to flu
1) HLD
2) DM II
3) DJD
4) Ventral Hernia - Getting larger. had hernia repaired on left side umbilicus 3-4 years ago.

3/14 - colonoscopy
⊕ polyp
diverticulosis

EKG/CXR - Last 10/14

3/17  6.3  14 / 43  136

HA1C 5.4%   GFR 107

Chol 221

TSH nl

Urine - ACR - nl

PE: 122/66   97²   103   16  73   235.
A&O×3
chest CTA-RRR

**Assessment:**

1.
2.
3.
4.
5.

**Plan:**
1. RTC 6 months for f/u
2. Actos, Zocor, Naproxen RX × 1 year
3.
4.
5.

Date: 4/19/15.

MD Signature

001263

**Louisiana State Penitentiary**
**R.E. Barrow, Jr. Treatment Center**
**Physician's Clinic**

6 6 4 6 - [ ]

| | | |
|---|---|---|
| **Name** MYERS  ₁ LAVELLE | **DOC** 229907 | **Location** PINE 4 |

**Date:** 5/21/2015
**Time:**

**BP:** / **Temp** **Pulse** **Resp:** **Height** **Wt.:**
**DOB** Redacted 57 58 year old W Male

**Allergies:**

**Reason for Vis** CLINIC A

**Chief Complaint** HERNIA REVIEW

**O2 Saturation** [ ]

**LSP**

Reschedule per Dr. Lavespere

8⁵⁵
5/21/15 RRW

**Assessment:**

1. _____
2. _____
3. _____
4. _____
5. _____

C O A [ ]

**Plan:**

1. _____
2. _____
3. _____
4. _____
5. _____

_____
**Date**          **MD Signature**

001261

Case 3:16-cv-00843... Document 30-7    04/11/19    Page 54 of 80

# Louisiana State Penitentiary
## R.E. Barrow, Jr. Treatment Center
### Physician's Clinic

6 6 4 6 -

PSNMOF

| **Name** MYERS | : LAVELLE | **DOC** 229907 | **Location** PINE 4 | **Date:** 06/03/2015 |
|---|---|---|---|---|

**BP:** 84/57   **Temp** 96.5   **Pulse** 103   **Resp:** 18   **Height** 73   **Wt.:** 234

**Time:** 756 Am

**DO** Redacted /57

**58 year old W Male**

**Allergies:** NKDA

**Reason for Vis CLINIC A**

**Chief Complaint: HERNIA REVIEW**

**O2 Saturation**

**LSP**

Ventral Hernia - last seen 4/15/15

Previously seen 1/14/15 - Ventral Hernia

umbilical - (R) side 2" x 2" - reducible but spontaneously returns
∅ Hrp

cough yellow green sputum

2-5/5

ND x 3d    ____

**Assessment:**

1. Ventral ventral hernia

2. Benadryl

3. URI - ____ 50 ÷ po bid x 5d
   Ceftin 500 ÷ po bid x 7d
   Tessalon Perles 200
   ÷ po tid x 5d

**Plan:**

1. Manage per Guidelines

2. ____

3. Celestone 1½ cc IM

4.

5. ____ ME 1000/cc

6/3/15

**COA** ☒ Keg appt   6-3-15

**Date**

**MD Signature**

001258

Form HC-01-A
14 September 2009    008629    **Health Care Request Form**    Institution: _LSP_

Name: _Lavelle Myers_    DOC#: _229907_    Age: _58_    Housing: _Pine 4_    Job Assignment: _Janitor/Cleaner  0725_

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

SDE— hernia x4 years
ABD

**Health Care Personnel Screening:** Date: _7-27-15_ Time: _0805_ Location Seen: _ATU BP_

(Circle One) **Emergency** / Routine Sick Call / Work Related    Allergies: _NKDA_

B/P _128/76_   Pulse _74_   Resp _14_   Temp ____   Other _99% RA_

**Assessment/Comment:** pt c/o ABD hernia x 4 years, ⊕ hernia noted to ABD, on (R) of umbilicus, Ø redness, Øpain on palp, PMS Ø, neuros intact, ambulates and speaks s diff, denies any other medical complaints at this time, A&O x3 v/s as above, Ø trauma noted, Ø acute distress noted, pt requested Duty Status, Ø indication for Tx at this time, Ø DS given

Metformin, Risperdal, Divalproex DR, Celexa, Zestoril, Naproxen, Actos, Zocor,

**Disposition:**

S/C PRN

(Sm)

**New Medications Ordered:**

Total #: Ø

Screener's Signature: _M___R 544_

**Health Care Practitioner Notes:**

(KM)

HCP's Signature: _MC_    Date: _8-4-15_

☐ No Fees  ☐ $3 Access Fee  ☒ $6 Access Fee  ☐ $2 for Each Prescription Fee: $ Ø    Total: $ _6.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Offender's Signature: _Lavelle Myers_    DOC#: _229907_    Date: _7-27-15_    Witness Signature: _M__R 544_

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

001257

LOUISIANA STATE PENITENTIARY - EMERGENCY MEDICAL SERVICES

## AMBULANCE RUN REPORT

| | | | | | |
|---|---|---|---|---|---|
| DATE | 08/31/15 | | | RUN NUMBER | 15-1543 |
| ASSIGNED | 1538 | | | SIGNAL | B |
| ENROUTE | 1538 | CALL REC'D FROM | Medical 4 | EMS UNIT # | M-15 |
| ON SCENE | 1544 | NATURE OF THE CALL | weak & dizzy- can't get out of bed | TRANS BLS | ALS |
| TRANSPORTING | 1557 | INCIDENT LOCATION | Pine 4 | NT ORD BY | McCain |
| AT HOSPITAL | 1610 | PATIENT | Lavelle Myers | RECEIVING HOSPITAL | n/a |
| AVAILABLE | 1557 | ADDRESS OR LIVING QTR | Pine 4 | RECEIVING MD/RN | n/a |
| AGE 58 RACE W SEX M | | CHIEF COMPLAINT | "My hernia hurts" | DOC#/SS# | 229907 |

| VITAL | | | |
|---|---|---|---|
| TIME | 1546 | 1555 | |
| BLOOD PRESSURE | 132/80 | 134/84 | |
| PULSE | 86 | 84 | |
| RESPIRATION | 18 | 18 | |
| LOC A.V.P.U. | A | A | |
| PUPIL R/L | ER/ER | ER/ER | |
| MOTOR FUNCTION | DMS ⊕ x4 | | |
| SKIN | warm & dry | | |
| EKG | | | |
| 02 STA/GLUCOSE | 97% /151 | | |

| MEDS/TX | | |
|---|---|---|
| OXYGEN | | |
| IV1 FLUID/RATE | | TOTAL FLUID |
| IV2 FLUID/RATE | | CC |
| DEFIB T/A | | |
| MEDS T/A Toradol | 60mg Toradol IM L glut @ 1554 | |
| CURRENT MEDICATIONS | Naproxen Zocor Metformin, Risperdal, Depakote, Celexa, Lisinopril, Actos | ALLERGIES NKDA |

**NARRATIVE/SUMMARY**

Arrived on scene for 58 y/o WM lying on (L) side in bed. AAOx3 c̄ security present. Pt c/o hernia pain since this morning. Pt states pain started while sweeping and has gotten worse throughout the day. Pt speaks in full, unbroken sentences. Denies n/a, abdomen, visual △'s. ⊖facial droop ⊖slurred speech. PEARL. Denies chest pain/SOB. Pt's abdomen is obese, soft - ⊕rigidity ~4-5cm ? hernia noted to (R) of umbilicus. Pt states has had hernia x 5 years. ⊖discoloration ⊖heat ⊖pulsating masses. ⊕BS. Pt states last BM was last night, stool was "hard" and pt states he had to strain. Pt's skin warm & dry. DMS ⊕ x4. Contacted M-4 via telephone for conference call c̄ Dr. McCain. After full pt report, Dr McCain ordered 60mg Toradol IM now & No transport. Pt & security advised of same. Toradol given as above. V/S as above. Pt ⊕alert ⊕ left c̄ security in NAD advised pt & will send OTC surface(?)

| EMT #1 | A. Wan | REG # M501208? | EMT #2 | N. Bordelon | REG # EMT |
|---|---|---|---|---|---|
| HCP# 84/556 | | REFERRAL# AM | | | 001256 |

Form HC-01-A
14 September 2009          011040          **Health Care Request Form**          Institution: _LSP_

| Lavell Myers | 229907 | 58 | Pine 4 | Janitor/Cleaner |
|---|---|---|---|---|
| Name | DOC# | Age | Housing | Job Assignment: |

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

SDE - RLQ hernia

Health Care Personnel Screening:  Date: _9-1-15_  Time: _0350_  Location Seen: _ATU_

(Circle One) Emergency / Routine Sick Call / Work Related Allergies: _NKDA_

B/P _94/64_  Pulse _90_  Resp _18_  Temp _98.1_  Other _96% SPO2_

Assessment/Comment: Pt to ATU via W/C c/o RLQ pain 2° hernia X 5 yrs. Pt recieved Toradol injection 8-31-15 which provided some relief but states "it done wore off a long time ago" Pt states the pain has started to increase c activity and hurts worse now. Hernia is visible RLQ - Ø pulsation felt Ø ↑ redness or warmth to touch - Pt voices no other c/c - Remaining PE unremarkable.

Meds: Zocor, Actos, Naproxen, Zestril, Risperdal, Celexa, Depakote, Metformin

| Disposition: | Health Care Practitioner Notes: |
|---|---|
| MD Review | Pt evaluated for this per protocol by Dr Lavoie |
| **New Medications Ordered:** | |
| Total #: _____ | |

Screener's Signature: _MSmith NRP_    HCP's Signature: _____  Date: _____

☑ No Fees ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for Each Prescription Fee: $ _0_  Total: $ _0_

nderstand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care ...ices, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the ...tions noted in the referenced regulation.  I am aware that if I declare myself a medical emergency and health care staff ...ine that an emergency does not exist, I may be subject to disciplinary action for malingering.

| _Myers_ | 229907 | 9-1-15 | _MSmith NRP_ |
|---|---|---|---|
| gnature | DOC# | Date | Witness Signature |

Original - Offender's Medical Record        Yellow - Business Office        Pink - Offender's Copy

001255

**Form HC-01-A**
**14 September 2009**          011073          **Health Care Request Form**          Institution: _LSP_

_Lavelle Myers_  _229907_  _50_  _Dive_  _Sn. tre (Clen?_
Name          DOC#          Age          Housing          Job Assignment:

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

_Hernia x several months_

**Health Care Personnel Screening:** Date: _9-2-15_  Time: _13:32_  Location Seen: _AW_

(Circle One)  Emergency / Routine Sick Call / Work Related Allergies: _____

B/P _108/84_ Pulse _72_     Resp _16_     Temp _98_     Other _____

**Assessment/Comment:** _(PE) No Hx of Hernia x several months._
_____
_____
_____
_____
_____
_____

**Disposition:**
_offender has been seen_
_for this condition already_

**Health Care Practitioner Notes:**

**New Medications Ordered:**
_____
_____
_____  **Total #:** _____

Screener's Signature: _Michael Thomas AEMT_  GP's Signature: _____  Date: _____

☐ No Fees ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for Each Prescription Fee: $_____  Total: $ _600_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

_Lavelle Myers_          _229907_          _Sep 02, 15_          _MH Thomas AEMT_
Offender's Signature          DOC#          Date          Witness Signature

Original - Offender's Medical Record          Yellow - Business Office          Pink - Offender's Copy

001254

**Louisiana State Penitentiary**
**R. E. Barrow, Jr. Treatment Center**
**Physician's Clinic**

6 6 4 6 - [ ]

PSNMOF

| Name | | DOC | Location | Date: |
|---|---|---|---|---|
| **MYERS** | **LAVELLE** | **229907** | **PINE 4** | **9/29/2015** |

**BP:** 95/66    **Temp** 97⁰   **Pulse** 88   **Resp:** 16   **Height** 73 **Wt.** 225

**DO** ~~Redacted~~ /57    58   year old **W**   **Male**

**Time:** 8:21 AM

**Allergies:** NKDA

**Reason for Vis** HERNIA REVIEW

**Chief Complaint:**

**O2 Saturation** [ ]

**LSP**

Flu umbilical hernia

Has not grown in size — Put him in
WC x 2 wks 2° to pain + few months ago —

umbilical herniation — Ⓡ sided 2x2
reducible, mild ttp

2.5/5

2200 cal ADA c
PM snack
x/yr

**Assessment:**  Umbilical hernia

1. _____

2. _____

3. _____

4. _____

5. _____

**C O A** [ ]

90 d

9-29-15 B

**Plan:** Manage / guidelines

1. _____

2. _____

3. _____

4. _____

5. _____   9/29/15

**Date**

**MD Signature**

001252

Redacted

**R.N. Barrow, Jr. Treatment Center**
**Physician's Clinic**

| | | | |
|---|---|---|---|
| 6 6 4 6 - | | | PSNMOF |

| **Name** MYERS | , LAVELLE | **DOC** 229907 | **Location** PINE 4 | **Date:** 11/05/2015 |
|---|---|---|---|---|
| **BP:** 98 163 **Temp** 968 **Pulse** 95 **Resp:** 18 **Height** 73 **Wt.** 228 | | | | **Time:** 218pm |
| **DOE** /57 | 58 year old W | Male | | |

**Allergies:** NKDA

**Reason for Vis** CLINIC A @ ATC

**Chief Complaint** F/U HLD,DM2,DJD,HERNIA,URI

**O2 Saturation** [ ]

Ventral Umbilical hernia HLD, DM II, HTN          *LSP*

1) c/o hernia pain, Naproxen not helping

2) Pt c/o general pruitis D/E @ ventral reducble
hernia 2x) not dr say

D/C Naprosy
Mobic 150 BID X 6m

refill
Lisinopril

A (D₁) Ventral hernia - F/U
Dr Lavespin

2) HLD

3) DM II
Lubicidion BID X 1/2

4) HTN

Refill

| **Assessment:** | **Plan:** |
|---|---|
| 1. ATC 3y | 1. |
| 2. COA | 2. |
| 3. | 3. |
| 4. | 4. 11/5/15 |
| 5. | 5. |

**C O A** [ ]

**Date**          **MD Signature**

001250

743AM

# LOUISIANA STATE PENITENTIARY
## R.E. BARROW, JR. TREATMENT CENTER
Pine 4
### PATIENT DATA                    DATE: 4-15-16

NAME: Lavelle Myers    DOC#: 229907    ALLERGIES: NKDA

TEMP: 97.4  PULSE: 108  RESP: 18  B/P: 86/58  HEIGHT: 73  WEIGHT: 233  AGE: 59 w/m

MEDICAL HISTORY: APE-Jan16, F/U Ventral Hernia, HLD, DM2, HTN, Hernia RG

Prob: Ventral Hernia    Hx ⓛ Ventral hernia  s/p repair 6-8 yrs ago
HLD
DM II    Pain c̄ picking up locker box + @ work
HTN

**(ALL POSITIVE AND IMPORTANT NEGATIVE FINDINGS SHALL BE RECORDED)**

| | | |
|---|---|---|
| GENERAL | ☑ NOT IN DISTRESS | ☐ ABNORMALITIES |
| SKIN | ☑ NORMAL TEXTURE | ☐ ABNORMALITIES |
| EYES | ☑ PERRLA, EOMI | ☐ ABNORMALITIES |
| EARS | ☑ NL EAC AND NLTM | ☐ ABNORMALITIES |
| NOSE | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| THROAT | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| NECK | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| CHEST | ☑ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| HEART | ☐ NORMAL AUSCULTATION | ☑ ABNORMALITIES |
| ABDOMEN | ☐ NORMAL EXAM | ☑ ABNORMALITIES |
| RECTAL/PROSTATE | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| EXTREMITIES | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| NEUROLOGICAL | ☐ NORMAL EXAM | ☐ ABNORMALITIES |

> fist size herniation, obvious to ⓛ of umbilicus
painful c̄ reduction
70% reducible c̄ spontaneous return

LAST FLEX SIG/COLONOSCOPY  DATE: _____  RESULT: _____
LAST PSA  DATE: 9/13  RESULT: 0.1
LAST EKG  DATE: 9/13  RESULT: sinus rhythm

NOTES:
✓Ventral Herniation - Gen Surg referral    10/17/14   134/99/17/191   3/15-HgbAC (5.4)
HLD ✓ lab                                   4.0/29/0.90    9/13
DM II - stable                              5-3  14.5/104   PSA 0.7
HTN - low 3 symptoms (no meds other than    42.6           2/16 Vit amine Acid 63
Lisinopril (5 gr)
TEST ORDERED: FOB x3, CBC, CMP, U/A, PSA, FSH, CXR, EKG    power lifting > 15 lbs
RETURN APPOINTMENT: ___ 3mo ___              No climbing x 1 mo
SIGNATURE: ___ 4/15/16  3:25/pm             No squats graded

PATIENT DATA

001244

## Louisiana Department of Corrections Referral Form
# __General Surgery__

*Attach supporting documentation*

Circle one:    Routine  or  Urgent
Date of Request: __4/ 15/ 16__

Offender Name(Last, First): __Myers Lovello__                Date of Birth: Redacted __' 57__

Correctional Facility: __LSP__                Offender ID Number: __229907__

Please Indicate Reason for Referral:

| | | | | |
|---|---|---|---|---|
| ___793.99 | Abnormal imaging studies: | | ___157.9 | Malignancy: Pancreas |
| | (Describe in Clinical History Below) | | ___193 | Malignancy: Thyroid |
| ___565 | Ano-rectal Fissure &Fistula | | ___789.30 | Mass: Abdomen: ABD US and/or CT ABD |
| ___455.6 | Ano-rectal: Hemorrhoids | | ___782.2 | Mass: Axilla |
| ___569.42 | Ano-rectal: Pain | | ___569.9 | Mass: Colon: CT ABD |
| ___566 | Ano-rectal: Peri-rectal Abscess | | ___786.6 | Mass: Lung: CT Chest |
| ___685.0 | Ano-rectal: Pilonidal Disease | | ___246.9 | Mass: Thyroid: Thyroid US & CT Neck |
| ___78.10 | Ano-rectal: Warts | | ___879.2 | Open Wound: Abdomen |
| ___949.0 | Burn: describe in Clinical History | | ___879.6 | Open Wound: Trunk |
| ___574.20 | Cholelithiasis: RUQ US | | ___894.0 | Open Wound: Lower Extremity |
| ___575.10 | Cholecystitis: RUQ US | | ___884.0 | Open Wound: Upper Extremity |
| ___562.11 | Colonic Diverticulitis | | ___240.9 | Thyroid: Goiter: TSH & Thyroid US |
| ___V16.0 F | Familial Adenomatous Polyposis | | ___241.0 | Thyroid: Nodule: TSH & Thyroid US |
| ___552.1 | Hernia-incarcerated: site-_____ | | | |
| ___705.83 | Hidradenitis | | | |
| ___996.92 | Infected Hickman Catheter | | | |
| ___785.6 | Lymphadenopathy: Obtain CBC, HIV, and CXR | | | |
| ___153.9 | Malignancy: Colon | | | |
| ___151.9 | Malignancy: Gastric | | | |
| ✓ other: | ICD: _____ Diagnosis: __Ventral hernia__ | | | |

History and Physical Findings Relevant to this Referral: __> fist size Ventral herniation just lateral to umbilicus on Right. Tenderness c̄ reduction - only 70% reducible c̄ symptoms return__

__Please eval for repair__                __4.5/5__

Diagnostic/Test results: _____

Referring Provider's Signature: __R. Tanger__              Print Name: __R. Lavespere__

Rev: 6-19-15

001230

046099

**Form HC-01-A**
**14 September 2009**

**Health Care Request Form**

**Institution:** *LSP*

| *Lavelle myers* | *229907* | *59* | *Pine-4* | *Kichen* |
|---|---|---|---|---|
| Name | DOC# | Age | Housing | Job Assignment: |

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

*BACK Hurting ReAly BAd. Need something For it
or PLeAse Do something And my Herna Hurting ReAly BAd Too.
twoor threE DayNo Doctor SrAtes me. PLeAse-Thank You kindly*

**Health Care Personnel Screening:** Date: *4/28/16* Time: *10 45* Location Seen: *Pine*

(Circle One) Emergency / Routine Sick Call / Work Related Allergies: *NKDA*

B/P *146/80* Pulse *78* Resp *10* Temp *98.6* Other_____

**Assessment/Comment:** *pt w/ ambulatory assist c/o back ...
c/ spasm ... swelling or deformities at area
c/o hernia pain ...*

*Risperidone citalopram ...
Mobic, metformin ... Risperidone citalopram*

**Disposition:**

*S/C - OTC
FX in Box*

**Health Care Practitioner Notes:**

**New Medications Ordered:** *IBU*

*AnAlgesic Balm*

**Total #:** *2*

Screener's Signature:_____ *$3*

HCP's Signature:_____ Date:_____

☑ No Fees ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for Each Prescription Fee: $____ Total: $____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

| *Lavelle, myers* | *229907* | *4-28-2016* | |
|---|---|---|---|
| Offender's Signature | DOC# | Date | Witness Signature |

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

001242

Name: MYERS, LAVELLE ( M ) DOB Redacted '1957 (Age: 60 yrs)

SERVICE INFO

| | |
|---|---|
| REQUEST # | 111533 |
| REQUEST DATE/TIME | Thursday, April 28, 2016  14:14 |
| SERVICE PROCEDURE | Surgery Clinic |
| CURRENT STATUS | Complete/Closed by Requester |
| REQUEST SITE | Louisiana State Penitentiary |
| SUBJECT | General Surgery referral |
| PRIORITY | Routine |
| CONTACT | T.Bland,LPN |
| COORDINATOR | Tamrya Young |
| CONSULTANT | Jane Moore |
| REFERRING PHYSICIAN | |
| ORDERING PHYSICIAN | Lavespere, MD |
| CC PHYSICIAN | |
| SENDING PHYSICIAN | |
| SYMPTOMS | |
| CO-MORBIDITIES | |
| DIAGNOSIS | ventral hernia |
| ICD CODE | |
| REASON FOR REQUEST | Please schedule the above offender for General Surg clinic for eval of ventral hernia. see attached<br>-- 4/28/2016 2:17:25 PM (Tomeka Bland) |
| COMMENTS | Jane-please schedule ONSITE General Surgery APPT as requested per attached.<br>Facilities are to ensure last clinic note/MD evaluation and all diagnostics (DISC with images and reports) done are sent with offender for onsite appt so that they are available for MD to review.<br><br>-- 4/29/2016 8:36:53 AM (Tamrya Young)<br><br>LSP GENERAL SURGERY On-site clinic scheduled for 7-27-2016, 2:45 p.m.<br>Facilities are to ensure last clinic note/MD evaluation and all diagnostic (images and reports) done are sent with offender for on-site appointment so that they are available for MD to review.<br><br>-- 7/6/2016 9:12:02 AM (Jane Moore) |

PATIENT INFO

| | |
|---|---|
| Patient ID | 8123 |
| Patient NAME | LAVELLE MYERS (Age: 60 yrs) |
| DOC Number | 00229907 |
| SID# | 000850921 |
| SSN | Redacted 2081 |
| DOB (mm/dd/yyyy | Redacted 1957 (Age: 60 yrs) |
| GENDER | M |
| LANGUAGES | |
| Patient ADDRESS | |

017587

6 6 4 6 - ☐

**R. N. Barrow, Jr. Treatment Center**
**Physician's Clinic**

PSNMOF

| Name | | DOC | Location | Date: |
|---|---|---|---|---|
| MYERS | , LAVELLE | 229907 | PINE 4 | 7/27/2016 |

BP: /29 /88 Temp 97.9 Pulse 74 Resp: 18 Height 73 Wt: 224

DO~~Redacted~~ /57  59 year old W Male

Time: 930AM

Allergies: NKDA
Reason for Vis: SX CLINIC
Chief Complaint:

O2 Saturation [ ]

**LSP**

59 yo c̄ hx of swelling to right gumbelicus for serval yrs
PE. had umbilical hernia repair surg ~ 40 yrs ago.
No other surg. No hx of incarceration or strangulation
noted. NKDA   Meds: Lisinopril, Metformin,
Risperidone, Simvastatin, Pioglitazone

ROS ⊕ HTN, D.M.

PE c̄ pt - disoriented gait ⊗ oz
Chst - clean   Heart - RRR
abd - soft c̄ duratous with well healed
incision at umbilicus c̄ defect reducible w̄
wans or reight. organomegly

Ref send

**Assessment:**
1. recurrent umbilical hernia
   duratous recti
2.
3.
4.
5.

**Plan:**
1. Recommend repair
2. laparoscopic c̄ mesh
3.
4.
5.

7/27/16 [signature] CRNP

C O A ☐

7/27/16   Date   [signature] MD/MD   MD Signature

001227



## Louisiana Department of Corrections Referral Form
# <u>General Surgery</u>

*Attach supporting documentation*

Circle one:   Routine  or  Urgent
Date of Request: 1/27/16

Offender Name(Last, First): Myers, Lavelle                Date of Birth <span style="color:red">Redacted</span> 57

Correctional Facility: LSP Angola          Offender ID Number: 224407

**Please Indicate Reason for Referral:**

| | |
|---|---|
| ___793.99 | Abnormal imaging studies: (Describe in Clinical History Below) |
| ___565 | Ano-rectal Fissure &Fistula |
| ___455.6 | Ano-rectal: Hemorrhoids |
| ___569.42 | Ano-rectal: Pain |
| ___566 | Ano-rectal: Peri-rectal Abscess |
| ___685.0 | Ano-rectal: Pilonidal Disease |
| ___78.10 | Ano-rectal: Warts |
| ___949.0 | Burn: describe in Clinical History |
| ___574.20 | Cholelithiasis: RUQ US |
| ___575.10 | Cholecystitis: RUQ US |
| ___562.11 | Colonic Diverticulitis |
| ___V16.0 F | Familial Adenomatous Polyposis |
| ___552.1 | Hernia-incarcerated: site-_____ |
| ___705.83 | Hidradenitis |
| ___996.92 | Infected Hickman Catheter |
| ___785.6 | Lymphadenopathy: Obtain CBC, HIV, and CXR |
| ___153.9 | Malignancy: Colon |
| ___151.9 | Malignancy: Gastric |
| ___other: | ICD: _____ Diagnosis: _____ |

| | |
|---|---|
| ___157.9 | Malignancy: Pancreas |
| ___193 | Malignancy: Thyroid |
| ___789.30 | Mass: Abdomen: ABD US and/or *CT ABD |
| ___782.2 | Mass: Axilla |
| ___569.9 | Mass: Colon: *CT ABD |
| ___786.6 | Mass: Lung: *CT Chest |
| ___246.9 | Mass: Thyroid: Thyroid US & *CT Neck |
| ___879.2 | Open Wound: Abdomen |
| ___879.6 | Open Wound: Trunk |
| ___894.0 | Open Wound: Lower Extremity |
| ___884.0 | Open Wound: Upper Extremity |
| ___240.9 | Thyroid: Goiter: TSH & Thyroid US |
| ___241.0 | Thyroid: Nodule: TSH & Thyroid US |

*Please note all CT's are to be done with and without contrast

History and Physical Findings Relevant to this Referral: 59 yo ♂ hx of swelling at umbilicus. PMH of umbilical hernia repair >10 yr ago. On exam reccurance. PE: Defect 3cm palp above umbilicus & to right - Reccurent umbilical hernia. Recommend repair of hernia laparoscopically if mesh

Diagnostic/Test results: _____

Referring Provider's Signature: _____     Print Name: John E. Morrison

Rev: 7-1-15

**Louisiana State Penitentiary**
**R.E. Barrow, Jr. Treatment Center**
**Physician's Clinic**

6 6 4 6 - [ ]

| Name | | DOC | Location | Date: |
|---|---|---|---|---|
| MYERS | LAVELLE | 229907 | PINE 4 | 08/08/2016 |

**BP:** 105/68  **Temp** 96.9  **Pulse** 69  **Resp:** 14   **Height** 5'3"  **Wt.** 308

DOB Redacted /57   59 year old   Male

Time: 0850

**Allergies:** NKDA

**Reason for Vis** CLINIC A

**Chief Complaint** F/U ATU WEAK AND DIZZY

**O2 Saturation** [ ]

*LSP*

Vertral
Umbilical hernia, HTN, PM HLD

1) Pt has had 3 visits to ATU for
dehydration/low BP
2) Pt wants PM snack but is on a regular
diet

1) CTAB
utNSUG
(MP.) Vertral hern
2) HTN - hypotens
sent-DIC Lisin → B/P pulse
→ orthostatics
→ ↑H₂O

**Assessment:**

1. RTC 2 wks
2. CXR
3. c̄ orthostatics
4. order
5.

8/8/16

**C O A** [✓]

**Plan:**

1.
2.
3.
4.  B Daplante
5.  c̄ 10:45am

**Date**   **MD Signature**

001224

## Name: MYERS, LAVELLE ( M ) DOB: Redacted 1957 (Age: 60 yrs)

SERVICE INFO

| | |
|---|---|
| REQUEST # | 123304 |
| REQUEST DATE/TIME | Wednesday, August 10, 2016  13:18 |
| SERVICE PROCEDURE | Surgery Date |
| CURRENT STATUS | Complete/Closed by Requester |
| REQUEST SITE | Louisiana State Penitentiary |
| SUBJECT | Request surgery date for repair of umbilical hernia laparoscopically with mesh |
| PRIORITY | Routine |
| CONTACT | TBrown,LPN |
| COORDINATOR | Tamrya Young |
| CONSULTANT | |
| REFERRING PHYSICIAN | |
| ORDERING PHYSICIAN | Dr. Morrison |
| CC PHYSICIAN | |
| SENDING PHYSICIAN | |
| SYMPTOMS | |
| CO-MORBIDITIES | |
| DIAGNOSIS | umbilical hernia |
| ICD CODE | |
| REASON FOR REQUEST | Request surgery date for repair of umbilical hernia laparoscopically with mesh per Dr. Morrison. Offender has NKDA<br>-- 8/10/2016 1:21:00 PM (Termeka Brown) |
| COMMENTS | requested in LINK<br>-- 8/10/2016 1:29:56 PM (Tamrya Young)<br><br>LAK OR date 9-6-16 7am<br>Pre op nurse to call with further instructions<br>Nothing to eat after midnight<br>Do not take any ASA/Nsaids for 7 days before procedure<br>-- 8/19/2016 11:45:23 AM (Tamrya Young) |

PATIENT INFO

| | |
|---|---|
| Patient ID | 8123 |
| Patient NAME | LAVELLE MYERS (Age: 60 yrs) |
| DOC Number | 00229907 |
| SID# | 000850921 |
| SSN: | Redacted 2081 |
| DOB (mm/dd/yyyy) | Redacted 1957 (Age: 60 yrs) |
| GENDER | M |
| LANGUAGES | |

Patient ADDRESS

| | |
|---|---|
| ADDRESS: | POSTAL CODE: |
| | PHONE: |
| | EMAIL: |

017588

PSNMOF

6 6 4 6 -

**R.E. Barrow, Jr. Treatment Center**
**Physician's Clinic**

| Name MYERS | LAVELLE | DOC 229907 | Location PINE 4 | Date: 8/22/2016 |
|---|---|---|---|---|

BP: 12184  Temp 970  Pulse 98  Resp: 18  Height 73  Wt.: 218    Time: 116pm

DO: Redacted /57    59 year old W Male

**Allergies:** UKDA

**Reason for Vis** CLINIC A @ ATC

**Chief Complaint** F/U HTN, DM, HLD, VENTRAL HERNIA

**O2 Saturation**

**LSP**

Dx: HTN/HLD / DM II / Ventral Hernia

59 yo c̄ HTN/DM/HDL/Ventral Hernia – Seen 3x
in ATM for ↓BP + dehydration. Stopped Lisinopril
@ last ATM visit. Feels better. Feels better. No
weakness since stopped Lisinopril. Occas lightheadedness.
Waiting on ventral Hernia Repair; c/o gas pains

HEENT- WNL x̄ lazy eye
Neck- ⊖JVD
Chest clear
Cor RRR
Ext- large varicose veins / trace edem

Imp: HTN/DM II/HLD/Hernia – stable
Dehydration/Weakness - resolved

**Assessment:**

1.
2.
3.
4.
5.

**C O A** ☐

**Plan:**

1. ① CBC
2. ② RTC 4 mos with set
   CBC, Chem 14 (11/22/16)
3. ③ Simethicone tablets Chew 1
4. tid prn gas x 6 mos.
5.

8/22/16
**Date**

MD Signature

001220

# Myers, Lavelle C

MRN: 1001035582
Description: 59 year old male

**Op Note** Date of Service: 9/7/2016  9:12 AM

## Brisco Forrest Dugas, MD
Surgery

OPERATIVE REPORT

PATIENT NAME: Myers, Lavelle C          MEDICAL RECORD#: 1001035582
DOB: Redacted 1957
DICTATING PHYSICIAN: Brisco F. Dugas,   DATE OF PROCEDURE: 09/06/2016
M.D.
ASSISTANT:

PERTINENT/SIGNIFICANT COMPONENTS TO THIS PATIENT'S OPERATIVE REPORT ARE AS
FOLLOWS:

PREOPERATIVE DIAGNOSIS:  Recurrent umbilical hernia.

POSTOPERATIVE DIAGNOSIS:  Recurrent umbilical hernia.

PROCEDURE:  Umbilical hernia repair.

ANESTHESIA:  General.

ESTIMATED BLOOD LOSS:  Minimal.

SPECIMENS REMOVED:  None.

PROCEDURE IN DETAIL:
The patient was taken to the operating room, placed on the operating table
in supine position, and general anesthesia was induced.  The abdomen was
prepped and draped in the usual sterile fashion.  A curvilinear
supraumbilical incision was made in the skin in the scar from his previous
hernia surgery.  Dissection was carried down through the subcutaneous
tissue.  The hernia sac was dissected out. The fascial margin was
identified.  The fascia was then closed transversely using 0 Prolene
interrupted sutures.  A polypropylene mesh graft was then placed over the

008017

```
repair, was sutured in place using 2-0 Prolene in a running
stitch.  The
wound was irrigated with saline.  Hemostasis was ensured.  0.25%
Marcaine
was infiltrated around the repair.  The subcutaneous tissue was
reapproximated using 3-0 Vicryl running stitch.  The skin was
closed with
4-0 Vicryl in a subcuticular stitch.  Steri-Strips were
applied.  Sterile
dressing was applied.  The patient tolerated the procedure well.




BD/cl
DD:  09/06/2016 03:34 P
DT:  09/07/2016 09:12 A
JOB: 828934/7122
ROOM: LAKOLAK LA
```

Admission (Discharged) on 9/6/2016

# Myers, Lavelle C

MRN: 1001035582
Description: 59 year old male

---

**Anesthesia Postprocedure Evaluation** Date of Service: 9/6/2016  9:30 AM

## August Joseph Klohn, CRNA
Anesthesiology

## **Anesthesia Post Note**

**Patient: Lavelle C Myers**

**Procedure(s) Performed:** *Procedure(s):*
*HERNIA REPAIR UMBILICAL*

**Anesthesia type:** general

**Patient location:** PACU

**Post pain:** Adequate analgesia

**Post assessment:** no apparent anesthetic complications

**Last Vitals:**
**Filed Vitals:**

| | 09/06/16 0717 |
|---|---|
| BP: | 123/77 |
| Pulse: | 77 |
| Temp: | 97.9 °F (36.6 °C) |

008018



## Name: MYERS, LAVELLE ( M ) DOB Redacted 1957 (Age: 60 yrs)

SERVICE INFO

| | |
|---|---|
| REQUEST # | 126173 |
| REQUEST DATE/TIME | Wednesday, September 7, 2016  12:44 |
| SERVICE PROCEDURE | Surgery Clinic |
| CURRENT STATUS | Complete/Closed by Requester |
| REQUEST SITE | Louisiana State Penitentiary |
| SUBJECT | post op onsite |
| PRIORITY | Routine |
| CONTACT | C PartinLPNIII |
| COORDINATOR | Iris Wessinger |
| CONSULTANT | Jane Moore |
| REFERRING PHYSICIAN | |
| ORDERING PHYSICIAN | Toce, MD |
| CC PHYSICIAN | |
| SENDING PHYSICIAN | |
| SYMPTOMS | |
| CO-MORBIDITIES | |
| DIAGNOSIS | post op |
| ICD CODE | |
| REASON FOR REQUEST | Pls schedule post op apt with dr. Morrison in surgery clinic for 2 wk post op apt. Offender had hernia repair on 09/06/16 (see MD order attached)<br>-- 9/7/2016 12:45:53 PM (Cecilia Partin) |
| COMMENTS | Jane please schedule ONSITE GENERAL SURGERY Post Op APPT as requested in 2 weeks. Facilities are to ensure last clinic note/MD evaluation and all diagnostics (images and reports) done are sent with offender for onsite appt so that they are available for MD to review.<br><br>-- 9/7/2016 12:50:40 PM (Iris Wessinger)<br><br>LSP GENERAL SURGERY On-site clinic scheduled for 9-28-2016, 1:00 p.m. Facilities are to ensure last clinic note/MD evaluation and all diagnostic (images and reports) done are sent with offender for on-site appointment so that they are available for MD to review.<br><br>-- 9/8/2016 7:49:53 AM (Jane Moore) |

PATIENT INFO

| | |
|---|---|
| Patient ID | 8123 |
| Patient NAME | LAVELLE MYERS (Age: 60 yrs) |
| DOC Number | 00229907 |
| SID# | 000850921 |
| S Redacted | 2081 |
| DOB (mm/dd/yy Redacted 1957 (Age: 60 yrs) |
| GENDER | M |
| LANGUAGES | |

Patient ADDRESS

| ADDRESS: | POSTAL CODE: |
|---|---|

017589

ROBERT E. BARROW, JR. TREATMENT CENTER
EMERGENCY MEDICAL REPORT
VITAL STATISTICS

DATE: 9 , 13 , 16                                    TIME SEEN: 19 : 10

NAME: Lavelle Myers          DOC#: 229907     AGE: 59   RACE: W

LIVING QUARTERS: Pine 4      JOB ASSIGNMENT: Cafe      LAST TETANUS: _____

| MEDICATIONS: risperdol, divaloprox, celexa, cogentin, metformin, actos, zocor, simethicone, bactrim, tramadol | ALLERGIES: Ø listed |
|---|---|

| DATE OF ACCIDENT: | TIME OF ACCIDENT: | ACCIDENT LOCATION: |
|---|---|---|

| TIME: 19:11 | B/P: 93/62 | PULSE: 74 | RESP: 18 | LOC: A&Ox4 | TEMP: 98¹ | BS/Sp02: 97% 152 |
|---|---|---|---|---|---|---|
| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/Sp02: |
| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/Sp02: |

CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: pt sent in by security 2° to AMS. pt released from RU this afternoon, according to pt's med. Nurse Kezaire. PE: pt A&Ox4, pt speaks in full sentences brought to ATU in w/c 2° to occasional ambulatory difficulties. pt states he was Ø taken PM meds. pt voices 8° pain other than sx, site pain. sx site shows Ø abnormalities. pt skin w/d(N). pt shakes in BL↑ extremities per M.I. this is pt's norm. pt denies CP, SOB, N/V/D. pt's remaining PE is unremarkable.

MEDIC SIGNATURE: [signature] #513

PHYSICIAN ASSESSMENT AND TREATMENT [signature]

— pt told to ↑ H2O intake (sn)
— sent pt to pill room pushed by another offender to get his pm meds. — pill room verified pt pills would be available (sn)
— Ø further tx indicated.

☐ Duty Status _____          ☐ Appointment _____  [signature]
☐ Diet _____                 ☐ Dressing Change _____

PHYSICIAN SIGNATURE: _____

| TIME LEFT: 1930 | TRANSPORTATION: Self | DESTINATION: RTQ |
|---|---|---|

6 6 4 6 - ☐

**Louisiana State Penitentiary**
**R.E. Barrow, Jr. Treatment Center**
**Physician's Clinic**

PSNMOF

| **Name** | | **DOC** | **Location** | **Date:** |
|---|---|---|---|---|
| MYERS | : LAVELLE | 229907 | PINE 4 | 9/27/2016 |

**BP:** 118 / 76  **Temp** 96.8  **Pulse** 74  **Resp:** 18  **Height** 73  **Wt.:** 220

**Time:** 830 Am

**DO** ~~Redacted~~ /57   59 year old W Male

**Allergies:** NKDA

**Reason for Vis:** CLINIC A @ ATC

**Chief Complaint:** F/U WARD UMBILICAL HERNIA REPAIR

**O2 Saturation** ☐

s/p Umbilical hernia repair, HTN, HLD, DM   **LSP**

c/o pain around old above sx site

PE fluid above sx site TTP

1) HTN
2) HLD
3) DM
4) s/p Umbilical hernia repair

- Motrin 600s TID x 3 MS

**Assessment:**

1. 
2. 
3. 
4. 
5. 

C O A ☐

**Plan:**

1. 
2. r has Gen Surg F/U in am
3. 
4. 
5. 

**Date**   **MD Signature**

001199

6 6 4 6 - ☐

**R. Barrow, Jr. Treatment Center**
**Physician's Clinic**

PSNMOF

| Name MYERS | : LAVELLE | DOC 229907 | Location PINE 4 | Date: 09/28/2016 |

BP: 117/78   Temp 97.1   Pulse 71   Resp: 18   Height 73   Wt. 220   Time: 950Am

DOB Redacted /57   59   year old W   Male

Allergies: NKDA

Reason for Vis   SURGERY CLINIC @ ATC

Chief Complaint:

O2 Saturation

**LSP**

Pt. S/P repair umbilical hernia c̄ mesh

Wound healing well

There is a moderate amount of subcutaneous edema

probably seroma. No evidence of recurrence

Plan: Slowly ↑ activities

Pt. should not do any heavy lifting or

straining

Assessment:

1. S/P umbilical hernia repair
2.
3.
4.
5.

C O A   ☐

Plan:

1. Return 1 month for F/U
2.
3.
4.
5.

9/28/16   Date _____   MD Signature

001196



## Name: MYERS, LAVELLE ( M ) DOB: Redacted 957 (Age: 60 yrs)

SERVICE INFO

| | |
|---|---|
| REQUEST # | 129628 |
| REQUEST DATE/TIME | Tuesday, October 4, 2016  16:15 |
| SERVICE PROCEDURE | Surgery Clinic |
| CURRENT STATUS | Complete/Closed by Requester |
| REQUEST SITE | Louisiana State Penitentiary |
| SUBJECT | General Surg Cln |
| PRIORITY | Routine |
| CONTACT | T Bland,LPN |
| COORDINATOR | Tamrya Young |
| CONSULTANT | Jane Moore |
| REFERRING PHYSICIAN | |
| ORDERING PHYSICIAN | Morrison, MD |
| CC PHYSICIAN | |
| SENDING PHYSICIAN | |
| SYMPTOMS | |
| CO-MORBIDITIES | |
| DIAGNOSIS | s/p repair umbilical hernia |
| ICD CODE | |
| REASON FOR REQUEST | Please schedule the above offender for 1 month f/u with general surgery cln. see attached -- 10/4/2016 4:17:21 PM (Tomeka Bland) |
| COMMENTS | Jane-please schedule ONSITE General Surgery APPT as requested per attached. Facilities are to ensure last clinic note/MD evaluation and all diagnostics (DISC with images and reports) done are sent with offender for onsite appt so that they are available for MD to review.<br><br>-- 10/5/2016 7:53:00 AM (Tamrya Young)<br><br>LSP GENERAL SURGERY On-site clinic scheduled for 11-16-2016, 1:45 p.m. Facilities are to ensure last clinic note/MD evaluation and all diagnostic (images and reports) done are sent with offender for on-site appointment so that they are available for MD to review.<br><br>-- 10/11/2016 9:56:53 AM (Jane Moore) |

PATIENT INFO

| | |
|---|---|
| Patient ID | 8123 |
| Patient NAME | LAVELLE MYERS (Age: 60 yrs) |
| DOC Number | 00229907 |
| SID# | 000850921 |
| SSN | Redacted 2081 |
| DOB (mm/dd/yyyy | Redacted 1957 (Age: 60 yrs) |
| GENDER | M |
| LANGUAGES | |

Patient ADDRESS

| | |
|---|---|
| ADDRESS: | POSTAL CODE: |

017590

Case 3:16-cv-00842-SDD-RLB     Document 80-7     04/11/19     Page 77 of 84

044225

**Form HC-01-A**
**14 September 2009**          **Health Care Request Form**     **Institution:** _LSP_

| Name | DOC# | Age | Housing | Job Assignment: |
|------|------|-----|---------|-----------------|
| _Lavelle Meyers_ | _229907_ | _59_ | _Pine 4_ | _Cafe Attendant_ |

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

"STOMACH PAINS"

1955

**Health Care Personnel Screening:** Date: _10/15/16_  Time: _2007_  Location Seen: _ATU_

(Circle One) **Emergency** / Routine Sick Call / Work Related Allergies: _____

B/P _102/66_  Pulse _83_  Resp _16_  Temp _98.1_  Other _SPO2 97_

**Assessment/Comment:** _PT % Stomach pains centered around a surgical site on the abd. He states it "hurts" and has been all day. Pt. He is A&O, is amb via wheelchair. Focused physical exam yields no warmth to the area surrounding the incision, ⊖ for discharge, ⊖ for active bleeding, ⊖ for swelling or discoloration in the area of incision. He voices ∅ other complaints. He denies N/V/D, C.P., and S.O.B. Pt left the ATU in ∅ apparent distress. Remaining PE: unremarkable._
_Meds: Risperdal, Zestril, Celexa, Risperdal, Divalproex, Cogentin,_

**Disposition:** _Metformin, Actos, Zocor, Simethicone_  **Health Care Practitioner Notes:**
_1430_

_Stat Tylenol_
_No duty x 3 days_
_RCFH 070349_

**New Medications Ordered:**

_____

_____

_____ **Total #:** _∅_

Screener's Signature: _____

HCP's Signature: _PMY_  _10-17-16_  Date: ____

☑ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $ _∅_  Total: $ _∅_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

| _Lavelle Myers_ | _229907_ | _10/15/16_ | _____ |
|---|---|---|---|
| Offender's Signature | DOC# | Date | Witness Signature |

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

001194

046181

Form HC-01-A
14 September 2009                    **Health Care Request Form**        Institution: _LSP_

Name: _LAVElle myers_   DOC#: _229907_   Age: _59_   Housing: _PiNe-4_   Job Assignment: _KitcheN_

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

I need to see a doctor. Can you please schedule me to see a doctor. My hernia is giving me problems. Thank you very much

**Health Care Personnel Screening:** Date: _10/24/16_  Time: _0520_  Location Seen: _PiNE_

(Circle One) Emergency / **Routine Sick Call** / Work Related  Allergies: _____

B/P _110/74_  Pulse _86_  Resp _16_  Temp _____  Other _____

**Assessment/Comment:** PT c/o a hernia in is operative site. PT Hx suggest that he is under treatment for said condition. PT HC is A3o, is amb in his dorm's difficulty. focused physical exam yields a circular protrusion from his abd. He states the pain is a constant 5/10. He voices @ other medical complaints, he denies C.P., S.O.B, and N/V/D. His chart is being referenced for further evaluation!

**Disposition:**

MD

**New Medications Ordered:**

_____
_____
_____ Total #: _0_

Screener's Signature: _____

**Health Care Practitioner Notes:**

keep lmo surgery
PLO

HCP's Signature: _____   Date: _10/24/16_

☑ No Fees ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for Each Prescription Fee: $ _0_   Total: $ _0_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

_Lavelle myers_          _229907_          _10-24-2016_          _____
Offender's Signature        DOC#              Date              Witness Signature

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

001193

Form HC-01-A
14 September 2009

**Health Care Request Form**    Institution: _LSP_

Name: _Lavelle myers_    DOC#: _229907_    Age: _59_    Housing: _Pine-4_    Job Assignment: _Kitchen_

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**
PLEASE HELP mee with This Request Too See The Doctor About my HERNIA It IS REALLY Hurting mee Bad, I'm ALSO Requesting A know 2-3 DAY Duty StATUS uN TiLL I See The Doctor, And I'm A Requesting Something For The PAIN That I'm A having??! Sept 7th 2016 THANK YOU KiNdLY.

---

**Health Care Personnel Screening:** Date: 11-1-16    Time: 0502    Location Seen: West yard

(Circle One) Emergency / Routine /(Sick Call)/ Work Related    Allergies: NSAIDS

B/P 132/82    Pulse 77    Resp 14    Temp —    Other 97% RA

**Assessment/Comment:** pt c/o ABD pain @ surgery site, hernia sx Sept. 7, 2016, ABD = soft, non-tender, Ø guarding, bowel sounds present, ⊕ scar tissue on ABD, PMS ⊕x4, neuro intact, ambulates and speaks ā diff, denies any other medical complaints at this time, A+Ox4, vls as above, Ø acute distress noted, pt states he has to bend over to clean the tables in the kitchen, advised pt to sit down at the tables to wipe them down.

Risperdal, IBU, Gas-X, Zocor, Actos, lotion, Metformin, Cogentin, Zestril, Celexa, Divalproex DR,

**Disposition:**
OTC
STC PRN R
MD

**New Medications Ordered:**
Tylenol ———— RX sent

_____

_____ Total #: 1

Screener's Signature: _M. M___ sm_

**Health Care Practitioner Notes:**
S/p hernia repair (9-6-16) = umbilical c̄ mesh

9-28-16 Surg Clinic → seroma
RTC c̄ MOS

KSA (11-16-16)

Gordan [illegible] 11/2/16

HCP's Signature: _[signature]_    11-2-16    Date:

---

☑ No Fees    ☐ $3 Access Fee    ☐ $6 Access Fee    ☑ $2 for Each Prescription Fee: $2.00    Total: $2.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Offender's Signature: _Lavelle myers_    DOC#: _229907_    Date: _11-1-2016_    Witness Signature: _M. M___ sm_

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

6 6 4 6 - ☐

**R. E. Barrow, Jr. Treatment Center**
**Physician's Clinic**

PSNMOF

| Name | | DOC | Location | Date: |
|------|--|-----|----------|-------|
| MYERS | , LAVELLE | 229907 | PINE 4 | 11/16/2016 |

BP: 125/80   Temp: 974   Pulse: 91   Resp: 18   Height 73  Wt.: 223   Time: 953 Am

DOB: Redacted /57   59   year old W   Male

Allergies: IFBP

Reason for Vis ___   SURGERY CLINIC @ ATC

Chief Complaint:

O2 Saturation [        ]

**LSP**

Pt doing well
Wound healed well
Anoma II - no evidence of recurrence
Still c some pain possibly 2 to problem
suture told it will slowly ↓ improve

**Assessment:**
1. Healing well no
   evid . of recurrence
2.
3.
4.
5.

**C O A** ☐

**Plan:**
1. D/C Return PRN
2.
3.
4. Rx Depakote CR 500
5.

11-16-16

11/16/16   Date ___   MD Signature

001187