UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EARL PETERS, IDDO BLACKWELL, KEVIN MATHIEU, LAVELLE MEYERS, DAN RILEY, RUSSELL WARE** | * * * * * | **CIVIL ACTION** |
| | * | **NUMBER: 3:16-cv-00842-SDD-RLB** |
| **VERSUS** | * * * | |
| | * | **JUDGE SHELLY D. DICK** |
| **RAMAN SINGH, JOHN BEL EDWARDS, JAMES M. LEBLANC, STEPHANIE LAMARTINIERE, DARRYL VANNOY, STATE OF LOUISIANA, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS** | * * * * * * * * * | **MAGISTRATE RICHARD L. BOURGEOIS** |

**************************************************************************

**MEMORANDUM IN SUPPORT OF EX PARTE MOTION FOR LEAVE TO EXCEED PAGE LIMIT REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, come Defendants, State of Louisiana, Louisiana Department of Public Safety and Corrections, John Bel Edwards, in his capacity as Governor of Louisiana, James LeBlanc, Secretary of the Louisiana Department of Public Safety and Corrections, Darryl Vannoy, Warden at Angola, Raman Singh, and Stephanie Lamartinere, Assistant Warden at Angola, who submit this memorandum in support of their *ex parte* motion to exceed the page limit of their memorandum in support of motion for summary judgment regarding claims of plaintiff, Dan Riley, pursuant to Middle District Local Civil Rule 7(g).

Defendants have attempted to brief the issues raised in their motion for summary judgment as concisely as possible and in accordance with the 20-page limit of this Court. L.R. 7(g). However, Defendants respectfully submit that an additional 9 pages (eight text pages and one page consisting of the certificate of service) are necessary to fully and adequately address the issues raised in the memorandum in support of motion for summary judgment.

Accordingly, defendants respectfully request that this Court grant their motion for leave to exceed page limit regarding their memorandum in support of motion for summary judgment.

Respectfully submitted,

**JEFF LANDRY**
**Attorney General**

By: s/Andrew Blanchfield
 Andrew Blanchfield, T.A. (#16812)
 Email: ablanchfield@keoghcox.com
 C. Reynolds LeBlanc (#33937)
 Email: rleblanc@keoghcox.com
 Chelsea A. Payne (#35952)
 Email: cpayne@keoghcox.com
 Special Assistant Attorneys General
 701 Main Street (70802)
 Post Office Box 1151
 Baton Rouge, Louisiana  70821
 Telephone:  (225) 383-3796
 Facsimile:  (225) 343-9612

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 18th day of April, 2019.

 s/Andrew Blanchfield
 Andrew Blanchfield