## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EARL PETERS, IDDO BLACKWELL,** | * | **CIVIL ACTION** |
| **KEVIN MATHIEU, LAVELLE** | * | |
| **MEYERS, DAN RILEY, RUSSELL** | * | |
| **WARE** | * | **NUMBER: 3:16-cv-00842-SDD-RLB** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE SHELLY D. DICK** |
| **RAMAN SINGH, JOHN BEL** | * | |
| **EDWARDS, JAMES M. LEBLANC,** | * | |
| **STEPHANIE LAMARTINIERE,** | * | **MAGISTRATE** |
| **DARRYL VANNOY, STATE OF** | * | **RICHARD L. BOURGEOIS** |
| **LOUISIANA, LOUISIANA** | * | |
| **DEPARTMENT OF PUBLIC SAFETY** | * | |
| **AND CORRECTIONS** | * | |

**************************************************************************

### ORDER

Considering Defendants, State of Louisiana, Louisiana Department of Public Safety and Corrections, John Bel Edwards, in his capacity as Governor of Louisiana, James LeBlanc, Secretary of the Louisiana Department of Public Safety and Corrections, Darryl Vannoy, Warden at Angola, Raman Singh, and Stephanie Lamartinere, Assistant Warden at Angola's *ex parte* motion for leave to exceed page limit regarding their memorandum in support of motion for summary judgment regarding claims of plaintiff, Dan Riley;

IT IS ORDERED that Defendants are hereby granted leave to exceed the 20-page limitation;

IT IS FURTHER ORDERED that Defendants' memorandum in support of motion for summary judgment regarding claims of plaintiff, Herman Bella, and attached exhibits shall be filed into the record.

Baton Rouge, Louisiana, this _____ day of _____, 2019.


_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA