UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EARL PETERS, IDDO BLACKWELL, KEVIN MATHIEU, LAVELLE MEYERS, DAN RILEY, RUSSELL WARE | * * * * | CIVIL ACTION |
| | * | NUMBER: 3:16-cv-00842-SDD-RLB |
| VERSUS | * * | |
| | * | JUDGE SHELLY D. DICK |
| RAMAN SINGH, JOHN BEL EDWARDS, JAMES M. LEBLANC, STEPHANIE LAMARTINIERE, DARRYL VANNOY, STATE OF LOUISIANA, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS | * * * * * * * | MAGISTRATE RICHARD L. BOURGEOIS |

*****************************************************************************

## STATEMENT OF UNDISPUTED FACTS

1. At all times pertinent herein, Ross McCaa was an inmate sentenced to the custody of the Louisiana Department of Public Safety and Corrections and was confined to the Louisiana State Penitentiary in Angola.

2. Plaintiff first complained of blurry vision, which was reportedly worse with seeing at a distance on February 1, 2011, during his annual physical exam. He was to be referred to the Ophathalmology Department.[1]

3. Throughout 2012, plaintiff was seen several times by LSU and an outside physician for a chronic skin conditions.

4. On November 5, 2012, plaintiff was seen at the Angola Eye Clinic. A cataract in the right eye

---

[1] Exhibit A, Affidavit of Dr. Randy Lavespere, Exhibit A-1, Medical Records, Bates #017121;

was noted to be greater than in the left eye, with a trace cataract noted in the left eye.[2] His visual acuity was 20/25 in both eyes.[3]

5. Plaintiff received state issued eye glasses on December 1, 2013.[4]

6. On December 11, 2013, Plaintiff refused his appointment at the Eye Clinic.[5]

7. Plaintiff was seen on April 30, 2014 at the Angola Eye Clinic. He was noted to have a cataract in the right eye, however, the cataract was not visually significant.[6]

8. Plaintiff was seen on September 29, 2014, at the Angola Eye Clinic. It was noted that Plaintiff had a trace cataract in the left eye and a dense, cortical cataract in the right eye. Plaintiff's best corrected visual acuity was noted to be 20/30 in the right and 20/20 in the left eye.[7]

9. Plaintiff was seen numerous times by Angola physicians in 2015, and had no complaints concerning his cataracts.

10. On October 19, 2016, Plaintiff was seen at the Angola Eye Clinic due to cataract and

---

[2] Exhibit A, Affidavit of Dr. Randy Lavespere, Exhibit A-1, Medical Records, Bates #017437;

[3] Exhibit A, Affidavit of Dr. Randy Lavespere, Exhibit A-1, Medical Records, Bates #021580;

[4] Exhibit A, Affidavit of Dr. Randy Lavespere, Exhibit A-1, Medical Records, Bates #021578;

[5] Exhibit A, Affidavit of Dr. Randy Lavespere, Exhibit A-1, Medical Records, Bates #017091;

[6] Exhibit A, Affidavit of Dr. Randy Lavespere, Exhibit A-1, Medical Records, Bates #017441;

[7] Exhibit A, Affidavit of Dr. Randy Lavespere, Exhibit A-1, Medical Records, Bates #017433;

hypertension. Plaintiff's visual acuity was noted to be 20/20 in both eyes. There was a trace cataract in the left eye and a dense, cortical cataract in the right eye. Plaintiff was also noted to have arcus senilis in both eyes.[8]

11. Plaintiff was given a glasses prescription on December 14, 2016.[9]

12. Plaintiff underwent a repair on his hernia in 2017, and had no other complaints of his cataracts.

13. On October 1, 2017, Plaintiff was given a new prescription for eye glasses.[10] On October 4, 2017, Plaintiff was seen at the Angola Eye Clinic and was noted to have early Ancus as well as cataracts, greater in the right eye than in the left eye.[11] His visual acuity was noted to be 20/40 in both eyes.[12]

14. To date, there has been no referral for surgical evaluation, as a referral was not warranted.

15. The DOC Cataract Referral Guidelines provide that an inmate should be referred to special care if there is symptomatic, slow, progressive, painless decrease in vision that affects activities of daily living.[13]

---

[8] Exhibit A, Affidavit of Dr. Randy Lavespere, Exhibit A-1, Medical Records, Bates #017429;

[9] Exhibit A, Affidavit of Dr. Randy Lavespere, Exhibit A-1, Medical Records, Bates #017427;

[10] Exhibit A, Affidavit of Dr. Randy Lavespere, Exhibit A-1, Medical Records, Bates #021579;

[11] Exhibit A, Affidavit of Dr. Randy Lavespere, Exhibit A-1, Medical Records, Bates #021580;

[12] *Id.*

[13] Exhibit C, Cataract Guidelines; Exhibit B, Deposition of Dr. Lavespere, p. 54-55.

16. The Guidelines also provide inmates will visual acuities of 20/40 or better may be followed by the Angola physicians, and not referred for surgery.[14]

17. From 2011-2017, plaintiff Ross McCaa's job assignments were TC grounds keeper, MP PM laundry, TC orderly and dorm orderly/janitor/cleaner.[15]

8. At Angola, the TC grounds keeper is assigned to the treatment center as an outside orderly. The inmate's duties incude cutting grass, weed eating, cleaning sidewalks, cleaning the building, and basically maintaining the outside appearance of an area.[16]

9. At Angola, the job functions for MP PM laundry is assigned to Main Prison laundry at night. The inmates wash, dry and deliver laundry.[17]

10. At Angola, the job functions for a janitorial/cleaning and TC dorm orderly include basic janitorial duties like sweeping, mopping, dusting, wiping walls and counters.[18]

---

[14] *Id.*

[15] Affidavit of Amber Vittorio.

[16] *Id.*

[17] *Id.*

[18] *Id.*

Respectfully submitted,

**JEFF LANDRY**
**Attorney General**

By:    s/Andrew Blanchfield
        Andrew Blanchfield, T.A. (#16812)
        Email: ablanchfield@keoghcox.com
        C. Reynolds LeBlanc (#33937)
        Email: rleblanc@keoghcox.com
        Chelsea A. Payne (#35952)
        Email: cpayne@keoghcox.com
        Special Assistant Attorneys General
        701 Main Street (70802)
        Post Office Box 1151
        Baton Rouge, Louisiana  70821
        Telephone:  (225) 383-3796
        Facsimile:  (225) 343-9612

## CERTIFICATE OF SERVICE

    I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

    Baton Rouge, Louisiana, this 29th day of April, 2019.

           s/Andrew Blanchfield
            Andrew Blanchfield