## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EARL PETERS, IDDO BLACKWELL,** | * | **CIVIL ACTION** |
| **KEVIN MATHIEU, LAVELLE** | * | |
| **MEYERS, DAN RILEY, RUSSELL** | * | |
| **WARE** | * | **NUMBER: 3:16-cv-00842-SDD-RLB** |
| | * | |
| **VERSUS** | * | |
| | * | **JU  DGE SHELLY D. DICK** |
| **RAMAN SINGH, JOHN BEL** | * | |
| **EDWARDS, JAMES M. LEBLANC,** | * | |
| **STEPHANIE LAMARTINIERE,** | * | **MAGISTRATE** |
| **DARRYL VANNOY, STATE OF** | * | **RICHARD L. BOURGEOIS** |
| **LOUISIANA, LOUISIANA** | * | |
| **DEPARTMENT OF PUBLIC SAFETY** | * | |
| **AND CORRECTIONS** | * | |

**************************************************************************

### AFFIDAVIT

BEFORE ME, the undersigned counsel, came and appeared:

### DR. RANDY LAVESPERE

who, after being duly sworn, did depose and say:

1.  I am currently licensed to practice medicine in the State of Louisiana and I am employed by the Louisiana Department of Public Safety & Corrections as the Medical Director at Louisiana State Penitentiary at Angola.

2.  I received a Medical Degree from Louisiana State University in Shreveport, Louisiana in 1993.

3.  Part of my duties requires me to treat, review and evaluate inmate medical records.

4.  I have reviewed the medical records of Ross McCaa, DOC #156073 as well as his claims in this lawsuit and the underlying ARP. The following outlines McCaa's cataract treatment:

    •   Plaintiff first complained of blurry vision, which was worse with seeing at a distance on February 1, 2011, during his annual physical exam. He was to be referred to the Ophathalmology Department (Bates #017121);

-1-

EXHIBIT A TO MOTION FOR SUMMARY JUDGMENT

- A Consultant Referral Form was filled out on February 1, 2011, for Plaintiff to be seen at the Angola Ophthalmology Clinic due to blurred vision. It was noted that Plaintiff's last opthalmology exam with a prescription for eye glasses was in January, 2009 (Bates #017123);

- Plaintiff was seen at the Angola Eye Clinic on November 5, 2012. A cataract in the right eye was noted to be greater than in the left eye, with a trace cataract noted in the left eye. His visual acuity was 20/25 in both eyes (Bates #017437);

- Plaintiff received state issued eye glasses on December 1, 2013 (Bates #021578);

- Plaintiff refused his appointment at the Eye Clinic on December 11, 2013 (Bates #017091);

- Plaintiff was seen on April 30, 2014 at the Angola Eye Clinic. He was noted to have a cataract in the right eye, however, the cataract was not visually significant (Bates #017441);

- Plaintiff was seen on September 29, 2014, at the Angola Eye Clinic. It was noted that Plaintiff had a trace cataract in the left eye and a dense, cortical cataract in the right eye. Plaintiff's best corrected visual acuity was noted to be 20/30 in the right and 20/20 in the left eye (Bates #017433);

- Plaintiff was seen numerous times by Angola physicians in 2015, and had no complaints concerning his cataracts;

- Plaintiff was seen on October 19, 2016, at the Angola Eye Clinic due to cataract and hypertension. Plaintiff's visual acuity was noted to be 20/20 in both eyes. There was a trace cataract in the left eye and a dense, cortical cataract in the right eye. Plaintiff was also noted to have arcus senilis in both eyes (Bates #017429);

- Plaintiff was given a glasses prescription on December 14, 2016. Cataracts were noted (Bates #017427);

- Plaintiff underwent a repair on his hernia in 2017, and had no other complaints of his cataracts;

- On October 4, 2017, Plaintiff was given a new prescription for eye glasses (Bates #021579);

- • On October 4, 2017, Plaintiff was seen at the Angola Eye Clinic and was noted to have early Arcus Senilis as well as cataracts, greater in the right eye than in the left eye. His visual acuity was 20/40 in both eyes (Bates #021580);

- • There were no recommendations for surgical evaluation for Plaintiff. The treatment for his cataracts was consistent with the guidelines for cataract treatment.

5.    I, as medical director of LSP, do not perform surgery on site, nor do the physicians approve or deny appointments/surgery for specialty clinics and off-site clinic. If any type of surgery is approved by the speciality clinic, the same will notify LSP of the surgery date and time and LSP will be notified to arrange transportation.

6.    The members of the LSP Medical Team have responded to McCaa's medical situation.

7.    The attached medical records are certified copies of the records kept by Angola.


_____
Dr. Randy Lavespere

SWORN TO AND SUBSCRIBED before me, the undersigned notary, this __5th__ day of ___April___, 2019.


_____
NOTARY PUBLIC
Bar Roll No./Notary No. 16812
My Commission Expires _____

Andrew Blanchfield
Notary Public
Bar Roll #16812
State of Louisiana
My Commission is for Life

-3-

ASh-1

Annual Physical

# LOUISIANA STATE PENITENTIARY
## R.E. BARROW, JR. TREATMENT CENTER

### PATIENT DATA

DATE: 02-01-11

NAME: Ross Mccaa    DOC#: 156073    ALLERGIES: PCN

TEMP: 96.9  PULSE: 68  RESP: 20  B/P: 149/3  HEIGHT: 71  WEIGHT: 158  AGE: 59

MEDICAL HISTORY: APE Feb-2011 , flu HTN, HLD

| Prblx: | HTN | |
| | HLD | Seen in Clinic A 11/16/10  FU/LFT's ordered |
| | | Not taking HCTZ 25 2° to constant HA |
| | | c/o Blurred vision - Worse ē seeing @ distance |

**(ALL POSITIVE AND IMPORTANT NEGATIVE FINDINGS SHALL BE RECORDED)**

| | | |
|---|---|---|
| GENERAL | ☑ NOT IN DISTRESS | ☐ ABNORMALITIES |
| SKIN | ☐ NORMAL TEXTURE | ☑ ABNORMALITIES | erithematous scabbing/scaling lesions diffuse distribution / scalp |
| EYES | ☑ PERRLA, EOMI | ☐ ABNORMALITIES |
| EARS | ☑ NL EAC AND NLTM | ☐ ABNORMALITIES |
| NOSE | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| THROAT | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| NECK | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| CHEST | ☑ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| HEART | ☑ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| ABDOMEN | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| RECTAL/PROSTATE | ☐ NORMAL EXAM deferred | ☐ ABNORMALITIES |
| EXTREMITIES | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| NEUROLOGICAL | ☑ NORMAL EXAM | ☐ ABNORMALITIES |

LAST FLEX SIG/COLONOSCOPY    DATE: Pending    RESULT: _____

LAST PSA    DATE: 7/09    RESULT: 0.8

LAST EKG    DATE: 5/10    RESULT: Sinus rhythm  Ø Acute STA's

NOTES:

HTN - fair control, Dc HCTZ 25, start 12.5mg Q 2nd pc    [4/10]  HgA1c (6.1) → 128

HLD - awaiting labs

Blurred vision - Ophtho referral Resent

(scalp) - Doxy/selenium sulfide    Seborrheic Dermatitis    Selenium Sulfide Shampoo 2.5% AAA bi-weekly x 2mno

TEST ORDERED: CBC, UA, Chem 14, PSA, CXR  Ophtho referral    Doxycycline 100 T po bid x 10d

RETURN APPOINTMENT: ff 2mno

LSP-TC 25 07/2006

017121

# LOUISIANA STATE PENITENTIARY
## R. E. BARROW, JR. TREATMENT CENTER
### ANGOLA, LOUISIANA

## CONSULTANT REFERRAL FORM

PATIENT'S NAME: Ross McSiga    DATE: 2/7/11

DOC#: 156073    DOB: _____    HOSPITAL#: _____

REQUEST FOR CONSULTATION (please specify location/physician): Optho

BRIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:

40 Blurred Vision

Last optho exam c̄ script 1/09.

Please eval

Provisional Diagnosis:          Requested by:

Blurred Vision         R. Tanguis

**NOTICE: This patient is in custody. Please do not give him any prescriptions, medicines, etc. Also, return appointments should be ordered when the prison staff physician cannot provide adequate follow-up. DO NOT allow the inmate to have access to this information.**

LSP TC 22   Rev. 10/07

017123

# LOUISIANA STATE PENITENTIARY
## R. E. BARROW, JR. TREATMENT CENTER
### EYE CLINIC

Name: McCAA, ROSS    DOC#: 156073    Camp: Ash1    Job Assign: _____

Temp: _____    Pulse: _____    Resp: _____    B/P: _____    Weight: _____

Date: **11/05/2012**

☐ Dr. Gerdes, OD
☐ Dr. Jason P. Allemond, OD
☐ Dr. Kevin Rogers, OD

Time: _____    Allergies: _____

HPI: ☐ Diabetic   ☐ Hypertension   ☐ Infectious Disease   ☐ Glaucoma   ☒ Decreased Vision   ☐ Red Eye

Pupils: ☐ round and reactive OU      ☐ no APD        Motility: Full Range OU

MR OD +4.00 SpL        20/ 25  pd/64
OS +4.00 SpL        20/ 25        ADD +2.00

TAG/tonopen  11/ 11  mmHg @ 2:30 pm     Dilated using  M1 %   N2.5%   P1/.25%
WNL                                    Tropicamide 1 gtt ou

**External:**

| | OD | | | OS | |
|---|---|---|---|---|---|
| nl | ☐ ptosis | Lids | ☐ nl | ☐ ptosis | ☐ nl |
| nl | ☐ arcus | Cornea | ☐ nl | ☐ arcus | ☐ nl |
| nl | ☐ ptyrgium | | ☐ nl | ☐ ptyrgium | ☐ nl |
| nl | ☐ injection | Conj | ☐ nl | ☐ injection | ☐ nl |
| nl | ☐ pinguec | | ☐ nl | ☐ pinguec | ☐ nl |
| D/Q | | AC | ☐ DQ | | |
| | X | Angles | | X | |
| nl | ☐ rubeousis | Iris | ☐ nl | ☐ rubeousis | |
| nl | ☐ NS, CS Lens | | ☐ nl | ☐ NS, CS | |
| | ☐ PCIOL clr | | | ☐ PCIOL clr | ☐ nl |

**Internal:**

| | OD | | | OS |
|---|---|---|---|---|
| ☐ nl | ☐ drusen | Macula | ☐ nl | ☐ drusen |
| ☐ nl | ☐ RPE △ | | ☐ nl | ☐ RPE △ |
| ☐ nl | ☐ hemes | | ☐ nl | ☐ hemes |
| ☐ nl | ☐ | Vessel | ☐ nl | ☐ |
| ☐ nl | ☐ PVD | Vitreous | ☐ nl | ☐ PVD |
| | | Periphery | ☐ nl | |
| | ☐ no h, t, RD 360 OU | | | |

OPTIC DISCS
Size/Appear/NFL ☐ nl
CD

Cat OD > OS      2+ NSOR
                 Trace OS

Diagnosis/Plan
1. PSd Cat Sx OD > OS        P)1.

2.                            P)2.

3.                            P)3.

SPEC RX
OD _____
OS _____
ADD + _____

DUTY STATUS: _____
DIET: _____
MISC. ORDERS: _____        ☐ APPOINTMENT: _____
PHYSICIAN SIGNATURE: _____

-TC83    02/2011              EYE CLINIC

017437

156073

**EYE**

**NAME**

**DOC#**

**LIVING AREA**

## LOUISIANA STATE PENITENTIARY
### R.E.B.T.C.  OPTOMETRY CLINIC
### R.E.B.T.C. OPTICAL LAB
17544 Tunica Trace
Angola, La. 70712
225-655-4411  Ext. 2763

**REQUEST FOR EYEGLASS PRESCRIPTION DISPOSITION**
**AND**
**ACKNOWLEDGEMENT OF RECEIPT OF PRESCRIPTION**
**EYEWEAR/CONTACT LENS/SUPPLIES/PROTECTIVE EYEWEAR**
**OR SUNGLASSES**

DATE 12/1/17

X 1. I, _____ (NAME), _____ (DOC#), do hereby choose to accept my prescription for eyeglasses to be provided by a lab chosen by the Louisiana Department of Public Safety and Corrections.

2. I, _____ (NAME), _____ (DOC#), choose to receive my prescription for eyeglasses and send it to an outside lab for fabrication. I understand that any glasses sent in from the outside must meet security requirements and be made with all plastic frames. I also understand that I (or family) will be responsible for all cost of the fabrication of glasses made and sent to me and that LSP is not responsible for any irregular inappropriate fit of the glasses. I understand that I will not receive any re-examination for correction of poorly fitting glasses. I further understand that I will be re-examined only at the order of a physician or after one year. Any glasses must be sent in care of the optical department for approval and distribution to me.

DATE 12/1/17

X _____, _____ have received

**STATE ISSUE  OR  PERSONAL**

✓ Eye Glasses
____ Contact Lens
____ Contact Lens Care Products
____ Sunglasses
____ Protective Eyewear

I further acknowledge that if this item is other than state issue, that LSP will not be held responsible for replacement of items lost, stolen, broken or in need of repair.

X _____
SIGNATURE DOC#

WITNESSES _____

021578



DATE: _12 - 11 - 13_

## REFUSAL TO ACCEPT MEDICAL CARE

This refusal of medical attention is made voluntarily and after full explanation of the medical attention recommended and the consequences of refusing it. I have read this statement and understand the nature of its contents.

I release the Department of Public Safety and Corrections from any liability for any harm which may result from this refusal of treatment.

_Ross McCaa_
Signature of Inmate

_Msgt Prater_
Witness

_M/Sgt. D Ly_
Witness

I, _Ross McCaa_ # _136673_ , hereby refuse the following described medical attention:

_I do not Need to See the eye clinic today & there is no where to sit The Callout is too Large_

Attending Prescriber

Distribution:

Medical Record

Revised 8/1/02

017091

Case 3:16-cv-00342-SDD-RLB Document 99-4 04/29/19 Page 9 of 14

# LOUISIANA STATE PENITENTIARY
## R. E. BARROW, JR. TREATMENT CENTER
### EYE CLINIC

Name: __MCCAA, ROSS__     DOC#: __156073__  Camp: __Ash 1__  Job Assign: _____

Temp: _____     Pulse: _____     Resp: _____     B/P: _____     Weight: _____

Date: __4-30-H__

☑ Dr. Gerdes, OD
☐ Dr. Jason P. Allemond, OD
☐ Dr. Kevin Rogers, OD

Time: _____     Allergies: _____

**HPI:** ☐ Diabetic  ☑ Hypertension  ☐ Infectious Disease  ☐ Glaucoma  ☑ Decreased Vision  ☐ Red Eye

**Pupils:** ☑ round and reactive OU     ☐ no APD          Motility: Full Range OU

MR OD __+5.50__                          20/ __~~30~~__

OS __+3.50__                             20/                    ADD __+2.50__

TAG/tonopen __12 / 11__  mmHg @ __941 Am__     Dilated using  M1%   N2.5%  P 1/.25%

**External:**

| | OD | | | OS | | Internal: | OD | | | OS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ nl | ☐ ptosis | Lids | ☑ nl | ☐ ptosis | | ☑ nl | ☐ drusen | Macula | ☑ nl | ☐ drusen | |
| ☑ nl | ☐ arcus | Cornea | ☑ nl | ☐ arcus | | ☑ nl | ☐ RPE Δ | | ☑ nl | ☐ RPE Δ | |
| ☑ nl | ☐ ptyrgium | | ☑ nl | ☐ ptyrgium | | ☑ nl | ☐ hemes | | ☑ nl | ☐ hemes | |
| ☑ nl | ☐ injection | Conj | ☑ nl | ☐ injection | | ☑ nl | ☐ | Vessel | ☑ nl | ☐ | |
| ☑ nl | ☐ pinguec | | ☑ nl | ☐ pinguec | | ☑ nl | ☐ PVD | Vitreous | ☑ nl | ☐ PVD | |
| ☑ D/Q | ☐ | AC | ☑ DQ | ☐ | | ☐ nl | | Periphery | ☐ nl | | |
| | X | Angles | | X | | | ☐ no h, t, RD 360 OU | | | | |
| ☑ nl | ☐ rubeousis | Iris | ☑ nl | ☐ rubeousis | | | | | | | |
| ☐ nl | ☐ NS, CS Lens | | ☑ nl | ☐ NS, CS | | | **OPTIC DISCS** | | | | |
| | ☐ PCIOL clr +ACO | | | ☐ PCIOL clr | | ☑ nl | Size/Appear/NFL | | ☑ nl | | |
| | | | | | | | .3R | CD | .3R | | |

**Diagnosis/Plan**

A)1. __Cataract OD, NVS__        P)1. __Monitor__

                                          SPEC RX
                                          OD _____

A)2. __RE__                       P)2. Rx New glasses    OS _____
                                  Grey #2 Med
                                      NCA       ADD + __250__

A)3.                              P)3.

☐ DUTY STATUS: _____        ☐ APPOINTMENT: __1 year__
☐ DIET: _____
☐ MISC. ORDERS: _____       PHYSICIAN SIGNATURE: _____

LSP-TC87    02/2011              EYE CLINIC

017441

**LOUISIANA STATE PENITENTIARY**
**R. E. BARROW, JR. TREATMENT CENTER**
**EYE CLINIC**

Name: _McCha, Ross_   DOC#: _156073_ Camp: _Ash1_ Job Assign: _____

Temp: _____   Pulse: _____   Resp: _____   B/P: _____   Weight: _____

Date _9-29-2014_         **DR. COULLARD**

Time: _____         Allergies: _____

HPI: ☐ Diabetic   ☐ Hypertension   ☐ Infectious Disease   ☐ Glaucoma   ☒ Decreased Vision   ☐ Red Eye

refract Near

Pupils:   ☒ round and reactive OU   ☒ no APD       Motility: Full Range OU

MR OD  +4.00 sph           20/ 30        68
OS   +4.00 spr            20/ 20      pf 64  ADD + 2.00

TAG/tonopen _____/_____mmHg @ _____       Dilated using  M1%   N2.5% P I/.25%

**External:**                                    **Internal:**         Tropicamide 29 H oz
| OD | | | OS | | | OD | | | OS | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ nl | ☐ ptosis | Lids | ☐ nl | ☐ ptosis | ☐ nl | ☐ drusen | Macula | ☐ nl | ☐ drusen |
| ☐ nl | ☐ arcus | Cornea | ☐ nl | ☐ arcus | ☐ nl | ☐ RPE △ | | ☐ nl | ☐ RPE △ |
| ☐ nl | ☐ ptyrgium | | ☐ nl | ☐ ptyrgium | ☐ nl | ☐ hemes | | ☐ nl | ☐ hemes |
| ☐ nl | ☐ injection | Conj | ☐ nl | ☐ injection | ☐ nl | ☐ | Vessel | ☐ nl | ☐ |
| ☐ nl | ☐ pinguec | | ☐ nl | ☐ pinguec | ☐ nl | ☐ PVD | Vitreous | ☐ nl | ☐ PVD |
| ☐ D/Q | ☐ | AC | ☐ DQ | ☐ | ☐ nl | | Periphery | ☐ nl | |

Angles
Iris                                          ☐ no h, t, RD 360 OU
☐ nl   ☐ rubeousis    ☐ nl   ☐ rubeousis
☐ nl   ☐ NS, CS Lens   ☐ nl   ☐ NS, CS            **OPTIC DISCS**
       ☐ PCIOL clr            ☐ PCIOL clr    ☐ nl   Size/Appear/NFL ☐ nl
                                                        CD

OS Tracing                OD Cataract Trauma   '3 ed oz
Amblyopia                 Dense Cortical  OS
                                          MR
**Diagnosis/Plan**
A)1.                      P)1.

                                          SPEC RX
                                          OD _____

A)2.                      P)2.            OS _____

                                          ADD + _____

A)3.                      P)3.

☐ DUTY STATUS: _____        ☐ APPOINTMENT: _____
☐ DIET: _____
☐ MISC. ORDERS: _____      PHYSICIAN SIGNATURE: _____

SP-TC83   02/2011          EYE CLINIC              017433

R. E. B RROW, JR. TREATMENT CENTER
EYE CLINIC

Name: Mooaa, Ross    DOC#: 156073   Camp: Ash-1   Job Assign: _____

Temp: _____    Pulse: _____    Resp: _____    B/P: _____    Weight: _____

Date: 10-19-16

## DR. COULLARD

Time: _____    Allergies: _____

HPI:  □ Diabetic  ☑ Hypertension  □ Infectious Disease  □ Glaucoma  □ Decreased Vision  □ Red Eye

*CAT HTN*

Pupils: ☑ round and reactive OU   ⊘ no APD    Motility: Full Range OU

MR OD  +4.25 sph    20/ 20

OS  +4.00 sph    20/ 20    ADD +2.00

TAG/tonopen _____ / _____ mmHg @ _____    Dilated using  M1%  N2.5%  P 1/.25%

**External:**    **Internal:** *Tropicamide - 9ttr*

| | OD | | | OS | | | OD | Macula | | OS |
|---|---|---|---|---|---|---|---|---|---|---|
| □ nl | □ ptosis | Lids | □ nl | □ ptosis | | □ nl | □ drusen | | □ nl | □ drusen |
| □ nl | □ arcus | Cornea | □ nl | □ arcus | | □ nl | □ RPE Δ | | □ nl | □ RPE Δ |
| □ nl | □ ptyrgium | | □ nl | □ ptyrgium | | □ nl | □ hemes | | □ nl | □ hemes |
| □ nl | □ injection | Conj | □ nl | □ injection | | □ nl | | Vessel | □ nl | □ |
| □ nl | □ pinguec | | □ nl | □ pinguec | | □ nl | □ PVD | Vitreous | □ nl | □ PVD |
| □ D/Q | □ | AC | □ DQ | □ | | □ nl | | Periphery | □ nl | |

Angles: X _____   X _____   □ no h, t, RD 360 OU

| | | Iris | | | |
|---|---|---|---|---|---|
| □ nl | □ rubeousis | | □ nl | □ rubeousis | |
| □ nl | □ NS, CS Lens | | □ nl | □ NS, CS | |
| | □ PCIOL clr | | | □ PCIOL clr | □ nl |

OPTIC DISCS
Size/Appear/NFL □ nl
CD

OS Trace    Dense Corteria Cat. OD   .3 cd
Arcus Senelus ou    MR

Diagnosis/Plan
A)1.    P)1.    SPEC RX   OD _____
A)2.    P)2.    OS _____
A)3.    P)3.    ADD + _____

□ DUTY STATUS: _____
□ DIET: _____   ☑ APPOINTMENT: _____
□ MISC. ORDERS: _____   PHYSICIAN SIGNATURE: _____
LSP-TC83  02/2011    EYE CLINIC    017429

54

4

Louisiana State Penitentiary
R.E. Barrow, Jr Treatment Center
Optical Lab
Angola, LA 70712

## UNCUT ORDER FORM

156073

**DATE** 12-19-16

PATIENT DOC#

Mcaa, Ross

**LOCATION AREA**

Ash-1

**TRAY NO.**

|  | | SRC | AR COAT |
|---|---|---|---|
| (PLASTIC) | POLY | ☐ | ☐ |

| SPHERE | CYLINDER | AXIS | DECENTER IN    OUT | PRISM BASE |
|---|---|---|---|---|
| R +4.25 | Sph | | c̄ Cataracts | |
| L +4.00 | Sph | | | |

| ADD | HEIGHT | PD DIST |
|---|---|---|
| R +2.00 | 03 OC | R    L |
| L +2.00 | 03 OC | R    L |

**DISPENSE DATE:** 2/7/2017

Soft

**SHIRLEY BYRD-OPTICIAN**

FT28        SV      TYPE PAL:

**TINTING SPECIFICATION**

#1 GREY

#2 GREY

#3 GREY

**I RECEIVED MY GLASSES**

NAME: Ron Mc Cael

DOC#: 156073

| FRAME DATA | EYE SIZE 54 | BRIDGE 22 | B MEASUREMENT  B=42 |
|---|---|---|---|
| FRAME MODEL NUMBER blk | L1050 | (ZYL) | ED MEASUREMENT  ED=50 |

USE THIS SPACE FOR ANY ADDITIONAL INSTRUCTION

Louisiana State Penitentiary
R.E. Barrow, Jr Treatment Center
Optical Lab
Angola, LA 70712

Frame too small - Re-ordered
from 10-19-16 exam

OPTOMETRIST _____

017427



Louisiana State Penitentiary
R.E.Barrow, Jr Treatment Center
Optical Lab
Angola, LA 70712

## UNCUT ORDER FORM

DATE 10/04/2017

PATIENT DOC# 156073    LOCATION AREA
Ross McCaa    ASH

| | SRC | AR COAT |
|---|---|---|
| | ☐ | ☐ |

TRAY NO.

PLASTIC        POLY

| SPHERE | CYLINDER | AXIS | DECENTER IN    OUT | PRISM BASE |
|---|---|---|---|---|
| R +4.25 | SPL | | | |
| L +4.00 | SPL | | | |

| ADD | HEIGHT | PD | |
|---|---|---|---|
| R +200 | 03 OC | R 68 L | DIST |
| L +200 | 03 OC | R 64 L | |

DISPENSE DATE: 12/1/17

SHIRLEY BYRD-OPTICIAN

FT 28        SV    TYPE PAL:

TINTING SPECIFICATION

#1 GREY

#2 GREY

#3 GREY

I RECEIVED MY GLASSES

NAME: Ross McCaa

DOC# 156073

| FRAME DATA | EYE SIZE | BRIDGE | B MEASUREMENT | B=42 |
|---|---|---|---|---|
| | 52 | 22 | ED MEASUREMENT | ED=50 |
| FRAME MODEL NUMBER | | | ZYL | |
| blk | L1050 | | | |

USE THIS SPACE FOR ANY ADDITIONAL INSTRUCTION

Louisiana State Penitentiary
R.E.Barrow, Jr Treatment Center
Optical Lab
Angola, LA 70712

OPTOMETRIST _____

021579

**LOUISIANA STATE PENITENTIARY**
**R. E. BARROW, JR. TREATMENT CENTER**
**EYE CLINIC**

Name: _Ross McCaa_    DOC#: _156073_ Camp: _ASH_ Job Assign: _____

Temp: _____ Pulse: _____ Resp: _____ B/P: _____ Weight: _____

Date: _10/04/2017_

## DR. COULLARD

Time: _____    Allergies: _____

HPI: ☐ Diabetic    ☐ Hypertension    ☐ Infectious Disease    ☐ Glaucoma    ☐ Decreased Vision    ☐ Red Eye

CAT HTN

Pupils: ☐ round and reactive OU    ☐ no APD    Motility: Full Range OU

MR OD _+4.25 sph_    20/ _40_
    OS _+4.00 sph_    20/ _40_    pd 6/64    ADD _+2.00_

TAG/tonopen _____/_____ mmHg @ _____    Dilated using  M1%  N2.5%  P 1/.25%

| External: | OD | | OS | | Internal: | OD | Macula | OS | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ nl | ☐ ptosis | Lids | ☐ nl | ☐ ptosis | ☐ nl | ☐ drusen | | ☐ nl | ☐ drusen |
| ☐ nl | ☐ arcus | Cornea | ☐ nl | ☐ arcus | ☐ nl | ☐ RPE Δ | | ☐ nl | ☐ RPE Δ |
| ☐ nl | ☐ ptyrgium | | ☐ nl | ☐ ptyrgium | ☐ nl | ☐ hemes | | ☐ nl | ☐ hemes |
| ☐ nl | ☐ injection | Conj | ☐ nl | ☐ injection | ☐ nl | | Vessel | ☐ nl | |
| ☐ nl | ☐ pinguec | | ☐ nl | ☐ pinguec | ☐ nl | ☐ PVD | Vitreous | ☐ nl | ☐ PVD |
| ☐ D/Q | | AC | ☐ DQ | | ☐ nl | | Periphery | | |
| | X | Angles | | X | | ☐ no h, t, RD 360 OU | | | |
| ☐ nl | ☐ rubeousis | Iris | ☐ nl | ☐ rubeousis | | | | | |
| ☐ nl | ☐ NS, CS Lens | | ☐ nl | ☐ NS, CS | | OPTIC DISCS | | | |
| | ☐ PCIOL clr | | | ☐ PCIOL clr | | Size/Appear/NFL ☐ nl | | | |
| | | | | | ☐ nl | CD | | | |

Tropicamide : gtt OS

early arcus    CAT
OD > OS
MR

Diagnosis/Plan
A)1.    P)1.

SPEC RX
OD _____

A)2.    P)2.

OS _____

A)3.    P)3.

ADD + _____

☐ DUTY STATUS: _____
☐ DIET: _____    ☐ APPOINTMENT: _____
☐ MISC. ORDERS: _____    PHYSICIAN SIGNATURE: _____

LSP-TC83    02/2011    EYE CLINIC

021580