June 2013

# Louisiana Dept. of Corrections

## Referral Guidelines

### Cataracts

**Diagnosis/Definition**

- A cataract is a congenital or acquired opacification of part or all of the normally clear crystalline lens.
- The most common complaint of cataract is painless, progressive loss of central visual acuity.
- Other common symptoms include disabling glare from bright lights, such as headlights during nighttime driving, and glare off rainy pavement.
- Visually significant cataract is a lens opacification that interferes with vision to the point that lifestyle is limited.

**Initial Diagnosis and Management**

- Moderately advanced cataracts will show a decreased red reflex or a patchy break up of the red reflex by direct ophthalmoscopy.
- The development of cataracts in older patients can be markedly asymmetric.  Cataracts often cannot be detected without special equipment (i.e., a slit lamp biomicroscope).
- Pinhole visual acuity will help determine if the decrease in vision is refractive (i.e., the patient needs new glasses).
- Asymptomatic patients with visual acuity of 20/40 or better may be followed.

**Ongoing Management and Objectives**

- Cataracts do not improve with time.
- There is no definitive primary care treatment for symptomatic cataract.

**Indications for Specialty Care Referral**

- Any cataract in infants and children.
- Adults with symptomatic, slow, progressive, painless decrease in vision that affects activities of daily living.
- Patients whose visual acuity improves with a pinhole should be referred to optometry for measurement of new glasses.  Ophthalmology does not prescribe routine glasses prescriptions.

**Criteria for Return to Primary Care**

- Ophthalmologic evaluation shows no organic etiology for decrease in vision (amblyopia).
- Has had definitive treatment and problem has resolved to greatest extent anticipated.

Last Review for this Guideline: **June 2013**

Referral Guidelines require review every three years.



EXHIBIT

F

PENGAD 800-631-6989

**HERNIA - 003554**

EXHIBIT C TO MOTION FOR SUMMARY JUDGMENT