## INMATE LOCATION SHEET

NAME: ROSS McCaa   DOC#: 156073

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 3-1-16 MR | Ash 1 | TC Groundskeeper MIN-A | Smith |
| 1.2.17 @ | C/O St. Martinville | In transit | Hull |
| 1/10/17 | Ash 1 | Groundskeeper TC B team | Fountain |
| 3-23-17 MR | Ash 1 | MP PM Laundry | 5.1 |

## INMATE LOCATION SHEET

NAME: Ross McCaa                                        DOC#: 150013

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 11-5-08 | CBB UR | Adm | Reed |
| 11-13-08 | Hic 3 | A-5 MED | DBBL |
| 12-5-08 | Hic 3 | SC ord | 5.2 |
| 12-18-08 | MAC 2 | SC ord | DEB Wilson |
| 2-16-09 G | Ash-2 | TC ord | Stroud |
| 4-21-09 | Ash 2 | SC ord | DEB Miller |
| 3-23-10 | Cyp 1 | SC ord MIN B | Caralot |
| 4-7-10 | Ash 1 | SC ord | Sharp |
| 8-3-10 | Cyp 4 | SC ord | Sharp |
| 8-5-10 | Ash 1 | TC ord MIN A | Boudelok |
| 5-13-11 LD | FDorm 1 | TC ord | Adams |
| 10-13-11 LD | Ash 1 | TC ord | Adm |
| 2-27-13 um | CBD UL | Adm | Hunt |
| 3-5-13 PW | Ash 1 | MIN-B dorm ord Jan. Cleaner | Lamontieneu |
| 3-5-13 PW | Ash 1 | Jan/clean dorm ord | 5.2 |
| 6-27-13 | TCA4 | Idle | Mealy |
| 6-27-13 | Ash | Dorm ord Jan Cleaner | Richardson |
| 7-19-13 | Ash 1 | Jan/cleaner TC ord | 5.2 |
| 10-3-13 | MPE Ash 1 | Jan/clnr dorm ord | 5.2 |
| 10-31-13 PW | TCA4 | Idle | Fountain |
| 10-31-13 PW | MPE Ash 1 | Jan. cleaner dorm ord | Fountain |
| 7-3-14 um | Ash 1 | groundskeeper TC b team | 5.2 |
| 4-29-15 PW | CBB UR | Adm | 30C Goodman |
| 5-6-15 PW | MPE Ash 1 | Groundskeeper TC | RTQ Coney |
| 2-16-16 MR | Ash 4 | Grantskeeper TC B-Team | Jarvis |

INMATE LOCATION SHEET

NAME: Ross McCara           DOC# 156073

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 8-20-96 hs | CBD 4/R | adm | Arm |
| 9-4-96 d | Wal 4 | L-7 | PB |
| 9/7/96 d | Hic 1 | L-7 | DR |
| 1/29/97 z | Hic 1 | c syd ord | S.2 |
| 2-25-97 t | Mag 4 | c syd ord | ERB |
| 8-5-98 md | TCW 1 | trip | Rabb |
| 8-5-98 md | TCW 1 | Pat | Laborde |
| 8-6-98 tc | Mag 4 | cs yd ord | Caselat |
| 12-16-98 md | mag 4 | yd ord DR/CCR | S.2 |
| 2-17-99 md | mag 4 | TC yard ord / med   MED | S.2 |
| 11-23-99 md | Mag 4 | TU CCR yard ord | S2 |
| 3-29-01 R | Mag 4 | TU/CCR visit ord | S.1 |
| 12-4-01 t | Mag 4 | Em buy | S.2 |
| 12-18-01 HS | mag 4 | TC ord | S.2 |
| 10-10-02 HS | CB B 4/R | adm | Gillespie |
| 10-18-02 G | Mag 4 | TC ord | DR |
| 9-4-03 HS | mag 4 | TC ord.   MIN C | ERB |
| 9-10-03 HS | ash 2 | TC ord. | Parker |
| 3-16-05 HS | TCW 1 | Trip | atkinson |
| 3-16-05 HS | ash 2 | TC/ord. | Tillery |
| 2-28-07 ps | ash 2 | TC ord   MIN B | ERB |
| 8-28-08 | Cyp 1 | TC ord | Benjamin |
| 9-4-08 | Oak 2 | TC ord | Mujo |

INMATE LOCATION SHEET

NAME: Ross McCaa          DOC# 156073

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 11-4-91 Js | Au | idle max | |
| 11-4-91 Js | A at | line 21 | ICB |
| 11-19-91 Js | Ctig 2S | adm ee | Brown |
| 11-20-91 fh | A A/T | l.21 | Carter |
| 1-13-92 fu | Ctig 3/L | admed | Brown |
| 1-15-92 ap | Ctig 1/L | isol | DB |
| 1-17-92 ap | Ctig 1/L | adm | DB |
| 1-20-92 fu | Ctig 3/L | admed | Lavintino |
| 1-22-92 fu | A A/T | l.21 | DB |
| 3-4-92 ap | Ctig 2/L | adm | Cannon |
| 3-19-92 fu | CBA 4/L | l.15 | Sterling |
| 4-21-92 sh | Pine 1 | L-5A | CBRB |
| 5-16-92 ap | Pine 4 | l-5A | Andrews |
| 3-30-93 sh | Pine 4 | npcul | S-2 |
| 9-14-93 PL | Cyp 1 | kit | Bonds |
| 9-28-93 PL | CBD UR | adm | Horsuth |
| 9-29-93 sh | Cyp 1 | Cul | DB |
| 4-5-95 PL | Cyp 1 | dorm ord | S-2 |
| 5-11-95 K | CBD 4/R | adm | Carter |
| 5-12-95 oo | Cyp 1 | ord | Cutrer |
| 2/10/96 | CBD 4/R | adm | Trier |
| 2-15-96 C | Mag 3 | dorm ord | DB |
| 3-21-96 k | Cyp 1 | dorm orl | Bripp |