**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| EARL PETERS, IDDO BLACKWELL, | * | CIVIL ACTION |
| KEVIN MATHIEU, LAVELLE | * | |
| MEYERS, DAN RILEY, RUSSELL | * | |
| WARE | * | NUMBER: 3:16-cv-00842-SDD-RLB |
| | * | |
| VERSUS | * | |
| | * | JUDGE SHELLY D. DICK |
| RAMAN SINGH, JOHN BEL | * | |
| EDWARDS, JAMES M. LEBLANC, | * | |
| STEPHANIE LAMARTINIERE, | * | MAGISTRATE |
| DARRYL VANNOY, STATE OF | * | RICHARD L. BOURGEOIS |
| LOUISIANA, LOUISIANA | * | |
| DEPARTMENT OF PUBLIC SAFETY | * | |
| AND CORRECTIONS | * | |

**********************************************************************

**AFFIDAVIT**

BEFORE ME, the undersigned counsel, came and appeared:

**AMBER VITTORIO**

who, after being duly sworn, did depose and say:

1.    I am employed at Louisiana State Penitentiary as ARDC Manager. As a part of my employment with LSP, I am familiar with the various job assignments and duties for those job assignments.

2.    I have reviewed the location sheets, including the job assignments, for inmates William Dickerson, Ross McCaa, Dan Riley and Wallace Breaux.

3.    From 2011-2017, plaintiff William Dickerson's job assignments were nurse aid, janitor/cleaner, Line 26 and Line 27. Attached is a true and correct copy of Dickerson's location sheet.

4.    At Angola, a nursing aid is assigned to a cellblock to assist Mental Health and walk the tiers.

-1-

5.    At Angola, a janitor/cleaner includes basic janitorial duties like sweeping, mopping, dusting, wiping walls and counters.

6.    At Angola, an inmate assigned to "line" jobs will work in the fields, including picking vegetables.

7.    From 2011-2017, plaintiff Ross McCaa's job assignments were TC grounds keeper, MP PM laundry, TC orderly and dorm orderly/janitor/cleaner. Attached is a true and correct copy of McCaa's location sheet.

8.    At Angola, the TC grounds keeper is assigned to the treatment center as an outside orderly. The inmate's duties incude cutting grass, weed eating, cleaning sidewalks, cleaning the building, and basically maintaining the outside appearance of an area.

9.    At Angola, the job functions for MP PM laundry is assigned to Main Prison laundry at night. The inmates wash, dry and deliver laundry.

10.   At Angola, the job functions for a janitorial/cleaning and TC dorm orderly include basic janitorial duties like sweeping, mopping, dusting, wiping walls and counters.

11.   From 2012-2016, plaintiff Dan Riley's job assignments included a café attendant and nursing aid. Attached is a true and correct copy of Riley's location sheet.

12.   A nursing aid is assigned to a cellblock to assist Mental Health and walk the tiers.

13.   A café attendant works in the kitchen, washes dishes and cleans the dining area.

14.   From 2011-2017, plaintiff Wallace Breaux's job assignments included janitor/cleaner, dorm orderly, compost site, lines 5A, 15A, 25 and 26, MPP vegetable processing and welder/metal fabrication. Attached is a true and correct copy of Breaux's location sheet.

15.   At Angola, working the compost site could include picking up garbage on the garbage truck

or working at the actual compost site processing the garbage.

16    At Angola, Line 15A includes the weed eating crew.

17.    At Angola, the MPP Vegetable Processing includes processing the vegetables once they have

been picked and sorting out the bad/rotten vegetables.

18.    At Angola, a welder/metal fabricator is a welder in Angola's metal fabrication plant, which

makes locker boxes, bed frames and special projects.

*Amber Vitterio*

(Signature)

SWORN TO AND SUBSCRIBED before me, the undersigned notary, this __12__ day of

__April__ , 2019.

NOTARY PUBLIC
Bar Roll No./Notary No. __149312__
My Commission Expires __N/A__

-3-

## INMATE LOCATION SHEET

NAME: _William Dickerson_                              DOC#: _130818_

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 3-7-16 ⓒⓧ | D Raw 1/P | L-26 | Payne |
| 4-24-16 ⓒⓧ | Raw 2/P | L-27 | Payne |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

007560

**OFFENDER LOCATION SHEET**

NAME: William Dickerson                                   DOC#: 130818

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 3·1·10 TD | Wa 3 | Janitor Cleaner | Tillery |
| 3·4·10 TD | TCW1 | Trip | Sullivan |
| 3·4·10 TD | CHBR | Intransit | Sullivan |
| 3·8·10 TD | TCWD1 | Pat. | Sullivan |
| 3·24·10 TD | Wa 3 | Jan./Clean | Tillery |
| 5·4·10 TD | Wa 3 | Nursing aide 1 MP C/B | 5·2 |
| 3·21·11 TD | TCW1 | Pat. | Hull |
| 3·22·11 TD | Wa 3 | Nurs. aide MD C/B | Hull |
| 5·16·11 AB | HUNT | Flood evac | adm |
| 6·14·11 TD | Wa 3 | Nurs. aide 1 MP C/B | Adm |
| 8·18·11 TD | Wa 3 | Jan./Clean. Walk | 5·2 |
| 4·3·12 SM | TCW1 | TRIP | Wiley |
| 4·3·12 SM | Wa 3 | Walk Janitor Cleaner | Reagen |
| 4·10·12 SM | TCW1 | TRIP | Mealy |
| 4·10·12 SM | Wa 3 | Jan/Cleaner walk | Tillery |
| 4·27·12 SM | TCW1 | trip | Wiley |
| 4·27·12 SM | Wa 3 | Jan/Cleaner walk | Tillery |
| 7·16·12 SM | Gar 4/R | adm | Laprairie |
| 7·23·12 SM | Gar 2/L | ext. MAX | Tollner |
| 7·25·12 SM | Gtr 2/R | ext. | Laprairie |
| 8·8·12 SM | Gtr 3/L | ext. | Laprairie |
| 9·13·12 AB | gtr 1/L | ext | Tillery |
| 12·7·12 SM | Gtr 3/L | ext | stead |
| 12·12·12 SM | Gar 4/R | ext | ellis |
| 5·2·13 UM | gar 3/r | ext | ellis |
| 8·7·13 | gar 3/L | ext | tc stead |

007561

INMATE LOCATION SHEET

NAME: William Dickerson                                    DOC# 130818

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 7-12-05 t | TCW 1 | Trip | Roach |
| 7-12-05 t | Pine 4 | Metal Fab | Roach |
| 7-13-05 t | TCW 1 | Trip | Husing |
| 7-13-05 t | Pine 4 | Metal Fab | Hulf |
| 7-21-05 HS | TC w/ | trip | Husing |
| 7-21-05 HS | pine 4 | met. Lab | Dennis |
| 3-31-06 b | Pine 4 | Cul MP Sch | S.2 |
| 11-20-06 t | CBD 4/R | aun | Parker |
| 11-22-06 t | Pine 4 | Cul MP Sch | DB-Ra.. |
| 5-1-07 G | CBD 4/R | aun | McKay |
| 8-3-07 SG. | Pine-4 | MP Cul West Walk Ord. | S.2 |
| 8-10-07 t | Bear 4 | Cul C | DB |
| 11-27-07 t | C Bear | Spec Sgd | S.2 |
| 4-8-08 t | CBB 4/R | aun | Jones |
| 4-13-08 t | Bear 4 | Spec Sgd | DB-Ra.. |
| 4-22-08 t | Ful 4 | Spec Spec | Taus |
| 5-6-08 t | D Ful 4 | T/Unkn | S.2 |
| 5-18-08 | CBB 4L | Adm | Bass |
| 5-20-08 | CBA U/R | S-10    MAX | Mining |
| 12-22-08 | WN 03 | R-7    MED | Walker |
| 2-1-10 TD | Wal 3 | Cafeteria atuna / MP Cul. | 5.2 |
| 2-3-10 TD | Wal 3 | Janitor / Cleaner | 5.2 |
| 3-1-10 TD | → TCW 1 | Trip | Mallet |

007562

INMATE LOCATION SHEET

NAME: William Dickerson                                    DOC# 130 818

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 1-16-04 DS | Pine 4 | Dorm Ord | Lollis |
| 1-29-04 DS | Pine 4 | Horticulture | 5.2 |
| 2-25-04 t | Pine 4 | Metal Fab | 5.2 |
| 3-10-04 t | Todd 1 | Pub | Sollican |
| 3-11-04 t | Pine 4 | Metal Fab | Pular |
| 3-16-04 t | Todd 1 | trip | Parker |
| 3-16-04 t | Pine 4 | Metal Fab | Mallet |
| 11-16-04 t | Todd 1 | Trip | Tilley |
| 11-16-04 t | Pine 4 | Metal Fab | Tilley |
| 4-13-05 HS | TCW 1 | Trip | Hull |
| 4-13-05 HS | Pine 4 | Metal Fab | Roach |
| 5-13-05 t | Todd 1 | trip | Roach |
| 5-13-05 2 | Pine 4 | Metal Fab | Rauch |
| 5-27-05 t | Todd 1 | Trip | Rauch |
| 5-27-05 t | Pine 4 | Metal Fab | Sullian |
| 5-31-05 t | Todd 1 | Trip | Roach |
| 5-31-05 t | Pine 4 | Metal Fab | Tilley |
| 6-2-05 t | Todd 1 | Trip | Hull |
| 6-2-05 t | Pine 4 | Metal Fab | atkinson |
| 6-20-05 t | Todd 1 | trip | Roach |
| 6-20-05 t | Pine 4 | Metal Fab | Hull |
| 7-8-05 t | Todd 1 | Trip | Roach |
| 7-8-05 t | Pine 4 | Metal Fab | Hull |

007563

INMATE LOCATION SHEET

NAME: _William Dickerson_   DOC# _1306-12_

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 10-10 am | CCR O/D | ext | CBRB |
| 10-24-00h | May 1 | MP Unit | Butler |
| 1/8/02 | TCW 1 | L/R trip | Duncan |
| 1/8/02 | CCR U/D | ext | Duncan |
| 7-12-01 | TCW 1 | 4R put tug | T. ley |
| 7-12-01 | CCR U/P | ext | T. ley |
| 7-13-01 | TCW 1 | 4R trip | Sullivan |
| 7-13-01 | CCR UP/D | ext | Sullivan |
| 1-15-02 | TCW 1 | 4R trip | T. ley |
| 1-15-02 | CCR U/P | ext | T. ley |
| 3-22-02 | TU Low E | adm | Carr |
| 3-25-02 | CCR U/P | ext | DB-RM |
| 9-18-02 | TU Low E | adm | Johnson |
| 9-20-02 | CCR U/D | ext | DB |
| 11/06/02 | CBA 1/L | 1-0 | CBRB |
| 4-9-03 | Hic 2 | L-4     MED | CBRB |
| 4-11-03 | Hic 2 | cul MP/sch | S. Z |
| 5-19-03 | Pine 2 | cul mp/sch | Butler |
| 7-1-03 | CBD U/L | adm | Thames |
| 7-2-03 | TCW 1 | L/R tug | Ruard |
| 7-2-03 | CBD U/L | adm | Fowler |
| 8-14-03 | Pine 2 | yard orl | D 13 |
| 9-11-03 | Pine 2 | Dorm Orl | S. 2 |

## INMATE LOCATION SHEET

NAME: William Dichelson                                    DOC# 130818

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 10-26-98 K | CCR up /B | ext | Baker |
| 11-1-99 L | tower 1 | 4/R tag | Day |
| 11-1-99 L | CCR up /B | ext | Dunn |
| 11-8-99 K | Tower 1 | 4/R put trip | Mallet |
| 11-8-98 K | CCR up B | ext | Osvald |
| 11-22-99 L | r o w d 1 | 1/R put tag | Laborde |
| 11-22-99 L | CCR u/BT | ext | T. Lacy |
| 1-28-00 VD | TCWd1 | ext trip | Dixon |
| 1-28-00 VD | CCR upper B | ext | Day |
| 3-1-00 K | CCR low l E | adm | Day |
| 3-2-00 K | r o w d 1 | 4/R put tag | Mallet |
| 3-2-00 K | TU l/E | adm | Duncan |
| 3-10-00 VD | CCR upper B | ext | Day |
| 3-10-00 VD | TU lower E | adm | Day |
| 4-6-00 K | T o w d 1 | 4/R tag | White |
| 4-6-00 K | TU Low E | ext | T. Lacy |
| 4-12-00 K | Jag 2/R | ext | DB. |
| 6-20-00 K | T c w d 1 | 4/R tag | Dixon |
| 6-20-00 K | Jag 2/R | ext | Welch |
| 6-30-00 K | T o w d 1 | 4/R put tag | D Turner |
| 6-30-00 K | Jag 2/R | ext | Shelly |
| 7-17-00 K | TC dd 1 | 4/R tag | Gymark |
| 7-17-00 K | Jag 2/R | ext | White |

007565

INMATE LOCATION SHEET

NAME: _William Dickerson_          DOC# _136818_

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 6-23-98 | CSL-LB | ext | Sanders |
| 12-29-98 | TCWd1 | CR Trip | Day |
| 12-30-98 | CCR lower B | LID | LaBorde |
| 1-5-99 | TC Wd1 | 4R trip | Tilley |
| 1-5-99 | CCR L/B | ext | Tilley |
| 1-19-99 | CCC TCW1 | 4R trip | Tilley |
| 1-19-99 | CCR 4/B | ext | Lang |
| 1-29-99 | TCWd1 | 4R trip | Johnson |
| 1-29-99 | CCR Lower B/4 | Mon    ext    MAX | Cohen |
| 3-16-99 | TCWd1 | 4R + up | Tilley |
| 3-16-99 | CCR Low B | ext | Diane |
| 319-99 md | TCW1 | 4R TRIP | Tilley |
| 319-99 md | CCR lower B | ext | Tillery |
| 4-19-99 | CCR UP/B | ext | Salm |
| 5-11-99 | TCWd1 | 4R trip | Tilley |
| 5-11-99 | CCR U/B | ext | Ruller |
| 7-30-99 | CSLower6 | ad | Tous |
| 8-2-99 | CCR up/B | ext | DB-Rfun |
| 10-22-99 V6 | TCW1 | 4R trip | Sullivan |
| 10-23-99 V6 | CCR UB | ext | LaBorde |
| 10-23-99 V6 | TCW1 | 4R trip | Daunat |
| 10-23-99 V6 | CCR UB | ext | Duncan |
| 10-26-99 | TCWd1 | 4/R trip | Sullivan |

007566

INMATE LOCATION SHEET

NAME: William Dickerson                                      DOC# 130818

| Date/Posted By | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 5.5.92 fw | C Jag 2/L | ext ld | Brown |
| 7.29.92 op | hosp w/1 | pat (trip) | Oswald |
| 7.29.92 op | C Jog 2/L | ext | Sarreau |
| 8-13-92 ph | Hosp w-1 | pat-trip | Sarreau |
| 8-13-92 bh | Jag 2L | ext | Sarreau |
| 9-24-92 L | hosp w/1 | pat trip l/R | Huguet |
| 9-24-92 fw | C Jag 2/L | ext ld | Hines |
| 9-29-92 ph | Hosp w-1 | L/R pat | Rowe |
| 9-29-92 ph | C Jag 2l | ext | Huguet |
| 9-30-92 fw | hosp w/1 | pat trip l/R | Huguet |
| 9-30-92 L | c Jag 2/L | ext ld | Oswald |
| 2-25 Bch | Ct 1/2 | adm | Massey |
| 2-26-93 pl | Jig 1 R | Isol | DS |
| 3-6-93 pl | Jag 2/L | ext L/D | Templeton |
| 8-18-93 by | C t JR | adm | Scott |
| 8-23-93 th | Jag 2l | ext | At Q |
| 11-18-93 sh | CCR ct | ext | Andrews |
| 2-22-94 ag | hosp w-1 | L/R pat trip | Oswald |
| 2-22-94 ag | CCR ct I | ext L/D | Oswald |
| 1-11-95 K | RCA U | idle | Evans |
| 1-11-95 K | ccR c/t | ext | Andrews |
| 8-18-98 ed | csc-1-R | ext | Conway |
| 1-23-91 L | RCA U | idle | Schultis' |

INMATE LOCATION SHEET

NAME: Dickerson, William                    DOC# 130818

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 7-30-90 f | au | idle | |
| 7-30-90 f | D-r-1-r | l-14        Max | ICB |
| 9-7-90 | D huck 1/R | adm ld | Rachel |
| 9-10-90 rt | D Row 1 R | L-14 | Robinson |
| 4-3-91 ll | Hic 3 | l-5A | CBRB |
| 5-4-91 km | Hic-3 | L-5B | Andrews |
| 7-23-91 ab | CBE | adm ld | Knapps |
| 7-25-91 sh | Hic 3 | L-5B | LB |
| 8-12-91 sh | Escape | Escape | Wall |
| 8-13-91 ab | Hosp wd 1 | idle | Bailey |
| 8-13-91 ab | g gator 3R | adm ld | Bailey |
| 8-15-91 ab | RCAU | idle | Arnold |
| 8-15-91 d | g Gtr 3R | Adm ld | Arnold |
| 8-22-91 ab | g gator 3R | ext ld | LB |
| 9-12-91 mc | RCAU | Idle | Andrews |
| 9-12-91 mc | g Gtr 3 R | Ext LD | Andrews |
| 10-31-91 fu | Rcau | idle | Fortenberry |
| 10-31-91 fu | g gator 3/R | Ext ld | Fortenberry |
| 11-14-91 fu | Rcau | idle | Fortenberry |
| 11-14-91 fu | g gator 3/R | Ext ld | Fortenberry |
| 11-27-91 h | g gtr 1 r | DH    l3 | gmce |
| 12-6-91 u | g gar 4l | DH    l3 | Calvert |
| 1-22-92 h | Hu 1 B T | ext ld | gmce |

007568

## INMATE LOCATION SHEET

NAME: Ross McClua                                    DOC#: 156073

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 3·1·16 MR | Ash 1 | TC Grounds keeper | Smith |
| 1.2.17 @ | c/o St. Martinville | Intransit    MIN-A | Huel |
| 1/10/17 | Ash 1 | Grounds keeper TC B team | Fountain |
| 3·23·17 MR | Ash 1 | MP PM Laundry | 5.1 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**INMATE LOCATION SHEET**

NAME: ~~Ross McCaa~~                                     DOC#: 15008

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 11-5-08 | CBB U/R | Adm | Reid |
| 11-13-08 | Hic 3 | A-5 **MED** | DeBl |
| 12-5-08 | Hic 3 | TC Ord | 5.2 |
| 12-18-08 | Mac2 | TC Ord | DeB Wilson |
| 2-16-09 SG. | Ash-2 | TC Ord | Stroud |
| 4-2-09 | Ash2 | TC Ord | DeB Miller |
| 3-28-10 | Cyp1 | TC Ord **MIN B** | Carollat |
| 4-7-10 | Ash1 | TC Ord | Sharp |
| 8-3-10 | Cyp4 | TC Ord | Sharp |
| 8-5-10 | Ash1 | TC Ord **MIN A** | Boudelch |
| 5-13-11 LD | FDorm1 | TC ord | Adams |
| 10-13-11 LD | Ash1 | TC ord | Adm |
| 2-27-13 Lm | CBD U/L | adm | HLA |
| 3-5-13 PW | Ash 1 | **MIN-B** dorm ord Jan. cleaner | Lamontienes. |
| 3-5-13 PW | Ash 1 | Jan / clean dorm ord | 5.2 |
| 6-27-13 | TCA4 | Idle | Mealy |
| 6-27-13 | Ash | Dorm ord Jan. Cleaner | Richardson |
| 7-19-13 | Ash 1 | jan/cleaner TC ord | 5.2 |
| 10-3-13 | MPE Ash 1 | jan/ chr dorm ord | 5.2 |
| 10-31-13 PW | TCAU | Idle | Fountain |
| 10-31-13 PW | MPE Ash 1 | Jan. /Cleaner dorm ord | Fountain |
| 7-3-14 um | Ash1 | groundskeeper tc bteam | 5.2 |
| 4-29-15 PW | CBB U/R | adm | 30C Goodman |
| 5-6-15 PW | MPE Ash 1 | groundskeeper TC | RTR Corey |
| 7-16-16 MPE | Ash 4 | Grandskeeper TC B-Team | Jarvis |

005167

INMATE LOCATION SHEET

NAME: Ross  Mc Cuo.

DOC# 156073

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 8-20-96 | CBD 4/R | Adm | Army |
| 9-4-96 | Wal 4 | L-7 | AB |
| 9/7/96 | Hic 1 | L-7 | Re |
| 1/29/97 | Hic 1 | cs yd ord | 5.2 |
| 2-25-97 | May 4 | cs yd ord | ξ RB |
| 8-5-98md | TCW 1 | trip | Rabb |
| 8-5-98md | TCW 1 | Pat | Laborde |
| 8-6-98 | May 4 | cs yd ord | Cuplat |
| 12-16-98md | mag 4 | yd ord DE/CCR | 5.2 |
| 2-17-99md | mag 4 | TC yard ord / med MED | 5.2 |
| 11-23-99md | mag 4 | Tu ccR yard ord | 52 |
| 3-29-01 | mag 4 | TU /CCR visit ord | 5.1 |
| 12-4-01 | May 4 | Em ord | 5.2 |
| 12-18-01 HS | mag 4 | TC ord | 5.2 |
| 10-10-02 HS | CB B 4/R | adm | Gillespie |
| 10-18-02 | May 4 | T C ord | UR |
| 9-4-03 HS | mag 4 | TC ord, MIN C | ERB |
| 9-10-03 HS | ash 2 | TC ord. | Parker |
| 3-16-05 HS | TCW1 | Trip | atkinson |
| 8-16-05 HS | ash 2 | TC/ ord. | Tillery |
| 2-28-07 PS | ash 2 | TC ord MIN B | RRB |
| 8-28-08 | Cup 1 | TC ord | Benjamin |
| 9-4-08 | Cloha | TC ord | Mijo |

## INMATE LOCATION SHEET

NAME: Ross McCaa                          DOC# 156073

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 11-4-91 Js | all | idle max | |
| 11-4-91 Js | A at | line 21 | ICB |
| 11-19-91 Js | Ctig 2s | adm ed | Brown |
| 11-20-91 fm | A APT | l.21 | Carter |
| 1-13-92 fu | Ctig 3/L | admed | Brown |
| 1-15-92 ap | Ctig 1/L | 101 | DB |
| 1-17-92 ap | Ctig 1/L | adm | DB |
| 1-20-92 fu | Ctig 3/L | admed | Laurtino |
| 1-22-92 fu | A APT | l.21 | DB |
| 3.4.92 ap | Ctig 2/L | adm | Cannon |
| 3-19-92 fu | CBA 4/L | l.15 | Sterling |
| 4-21-93 ph | Pine 1 | L-5A | CBPB |
| 5-16-92 ap | Pine 4 | l-5A | Andrews |
| 3-30-93 | Pine 4 | mpcul | 5-2 |
| 9-14-93 PZ | Cyp 1 | kit | Bonds |
| 9-28-93 PZ | CBDUR | aom | Dougett |
| 9-29-93 SR | Cyp 1 | Cul | DB |
| 4-5-95 PZ | Cyp 1 | dorm ord | 5-2 |
| 5-11-95 K | CBD 4/2 | adm | Carter |
| 5-12-95 DD | Cyp 1 | epd | Cutrer |
| 2/10 Fu | CBDUR | adu | Jones |
| 2-15-96 C | Mag 3 | dorm ord | DB |
| 3-21-96 K | Cyp 1 | dorm cul | Briggs |

005169

## INMATE LOCATION SHEET

NAME: _Riley, Dan B/M_        DOC#: _113138_

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 7-19-16 | D TGW1 | Pat | Mitchell |
| 7-21-16 | Eag2 | Caff attend. | Fountain |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

006047

## INMATE LOCATION SHEET

NAME: Dan Riley                                            DOC#: 113/38

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 1-11-06 HS | Fal. 2 | T/Walker | allen |
| 7/24/06 Y | Fal 2 | T/Walker   MIN C | IRB |
| 9-13-06 HS | Fal. 2 | cul D night cr. | 5.2 |
| 1-1-07 PS | Hwk 1/L | adm | Capt. Tubbs |
| 1-5-07 PS | Fal 2 | D cul night Cr. | Rta-Richardson |
| 9-22-07 | Fal 1 | Cul D Night Crew  MED | Bordelon |
| 10-17-07 | DFal 1 | Cul D nights | 5.2 |
| 9-24-08 | Hwk 1/R | adm | Bass |
| 9-25-08 | Fal 1 | D cul night | David |
| 7-7-10 | Hwk 1/R | adm | Whitaker |
| 7-14-10 | Raw 1/R | 8-20   MAX | DRRL |
| 10-6-10 | Fal 2 | 8-24   MED | Hunter |
| 10-14-10 | Fal 2 | Nursing Circle | 5.2 |
| 10-21-10 | Fal 1 | Nursing Circle | Payne |
| 3-3-11 D | Fag 2 | Nurse Aide | Bordley |
| 8-20-13 DS | Fag-2 | nursing aid  MIN C | Davis |
| 8-28-13 | DEag 2 | Cafe attendant | 5.2 |
| 1-8-14 um | TCW1 | trip | Payne |
| 1-9-14 um | North Oaks Hammond | intransit | Fountain |
| 1-10-14 RG | TCW1 | Pat | mire |
| 1-17-14 RG | D Eag 2 | cafe attendant | Payne |
| 2-9-16 MR | TCW1 | Pat | Johnson |
| 2-9-16 MR | Eag2 | Cafe Att. | Payne |
| 5/31/16 gu | TCW1 | Pat | Payne |
| 6/1/16 gu | DEag 2 | Cafe Att | Mallet |

006048

INMATE LOCATION SHEET

NAME: Dan Riley                                                          DOC# 113138

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 11-14-94 d | AU | Idle | |
| 11-14-94 d | J-Bass | Gen Ord | ACB |
| 3-1-96 L | Tig 2/L | Adm | Turner |
| 3/4/96 | Bass | GenGd  Dm M/w | Brown |
| 7-28-97 do | TC W1 | trip | Rabb |
| 7-28-97 2 | Bass | Gen'ord | Hunt |
| 9-26-97 2 | TCW1 | trip | Parnell |
| 9-26-97 2 | Bass | gen ord | LaBorde |
| 10-30-97 t | TC wd 1 | pat | Cabula |
| 10-30-97 t | TC wd 1 | trip | Johnson |
| 10-30-97 t | c-Bass | Gen ord | Hut |
| 11/3/97 2 | TC Wd 1 | trip | Parnell |
| 11/3/97 2 | Bass | Gen ord | LaBorde |
| 1/9/98 SE | TCW1 | L/R Trip | Bass |
| 1/9/98 SE | Tig1L | adm | Rabb |
| 1/13/98 SE | Wolf 3 | L-17 | Carr |
| 2-1-98 W | TCW1 | pat | Devet |
| 2-2-98 2 | TCW1 | trip | LaBorde |
| 2-2-98 2 | Wolf 3 | L-17 | Rabb |
| 2/20/98 SS | TCW1 | Trip | Basco |
| 2/20/98 S | Wolf 3 | L-17 | Rabb |
| 3-6-98 2 | TC wd 1 | trip | LaBorde |
| 3-6-98 2 | Wolf 3 | L-17 | Rabb |

## INMATE LOCATION SHEET

NAME: Breaux, Wallace                                    DOC#: 236896

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 6-26-17 | TCW 1 | Pat | Mealy |
| 6-27-17 m2 | ASh 3 | Jan /clean Dorm Ord | Mealy |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## INMATE LOCATION SHEET

NAME:   Breaux, Wallace  # 236896

| Date Posted | Location | Work Assignment / Custody | |
|---|---|---|---|
| 05/16/2011 | CCHPDI | Jdle max | ICB |
| 6·16·11 TD | Rav 11R | L·26 | Hunter |
| 6·23·11 TD | Fal 4 | L·25 MED | Davis |
| 11·4·11 TD | ·TCW1 | Trip | Jones |
| 11·4·11 TD | Fal 4 | L·25 | Davis |
| 6·12·12 sm | Oak·3 | L·5A MINT | Turner |
| 10·3·12 sm | Cyp·3 | L5A | Woods |
| 12·4·12 sm | Cyp·3 | L5A | Thomas |
| 10·12·12 sm | Cyp·3 | MIPR. Prod. Veg. processing | 5.2 |
| 12·13·12 sm | Cyp·3 | L5A | 5·2 |
| 1·7·13 sm | Cyp 3 | Compost site | 5.2 |
| 2·6·13 UL | F D1 | Compost site | Capt. Wilton |
| 3·26·13 UL | F D1 | Compost site J2: Ged10 | 5.2 |
| 1·30·14 PU | TCW1 | Trip | Mire |
| 1·30·14 PU | F D1 MIN-A | GED 10 Comp. Site | Crosby |
| 4·28·14 (Rg) | F D1 | GED 13 – Compost Site | 5.2 |
| 5·20·14 | Spr 4 | L·15A | Cummings |
| 5·21·14 VL | Spr 4 | 2·6 | 5.2 |
| 9·9·14 | Spr 4 | Welder Metal Fab | 5·2 |
| 12·13·14 | Ash 4 | Welder Metal MIN-AD | McQuater |
| 8/18/15 MR | TCW1 | Trip | Davis |
| 8/20/15 MR | Ash 4 | Welder Metal Fab | Johnsen |
| 1·2·16 (Boy) MPE | Ash 3 | Welder Metal Fab | Bibbins |
| 8·3·16 MR | Ash 3 | Jan/cln Dorm Ord | 5.2 |

## INMATE LOCATION SHEET

NAME: Wallace Breaux                    DOC#: 336086

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 4-30-08 | CBBU/R | cen | Lee |
| 5-5-08 SG | Hic-1 | 1-4 MED | Duncan |
| 5-6-08 SG | Hic-1 | Metal Fab | 5.2 |
| 6-17-08 SG | Cyp-2 | Metal Fab | Williams |
| 8-15-08 | Cyp 2 | Tractor Repair MIN A | LR03 |
| 10-12-08 | F 4/R | Sm Ent | Sitman |
| 10-15-08 | FD 4/R | Tractor Repair | 5.2 |
| 6-4-08 | FD 4/R | Refuse/Recyc material Collectn - Comp Site | 5.2 |
| 8-20-10 TD | CBB 4R | Adm | Long |
| 8-24-10 TD | FD 4/R | Refuse/Recyc. mat. Coll. Compost site | Rosso |
| 11-1-10 TD | Oak 3 | Refuse/Recyc. Mat. Coll. Composit site | Hull |
| 11-8-10 TD | Oak 3 | Groundskeeper Ged02 yard Ora. | 5.2 |
| 11-10-10 TD | Oak 3 | Auto Svc. Trch/Mech 3 As & R | 5.2 |
| 12-23-10 TD | CBD 4R | Adm | Drake |
| 1-5-11 TD | Rav 2 L | L.27 MAX | Drake |
| 3-24-11 TD | Rav 4 R | L.26 | Payne |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

019078

INMATE LOCATION SHEET

NAME: Wallace Breaux                                      DOC# 236896

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 11-17-03 SS | F D 4/R | L-38          MIN A | Woods |
| 2-25-04 † | Tudd 1 | pat | Roach |
| 3.5-04 ← | F D 4/R | L-38 | Sullivan |
| 8-24-04 † | Tudd 1 | trip | Butler |
| 8-24-04 ← | Tudd 1 | pat | Roach |
| 8-25-04 † | F D 4/R | L-3 L | Sullivan |
| 10-1-04 † | Tudd 1 | Trip | Martin |
| 10-1-04 ← | F D 4/R | L-38 | Mallet |
| 10-16-04 ← | Tryll | am | D evers |
| 1-11-05 ← | Todd 4/R | L-19          MAX | Mc Mills |
| 5-17-05 † | Wolf 3 | L-15A          MED | Jones (BR4 |
| 15-16-05 ← | Tudd 1 | Pat | Sullivan |
| 11-17-05 † | Wolf 3 | L-15A | Sullivan |
| 2-11-06 † | Wolf 1 | Gun cart | Jones |
| 1-20-06 ← | Wolf 1 | Crush House          MIN A | IRB |
| 6-24-06 ↑ | F D 2 | Crush House | IRB |
| 8-28-06 ← | Cyp 3 | cul MP Sch | IRB |
| 3.6-07 ← | Ash 2 | cul MP sch | Burdeu |
| 5-16-07 ← | Ash 2 | Tract Repair | S-2 |
| 5-30-07 56 | Ash 1 | Tractor Repair | Darthis |
| 7/03/07 56 | Ash-2 | Tractor Repair | Straed |
| 11-14-07 ← | CBB U/R | am | Sullivan |
| 11-16-07 SG | Ash-2 | Tractor Repair | Long |

019079

INMATE LOCATION SHEET

NAME: _Wallace Bremer_          DOC# 236876

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 10-8-98 ts | Pine 1 | Yard Ord | 5-2 |
| 10-23-98 t | Pine 4 | ord | Tracy |
| 11-28-98 md | Pine 2 | yd ord | Felder |
| 12-15-98 t | RCAV | idle | Terrell |
| 12-15-98 t | Pine 2 | yd ord | RTL |
| 1-11-99 t | TC wd 1 | pt | Mayans |
| 1-25-99 K | Pine 2 | ord          MED | Tracy |
| 1-19-00 AB | Pine 2 | TC Yd. Ord. | 52 |
| 3-16-00 AN | Pine 2 | Matt Fact. | |
| 4-7-00 AN | Mag 2 | matt fact | Bell |
| 5-16-00 t | CBBU/R | adm | Bordelon |
| 5/18/00 | Mag 2 | matt fact | Johnson |
| 4-8-01 t | Mag 3 | Matt Fact | Edmonds |
| 12-4-01 t | Mag 3 | Print Shop | 5.2 |
| 5-21-02 t | Mag 3 | walk ord | 5.2 |
| 9-24-02 t | CBBU/R | adm | Laurant |
| 10-4-02 t | Mag 3 | walk ord | DB-Row |
| 10-25-02 k | Mag 3 | Incin School    MIN A | IRB |
| 11-13-02 k | Ash 3 | Incin School | Wilson |
| 1-13-03 t | TC wd 1 | trip | Mallet |
| 1-13-03 k | Ash 3 | Main Sch | Tilley |
| 2-27-03 t | FO M/R | GCMC | IRB |
| 11-13-03 t | Tiger/R | adm | McMillen |

019080

INMATE LOCATION SHEET

NAME: _Wallace John Breaux_                    DOC# 236896

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 12-11-95 C | RCAU | Idle | Hudson |
| | Co Calcasieu | Intransit | Rabalais |
| 1-18-96 k | RCAU | idle | Carr |
| 1/18/96 | Hic 1 | L-10 | Nork |
| 1-25-96 c | CBB 4/2 | Adm | Deiille |
| 1/26/96 | Hic 1 | L-10 | DB |
| 2/25/96 | Hic 3 | L-10 | Landry |
| 8-25-96 c | Hic 1 | L-4 | Idlette |
| 1-13-97 k | CBD U/L | adm | Ducote |
| 1-13-97 k | TC W/1 | c/R tup | Daugat |
| 1-14-97 c | TC w/1 | Adm | Poret |
| 1-15-97 c | TC wd 1 | c/R prat buj | Tilley |
| 1-15-97 c | TC wd 1 | adm | Tilley |
| 1-15-97 k | Hic 1 | L-4 | Tilley |
| 5-18-97 c | Hic. 1 | L-6 | Phyllis |
| 8-29-97 c | Hic 1 | Fire 6 | S-2 |
| 9-24-97 c | CBD 4/L | aep | Barbela |
| 9-26-97 c | Hic 1 | Fire | McKay |
| 11-16-97 g | RCAU | idle | Rabalais |
| 11-16-97 k | Hic 1 | L-4 | Gautreer |
| 4-15-98 w | Hic 1 | yd crd | S-2 |
| 7-19-98 k | Pine 1 | Yd ard | Nellez |
| 8-26-98 c | Pine 1 | 915 Whse | 8.2 |

019081

INMATE LOCATION SHEET

NAME: WALLACE JOHN BREAUX, JR.          WM          DOC# 236896

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 9-13-93 gg | aw | Idle | |
| 9-13-93 gg | CBB | Line 16 - May | ICB |
| 12-22-93 PL | Br 4 | I-11 | Irenk |
| 12-2-93 07 | T 2 L | adm | Gauf |
| 12-8-93 07 | T 1 L | adm | Victoria |
| 12-13-93 L | Br 4 | I-11 | IB |
| 3-17-94 ag | Bear 4 | Culinary | JJ |
| 3-19-94 PL | Br 1 | Lit | Gauf |
| 5-5-94 ag | Tig 3/L | adm | Mayeax |
| 5-6-94 Ro | Bear 1 | L10 | DB |
| 6-31-94 ag | Tig 4/R | adm | Gauf |
| 6-22-94 PL | Br 1 | I 10 | Brown |
| 8-23-94 t | Tig 4/L | adm | Anderson |
| 8-23-94 t | Bear 1 | L-10 | RTQ |
| 9-8-94 t | Bear 3 | L-10 | Gary |
| 9-29-94 ag | Bear 3 | am L-10 / Pm Acad sch | J.2 |
| 10-12-94 ag | Tig 4/L | adm | Anderson |
| 10-18-94 PL | Br 3 | pm sch I 10 | DB |
| 1-19-94 Pl | Tig 4/L | adm. | Johnson |
| 1-21-94 PL | T 1 R | Isol | DB |
| 11-28-94 ek | Bear 3 | PM acad sch I-10 | Brown |
| 8-24-95 C | Hic 3 | pm. Sch. I-10 | Vannoy |
| 8-26-95 C | Hic 1 | F/T L-10 | ITCS |

019082