UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | )
|---|---|
| EARL PETERS, *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| v. | )  Docket No. 16-cv-842-SDD-RJB |
| | ) |
| RAMAN SINGH, *et al*. | ) |
| | ) |
| Defendants. | ) |

STATEMENT OF MATERIAL FACTS
IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

In accordance with Local Rule 56(b) and Fed. R. Civ. P. 56, Plaintiffs submit this statement of undisputed material facts.

| Number | Plaintiffs' Fact | Defendants' Response |
|---|---|---|
| 1<br>Earl Peters | Plaintiff Earl Peters was diagnosed with a hernia at least as early as April 16, 2013, and on that date was referred to General Surgery for repair of Right Inguinal Hernia.[1]<br><br>On February 17, 2014, a surgery referral for Plaintiff Earl Peters was declined with the explanation that "Hold all surgeries if hernia is reducible per medical director effective 10-31-13."[2]<br><br>On May 20, 2015, Plaintiff Earl Peters' hernia was rated as a 4.5/5 on a scale of 1 to 5, and was described as a "Large (grapefruit size) herniation into scrotal sack – deviation of genitalia architecture."[3]<br><br>On September 24, 2015, his hernia was rated as a 5 on a scale of 1 to 5, and Dr. Lavespere wrote "Very large RIH – non-reducible, scrotal involvement, needs repair."[4]<br><br>On August 3, 2016, Earl Peters received hernia surgery.[5] | |

---

[1] Ex. EE (000773541.xls); R. Doc. 79-5 at ¶ 3 (Defendants' Undisputed Facts).
[2] Ex. NNNN (Bates #017591-2); R. Doc. 79-5 at ¶ 7 (Defendants' Undisputed Facts).
[3] Ex. XXX (Bates #005704); R. Doc. 79-5 at ¶ 7 (Defendants' Undisputed Facts).
[4] Ex. NNNN (Bates #017593); R. Doc. 79-5 at ¶ 7 (Defendants' Undisputed Facts).
[5] R. Doc. 79-5 at ¶ 30 (Defendants' Undisputed Facts).

| | | |
|---|---|---|
| 2<br>Russell Ware | On October 14, 2011, Russell Ware was diagnosed with a hernia.[6]<br>On November 20, 2012, he was referred to LSU Health General surgery for his hernia.[7]<br><br>On February 13, 2014, a surgery referral request was denied with the explanation that "Hold all surgeries if hernia is reducible per medical director effective 10-31-13."[8]<br><br>On a spreadsheet entitled "LSP Hernia Repair List", dated March 28, 2014, there is a notation by Mr. Ware's name: "Declined by HQ."[9]<br><br>On June 28, 2016, Plaintiff's counsel sent a letter to Director Singh that Dr. Belott was willing to perform surgery on Mr. Ware.[10] Director Singh never responded to the letter.<br><br>Mr. Ware received surgery on May 10, 2017.[11] | |
| 3<br>Lavelle Myers | On June 13, 2012, Lavelle Myers was referred to general surgery for evaluation of a ventral hernia.[12]<br><br>On November 5, 2012, Dr. Lavespere noted that the plan for Mr. Myers was general surgery.[13]<br><br>On August 12, 2013, Dr. Lavespere notes that Lavelle's hernia is "urgent" and asks for "GI appt ASAP" for "ventral hernia".[14]<br><br>On February 13, 2014, Dr. Lavespere's request was declined, with the "reason for declining the referral" being "Hold all surgeries if hernia is reducible per Medical Director effective 10-31-13."[15] | |

---

[6] Ex. PPP (Bates #002375); R. Doc. 81-5 at ¶ 4 (Defendants' Undisputed Facts).
[7] R. Doc. 81-5 at ¶ 5 (Defendants' Undisputed Facts).
[8] Ex. SSS (Bates #002641); R. Doc. 81-5 at ¶ 8 (Defendants' Undisputed Facts).
[9] Ex. Z at Row 67
[10] Ex. FF.
[11] Ex. PPPP (Bates #017653); Ex. AAAAA (Bates #022538-40); R. Doc. 81-5 at ¶ 24 (Defendants' Undisputed Facts).
[12] Ex. OOO (Bates #001292); R. Doc. 80-5 at ¶ 3 (Defendants' Undisputed Facts).
[13] Ex. OOO (Bates #001292); R. Doc. 80-5 at ¶ 3 (Defendants' Undisputed Facts).
[14] Ex. MMMM (Bates #017584)
[15] Ex. MMMM (Bates #017586); R. Doc. 80-5 at ¶ 10 (Defendants' Undisputed Facts)

| | | |
|---|---|---|
| | On a spreadsheet entitled "LSP Hernia Repair List", dated March 28, 2014, there is a notation by Lavelle's name: "Declined by HQ."[16]<br><br>Mr. Myers had his hernia repaired on September 6, 2016.[17] | |
| 4<br>Wallace<br>Breaux | On June 12, 2008, Wallace Breaux was diagnosed with a "large" hernia.[18]<br><br>On June 30, 2011, a doctor referred Mr. Breaux to the Surgery Clinic for his hernia.[19]<br><br>Wallace's name appeared on a spreadsheet dated May 21, 2012, with the notation "Hernia surgery needed."[20]<br><br>On June 16, 2012, a doctor noted "incarceration" regarding his left hernia.[21]<br><br>On September 26, 2012, a doctor notes left inguinal hernia awaiting surgical repair.[22]<br><br>On January 11, 2013, a doctor noted "Left inguinal hernia, due for c-scope, then LIH surgery."[23]<br><br>On September 16, 2015, a doctor wrote "surgery needed."[24]<br><br>He received hernia surgery on December 6, 2017.[25] | |
| 5<br>Herman<br>Bella | Herman Bella was diagnosed with a hernia at least as early as June 15, 2010.[26]<br><br>On August 29, 2013, Dr. Collins requested a surgery clinic appointment for his hernia.[27] | |

---

[16] Ex. Z at Row 50
[17] Ex. MMMM (Bates #017588); R. Doc. 80-5 at ¶ 23 (Defendants' Undisputed Facts)
[18] R. Doc. 82-5 at ¶ 2 (Defendants' Undisputed Facts)
[19] R. Doc. 82-5 at ¶ 3 (Defendants' Undisputed Facts)
[20] Ex. ZB; Ex. H.
[21] Ex. EEEE (Bates #015823)
[22] Ex. EEEE (Bates #015811)
[23] Ex. EEEE (Bates #015806)
[24] Ex. EEEE (Bates #015736)
[25] R. Doc. 82-5 at ¶ 33 (Defendants' Undisputed Facts)
[26] Ex. UUU (Bates #002765); R. Doc. 75-5 at ¶ 3 (Defendants' Undisputed Facts)
[27] Ex. HHHH (Bates #017470)

|   |   |   |
|---|---|---|
|   | On February 13, 2014, Dr. Lavespere's request was declined by a DOC HQ coordinator, with the "reason for declining the referral" being "Hold all surgeries if hernia is reducible per Medical Director effective 10-31-13."[28]<br><br>On September 12, 2016, he was referred to general surgery because of a "fist sized" hernia.[29]<br><br>On January 24, 2017, Mr. Bella received hernia surgery.[30] |   |
| 6<br>Ronald Ailsworth | On January 25, 2013, Mr. Ailsworth's doctor-assessed medical history included a right inguinal hernia.[31]<br><br>On July 11, 2013, a doctor's assessment was Right Inguinal Hernia – "await surgery." [32]<br><br>By March 22, 2017, a doctor noted that his hernia was larger than fist sized, with "superficial scrotal involv, + architect deviation" and that it was reducible with difficulty.[33]<br><br>On March 28, 2017, a doctor recommended an appointment with the surgery clinic for the hernia.[34]<br><br>On August 16, 2017, a doctor requested hernia repair for Mr. Ailsworth.[35]<br><br>On October 2, 2017, Mr. Ailsworth received hernia surgery.[36] |   |
| 7<br>William Dickerson | On June 22, 2011, Mr. Dickerson was diagnosed with a cataract in his left eye.[37]<br><br>On March 19, 2012, he was referred for surgery.[38] On August 22, 2012, he was ordered for "Trip out cataract surgery."[39]<br><br>He was ordered for cataract surgery again in September 2012.[40] |   |

---

[28] Ex. HHHH (Bates #017471); R. Doc. 75-5 at ¶ 7 (Defendants' Undisputed Facts)
[29] Ex. UUU (Bates #002778)
[30] Ex. RRRR (Bates #019687, 019688); R. Doc. 75-5 at ¶ 18 (Defendants' Undisputed Facts).
[31] Ex. CCCC (Bates #011201)
[32] Ex. CCCC (Bates #011186)
[33] Ex. CCCC (Bates #011109); R. Doc. 76-5 at ¶ 9 (Defendants' Undisputed Facts).
[34] Ex. GGGG (Bates #017468)
[35] Ex. SSSS (Bates #019696); Ex. TTTT (Bates #019698); R. Doc. 76-5 at ¶ 12 (Defendants' Undisputed Facts).
[36] Ex. UUUU (Bates #019784); R. Doc. 76-5 at ¶ 13 (Defendants' Undisputed Facts).
[37] Ex. VVV (Bates #003818); Ex. ZF at 2.
[38] Ex. ZF at 2; Ex. VVV (Bates #003816)
[39] Ex. VVV (Bates #003814)

| | | |
|---|---|---|
| | Mr. Dickerson is still waiting for that cataract surgery.[41]<br><br>On December 21, 2015, Mr. Dickerson was diagnosed with a left inguinal hernia.[42]<br><br>On April 15, 2016, Dr. Lavespere noted that it was "getting larger" and causing "mid pubic pain" and "+/- difficulty" with bowel movements.[43] It was greater than fist sized, in the superior aspect of Mr. Dickerson's scrotum, and "difficult to reduce but reducible" with discomfort. It was causing architectural deviation of his genitals, pushing Mr. Dickerson's penis to the right.[44] He rated it a 4.5 out of 5, and planned for a general surgery consult.[45] He wrote "please eval for repair."[46]<br><br>He received hernia surgery on November 29, 2016.[47] | |
| 8<br>Iddo Blackwell | On February 24, 2012, a doctor noted Iddo Blackwell had a "bad cataract" in his right eye.[48]<br><br>On March 14, 2012, the doctor noted that "The patient needs an evaluation at LSU Eye Center in preparation for cataract surgery, both eyes."[49]<br><br>On November 28, 2012, Dr. Coullard noted that Mr Blackwell had been referred out, and was waiting on an appointment for surgery.[50]<br><br>On January 22, 2013, Mr. Blackwell was again referred for surgery.[51]<br><br>By June 5, 2013, Dr. Coullard assessed Mr. Blackwell's left eye to be 20/200 and his right eye only "light perception."[52] Mr. Blackwell was therefore legally blind. | |

---

[40] Ex. ZA at Row 44.
[41] Ex. FF at 9 (Declaration of W. Dickerson).
[42] R. Doc. 77-5 at ¶ 2 (Defendants' Undisputed Facts).
[43] Ex. ZG at 1.
[44] Ex. ZG at 2; R. Doc. 77-5 at ¶ 4 (Defendants' Undisputed Facts).
[45] Id. at 1; R. Doc. 77-5 at ¶ 4 (Defendants' Undisputed Facts).
[46] Id. at 2; R. Doc. 77-5 at ¶ 4 (Defendants' Undisputed Facts).
[47] R. Doc. 77-5 at ¶ 15 (Defendants' Undisputed Facts).
[48] Ex. MMM (Bates #000108)
[49] Ex. AAAA (Bates #008359); See also Ex. ZF
[50] Ex. MMM (Bates #000221)
[51] Ex. ZF at 1.
[52] Ex. MMM (Bates #000220)

| | | |
|---|---|---|
| | Dr. Coullard noted that the cataract in the right eye was "hypermature" and referred him for a trip out.[53]<br><br>By January 16, 2015, Mr. Blackwell's eyes were "hand motion" in his right eye and 20/400 in his left eye.[54] A doctor wrote: "Recommend cataract extraction, right eye first."[55]<br><br>On March 30, 2015, Mr. Blackwell received surgery on his right eye.[56]<br><br>A left-eye surgery date in August 2015 was cancelled due to high glucose, and so Mr. Blackwell received surgery on his left eye on December 14, 2015. [57] | |
| 9<br>Jimmy Turner | On November 11, 2011, Mr. Turner had a trip out to be evaluated for right eye cataract surgery.[58]<br><br>On February 28, 2012, Dr. Lavespere noted that Mr. Turner was "recently back from optho appt" and "needs cataract sx R eye."[59]<br><br>By July 24, 2012, a coordinator noted that Mr. Turner was approved by "surgical Review Committee if Drs deem surgery is indicated."[60]<br><br>On August 28, 2012, his right cataract was again noted and the doctor's plan was "Trip out for cataract surgery."[61]<br><br>By November 28, 2012, a doctor noted he had a "dense cortical cataract."[62]<br><br>On June 5, 2013, he was again referred for a trip out for cataract surgery.[63]<br><br>On August 26, 2013, a doctor submitted "REQUEST CATARACT SX" in Eceptionist.[64] | |

---

[53] Ex. MMM (Bates #000220)
[54] Ex. MMM (Bates #000062)
[55] Ex. AAAA (Bates #008376)
[56] Ex. MMM (Bates #000049)
[57] Ex. MMM (Bates #000267, 000282)
[58] Ex. ZC at page 244
[59] Ex. DDDD (Bates #014589)
[60] Ex. DDDD (Bates #014573)
[61] Ex. ZC at page 237
[62] Ex. DDDD (Bates #014526)
[63] Ex. ZC at page 235

| | | |
|---|---|---|
| | On June 13, 2016, Mr. Turner received right eye surgery. | |
| | | |
| 10 Kevin Mathieu | March 6, 2013, a doctor noted that Kevin Mathieu had declining vision and cataracts, with a bilateral visual acuity of 20/200.[65]<br><br>On June 28, 2013, the doctor recommended him for cataract surgery in both eyes.[66] That same day, Dr. Coullard wrote that Mr. Mathieu was "legally blind" (underlined in original).[67]<br><br>On October 14, 2013, a doctor creates a plan for Kevin: "cataract evaluation and surgery."[68]<br><br>On November 18, 2013, a doctor noted that Kevin had "problems reading secondary to cataracts" and noted that he had "opth f/u-surg pending."[69]<br><br>On March 6, 2014, Dr. Barron ordered cataract extraction in the right eye first.[70] DOC HQ coordinator Diane Angelico wrote "So, this surgery is approved? IF so, will ask drs for date." Jannell Mills responded "yes can you get you a date please thanks!"[71]<br><br>On June 29, 2015, Kevin had left eye cataract surgery.[72]<br><br>On November 9, 2016, Kevin was denied work release due to "medical concerns."[73] On January 12, 2017, Dr. Salisbury cleared Kevin for work release.[74] On July 31, 2017, Kevin was released without having received right eye surgery.[75] | |
| 11 Ross McCaa | On April 24, 2009, Ross McCaa was diagnosed with cataracts.[76]<br><br>On November 5, 2012, a doctor noted cataracts in both eyes, and set the plan to be cataract surgery in the right eye first.[77] | |

---

[64] Ex. OOOO (Bates #017623)
[65] Ex. NNN (Bates #000643); *See also* Ex. ZF
[66] Ex. NNN (Bates #000662)
[67] Ex. ZD at page 146.
[68] Ex. NNN (Bates #000632, 000635)
[69] Ex. NNN (Bates #000634)
[70] Ex. KKKK (Bates #017536)
[71] Ex. KKKK (Bates #017536)
[72] Ex. NNN (Bates #000522, 000558, 000559)
[73] Ex. HH.
[74] Ex. NNN (Bates #000733)
[75] Ex. CCCCC (Bates #023100)
[76] Ex. ZF.
[77] Ex. WWW (Bates #005072)

|    |    |    |
|----|----|----|
|    | On October 19, 2016, the eye clinic noted a "dense cortical" cataract in Mr. McCaa's right eye, and a less serious cataract in his left eye.<br><br>Mr. McCaa has not yet received cataract surgery on either eye.<br><br>On May 9, 2016, a doctor noted a left inguinal hernia, and set the plan to be "surgery consult hernia."[78]<br><br>On November 14, 2016, Dr. Lavespere ordered "Please sched apt with Onsite Surg cln."[79]<br><br>On November 29, 2016, a doctor noted that the hernia was growing into Mr. McCaa's scrotum.<br><br>On July 13, 2017, it was noted that "Dr. Morrison in gen sx clinic at LSP recommending hernia repair please schedule as ordered."[80]<br><br>On August 28, 2017, Mr. McCaa received hernia surgery.[81] |    |
| 12 | Some reducible hernias require surgery.[82] |    |
| 13 | A list, dated May 21, 2012, was generated of Angola inmates with the notation "Hernia surgery needed."[83] |    |
| 14 | An Offender Surgical Procedure Request form was created that said, in part: "Reducible Hernia – to be managed non-operatively."[84] |    |
| 15 | Notes from a November 13, 2013, meeting say, in part, "If/when a surgeon documents the need for the hernia repair it is hard to overrule this decision" and "If they do not meet criteria do not send to surgeon. Reducible hernia's will be managed non-operatively by PCP at prison."[85] |    |

---

[78] 005061; 017051; R. Doc. 78-2 at ¶ 2 (Defendants' Undisputed Facts).
[79] 017583; R. Doc. 78-2 at ¶ 4 (Defendants' Undisputed Facts).
[80] 019695
[81] 019813 – 019815; R. Doc. 78-2 at ¶ 8 (Defendants' Undisputed Facts).
[82] Johnson v. Doughty, 433 F. 3d 1001, 1014 (7th Cir. 2006) (there is a category of hernia "that is reducible yet so painful or debilitating that surgery is required").
[83] Ex. K (2012 Hernia List) at 3.
[84] Ex. L.
[85] Ex. M (Hernia 001023) at 1.

| 16 | Some Eceptionist entries of referrals for hernia surgery evaluation say, in part, "Reason for declining the referral: Hold all surgeries if hernia is reducible per Medical Director."[86] | |
|---|---|---|
| 17 | On January 13, 2014, an email with Dr. Singh's name was sent that said in part, "There are approximately 100 referrals for reducible hernias; can the referrals be closed and let the PCP monitor and re refer if change in condition?"[87] | |
| 18 | The 2014 Guidelines for Offender Care regarding hernias state, in part, that "if hernia is reducible continue to manage non-operatively."[88] | |
| 19 | Per DOC Policy No. HC-16 and LSP Directive No. 13.030, cataract surgery is classified as an "elective procedure."[89] | |
| 20 | Per DOC Policy No. HC-16 and LSP Directive No. 13.030, an "elective procedure" is: "Any planned non-emergency procedure. It may be either medically necessary (e.g., cataract surgery, routinely scheduled heart surgery, etc.) or optional (e.g., cosmetic, etc.)."[90] | |
| 21 | In letter dated November 9, 2016, Kevin Mathieu was told he was "not eligible" for work release "due to medical concerns."[91] | |
| 22 | In a letter with Warden Falgout's name on it, it was written about Kevin Mathieu, "When Ophthalmology releases him, his level of care will be reviewed. If increased to level of care 3, his job opportunities will increase."[92] | |
| 23 | Plaintiffs Blackwell, Turner, Myers, Ware, Peters, AIlsworth, Breaux, Bella, McCaa, and Dickerson, received duty statuses that said no sports, rodeo, lifting greater than 10 lbs., stooping, straining, prolonged walking, or hobbycraft.[93] | |
| 24 | Dr. Raman Singh is the person described as the "medical director" in the sentence "Hold all surgeries if hernia is reducible per medical director effective 10-31-13."[94] | |

---

[86] E.g., Ex. PPPP (Bates #017642); R. Doc. 79-5 (Defendants' Statement of Undisputed Facts) at ¶ 7
[87] Ex. PP.
[88] Ex. T at 5019
[89] Exhibit EEE (Policy No. HC-16), at 1; Exhibit FFF (LSP Directive No. 13.030).
[90] Id.
[91] Ex. HH.
[92] Ex. LLL (December 5, 2016 Letter from Tracy Falgout).
[93] Memorandum in Support at Table 6.
[94] Ex. JJJJJ at Interr. No. 18 ("Dr. Raman Singh");  Ex. HHHHH at Interr. No. 9. ("Dr. Singh assumes that Ms. Young was referring to him.")

| | | |
|---|---|---|
| 25 | James LeBlanc received a letter dated December 10, 2014, with the subject line, "Medical Care at Angola."[95] | |
| 26 | James LeBlanc underlined a sentence in the December 10, 2014 letter as follows: We understand that, at present, inmates in need of acute surgical care are transported to off-site facilities for surgery only when their conditions have been deemed "life-threatening;" otherwise, surgeries are not performed at all.[96] | |
| 27 | James LeBlanc circled the word "hernias" in the following text in the December 10, 2014 letter: "We have observed men who appear to have undiagnosed major diseases; who suffer severe pain with no treatment (including medication and physical therapy); who need surgery for conditions like hernias, broken joints, and hemorrhoids, for which the prison has claimed it cannot afford to pay . . . ."[97] | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2019, a copy of the Plaintiffs' *Statement of Material Facts* was filed electronically with the Clerk of Court via the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                                 /s/William Most_____
                                                     William Most

---

[95] Ex. JJJJJ at Interr. No. 3.
[96] Ex. JJJJJ at Interr. No. 2; Ex. IIIII at 2.
[97] Ex. JJJJJ at Interr. No. 2; Ex. IIIII at 3.