**STATE OF LOUISIANA**
**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**

**Health Care Policy**
**No. HC–16**



**27 August 2010**

## ELECTIVE PROCEDURES, PROSTHESES AND ORTHODONTIC DEVICES

1. **REFERENCES:** ACA Standards 4-4375 and 4-4398 (Adult Correctional Institutions); Louisiana Constitution Art. 1 § 3 "Right to Individual Dignity" and § 12 "Freedom from Discrimination;" Americans with Disabilities Act of 1990 (ADA) as amended; Civil Rights for Handicapped Persons La. R.S. 46:2251 et seq.; Rehabilitation Act of 1973; 28 C.F.R. § 35.104 and 28 C.F.R. § 39.103; La. R.S. 40:731 et seq., 46:2365, 49:145 et seq. and 51:2231 et seq.; Department Regulation Nos. B-08-010 "Americans with Disabilities Act," B-08-018 "Effective Communication with the Hearing Impaired" and Health Care Policy Nos. HC-02 "Healthcare Co-Payments" and HC-15 "Duty Status Classification System."

2. **PURPOSE:** To state the general guidelines regarding departmental policies concerning the provision of medical/dental auxiliary aids or adaptive devices, elective procedures or surgery for offenders.

3. **DEFINITIONS:**

    A.    Elective procedure:  Any planned non-emergency procedure.  It may be either medically necessary (e.g., cataract surgery, routinely scheduled heart surgery, etc.) or optional (e.g., cosmetic, etc.)

    B.    Individualized devices/aids: Those that cannot be used by others (including but not limited to eye glasses, dentures, hearing aids, etc.)

    C.    Major life activity: Walking, seeing, hearing, breathing, caring for one's self, sitting, standing, lifting, learning, thinking and working.  This list is illustrative only.

    D.    Medically necessary procedure: Treatments/procedures routinely prescribed by health care providers to maintain/preserve basic health and/or functionality (e.g., cardiac bypass surgery, gallbladder removal, surgical treatments of various cancers, spinal surgeries, orthopedic surgeries, etc.)

E.     Non-individualized devices/aids:   Those that can be used by multiple users (including but not limited to wheelchairs, canes, walkers, CPAP machines, etc.)

F.     Non-medically necessary procedure: Procedure that is not necessary to preserve basic health (including but not limited to replacing missing front teeth, cosmetic surgery, tattoo removal, Lasik eye surgery, etc.)

4.     **POLICY:**   It is the Secretary's policy to provide medically necessary elective procedures or surgeries for offenders and to ensure medical/dental auxiliary aids or adaptive devices (including but not limited to eyeglasses, hearing aids, dentures, wheelchairs or other prosthetic devices, etc.) are provided when medically necessary as determined by a health care provider (approval by the unit's Medical Director may be required.)

5.     **PROCEDURES:**

A.     Elective Procedures

Non-medically necessary elective procedures are not routinely provided. In exceptional cases when a procedure that is non-medically necessary is recommended, the unit's Medical Director shall notify the Warden, who shall submit a written request to the Department's Medical/Mental Health Director for consideration.  If approved, a clinic visit or procedure shall then be scheduled.

B.     Prostheses and Orthodontic Devices

1)     The unit's Medical Director shall screen all referrals for appropriateness and compliance with departmental policy regarding medical prosthesis and devices.

2)     Prior to purchasing any alternate prostheses/devise, should the unit Medical Director have institutional safety concerns regarding a specific prosthetic device, the appropriate Security Administrator shall be consulted.  If the concerns are validated, an alternate prostheses/devise shall be considered.  If necessary, the unit Warden may consult with the Department's Medical/Mental Health Director to reach a final disposition.

3)     Basic auxiliary aids/prosthetic devices that are deemed medically necessary shall be provided by the Department.  The Department shall not provide aids or devices that are cosmetically or otherwise enhanced and that do not provide any additional medical benefit.

4) A medical co-payment charge may be assessed to the offender in accordance with Health Care Policy No. HC-02 "Medical Co-Payment" for individualized medical prostheses and orthodontic devices. Replacement of devices that were damaged, broken or lost due to obvious negligence shall be replaced at the discretion of the unit's Medical Director; however, a co-payment shall be applied each time the device is replaced. The Department shall provide for the routine maintenance and repair of the device that occurs through normal usage by the offender as outlined in the manufacture's guidelines.

5) There shall be no co-payment for non-individualized auxiliary aids/adaptive devices, prosthetic devices or medical devices furnished by the Department and the offender shall return these items to the medical department of the unit prior to release. The Warden or designee is authorized to allow an offender to be released from custody with a non-individualized device in exceptional cases.

6) If indicated, when an auxiliary aid/adaptive devise or a prosthetic devise is issued to an offender, the unit's medical provider shall ensure that an appropriate duty status clearly stating the offender's limitations and/or required accommodations is issued as outlined in Health Care Policy No. HC-15 "Duty Status Classification System."

C. Eyeglasses

1) The Department shall furnish prescription eyeglasses to any offender requiring them, as documented through a professional prescription.

2) Reading glasses may be purchased through the offender canteen or purchased by the Department.

3) Offenders having glasses upon admission may retain the glasses once approved by security to ensure that the model of device addresses institutional safety concerns. Glasses shall not be allowed from an outside source unless approved by the Warden or designee.

4) The Department shall provide new eyeglasses if the offender's prescription changes greater than ½ diopter sphere or cylinder or the addition of increased power is indicated.

5)    The Department shall not provide contact lenses and/or contact lens maintenance supplies to an offender in lieu of eye glasses.  If a unit allows offenders to purchase their own contact lenses through an approval process, then the offender shall be responsible for contact lens solution or any other necessary supplies in addition to future costs of replacements.

D.    Dental Adaptive Devices

A dental prosthesis may be provided to offenders in cases where the number and location of missing teeth make proper mastication too difficult and/or when the health of the offender would be adversely affected for this reason, as determined by the dentist.  However, the Department is not required to replace missing teeth, regardless of when or where the teeth were removed.  A dental prosthesis shall not be considered if any of the following conditions are present:

- Poor periodontal health;
- Poor oral hygiene;
- Non-restorable teeth present;
- Chronic infection;
- Restorations have not been completed;
- Eight or more posterior teeth in occlusion, to include bicuspid occlusion;
- The offender has less than one year remaining on his sentence.

E.    Hearing Aids

1)    The supplying of hearing aids to offenders is addressed pursuant to Department Regulation No. B-08-010 "Americans with Disability Act."

2)    The current Occupational Safety and Health Administration (OSHA) standards shall be utilized to determine if an offender can be assisted by the use of a hearing aid.  At intake, an initial hearing test shall be scheduled for those offenders identified as possibly hard of hearing or deaf.  An offender may request a hearing test if his hearing has degenerated during the course of his incarceration. This request may also be made for the offender by a staff member. The request shall be made utilizing Form A-02-017-A "Request for Accommodation" in accordance with Department Regulation No. B-08-018 "Effective Communication with the Hearing Impaired."  If the hearing test reveals that a hearing aid is medically warranted, the appropriate steps shall be initiated to provide the offender with an

aid. Further, the offender shall be given an option to remain at his current facility or to administratively transfer to one of the specialized facilities for deaf or hearing impaired offenders (LSP, RCC or LCIW.) The location of the transfer shall be determined by the Office of Adult Services.

F.    Prosthetic Device

1)    A prosthesis or artificial device (including wheelchairs, etc.) to replace a missing body part or to cope with a disability which prohibits major life activities, may be provided if deemed essential for overall health maintenance by the unit's Medical Director in consultation with the Warden.

2)    The prosthesis shall meet the minimum requirements of the function.

3)    A prosthetic device of a cosmetic nature only, shall not be provided unless approved by the Warden and the Department's Medical/Mental Health Director with adequate written justification from the unit's Medical Director.

4)    The prosthesis may be replaced due to normal wear and tear at the discretion of the unit's Medical Director.

5)    Offenders having a prosthetic device upon admission may be allowed to keep the device at the discretion of the unit Medical Director. If approved, this device shall be considered personal property and shall be allowed to leave with the offender upon discharge.

s/James M. Le Blanc
Secretary

Form:         A-02-017-A   Request for Accommodation

This policy supersedes Health Care Policy No. HC-16 dated 12 August 2010.