UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

PETERS, et al

    Plaintiff,

v.

SINGH, *et al.*

    Defendants,

Docket No. 16-cv-842-SDD-RJB

## ORDER

UPON CONSIDERATION of the *Consent Motion to continue the Trial Date for a Reasonable Time*;

IT IS ORDERED that the Motion is GRANTED. The Trial scheduled for August 26, 2019 is cancelled.

The trial in this matter shall commence on the **2ND** day of **December**, 20**19**.

Baton Rouge Louisiana, this **20** day of **May**, 2019.

*[signature]*
JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA