UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| EARL PETERS, *et al.* )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>RAMAN SINGH, *et al.* )<br>)<br>Defendants. ) | Docket No. 16-cv-842-SDD-RLB |

**MOTION FOR LEAVE TO EXCEED PAGE LIMIT REGARDING PLAINTIFF WALLACE BREAUX'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT & MOTION TO SUBSTITUTE INCORRECT PLEADING**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Wallace Breaux who submits this motion to exceed the page limit of his memorandum in opposition to Defendants' summary judgment (R. Doc. 103) pursuant to Middle District of Louisiana Local Civil Rule 7(g) and further motion to substitute R. Doc. 132, which was incorrectly plead, with the attached proposed pleadings.

Defendants were granted leave to exceed the 20-page limit for their Motion for Summary Judgment by seven pages. R. Doc. 99. Nevertheless, Plaintiff attempted to keep his brief below the ten-page limit. L.R. 7(g). However, Plaintiff respectfully submits that an additional three pages are necessary to fully and adequately address the issues raised in Defendants' motion for summary judgment.

Accordingly, Plaintiff Wallace Breaux respectfully requests that this Court grant his motion for leave to exceed the page limit regarding his opposition to Defendants' motion for summary judgment as well as grant his motion to substitute the incorrect pleading with the attached proposed pleadings.

Respectfully submitted,

 */s/ John Adcock*
JOHN ADCOCK
Louisiana Bar No. 30372
P.O. Box 750621
New Orleans, LA 70175

1

>Tel: (504) 233-3125
>Fax: (504) 308-1266
>Email: jnadcock@gmail.com
>
>*/s/ William Most*_____
>WILLIAM MOST
>Louisiana Bar No. 36914
>201 St. Charles Ave., Ste. 114 #101
>New Orleans, LA 70170
>Tel: (650) 465-5023
>Email: williammost@gmail.com
>
>*/s/ David Lanser*_____
>DAVID LANSER
>Louisiana Bar No. 37764
>201 St. Charles Ave., Ste. 114 #101
>New Orleans, LA 70170
>Tel: (504) 533-4521
>Email: david.lanser@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2019, a copy of the Plaintiffs' *Memorandum in Support of Motion for Leave to Exceed Page Limit & Motion to Substitute Incorrect Pleading* was filed electronically with the Clerk of Court via the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

>_/s/David Lanser_____
>David Lanser