UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| EARL PETERS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Docket No. 16-cv-842-SDD-RLB |
| ) | |
| RAMAN SINGH, *et al.* ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO EXCEED PAGE LIMIT REGARDING PLAINTIFF HERMAN BELLA'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT & MOTION TO SUBSTITUTE INCORRECT PLEADING**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Herman Bella who submits this motion to exceed the page limit of his memorandum in opposition to Defendants' summary judgment (R. Doc. 90) pursuant to Middle District of Louisiana Local Civil Rule 7(g) and further motion to substitute R. Doc. 131, which was incorrectly plead, with the attached proposed pleadings.

Defendants were granted leave to exceed the 20-page limit for their Motion for Summary Judgment by five pages. R. Doc. 84. Nevertheless, Plaintiff attempted to keep his brief below the ten-page limit. L.R. 7(g). However, Plaintiff respectfully submits that an additional three pages are necessary to fully and adequately address the issues raised in Defendants' motion for summary judgment.

Accordingly, Plaintiff Herman Bella respectfully requests that this Court grant his motion for leave to exceed the page limit regarding his opposition to Defendants' motion for summary judgment as well as grant his motion to substitute the incorrect pleading with the attached proposed pleadings.

Respectfully submitted,

 */s/ John Adcock*_____
JOHN ADCOCK
Louisiana Bar No. 30372
P.O. Box 750621
New Orleans, LA 70175

1

Tel: (504) 233-3125
Fax: (504) 308-1266
Email: jnadcock@gmail.com

*/s/ William Most*_____
WILLIAM MOST
Louisiana Bar No. 36914
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (650) 465-5023
Email: williammost@gmail.com

*/s/ David Lanser*_____
DAVID LANSER
Louisiana Bar No. 37764
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 533-4521
Email: david.lanser@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2019, a copy of the Plaintiffs' *Memorandum in Support of Motion for Leave to Exceed Page Limit & Motion to Substitute Incorrect Pleading* was filed electronically with the Clerk of Court via the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

 */s/David Lanser*_____
David Lanser

2