UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| EARL PETERS, *et al.* ) | |
| Plaintiffs, ) | |
| v. ) | Docket No. 16-cv-842-SDD-RLB |
| RAMAN SINGH, *et al*. ) | |
| Defendants. ) | |

**ORDER**

Considering Plaintiff Herman Bella's motion for leave to exceed the page limit regarding his opposition to Defendants' motion for summary judgment and his motion to substitute the incorrect pleading,

IT IS ORDERED that Plaintiff Herman Bella is hereby granted leave to exceed the 10-page limitation;

IT IS FURTHER ORDERED that the attached proposed pleadings shall be substituted in the record for the incorrect pleadings.

Baton Rouge, Louisiana, this _____ day of _____, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA