**Kevin Mathieu**
10/14/2013 2:10 PM Telemedicine
MRN: 1001508578

Description: **51 year old male**
Provider: **Prov Rm 717 Somet Tm Lec**
Department: **Lak Somet Tm**

| Diagnoses | Reason for Visit |
|---|---|
| **Cataract** - Primary <br> 366.9 | **Blurred Vision** |

## Diagnoses

Visit Diagnosis Changes
225778 marked as Primary Diagnosis by (YNGO), Mon Oct 14, 2013 12:59 PM
Added 225778 by (YNGO), Mon Oct 14, 2013 12:59 PM

**Vitals Last Taken By:**

*385902*

## Progress Notes

**Yen Hoang Ngo, MD** Physician 10/14/2013 1:17 PM Cosign Needed
51 yo AAM with blurry vision x 2 yrs. Patient recently seen by jail optometrist, told has cataract both eyes with 20/200 VA both eyes. ? Previous Hx of corneal transplant? Left eye at 18 yo. Patient not certain of the type of eye surgery he had No previous eye trauma

1. Possible cataracts
Please see in clinic 3 mos to cataract Evaluation and surgery

2. Hx of eye surgery, left eye; Patient not sure if he had corneal or cataract surgery. Per optom referral note in Media, He has combined cataracts both eyes

Plan:
1. Please see in clinic 3 mos to cataract Evaluation and surgery

Document on 10/14/2013 by Teena Croissant, LPN : MATHIEU,KEVIN_OPHTHAL EBR_6-28-13.PDF

## Level of Service

**LSU GENERIC NO CHARGE LOS [99210]**

## Other Charges

| Charge ID | Procedure Code | Description | Qty. | Modifiers | Charge Entry User | Diagnosis |
|---|---|---|---|---|---|---|
| 23056769 | 99210 | LSU GENERIC NO CHARGE LOS | 1 | | Yen Hoang Ngo, MD | Unspecified cataract |

## History of Tobacco Use as of 7/26/2013

| Smoking Status <br> **Never Assessed** | Amount <br> N/A |
|---|---|

Smokeless Tobacco Status
**Unknown**

## Smoking Cessation Audit Trail

## Encounter Status

Closed by Yen Hoang Ngo, MD on 10/14/13 at 1:17 PM

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Quantity |
|---|---|---|---|---|---|
| 99210 | LSU GENERIC NO CHARGE LOS | 10/14/2013 | Prov Rm 717 Somet Tm Lec | | 1 |

## Other Encounter Related Information

Mathieu, Kevin (MR # 1001508578)    Encounter Date: 03/05/2014

| | Right | Left |
|---|---|---|
| Lids/Lashes | Normal | Normal |
| Conjunctiva/Sclera | White and quiet, melanosis | White and quiet, melanosis |
| Cornea | Clear | PKP graft in place, relatively clear centrally, haze in periphery, no sutures, subepithelial iron line |
| Anterior Chamber | Deep and quiet | Deep and quiet |
| Iris | Round and reactive | Round and reactive |
| Lens | 2+ Nuclear sclerosis, Cortical cataract, Posterior subcapsular cataract | 2+ Nuclear sclerosis, Cortical cataract, Posterior subcapsular cataract |
| Vitreous | Normal | Normal |

**Fundus Exam**

| | Right | Left |
|---|---|---|
| Disc | Normal | Normal |
| C/D Ratio | 0.25 | 0.35 |
| Macula | Normal | Normal |
| Vessels | Normal | Normal |
| Periphery | White without pressure | Normal |

Edited by: Vikram Tejinder-Singh Saini, MD

## Progress Notes

**Bruce Allen Barron, MD** Physician  3/5/2014  1:03 PM  Signed

I reviewed the history, examined the patient, and discussed the case with the resident.  I also examined and interpreted the corneal topography and IOL calculation, and agree with the resident's findings, diagnoses, assessment, and plan.

1.  Status post penetrating keratoplasty in the left eye at the age of 18.
    Central thickness 611.
    Corneal topography reveals 18.73 diopters of cylinder.

2.  Nuclear sclerotic, cortical, and posterior subcapsular cataracts both eyes.
    Best-corrected vision 20/80 in the right eye and 20/100 in the left eye.
    The large amount of astigmatism is contributing to the decreased vision in the left eye.
    Recommend cataract extraction in the right eye first, as this is the eye that appears to have the best visual potential from an anterior segment standpoint, although this cornea is steep.

**Vikram Tejinder-Singh Saini, MD** Resident  3/5/2014  1:03 PM  Signed
Assessment/Plan:
1) s/p PKP left eye at age of 18
- graft relatively clear centrally, haze in periphery
- appears stable, pt not taking any drops
- denies trauma
- topography today shows 18D of astigmatism, will need CL in future

2) visually significant cataracts both eyes
- pt would likely benefit from CE both eyes
- approval today by Dr. Barron
- plan on right eye first (better visual potential)
- measurements today

Mathieu, Kevin (MR # 1001508578)                    Encounter Date: 03/05/2014

35902
3

**Kevin Mathieu**                          Description: **51 year old male**
3/5/2014 8:30 AM Office Visit              Provider: **Bruce Allen Barron, MD**
MRN: 1001508578                            Department: **llh Eye Cln - Lsu**

## Chief Complaint

| Referral | cataract evaluation |
|---|---|

## Diagnoses

| History of corneal transplant   - Primary | V42.5 |
|---|---|
| Cataract | 366.9 |

## Tech notes

**DUYEN A DUONG** Wed Mar 5, 2014 10:47 AM
51 y/o AAM referred for cataract evaluation.
Telemedicine with Dr. Yen Ngo 10/14/2013
Pt c/o "vision gradually decreasing in both eyes" x >6 mos.
Denies any ocular pain. Pt c/o irritation in both eyes x "eyes feel dry". Denies any burning sensation.
Pt c/o "sensitive to light" and glare

Denies any flashing light. Pt c/o +floaters in both eyes x years x unchanged. Denies any shadow or curtain.

Pt states "I had eye *surgery* at the age of 18 x left eye" Patient is not certain what type of eye surgery. Pt states not sure if he had corneal transplant x left eye

Denies any ocular trauma.
Denies any eye gtts or ung.

## Base Ophthalmology Exam

### Visual Acuity

| | Right | Left |
|---|---|---|
| Dist cc | 20/100 | 20/400 |
| Dist ph | 20/80 | 20/100 |
| cc | | |

Method: Snellen - Linear
Correction: Glasses

### Tonometry

| | Right | Left |
|---|---|---|
| Pressure | 12 | 14 |

Method: Tonopen
Time: 10:46 AM

### Pachymetry

| | Right | Left |
|---|---|---|
| Thickness | 458 | 611 |

Date: 3/5/2014

### Wearing Rx

| | Sphere | Cylinder | Add |
|---|---|---|---|
| Right | +0.75 | sphere | +2.00 |
| Left | +0.75 | sphere | +2.00 |

Age: 3 wks

### Manifest Refraction

| | Sphere | Cylinder | Axis | Dist |
|---|---|---|---|---|
| Right | -8.25 | +1.00 | 090 | 20/60-2 |
| Left | +1.25 | sph | | 20/NI |

### Dilation

Both eyes: 0.5% Mydriacyl, 2.5% Phenylephrine, 0.5% Proparacaine @ 10:42 AM

### Pupils

| | Dark | APD |
|---|---|---|
| Right | 4-3 | none |
| Left | 4-3 | None |

### Visual Fields

| | Right | Left |
|---|---|---|
| Result | Full | Full |

### Extraocular Movement

| | Right | Left |
|---|---|---|
| Result | Full, Ortho | Full, Ortho |

Edited by: Duyen A Duong, Vikram Tejinder-Singh Saini, MD

## Base Ophthalmology Exam Addl. Tests

### Additional Notes

Corneal topography: 18.73 D of astigmatism
Edited by: Vikram Tejinder-Singh Saini, MD

## Main Ophthalmology Exam

### External Exam

| | Right | Left |
|---|---|---|
| External | Normal | Normal |

### Slit Lamp Exam

000612

Mathieu, Kevin (MR # 1001508578)                                    Encounter Date: 03/05/2014

*295902*

**Orders Placed This Encounter**
A Scan Ultrasound W/ IOL Calculation [OPH304237 Custom]
Corneal Topography [OPH304239 Custom]
**Results are available for this encounter**

**Patient Instructions**

# After Cataract Surgery: Long-Term Eye Care

After cataract surgery, it is important to have regular eye exams. This is the best way to check the health of your eyes. It will help you maintain good vision. Schedule an eye exam at least once a year.



## New Eyeglasses

Your vision will be better after surgery. But you may need new eyeglasses to fine-tune your vision. Your eye doctor will test your vision while you're healing. When you're fully healed, you will get a new eyeglass prescription if needed.

## Treating a Secondary Cataract

Months or years after surgery, a secondary cataract may form. It is caused by cells that grow between your new lens and the capsule that holds it. This cataract is not painful. But it may cause vision problems similar to the first cataract. In most cases, this cataract can be treated in your eye doctor's office. Laser treatment **(YAG capsulotomy)** can be used for this. It is a painless procedure. It only takes a few minutes. A laser beam is used to make a small opening in the eye's capsule. This allows more light to enter. It will improve your vision right away.

© 2000-2013 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Mathieu, Kevin (MR # 1001508578)

Encounter Date: 03/05/2014

## Level of Service

**PR EYE EXAM, NEW
PATIENT,COMPREHESV [92004]**

Modifiers
Resident/Teaching Phys Serv [GC]

## All Flowsheet Templates (all recorded)

Encounter Vitals Flowsheet
Custom Formula Data Flowsheet
Anthropometrics Flowsheet
AMB Screenings Flowsheet
Disease Management Flowsheet

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Quantity |
|------|-------------|--------------|------------------|-----------|----------|
| 9201002 | HC CORNEAL TOPOGRAPHY | 3/5/2014 | | | 1 |
| 92025 | PR CORNEAL TOPOGRAPHY | 3/5/2014 | Bruce Allen Barron, MD | 26 | 1 |
| 76514 | US, EYE, FOR CORNEAL THICKNESS | 3/5/2014 | Bruce Allen Barron, MD | 26 | 1 |
| 92004 | PR EYE EXAM, NEW PATIENT,COMPREHESV | 3/5/2014 | Bruce Allen Barron, MD | GC | 1 |
| 7610795 | HC EYE EXAM COMPREHENSIVE ESTABLISHED PATIENT | 3/5/2014 | Wendy M Blanche, LPN | | 1 |

3

Name: MATHIEU, KEVIN ( M ) DOB: Redacted /1962 (Age: 54 yrs)

SERVICE INFO

| | |
|---|---|
| REQUEST # | 23796 |
| REQUEST DATE/TIME | Thursday, March 6, 2014  14:43 |
| SERVICE PROCEDURE | Ophthalmology |
| CURRENT STATUS | Complete/Closed by Requester |
| REQUEST SITE | Louisiana State Penitentiary |
| SUBJECT | Cataract Extraction of R eye referral |
| PRIORITY | Routine |
| CONTACT | Dr Collins |
| COORDINATOR | Lesia Cooper |
| CONSULTANT | Monica Bouvia |
| REFERRING PHYSICIAN | |
| ORDERING PHYSICIAN | Barron |
| CC PHYSICIAN | |
| SENDING PHYSICIAN | |
| SYMPTOMS | |
| CO-MORBIDITIES | |
| DIAGNOSIS | Cataracts |
| ICD CODE | |
| REASON FOR REQUEST | "Please schedule apt" for Cataract extraction in the R eye first. See attached.<br>-- 3/6/2014 2:46:47 PM (Alisha Hughes) |
| COMMENTS | Sent to Stephanie to schedule appt. @ ILH<br>-- 3/7/2014 9:24:06 AM (Linda Hodges)<br><br>sent to Diane<br>-- 3/7/2014 2:43:35 PM (Janell Mills)<br><br>So, this surgery is approved? IF so, will ask drs for date.<br>send back to me<br>-- 3/7/2014 3:18:18 PM (Diane Angelico)<br><br>yes can you get you a date please thanks!<br>-- 3/10/2014 8:58:19 AM (Janell Mills)<br><br>will advise drs pt is approved. NOt sure if they have a date yet. Send back to me after you read.<br>-- 3/10/2014 4:09:54 PM (Diane Angelico)<br><br>this was read Diane thank you.<br>-- 3/11/2014 8:47:17 AM (vacant consultant)<br><br>Drs reminded again about this pt. They have him on their list of pts to schedule - just do not have a date yet - may be after 7/1/14. Send back to me after you read so I can keep watch<br>-- 5/19/2014 2:35:59 PM (Diane Angelico)<br><br>reminder email sent to Dr Kikuchi on LSU eye service<br>-- 7/18/2014 1:05:29 PM (Diane Angelico)<br><br>per Ddr Kikuchi, this pt and others are on list for cataract surgery - may get done sometime late summer - no set date yet.<br>Cases are booked out into mid to late August as of this time.<br>Not booking for Sept yet.<br>Send back to my box after you read to I can keep tabs on it<br>-- 7/21/2014 9:29:04 AM (Diane Angelico) |

017536



forwarded to D Angelico
-- 7/21/2014 1:20:40 PM (Monica Bouvia)

Pt is now scheduled for cataract surgery on 9/15/14.
Please get CBC, CMP, EKG, and CXR and fax to Elective Admit Clinic at ILH 504-903-3659 at least 10 days in advance of surgery.

Pt will need post op appts for 9/16, 9/23 and a month after that. Please request these appts thru LINK. so you will have them

THANKS
-- 8/5/2014 1:37:52 PM (Diane Angelico)

Diane, is this surgery confirmed? I do not see the scheduled date in Link. I have requested the follow up appts in Link.
-- 8/6/2014 9:21:27 AM (Monica Bouvia)

Drs have on their schedule - will check to see when they will add to schedule - then you will see it.
-- 8/6/2014 8:08:05 PM (Diane Angelico)

9/16/2014 8:30 AM ILH EYE CLINIC - LSU
9/23/2014 8:30 AM ILH EYE CLINIC - LSU
10/21/2014 8:30 AM ILH EYE CLINIC - LSU

-- 8/8/2014 12:58:00 PM (Monica Bouvia)

Please reschedule post op appts, due to surg will not be on 9/15/14, but on 9/29/14 per Kathy at ILH. Emailed Monica to notify.
-- 9/12/2014 12:48:41 PM (Alisha Hughes)

Notified ILH that F/U appts need to be cancelled and rescheduled and that the surgery date is tentatively 9/29/14. Surgery date will be scheduled per Dr. Lazard (spelling) after clinic next week.
-- 9/12/2014 2:09:52 PM (Monica Bouvia)

Appts have not been schedule per voice conversation with ILH. Requested post op appts in Link.
-- 9/16/2014 12:26:19 PM (Monica Bouvia)

As noted on request #44774
Dr Lazar with LSU Eye is asking that KM dob 6/16/62, DOC# 385902 ( needs cataract surgery) Come back to clinic one more time and then they will book him. Please request appt thru LINK and let Carolyn or clerks know you want it within a month.
Thanks.

Diane Angelico, RN
Director, Patient Relations
LSU Health - HCSD

Eye clinic request pending on request 44774
-- 9/17/2014 11:02:32 AM (Monica Bouvia)

Correction: This is the request for the optha appt.
10/15/2014 8:30 AM ILH EYE CLINIC - LSU
-- 9/17/2014 3:20:58 PM (Monica Bouvia)

PATIENT INFO

| | |
|---|---|
| Patient ID | 16983 |
| Patient NAME | KEVIN A MATHIEU (Age: 54 yrs) |
| DOC Number | 00385902 |
| SID# | 002014683 |
| SSN# | Redact 0938 |
| DOB (mm/dd/yyyy) | Redact 1962 (Age: 54 yrs) |
| GENDER | M |
| LANGUAGES | |



## Name: MATHIEU, KEVIN ( M ) DOB Redacted 1962 (Age: 54 yrs)

SERVICE INFO

| | |
|---|---|
| REQUEST # | 49677 |
| REQUEST DATE/TIME | Monday, October 27, 2014  12:13 |
| SERVICE PROCEDURE | Surgery Date |
| CURRENT STATUS | Complete/Closed by Requester |
| REQUEST SITE | Louisiana State Penitentiary |
| SUBJECT | R Eye Cataract extraction referral |
| PRIORITY | Routine |
| CONTACT | A Hughes, Lpn |
| COORDINATOR | Tamrya Young |
| CONSULTANT | |
| REFERRING PHYSICIAN | |
| ORDERING PHYSICIAN | Eubanks |
| CC PHYSICIAN | |
| SENDING PHYSICIAN | |
| SYMPTOMS | |
| CO-MORBIDITIES | |
| DIAGNOSIS | Cataract R eye |
| ICD CODE | |
| REASON FOR REQUEST | Please schedule surgery date for R eye cataract extraction. See attached. Contact lens will not be available for offender until apt on 11/26/14 at LSP.<br>-- 10/27/2014 12:15:33 PM (Alisha Hughes) |
| COMMENTS | ILH PREOP is trying to get with EYE MD to see if needs contact<br>-- 10/28/2014 7:56:26 AM (Tamrya Young)<br><br>Waiting to hear if contact is needed for surgery.<br>-- 10/29/2014 8:42:13 AM (Tamrya Young)<br><br>Email from Dr. Barron- The patient is NOT to have cataract surgery at this time. He was seen recently, and a request was made to have him fitted with contact lenses to see if these will improve his vision prior to proceeding with cataract surgery.<br>Will need to f/up as per discharge notes from EYE<br><br>-- 10/30/2014 8:27:06 AM (Tamrya Young) |

PATIENT INFO

| | |
|---|---|
| Patient ID | 16983 |
| Patient NAME | KEVIN A MATHIEU (Age: 54 yrs) |
| DOC Number | 00385902 |
| SID# | 002014683 |
| SSN# | Redac 0938 |
| DOB (mm/dd/yyyy) | Redact 1962 (Age: 54 yrs) |
| GENDER | M |
| LANGUAGES | |

Patient ADDRESS

| ADDRESS: | POSTAL CODE: |
|---|---|

LSU Health System – Evidence Based Inmate Consult Form -- For Initial (or NEW) requests

**Ophthalmology**                                   Urgency (circle one):  ASAP  ROUTINE

Fax to 504.568.3360 (along with supporting documentation)

Clinic/Specialt: _Optometry_

Inmate Name (Last, First): _Mathieu Kevin_  Date Of Birth _Redacted_ _1942_

Correctional Facility: _Angola LSP_  Inmate ID Number: _385'90 2_

LSU MRN: _____ @ (Circle One) BMC, EKL, ILH, LAK, LJC, UMC, WOM

Date of Consultation: _11/26/14_  ALLSCRIPTS#_____

Indicate Reason for Referral:

___042   AIDS
___362.34   Amaurosis Fugax
___351.0   Bell's palsy
___368.8   Blurred vision
___366.16   Cataract
___372.30   Conjunctivitis
___918.1   Corneal Abrasion
___930.0   Corneal Foreign body
___372.72   Conjunctival hemorrhage
___921.3   Contusion, Eyeball
___250.00   Diabetes (or 362.03 Diabetic retinopathy)
___368.15   Diplopia
___216.1   Eyelid: skin lesion
___365.11   Gaucoma, Chronic
___365.20   Glaucoma, Primary angle
___401.9   Hypertension (or 362.11 Hypertensive retinopathy)
___364.41   Hyphema
___379.91   Pain in eye
___078.5   Retinitis, CMV (+363.13)
___378.54   Sixth nerve palsy
___368.14   Visual Disturbance metamorphopsia
___Other   ICD 9:_____  Diagnosis:_____

History and Physical Findings Relevant to this Referral: _PCL does not improve VA's. 2+ OS cat Sx? eval for PRP / cat Sx_

Indicate co-morbid conditions for this patient:
___Anticoagulation Therapy   ___Bisphosphonate Therapy   ___Cancer
___Cardiac Disease   ___Lung Disease   ___MI or CVA (in the past 6 months)
___Morbid Obesity   ___Sickle Cell Disease   ___Uncontrolled Diabetes

Referring Provider's Signature: _____  ID Number: _685 3320_

OFFICE USE ONLY: Appointment Date: ___/___/___  Time: __:__ am/pm.

IF not scheduled, Indicate Reason & Recommendation: _____

Reviewing Provider's Signature: _____  ID Number: __ __ __ __ __

Contact Number ( __ __ __) __ __ __-__ __ __ __   Rev 06/14/10

HCSD ICF 911

000593



## Name: MATHIEU, KEVIN ( M ) DOB: Redacted/1962 (Age: 54 yrs)

SERVICE INFO

| | |
|---|---|
| REQUEST # | 54307 |
| REQUEST DATE/TIME | Tuesday, December 9, 2014  12:58 |
| SERVICE PROCEDURE | Ophthalmology |
| CURRENT STATUS | Complete/Closed by Requester |
| REQUEST SITE | Louisiana State Penitentiary |
| SUBJECT | eye clinic requst |
| PRIORITY | Routine |
| CONTACT | C Partin,LPNIII |
| COORDINATOR | Iris Wessinger |
| CONSULTANT | Michelle David |
| REFERRING PHYSICIAN | |
| ORDERING PHYSICIAN | Coullard |
| CC PHYSICIAN | |
| SENDING PHYSICIAN | |
| SYMPTOMS | |
| CO-MORBIDITIES | |
| DIAGNOSIS | eval for PKP |
| ICD CODE | |
| REASON FOR REQUEST | Pls schedule optometry clinin as requested (see attached)<br>-- 12/9/2014 1:01:09 PM (Cecilia Partin) |
| COMMENTS | Michelle. Please schedule F2F appt with ILH Ophthalmology Clinic - as per attached. Facilities are to ensure that the last clinic note/MD evaluation and any diagnostics images and reports that were done are available for MD review.<br>Thanks.<br><br>-- 12/9/2014 1:07:15 PM (Iris Wessinger)<br><br>Appt requested in link<br>-- 12/9/2014 1:51:25 PM (Michelle David)<br><br>Appt confirmed in link 1/6/2015 8:30 AM Ilh Eye Cln<br>-- 12/10/2014 1:34:55 PM (Michelle David) |

PATIENT INFO

| | |
|---|---|
| Patient ID | 16983 |
| Patient NAME | KEVIN A MATHIEU (Age: 54 yrs) |
| DOC Number | 00385902 |
| SID# | 002014683 |
| Redacted | 0938 |
| Redacted | 1962 (Age: 54 yrs) |
| GENDER | M |
| LANGUAGES | |

Patient ADDRESS

| | | |
|---|---|---|
| ADDRESS: | | POSTAL CODE: |



1.    Status post penetrating keratoplasty in the left eye at the age of 18.
      Graft clear.
      Corneal topography revealed 18.73 diopters of cylinder in the past.

2.    Steep central corneal right eye with corneal thinning consistent with central keratoconus.

3.    Nuclear sclerotic, cortical, and posterior subcapsular cataracts both eyes.
      Best-corrected vision last visit 20/40-3 in the right eye and 20/60-2 in the left eye.
      The large amount of astigmatism is contributing to the decreased vision in the left eye.
      Although there are bilateral cataracts, their contribution to the decreased vision is not clear because of the corneal steepening in the right eye and astigmatism in the left eye.
      Repeat corneal topography in the right eye was stable last visit.
      Recommended contact lens fit prior to consideration of cataract surgery.
      Referral stated that contact lenses did not improve vision.
      The patient has already had IOL calculations.
      Will plan for cataract extraction in the left eye when a surgery date becomes available.
      The risk of corneal graft failure/rejection was discussed with the patient.

Return 6 months.

*This should be sched for July 2015

**Patient Instructions**
_____

# Patient Education

PATIENT EDUCATION PROVIDED BY UpToDate

Age-Related Vision Loss
The Basics
Written by the doctors and editors at UpToDate
**What causes age-related vision loss?** — There are many things that lead to vision loss as you get older. The most common are:

· Cataracts – A cataract is a clouding of the lens of the eye (figure 1).

· Glaucoma – Glaucoma is a disease that damages the main nerve in the eye, called the optic nerve.

000567



**Kevin Mathieu**
1/6/2015 8:30 AM   Office Visit
MRN: 1001508578

Description: **52 year old male**
Provider: **Bruce Allen Barron, MD**
Department: **Ilh Eye Cln - Lsu**

## Encounter-Level Documents:
There are no encounter-level documents.

## Order-Level Documents:
There are no order-level documents.

## Patient-Level Documents:
Referral Attachment - Document on 1/28/2015 11:46 AM by Michelle David : km.pdf
Other - Scan on 1/8/2015 2:20 PM by Denise Taylor : offendercomm form
Referral Attachment - Document on 12/9/2014 1:50 PM by Michelle David : KM.pdf
Other - Scan on 10/16/2014 3:27 PM by Denise Taylor : offender comm form
Consent for Treatment - Scan on 10/15/2014 11:16 AM by Rosa Q Burton
Referral Attachment - Document on 9/17/2014 9:54 AM by Monica Bouvia : kmathi.pdf
Referral Attachment - Document on 9/16/2014 12:25 PM by Monica Bouvia : kmath.pdf
Referral Attachment - Document on 8/6/2014 9:20 AM by Monica Bouvia : km.pdf

## Chief Complaint
Follow-up

## HPI
52 YO M with history of PKP in his left eye and NSC/CC in his right eye.  Patient was given a trial of a contact lens in his right eye which was not found to have benefit so patient was told he was to be re-scheduled for cataract surgery/IOL in the right eye.

## Diagnoses

| | | |
|---|---|---|
| **Cortical cataract of both eyes**   - Primary | 366.9 | |
| **History of corneal transplant** | V42.5 | |
| **Astigmatism following corneal transplant** | 996.89, 367.20 | |
| **Senile nuclear sclerosis** | 366.16 | |
| **Posterior subcapsular polar senile cataract** | 366.14 | |
| **Keratoconus** | 371.60 | |

## Base Eye Exam

Visual Acuity (Snellen - Linear)

| | Right | Left |
|---|---|---|
| Dist sc | 20/100 | 20/400 |
| Dist ph sc | 20/70 | 20/70 |

Tonometry (Applanation, 11:47 AM)

| | Right | Left |
|---|---|---|
| Pressure | 20 | 17 |

Edited by: Namita Bhardwaj, MD

## Slit Lamp and Fundus Exam

External Exam

| | Right | Left |
|---|---|---|
| External | Normal | Normal |

Slit Lamp Exam

| | Right | Left |
|---|---|---|
| Lids/Lashes | Normal | Normal |
| Conjunctiva/Sclera | White and quiet, melanosis | White and quiet, melanosis |

000568



| Cornea | Clear | PKP graft in place, relatively clear centrally, some endothelial haze & d-folds nasally, supepi haze in periphery, broken sutures buried in periphery, no neovascularization |
|---|---|---|
| Anterior Chamber | Deep and quiet | Deep and quiet |
| Iris | Round and reactive | Round and reactive |
| Lens | 1+ Nuclear sclerosis, 2+ Cortical cataract inferiorly | 2+ Nuclear sclerosis, 3+ Cortical cataract, Posterior subcapsular cataract |
| Vitreous | Normal | Normal |

Edited by: Namita Bhardwaj, MD

## Refraction

Manifest Refraction

| | Sphere | Cylinder | Axis | Dist |
|---|---|---|---|---|
| Right | -1.00 | +1.50 | 100 | 20/70 |
| Left | +11.50 sph | | | 20/70 |

Edited by: Namita Bhardwaj, MD

## AVS Reports

| Date/Time | Report | Action | User |
|---|---|---|---|
| 1/6/2015 12:07 PM | After Visit Summary | Printed | Tricia Rose Hall, RN |
| 1/6/2015 12:05 PM | After Visit Summary | Printed | Tricia Rose Hall, RN |

## Progress Notes

Namita Bhardwaj, MD at 1/6/2015 11:52 AM
Author Type: Resident    Status: Signed
1) s/p PKP left eye at age of 18, unknown cause
- graft relatively clear centrally, haze in periphery
- appears stable, pt not taking any drops
- denies trauma
- topography today shows 18D of astigmatism, will need CL for best corrected vision

2) Cortical cataract left eye> right eye
- Reviewed topography from previous visit. Patient with steep cornea OD
        53.28 @ 97
        50.64 @ 7
- No hx trauma, no phaco/iridodenesis, no guttata
- no aspirin or blood thinners
- good dilation > 8mm
- borderline cataract right eye, patient states he tried CL with no benefit
-Will schedule cataract surgery when date available.

Bruce Allen Barron, MD at 1/6/2015 8:30 AM
Author Type: Physician    Status: Signed

I reviewed the history, examined the patient, and discussed the case with the resident. I also examined and interpreted the corneal topography, and agree with the resident's findings, diagnoses, assessment, and plan.



- Macular degeneration – Macular degeneration is a condition that damages the back of the eye, called the retina.
- Diabetic retinopathy – Diabetic retinopathy damages the retina, too. But in this case the damage is related to having blood sugar levels that are too high. This type of vision loss affects people with diabetes.
- Presbyopia – Presbyopia occurs when the lens of the eye can no longer focus the right way. Presbyopia often occurs as a result of aging.
- Refractive errors – Refractive errors, such as nearsightedness and farsightedness, happen when the cornea (a structure in the front of the eye) cannot focus light or images onto the back of the eye the right way. Refractive errors can occur at any age, but are common among older people.

**Who should be tested for age-related vision loss?** — Experts recommend that people have at least 1 full eye exam (called a "comprehensive eye exam") after they turn 40.

If you are 40 or older, you should be tested even if your vision is fine. That's because many eye conditions do not affect vision until they are very advanced. By then, it might be too late to protect your vision. But if you catch a problem early, you can sometimes prevent vision loss.

During the comprehensive eye exam, an eye doctor:

- Looks into the back of your eye with a magnifying tool to check for signs of nerve damage.
- Checks how well you see things in the center of focus, and how well you see things that are off to the side.
- Checks the pressure inside your eye by pushing or blowing on your eye with a special tool. People with glaucoma often have too much pressure inside the eye.

**What treatments are available?** — It depends on the cause of vision loss. For instance, people with cataracts can have surgery to replace the lens in their eye. People with glaucoma can take drops to lower the pressure inside their eyes. With some forms of vision loss, early treatment is very important, because it can prevent further vision loss.

**Can age-related vision loss be prevented?** — Yes. You can reduce your chances of developing vision loss by:

- Not smoking (or quitting if you already smoke)
- Keeping your blood sugar and blood pressure levels as close to normal as possible if you have diabetes or high blood pressure
- Wearing goggles or other types of eye protection when you use heavy machinery or do anything that could hurt your eyes

There is also some evidence that eating a diet rich in fruits and vegetables and low in fat and cholesterol can help prevent vision loss.

**What if I already have age-related vision loss?** — If you already have vision loss, remember that there are tools that can help you make the most of the vision you have left. For instance, there are:

- Magnifying devices that mount on the TV and other screens
- Large print books
- Computer programs that allow your computer to read aloud to you
- Braille books – Braille is a form of language that uses raised dots. People who are blind read braille by passing their fingers over these dots.

All topics are updated as new evidence becomes available and our peer review process is complete.

**This topic retrieved from UptoDate on:** Aug 26, 2014.

LabCorp
Laboratory Corporation of America

Topic 15850 Version 6.0

Release: 22.8 - C22.159

© 2014 UpToDate, Inc. All rights reserved.

# figure 1: Common eye disorders



**Section through eyeball**

Vision loss can be caused by different problems in the eye:

- Presbyopia makes it hard for the lens to focus

- Cataracts make the lens cloudy

- Glaucoma damages the optic nerve

- Macular degeneration damages the macula, the part of the eye that allows you to see fine detail
- Diabetic retinopathy damages the blood vessels in the retina, the part of the eye that receives visual images and sends these images to the brain

Graphic 76735 Version 5.0

Consumer Information Use and Disclaimer

This information is not specific medical advice and does not replace information you receive from your health care provider. This is only a brief summary of general information. It does NOT include all information about conditions, illnesses, injuries, tests, procedures, treatments, therapies, discharge instructions or life-style choices that may apply to you. You must talk with your health care provider for complete information about your health and treatment options. This information should not be used to decide whether or not to accept your health care provider's advice, instructions or recommendations. Only your health care provider has the knowledge and training to provide advice that is right for you. The use of UpToDate content is governed by the UpToDate Terms of Use. ©2014 UpToDate, Inc. All rights reserved.

Copyright

© 2014 UpToDate, Inc. All rights reserved.

Mathieu, Kevin (MR # 1001508578)                                    Encounter Date: 08/04/2015

## Progress Notes                                    **Kevin Mathieu (MR# 1001508578)**

### Progress Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Craig Joseph Meaux Jr., MD | Signed | Craig Joseph Meaux Jr., MD | 8/4/2015  1:27 PM |

### Progress Notes

1) s/p complex PC/IOL left eye  6/29/15
- VA HM at last appt but PH to 20/400 today
- Diffuse corneal edema
- lens centered. Corneal sutures in place
- Pt states he is using PF every hour left eye while awake
- CCT 770 decreased some from last visit- likely graft rejection (with possible endothelial degeneration as well)
- May need repeat PKP if no improvement
-CSM for now and reeval in 1 week as VA and CCT improved from last exam

2) s/p PKP left eye at age of 18, unknown cause
- graft with corneal edema post cataract surgery -  Will monitor closely (see #1)
- preop topography shows 18D of astigmatism, will need CL for best corrected vision once healed from CE


RTC 1 week

Mathieu, Kevin (MR # 1001508578) Printed by Melanie F Barton [MBART2] at 8/5/15 5:09 PM



UNIVERSITY MEDICAL CENTER - NO
1400 Poydras Street
New Orleans LA 70112
After Visit Summary

MATHIEU,KEVIN
MRN: 1001508578
DOB: Redacted 1962, Sex: M
Enc. Date: 08/04/15

| **Kevin Mathieu** | | |
|---|---|---|
| **8/4/2015 8:30 AM  Office Visit** | Dept Phone: **504-903-2373**<br>Center: **ILH POY3F** | Description: **53 year old male**<br>Provider: **Bruce Allen Barron, MD**<br>Department: **Ilh Eye Cln - Lsu** |

## Appointment Scheduling

To schedule an appointment, call 504-903-5700.

## To-Do List

Follow-Up
**Return in about 1 week (around 8/11/2015).**

## Your Current Medications (TAKE These Medicines)

| | Dosage |
|---|---|
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet** | Take 1 tablet by mouth every 6 (six) hours as needed for Pain (may cause drowsiness and constipation). |
| **lisinopril (PRINIVIL,ZESTRIL) 20 MG tablet** | Take 2 tablets by mouth daily. |
| **losartan (COZAAR) 50 MG tablet** | Take 50 mg by mouth daily. |
| **prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension** | Place 1 drop into the left eye every hour. |

## Allergies as of 8/4/2015

No Known Allergies

## Today You Were Seen For:

**Cataract   - Primary**
**Accumulation of fluid in the cornea of the eye**

## Problem List

**Accumulation of fluid in the cornea of the eye**

## Goals (5 Years of Data)

None

**Filed Vitals:**

| | 08/04/15 1216 |
|---|---|
| BP: | 158/83 |
| Pulse: | 54 |
| Temp: | 96.8 °F |
| TempSrc: | Oral |
| Resp: | 19 |
| Height: | 1.727 m (5' 8") |

Weight:        94.802 kg (209 lb)

**Patient Instructions**
None

## General Education

### Please bring ALL of your medications (including over-the-counter/herbal medications) with you to every clinic visit.

**IF YOU ARE A SMOKER OR HAVE SMOKED IN THE LAST 12 MONTHS, WE ENCOURAGE YOU TO EXPLORE OPTIONS FOR QUITTING.   FOR ASSISTANCE, PLEASE CALL 1-800- Quit Now**

**For Pneumonia Patients:**
The pneumonia vaccine is recommended for people 65 and older and people with chronic health conditions, once in a lifetime. It should be repeated every 5-10 years if received before age 65. The flu vaccine should be given every year for people 50 and older, younger for those with chronic health conditions.

**For Heart Failure/Cardiac Patients:**
- Regular activity within your limitations is important for your health.
- Eating a low fat and low cholesterol diet with plenty of fruits and vegetables can reduce your chance of suffering a future heart attack.
- Weighing yourself daily and reporting a gain of 2-3 pounds a day and/or 5-6 pounds a week to your physician is important.
- If any of your symptoms worsen,contact your doctor or go to the nearest emergency department.

**For Stroke Patients:**
Carefully controlling and monitoring any of the risk factors listed can decrease your risk of future stroke:
- High Blood Pressure (hypertension)
- High Blood Cholesterol (hyperlipidemia)
- Diabetes
- Smoking
- Alcohol Abuse
- Drug Abuse


### MyChart Sign Up Instructions

Welcome to MYUMCNO, a secure website for patients that allows you to review your clinical information, send messages to your health care providers, renew your prescriptions, view your test results, and manage appointments.


MYUMCNO is NOT to be used for urgent needs; for medical emergencies dial 911.


To Sign Up, go to https://www.myumcno.org , click on the "Sign Up Now" link, and enter your Access Code exactly as it appears below:


R62X2-KQVJN-FS5P7
Expires: 8/28/2015 10:37 AM

000889

If you have questions about MYUMCNO, feel free to ask the physicians or nurses you are seeing today, or view the FAQs on the MYUMCNO homepage, the page contains answers to commonly asked questions. For technical assistance only, email your question(s) to MyChartSupport@lsuhsc.edu

Patients who are currently prisoners cannot be activated for MyChart.

## ILH Move Announcement

We are excited to announce that we will be moving to a new location in August 2015 - University Medical Center New Orleans at 2000 Canal Street, between South Galvez and South Roman Street. The move will be in two parts:
"    The Emergency Department and Hospital will move on Saturday 8/1/15
"    The Clinics will begin operations at the new location on the new campus on Monday 8/9/15

00089



UNIVERSITY MEDICAL CENTER - NO
2000 Canal Street
New Orleans LA 70112
After Visit Summary

MATHIEU,KEVIN
MRN: 1001508578
DORedacte/1962, Sex: M
Enc. Date: 08/11/15

### Kevin Mathieu
**8/11/2015 8:00 AM   Office Visit**    Dept Phone: **504-702-5700**
Center: **UMCNO Vision**

Description: **53 year old male**
Provider: **Bruce Allen Barron, MD**
Department: **Umcno Vision Ctr**

## Appointment Scheduling

To schedule an appointment, call 504-702-5700.

### To-Do List

| Future Appointments | Provider | Department | Dept Phone |
|---|---|---|---|
| 8/28/2015 8:00 AM | **Bruce Allen Barron, MD** | UMCNO VISION CENTER | 504-702-5700 |

Please bring copies of: ---- Medical records ---- Results for labs or tests pertinent to the diagnosis you are being seen for ---- A list of all your medications.

Follow-Up
**Return in about 1 week (around 8/18/2015).**

### Your Current Medications (TAKE These Medicines)

| | Dosage |
|---|---|
| **HYDROcodone-acetaminophen (NORCO) 5 -325 mg per tablet** | Take 1 tablet by mouth every 6 (six) hours as needed for Pain (may cause drowsiness and constipation). |
| **lisinopril (PRINIVIL,ZESTRIL) 20 MG tablet** | Take 2 tablets by mouth daily. |
| **losartan (COZAAR) 50 MG tablet** | Take 50 mg by mouth daily. |
| **prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension** | Place 1 drop into the left eye 4 (four) times daily. |
| **sodium chloride (MURO 128) 5 % ophthalmic solution** | Place 1 drop into the left eye See Admin Inst. Place 1 drop in the left eye 4-6 times a day |

These are the prescriptions given today (2 Prescriptions)

## Prescriptions- Paper or Phoned In

### Paper Script (2 of 2)

**prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension**

Sig:    Place 1 drop into the left eye 4 (four) times daily.
Start:    8/11/15
Quantity:    5 mL

sodium chloride (MURO 128) 5 % ophthalmic solution

Sig:    Place 1 drop into the left eye See Admin Inst. Place 1 drop in the left eye 4-6 times a day
Start:    8/11/15

Printed by BLANCHE, WENDY M [WBLANC] at 8/11/2015 9:59:49 AM    000903

- No improvement with q1 hr PF. Likely endothelial degeration
- Will decrease PF to QID and start Muro 128 4-6 times/day
- RTC 1 week

2) s/p PKP left eye at age of 18, unknown cause
- graft with corneal edema post cataract surgery -  Will monitor closely (see #1)
- preop topography shows 18D of astigmatism, will need CL for best corrected vision once healed from CE

Bruce Allen Barron, MD at 8/11/2015 7:41 AM

Author Type: Physician          Status: Sign at close encounter

I reviewed the history, examined the patient, and discussed the case with the resident.  I agree with the resident's findings, diagnoses, assessment, and plan.

1.      Status post phacoemulsification and posterior chamber intraocular lens implantation in the left eye on 6/29/15.
        Corneal transplant thicker today (828 compared with 770 last visit, compared with 814 the visit before, compared with 765 the visit before).  (Patient got subTenon's Depomedrol inferiorly at the time of surgery).
        Corneal thickness more today.  Most likely secondary to endothelial failure rather than rejection.
        Decrease Pred forte to four times a day.
        Start Muro 128.

        Return 1 week.  (Overbook, if necessary.)

## Medications Ordered This Encounter

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension** | 5 mL | 0 | 8/11/2015 | |
| Place 1 drop into the left eye 4 (four) times daily. - Left Eye | | | | |
| **sodium chloride (MURO 128) 5 % ophthalmic solution** | 15 mL | 2 | 8/11/2015 | 9/10/2015 |
| Place 1 drop into the left eye See Admin Inst. Place 1 drop in the left eye 4-6 times a day - Left Eye | | | | |

## Discontinued Medications

| | Reason for Discontinue |
|---|---|
| **prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension** | Reorder |

## Follow-up and Disposition

Return in about 1 week (around 8/18/2015).

## Provider Information

Authorizing/Billing Provider
Bruce Allen Barron, MD

PR POST-OP FOLLOW-UP VISIT [99024] - Resident Teaching Phys Serv [GC]
LOS History

Case 3:16-cv-00442-SDD-RLB     Document 165-11     06/20/19     Page 23 of 61

**All Flowsheet Templates (all recorded)**
    AMB Screenings
    Anthropometrics
    Custom Formula Data
    Disease Management
    Encounter Vitals
    Screenings
    Suicide Risk Assessment

**Referring Provider**
    **Randy Lane Lavespere, MD**

**Routing History**
    There are no sent or routed communications associated with this encounter.

000905

Case 2:16-cv-00042-SDD-RLB    Document 165-11    06/20/18    Page 24 of 61

**Kevin Mathieu**
**8/11/2015 8:00 AM   Office Visit**
MRN: **1001508578**

Description: **53 year old male**
Provider: **Bruce Allen Barron, MD**
Department: **Umcno Vision Ctr**

## Encounter-Level Documents - 8/11/15

Scan - Consent Form - Scan on 8/11/2015 8:46 AM by Julia R Keeler

## Order-Level Documents:

There are no order-level documents.

## Patient-Level Documents:

Referral Attachment - Document on 8/6/2015 10:30 AM by Michelle David : km.pdf

Referral Attachment - Document on 7/29/2015 2:41 PM by Michelle David : KM.pdf

Referral Attachment - Document on 7/8/2015 11:53 AM by Michelle David : KM.pdf

Other - Scan on 7/7/2015 4:22 PM by Sheila M Washington : Offender Collaborative Care Communcation Form

Discharge Instruction - Scan on 7/1/2015 3:06 PM by Mary B Noel, LPN : OFFENDER AFTER CARE

Consent for Treatment - Scan on 6/29/2015 7:46 AM by Ebony N Brown : CATARACT SURGERY

Anesthesia Record - Scan on 6/29/2015 6:50 AM by Meshutta Matthews : Anes / Unspecified Catarat - 6/29/15

Outside Record - Scan on 6/24/2015 12:14 PM by Meshutta Matthews : LABS / EKG

Referral Attachment - Document on 6/17/2015 2:19 PM by Monica Bouvia : kmath1.pdf

Referral Attachment - Document on 6/17/2015 2:18 PM by Monica Bouvia : kmath.pdf

Referral Attachment - Document on 5/19/2015 10:15 AM by Michelle David : KM.pdf

Other - Scan on 4/13/2015 11:42 AM by Denise Taylor : offeder comm form

Referral Attachment - Document on 1/28/2015 11:46 AM by Michelle David : km.pdf

Other - Scan on 1/8/2015 2:20 PM by Denise Taylor : offendercomm form

Referral Attachment - Document on 12/9/2014 1:50 PM by Michelle David : KM.pdf

Other - Scan on 10/16/2014 3:27 PM by Denise Taylor : offender comm form

Consent for Treatment - Scan on 10/15/2014 11:16 AM by Rosa Q Burton

Referral Attachment - Document on 9/17/2014 9:54 AM by Monica Bouvia : kmathi.pdf

Referral Attachment - Document on 9/16/2014 12:25 PM by Monica Bouvia : kmath.pdf

Referral Attachment - Document on 8/6/2014 9:20 AM by Monica Bouvia : km.pdf

## Chief Complaint

**Follow-up**

## HPI

Pt using PF every hour in the left eye. Feels stable overall. NO changes since last visit

## ROS

Positive for Eyes

## Diagnoses

| **Corneal edema**   -  Primary | 371.20 |
| **S/P PKP (penetrating keratoplasty)** | V42.5 |

## Base Eye Exam

### Visual Acuity (Snellen - Linear)

|            | Right    | Left    |
|------------|----------|---------|
| Dist sc    | 20/100   | 20/400  |
| Dist ph sc | 20/40-1  | 20/200  |

**Neuro/Psych**

Oriented x3: Yes

### Tonometry (Applanation, 11:18 AM)

|          | Right | Left |
|----------|-------|------|
| Pressure | 11    | 11   |

### Pachymetry (7/7/15)

|           | Right | Left |
|-----------|-------|------|
| Thickness |       | 828  |

Edited by: Brian R Bodnarchuk, MD

## Slit Lamp and Fundus Exam

### External Exam

|          | Right  | Left   |
|----------|--------|--------|
| External | Normal | Normal |

### Slit Lamp Exam

|                    | Right                                      | Left                                                                                                                                                                                                                                                                                              |
|--------------------|--------------------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| Lids/Lashes        | Normal                                     | Normal                                                                                                                                                                                                                                                                                            |
| Conjunctiva/Sclera | White and quiet, melanosis                 | melanosis, tr injection                                                                                                                                                                                                                                                                           |
| Cornea             | Clear                                      | PKP graft in place with 2+ MCE and with central D folds. some endothelial haze nasally, supepi haze in periphery, broken sutures buried in periphery, no neovascularization, 1 suture in main wound, 1 suture in para wound. all wounds seidel negative. Irregular epithelium, +endopigment, +guttae |
| Anterior Chamber   | Deep and quiet                             | Appears quiet but hazy view 2/2 K edema                                                                                                                                                                                                                                                           |
| Iris               | Round and reactive                         | Round                                                                                                                                                                                                                                                                                             |
| Lens               | 1+ Nuclear sclerosis, 2+ Cortical cataract inferiorly | PCIOL centered                                                                                                                                                                                                                                                                           |
| Vitreous           |                                            | Normal                                                                                                                                                                                                                                                                                            |

Edited by: Brian R Bodnarchuk, MD

## Progress Notes

Brian R Bodnarchuk, MD at 8/11/2015 11:08 AM

Author Type: Resident          Status: Sign at close encounter

1) s/p complex PC/IOL left eye  6/29/15
- VA HM at last appt but PH to 20/400 today
- Diffuse corneal edema
- 3 retained cortical cataract inferiorly
- Pt states he is using PF every hour left eye while awake
- CCT 828 today (up from 770 at last visit)
- VA improved today but CCT increased

| Quantity: | 15 mL | Refills: | 2 |

---

**Allergies as of 8/11/2015**
No Known Allergies

**Today You Were Seen For:**
**Accumulation of fluid in the cornea of the eye   -  Primary**
**S/P PKP (penetrating keratoplasty)**

**Problem List**
**Accumulation of fluid in the cornea of the eye**

**Goals (5 Years of Data)**
None

Filed Vitals:
08/11/15 1052
BP:          113/73
Pulse:       62
Temp:        98 °F
TempSrc:     Oral
Resp:        18
Height:      1.727 m (5' 8")
Weight:      92.534 kg (204 lb)
SpO2:        99%

**Patient Instructions**

# Patient Education

PROVIDED BY LEXICOMP

Directives à suivre pour les personnes souffrant d'hypertension artérielle à leur sortie d'hôpital
À ce sujet
L'hypertension artérielle se produit lorsque votre cœur travaille plus fort que la normale pour pomper le sang dans le corps. Pour la plupart des gens, il n'existe aucune cause ou raison connue qui permet d'expliquer leur hypertension artérielle.
L'hypertension artérielle ne peut pas se guérir. Vous devez la contrôler en prenant des médicaments et en changeant vos habitudes de vie. Si vous ne parvenez pas à la maîtriser, elle peut provoquer une crise cardiaque, un accident vasculaire cérébral et des problèmes rénaux.



UNIVERSITY MEDICAL CENTER - NO          MATHIEU,KEVIN
2001 Tulane Avenue                      MRN: 1001508578
New Orleans LA 70112                    DOB: Redacted '1962, Sex: M
After Visit Summary                     Enc. Date: 09/15/15

| **Kevin Mathieu** | | Description: **53 year old male** |
|---|---|---|
| **9/15/2015 8:30 AM   Office Visit** | Dept Phone: **504-702-5700** | Provider: **Bruce Allen Barron, MD** |
| | Center: **UMCNO Vision** | Department: **Umcno Vision Ctr** |

## Appointment Scheduling

To schedule an appointment, call 504-702-5700.

## To-Do List

Follow-Up
**Return in about 6 weeks (around 10/27/2015), or General OK to overbook.**

## Your Current Medications (TAKE These Medicines)

| | Dosage |
|---|---|
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet** | Take 1 tablet by mouth every 6 (six) hours as needed for Pain (may cause drowsiness and constipation). |
| **lisinopril (PRINIVIL,ZESTRIL) 20 MG tablet** | Take 2 tablets by mouth daily. |
| **losartan (COZAAR) 50 MG tablet** | Take 50 mg by mouth daily. |
| **prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension** | Place 1 drop into the left eye 2 (two) times daily. |
| **sodium chloride (MURO 128) 2 % ophthalmic solution** | Place 1 drop into the left eye every 4 (four) hours. |

These are the prescriptions given today (1 Prescription)

## Prescriptions- Paper or Phoned In

### Paper Script (1 of 1)

**prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension**

| Sig: | Place 1 drop into the left eye 2 (two) times daily. | |
|---|---|---|
| Start: | 9/15/15 | |
| Quantity: | 5 mL | Refills: | 1 |

## Allergies as of 9/15/2015

No Known Allergies

## Today You Were Seen For:

**S/P PKP (penetrating keratoplasty)    -  Primary**
**Accumulation of fluid in the cornea of the eye**

**Disorder of the lens of the eye**
**Cataract**
**Postsurgical state, eye**

## Problem List

**Cataract**
**Accumulation of fluid in the cornea of the eye**

## Goals (5 Years of Data)

None

Filed Vitals:

|  | 09/15/15 0901 |
|---|---|
| BP: | 114/68 |
| Pulse: | 72 |
| Resp: | 20 |
| Height: | 1.727 m (5' 8") |
| Weight: | 91.627 kg (202 lb) |
| SpO2: | 100% |

## Patient Instructions

# Patient Education

Corneal Abrasion
The Basics
Written by the doctors and editors at UpToDate
**What is a corneal abrasion?** — A corneal abrasion is a scratch on the cornea. The cornea is the clear tissue that covers the colored part of your eye (figure 1).
**What causes a corneal abrasion?** — A corneal abrasion can happen when something scratches your eye or gets stuck under your eyelid. Common things that can scratch a person's eye include fingernails, animal paws, branches, or pieces of paper. Tiny pieces of rust, wood, glass, plastic, or other objects that get stuck under your eyelid can also cause a corneal abrasion.
You can also get a corneal abrasion from wearing contact lenses. This is more likely if you:
·Wear contacts that don't fit well
·Wear contacts longer than you should, such as overnight
·Don't clean your contacts well
**What are the symptoms of a corneal abrasion?** — Common symptoms of a corneal abrasion are:
·Feeling like you have a speck of sand in your eye
·Eye pain that is so bad you cannot work, drive, or sleep
·Teary, watery eyes
·Blurred vision
·Being very uncomfortable looking at bright lights
**Is there anything I can do on my own to feel better?** — If you think you have something in your eye, you can try to remove it. But be careful not to irritate your eye. You can also pull your upper eyelid over your lower eyelid to try to brush away the object, such as an eye lash. Do not rub or press on it. Blink a few times to see if you can remove anything that might be in your eye.
If that doesn't work, rinse your eye with water once or twice. But rinsing more than a few times can make the problem worse.
**Should I see a doctor or nurse?** — See your doctor or nurse right away if you have the symptoms above and your eye still hurts a lot after you've tried rinsing it.
While waiting to see the doctor, you might feel better if you sit quietly in a darkened room with your eyes closed.

**Is there a test for a corneal abrasion?** — Yes. Your doctor will do an eye exam. As part of the exam, the doctor will put a small drop of a special yellow dye in your eye. The dye will help the doctor see whether the cornea has been scratched. He or she will also flip up your upper eyelid to check if anything is stuck there.

**How is a corneal abrasion treated?** — Your doctor can treat your corneal abrasion with eye ointments or drops. Some ointments and drops help prevent infections. Others help ease pain. The doctor might also give you pills to help with your pain.

If the scratch on your cornea is large, the doctor might tape a gauze patch over your eye. This helps keep your eye closed, which helps it feel better. You should not use a fabric patch ("pirate's patch") in place of gauze because it will not keep your eye closed. Most corneal abrasions heal in a few days.

**Can corneal abrasions be prevented?** — To lower your chances of getting a corneal abrasion, you can:

·Wear safety goggles when you work with machines that cut wood, metal, or other materials
·Avoid wearing your contact lenses longer than directed
·Make sure your contact lenses fit well
·Keep your contact lenses clean

All topics are updated as new evidence becomes available and our peer review process is complete.
**This topic retrieved from UpToDate on:** Aug 26, 2014.
Topic 16984 Version 7.0
Release: 22.8 - C22.159
© 2014 UpToDate, Inc. All rights reserved.
**figure 1: Parts of the eye**



**Section through eyeball**

Cross section of an eye.
Graphic 70420 Version 2.0
Consumer Information Use and Disclaimer
This information is not specific medical advice and does not replace information you receive from your health care provider. This is only a brief summary of general information. It does NOT include all information about conditions, illnesses, injuries, tests, procedures, treatments, therapies, discharge instructions or life-style choices that may apply to you. You must talk with your health care provider for complete information about your health and treatment options. This information should not be used to decide whether or not to accept your health care provider's advice, instructions or recommendations. Only your health care provider has the knowledge and training to provide advice that is right for

you.The use of UpToDate content is governed by the UpToDate Terms of Use. ©2014 UpToDate, Inc. All rights reserved.
Copyright
© 2014 UpToDate, Inc. All rights reserved.

General Education

## Please bring ALL of your medications (including over-the-counter/herbal medications) with you to every clinic visit.

**IF YOU ARE A SMOKER OR HAVE SMOKED IN THE LAST 12 MONTHS, WE ENCOURAGE YOU TO EXPLORE OPTIONS FOR QUITTING.   FOR ASSISTANCE, PLEASE CALL 1-800- Quit Now**

**For Pneumonia Patients:**
The pneumonia vaccine is recommended for people 65 and older and people with chronic health conditions, once in a lifetime. It should be repeated every 5-10 years if received before age 65. The flu vaccine should be given every year for people 50 and older, younger for those with chronic health conditions.

**For Heart Failure/Cardiac Patients:**
- Regular activity within your limitations is important for your health.
- Eating a low fat and low cholesterol diet with plenty of fruits and vegetables can reduce your chance of suffering a future heart attack.
- Weighing yourself daily and reporting a gain of 2-3 pounds a day and/or 5-6 pounds a week to your physician is important.
- If any of your symptoms worsen,contact your doctor or go to the nearest emergency department.

**For Stroke Patients:**
Carefully controlling and monitoring any of the risk factors listed can decrease your risk of future stroke:
- High Blood Pressure (hypertension)
- High Blood Cholesterol (hyperlipidemia)
- Diabetes
- Smoking
- Alcohol Abuse
- Drug Abuse

**MyChart Sign Up Instructions**

Welcome to MYUMCNO, a secure website for patients that allows you to review your clinical information, send messages to your health care providers, renew your prescriptions, view your test results, and manage appointments.

MYUMCNO is NOT to be used for urgent needs; for medical emergencies dial 911.

To Sign Up, go to https://www.myumcno.org , click on the "Sign Up Now" link, and enter your Access Code exactly as it appears below:

GGQQS-KPCZP-2G46V

Expires: 11/14/2015 10:24 AM

If you have questions about MYUMCNO, feel free to ask the physicians or nurses you are seeing today, or view the FAQs on the MYUMCNO homepage, the page contains answers to commonly asked questions. For technical assistance only, email your question(s) to MyChartSupport@lsuhsc.edu

Patients who are currently prisoners cannot be activated for MyChart.

**ILH Move Announcement**

Please report to University Medical Center New Orleans for upcoming appointments. The main patient entrances are on S. Galvez Street and Tulane Avenue. Free patient parking is available in our parking garage at 2001 Tulane Avenue.

Mathieu, Kevin (MR # 1001508578)                                    Encounter Date: 11/06/2015

## Progress Notes                                    Kevin Mathieu (MR# 1001508578)

### Progress Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Bruce Allen Barron, MD | Signed | Bruce Allen Barron, MD | 11/6/2015  1:43 PM |

### Progress Notes

I reviewed the history, examined the patient, and discussed the case with the resident.  I agree with the resident's findings, diagnoses, assessment, and plan.

1.      Status post phacoemulsification and posterior chamber intraocular lens implantation in the left eye on 6/29/15.
        Corneal transplant 638 today (compared with 725 last visit, 739 visit before compared with 828 the visit before compared with 770 the visit before, compared with 814 the visit before, compared with 765 the visit before).  (Patient got subTenon's Depomedrol inferiorly at the time of surgery).
        Use Pred forte two a day.
        (Patient not using Muro).
        (Patient would need a hard contact lens to adequate assess best-corrected visual acuity.)

Return 2 months.

Mathieu, Kevin (MR # 1001508578) Printed by Cecilia N Partin [CPARTI] at 11/9/15 9:42 AM

000853

Case 3:16-cv-00842-SDD-RLB   Document 165-11   06/20/19   Page 34 of 61

Mathieu, Kevin (MR # 1001508578)                                    Encounter Date: 11/06/2015

## Progress Notes                                    Kevin Mathieu (MR# 1001508578)

## Progress Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Craig Joseph Meaux Jr., MD | Signed | Craig Joseph Meaux Jr., MD | 11/6/2015  1:43 PM |

## Progress Notes

A/P:

**1) s/p complex PC/IOL left eye  6/29/15**
- VA at last appt PH to 20/400--same today
- Improved but still present corneal edema
- lens centered
- CCT <638---725<-- 739 <-- 828
- VA stable today and CCT with large decrease
- pt has had issues with compliance of drops, last visit he was on wrong medication.
- On pred forte BID
-  Muro he is taking every 4 hours--pt has not been using, however, corneal edema has improved so will hold off for now


2) s/p PKP left eye at age of 18, unknown cause
- graft with corneal edema post cataract surgery.
- We are monitoring closely, however will likely need PKP in future.

RTC 2 months PRN sooner

Mathieu, Kevin (MR # 1001508578) Printed by Cecilia N Partin [CPARTI] at 11/9/15 9:42 AM

Case 3:16-cv-00844-SDD-RLB     Document 165-11     06/20/19     Page 35 of 61



UNIVERSITY MEDICAL CENTER - NO
2001 Tulane Avenue
New Orleans LA 70112
After Visit Summary

MATHIEU,KEVIN
MRN: 1001508578
DOB Redacted 1962, Sex: M
Enc. Date: 11/06/15

---

**Kevin Mathieu**
**11/6/2015 8:30 AM   Office Visit**

Dept Phone: **504-702-5700**
Center: **UMCNO Vision**

Description: **53 year old male**
Provider: **Bruce Allen Barron, MD**
Department: **Umcno Vision Ctr**

---

## Appointment Scheduling

To schedule an appointment, call 504-702-5700.

## To-Do List

Follow-Up
**Return in about 2 months (around 1/6/2016).**

## Your Current Medications (TAKE These Medicines)

| | Dosage |
|---|---|
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet** | Take 1 tablet by mouth every 6 (six) hours as needed for Pain (may cause drowsiness and constipation). |
| **lisinopril (PRINIVIL,ZESTRIL) 20 MG tablet** | Take 2 tablets by mouth daily. |
| **losartan (COZAAR) 50 MG tablet** | Take 50 mg by mouth daily. |
| **prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension** | Place 1 drop into the left eye 2 (two) times daily. |
| **sodium chloride (MURO 128) 2 % ophthalmic solution** | Place 1 drop into the left eye every 4 (four) hours. |

## Allergies as of 11/6/2015

No Known Allergies

## Today You Were Seen For:

**Disorder of the lens of the eye**  - Primary
**Pseudophakic corneal edema**
**Disorder of corneal graft of left eye**

## Problem List

**Disorder of the lens of the eye**
**Pseudophakic corneal edema**
**Cataract**
**Accumulation of fluid in the cornea of the eye**

## Goals (5 Years of Data)

None

Filed Vitals:

11/06/15 1145

| | |
|---|---|
| BP: | 152/97 |
| Pulse: | 64 |
| Temp: | 96.9 °F |
| TempSrc: | Oral |
| Resp: | 20 |
| Height: | 1.727 m (5' 8") |
| Weight: | 94.076 kg (207 lb 6.4 oz) |
| SpO2: | 99% |

Patient Instructions
   None

General Education

## Please bring ALL of your medications (including over-the-counter/herbal medications) with you to every clinic visit.

**IF YOU ARE A SMOKER OR HAVE SMOKED IN THE LAST 12 MONTHS, WE ENCOURAGE YOU TO EXPLORE OPTIONS FOR QUITTING.   FOR ASSISTANCE, PLEASE CALL 1-800- Quit Now**

**For Pneumonia Patients:**
The pneumonia vaccine is recommended for people 65 and older and people with chronic health conditions, once in a lifetime. It should be repeated every 5-10 years if received before age 65. The flu vaccine should be given every year for people 50 and older, younger for those with chronic health conditions.

**For Heart Failure/Cardiac Patients:**
- Regular activity within your limitations is important for your health.
- Eating a low fat and low cholesterol diet with plenty of fruits and vegetables can reduce your chance of suffering a future heart attack.
- Weighing yourself daily and reporting a gain of 2-3 pounds a day and/or 5-6 pounds a week to your physician is important.
- If any of your symptoms worsen,contact your doctor or go to the nearest emergency department.

**For Stroke Patients:**
Carefully controlling and monitoring any of the risk factors listed can decrease your risk of future stroke:
- High Blood Pressure (hypertension)
- High Blood Cholesterol (hyperlipidemia)
- Diabetes
- Smoking
- Alcohol Abuse
- Drug Abuse

MyChart Sign Up Instructions

Welcome to MYUMCNO, a secure website for patients that allows you to review your clinical information, send messages to your health care providers, renew your prescriptions, view your test results, and manage appointments.

MYUMCNO is NOT to be used for urgent needs; for medical emergencies dial 911.

To Sign Up, go to https://www.myumcno.org , click on the "Sign Up Now" link, and enter your Access Code exactly as it appears below:

## Kevin Mathieu
**11/6/2015 8:30 AM   Office Visit**
MRN: 1001508578

Description: **53 year old male**
Provider: **Bruce Allen Barron, MD**
Department: **Umcno Vision Ctr**

---

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

Referral Attachment - Document on 9/17/2015 2:49 PM by Michelle David : KM.pdf

Referral Attachment - Document on 8/19/2015 2:13 PM by Michelle David : kmat.pdf

Referral Attachment - Document on 8/12/2015 12:25 PM by Michelle David : km.pdf

Referral Attachment - Document on 8/6/2015 10:30 AM by Michelle David : km.pdf

Referral Attachment - Document on 7/29/2015 2:41 PM by Michelle David : KM.pdf

Referral Attachment - Document on 7/8/2015 11:53 AM by Michelle David : KM.pdf

Outside Record - Scan on 6/24/2015 12:14 PM by Meshutta Matthews : LABS / EKG

Referral Attachment - Document on 6/17/2015 2:19 PM by Monica Bouvia : kmath1.pdf

Referral Attachment - Document on 6/17/2015 2:18 PM by Monica Bouvia : kmath.pdf

Referral Attachment - Document on 5/19/2015 10:15 AM by Michelle David : KM.pdf

Other - Scan on 4/13/2015 11:42 AM by Denise Taylor : offeder comm form

Referral Attachment - Document on 1/28/2015 11:46 AM by Michelle David : km.pdf

Referral Attachment - Document on 12/9/2014 1:50 PM by Michelle David : KM.pdf

Consent for Treatment - Scan on 10/15/2014 11:16 AM by Rosa Q Burton

Referral Attachment - Document on 9/17/2014 9:54 AM by Monica Bouvia : kmathi.pdf

Referral Attachment - Document on 9/16/2014 12:25 PM by Monica Bouvia : kmath.pdf

Referral Attachment - Document on 8/6/2014 9:20 AM by Monica Bouvia : km.pdf

**Chief Complaint**

**Follow-up**                        s/p PHACO/PCIOL left eye 6/29/15

**HPI**

**Follow-up**
Additional comments: s/p PHACO/PCIOL left eye 6/29/15

**Diagnoses**

| | |
|---|---|
| **Pseudophakia of left eye   - Primary** | Z96.1 |
| **Pseudophakic corneal edema** | H18.20 |
| **Disorder of corneal graft of left eye** | T86.849 |

**Tech notes**

Duyen A Duong at 11/6/2015 12:39 PM
Status: Signed
53 y/o M rtc for follow up.

Last eye exam on 9/15/15 for the following:
*"Status post phacoemulsification and posterior chamber intraocular lens implantation in the left eye on 6/29/15.*

*Corneal transplant 725 today (compared with 739 last visit compared with 828 the visit before compared with 770 the visit before, compared with 814 the visit before, compared with 765 the visit before). (Patient got subTenon's Depomedrol inferiorly at the time of surgery).*
*Use Pred forte two a day.*
*Continue Muro 128 four to six times a day.*
*Patient will need repeat penetrating keratoplasty in the near future."*


Pt c/o ocular pain and redness x last week x lasted 2 days in the left eye x improved.

Eye medications:
1. Pred Forte BID left eye
**Pt discontinued Muro - per notes "Continue using Muro 128 4-6 times a day.**


## Base Eye Exam

### Visual Acuity (Snellen - Linear)

|          | Right  | Left    |
|----------|--------|---------|
| Dist sc  | 20/60- | CF at 3'|
| Dist ph sc | 20/40- | 20/400 |

### Neuro/Psych

Oriented x3: Yes

### Tonometry (Tonopen, 12:45 PM)

|          | Right | Left |
|----------|-------|------|
| Pressure | 14    | 14   |

### Pachymetry (11/6/2015)

|           | Right | Left |
|-----------|-------|------|
| Thickness | 414   | 638  |

Edited by: Duyen A Duong; Craig Joseph Meaux Jr., MD


## Slit Lamp and Fundus Exam

### External Exam

|          | Right  | Left   |
|----------|--------|--------|
| External | Normal | Normal |

### Slit Lamp Exam

|                    | Right                                    | Left                                                                                                                                                                                                                                                                                             |
|--------------------|------------------------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| Lids/Lashes        | Normal                                   | Normal                                                                                                                                                                                                                                                                                           |
| Conjunctiva/Sclera | White and quiet, melanosis               | melanosis, tr injection                                                                                                                                                                                                                                                                          |
| Cornea             | Clear                                    | PKP graft in place with tr MCE and with few central D folds and haze in the periphery at graft borders. some endothelial haze nasally, supepi haze in periphery, no neovascularization, 1 suture in main wound, 1 suture in para wound. all wounds seidel negative.+endopigment, +guttae |
| Anterior Chamber   | Deep and quiet                           | rare-tr cell, hazy view                                                                                                                                                                                                                                                                          |
| Iris               | Round and reactive                       | Round                                                                                                                                                                                                                                                                                            |
| Lens               | 1+ Nuclear sclerosis, 2+ Cortical cataract inferiorly | PCIOL centered                                                                                                                                                                                                                                                       |

Edited by: Craig Joseph Meaux Jr., MD

## Progress Notes

Craig Joseph Meaux Jr., MD at 11/6/2015 1:23 PM

Author Type: Resident          Status: Signed
A/P:

**1) s/p complex PC/IOL left eye  6/29/15**
- VA at last appt PH to 20/400--same today
- Improved but still present corneal edema
- lens centered
- CCT <638---725<-- 739 <-- 828
- VA stable today and CCT with large decrease
- pt has had issues with compliance of drops, last visit he was on wrong medication.
- On pred forte BID
- Muro he is taking every 4 hours--pt has not been using, however, corneal edema has improved so will hold off for now


2) s/p PKP left eye at age of 18, unknown cause
- graft with corneal edema post cataract surgery.
- We are monitoring closely, however will likely need PKP in future.

RTC 2 months PRN sooner

Bruce Allen Barron, MD at 11/6/2015 10:11 AM

Author Type: Physician          Status: Signed
I reviewed the history, examined the patient, and discussed the case with the resident.  I agree with the resident's findings, diagnoses, assessment, and plan.

1.      Status post phacoemulsification and posterior chamber intraocular lens implantation in the left eye on 6/29/15.
        Corneal transplant 638 today (compared with 725 last visit, 739 visit before compared with 828 the visit before compared with 770 the visit before, compared with 814 the visit before, compared with 765 the visit before).  (Patient got subTenon's Depomedrol inferiorly at the time of surgery).
        Use Pred forte two a day.
        (Patient not using Muro).
        (Patient would need a hard contact lens to adequate assess best-corrected visual acuity.)

Return 2 months.


## Follow-up and Disposition

Return in about 2 months (around 1/6/2016).
Follow-up and Disposition History

## Provider Information

Authorizing/Billing Provider
Craig Joseph Meaux Jr., MD

## Level of Service

                            Modifiers
                            Resident/Teaching Phys Serv [GC]

**PR EYE EXAM ESTABLISHED PT**
**[92012]**
LOS History

## All Flowsheet Templates (all recorded)

Anthropometrics
Custom Formula Data
Encounter Vitals
Patient Safety Initial Screen
Screenings

## Referring Provider

**Randy Lane Lavespere, MD**

## Routing History

There are no sent or routed communications associated with this encounter.

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|------|-------------|--------------|------------------|-----------|-----|
| 92012 | PR EYE EXAM ESTABLISHED PT | 11/6/2015 | Bruce Allen Barron, MD | GC | 1 |

## Progress Notes

Kevin Mathieu (MR# 1001508578)

### Progress Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Curtis Roy Brown, MD | Signed | Curtis Roy Brown, MD | 1/6/2016 12:07 PM |

### Progress Notes

Gtts: PF BID

**A/P:**

1) S/p PC/IOL left eye (6/29/15) complicated by corneal decompensation
-VA at last appt PH to 20/400--same today
-Corneal edema improved but still present
-CCT 609<--638--<--725<-- 739 <-- 828
-Currently taking PF BID

2) Macular edema, left eye
-No h/o of DM
-OCT poor quality but demonstrates gross edema
-Increase PF to QID
-Start Acular QID
-Obtain HA1c
-Return to Retina in 4 weeks

3) S/p PKP left eye at age of 18, unknown cause
- Graft with corneal edema post cataract surgery.
- We are monitoring closely, however will likely need PKP in future.

Return to Retina in 4 weeks, dilate and OCT Mac on arrival

**Prison Recommendations**
**-Obtain HA1c**
**-Increase Pred Forte to QID in left eye**
**-Start Acular QID in left eye**
**-Return to Retina Clinic in 4 weeks**



UNIVERSITY MEDICAL CENTER - NO
2000 Canal St
New Orleans LA 70112
After Visit Summary

MATHIEU,KEVIN
MRN: 1001508578
DOB: Redacted 1962, Sex: M
Enc. Date: 01/06/16

## Kevin Mathieu
**1/6/2016 9:30 AM   Office Visit**

Dept Phone: **504-702-5700**
Center: **UMCNO Vision**

Description: **53 year old male**
Provider: **Bruce Allen Barron, MD**
Department: **Umcno Vision Ctr**

## Appointment Scheduling

To schedule an appointment, call 504-702-5700.

### Follow-up Instructions
Return in about 4 weeks (around 2/3/2016) for RETINA CLINIC.

## Your Updated Medication List

| This list is accurate as of: 1/6/16 12:10 PM. Always use your most recent med list. |
|---|

**HYDROcodone-acetaminophen 5-325 mg per tablet**
Commonly known as: NORCO
Take 1 tablet by mouth every 6 (six) hours as needed for Pain (may cause drowsiness and constipation).

**ketorolac 0.5 % ophthalmic solution**
Commonly known as: ACULAR
Place 1 drop into the left eye 4 (four) times daily

**lisinopril 20 MG tablet**
Commonly known as: PRINIVIL ZESTRIL
Take 2 tablets by mouth daily.

**losartan 50 MG tablet**
Commonly known as: COZAAR

**prednisoLONE acetate 1 % ophthalmic suspension**
Commonly known as: PRED FORTE
Place 1 drop into the left eye 4 (four) times daily

**sodium chloride 2 % ophthalmic solution**
Commonly known as: MURO 128

These are the prescriptions given today (2 Prescriptions)

## Prescriptions- Paper or Phoned In

**Paper Script (2 of 2)**

**ketorolac (ACULAR) 0.5 % ophthalmic solution**

Printed by NOEL, MARY B [MNOEL] at 1/6/2016 1:15 PM

| Sig:      | Place 1 drop into the left eye 4 (four) times daily |         |   |
|-----------|----------------------------------------------------|---------|---|
| Start:    | 1/6/16                                             |         |   |
| Quantity: | 5 mL                                               | Refills: | 0 |

**prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension**

| Sig:      | Place 1 drop into the left eye 4 (four) times daily |         |   |
|-----------|----------------------------------------------------|---------|---|
| Start:    | 1/6/16                                             |         |   |
| Quantity: | 5 mL                                               | Refills: | 0 |

## Allergies as of 1/6/2016
No Known Allergies

## You Were Diagnosed With
**Swelling of retina  - Primary**
**Visual loss**
**Pseudophakic corneal edema**

## Problem List
**Disorder of the lens of the eye**
**Pseudophakic corneal edema**
**Cataract**
**Accumulation of fluid in the cornea of the eye**

## Your Vital Signs Were

| BP | Pulse | Resp | Height | Weight | BMI |
|----|-------|------|--------|--------|-----|
| 157/86 mmHg | 61 | 20 | 1.727 m (5' 8") | 97.07 kg (214 lb) | 32.55 kg/m2 |
| SpO2 100% | Smoking Status Never Smoker | | | | |

## Patient Instructions
None

## General Education

# Please bring ALL of your medications (including over-the-counter/herbal medications) with you to every clinic visit.

**IF YOU ARE A SMOKER OR HAVE SMOKED IN THE LAST 12 MONTHS, WE ENCOURAGE YOU TO EXPLORE OPTIONS FOR QUITTING.   FOR ASSISTANCE, PLEASE CALL 1-800- Quit Now**

**For Pneumonia Patients:**
The pneumonia vaccine is recommended for people 65 and older and people with chronic health conditions, once in a lifetime. It should be repeated every 5-10 years if received before age 65. The flu vaccine should be given every year for people 50 and older, younger for those with chronic health conditions.

**For Heart Failure/Cardiac Patients:**
- Regular activity within your limitations is important for your health.
- Eating a low fat and low cholesterol diet with plenty of fruits and vegetables can reduce your chance of suffering a future heart attack.
- Weighing yourself daily and reporting a gain of 2-3 pounds a day and/or 5-6 pounds a week to your physician is important.
- If any of your symptoms worsen,contact your doctor or go to the nearest emergency department.

**For Stroke Patients:**

Carefully controlling and monitoring any of the risk factors listed can decrease your risk of future stroke:
- High Blood Pressure (hypertension)
- High Blood Cholesterol (hyperlipidemia)
- Diabetes
- Smoking
- Alcohol Abuse
- Drug Abuse


## MyChart Sign Up Instructions

Welcome to MYUMCNO, a secure website for patients that allows you to review your clinical information, send messages to your health care providers, renew your prescriptions, view your test results, and manage appointments.


MYUMCNO is NOT to be used for urgent needs; for medical emergencies dial 911.


To Sign Up, go to https://www.myumcno.org , click on the "Sign Up Now" link, and enter your Access Code exactly as it appears below:


                        S6T3F-HDFQQ-V5QKN
Expires: 3/6/2016 12:10 PM


If you have questions about MYUMCNO, feel free to ask the physicians or nurses you are seeing today, or view the FAQs on the MYUMCNO homepage, the page contains answers to commonly asked questions. For technical assistance only, email your question(s) to MyChartSupport@lsuhsc.edu


Patients who are currently prisoners cannot be activated for MyChart.

Case 3:16-cv-00842-SDD-RLB    Document 165-11    06/20/19    Page 45 of 61

## Progress Notes

Kevin Mathieu (MR# 1001508578)

### Progress Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Bruce Allen Barron, MD | Signed | Bruce Allen Barron, MD | 1/6/2016 12:07 PM |

### Progress Notes

I reviewed the history, examined the patient, and discussed the case with the resident. I also examined and interpreted the macula OCT, and agree with the resident's findings, diagnoses, assessment, and plan.

1.      Status post phacoemulsification and posterior chamber intraocular lens implantation in the left eye on 6/29/15.
        Corneal transplant 609 today (compared with 638 last visit, 725 last visit before, 739 visit before compared with 828 the visit before compared with 770 the visit before, compared with 814 the visit before, compared with 765 the visit before). (Patient got subTenon's Depomedrol inferiorly at the time of surgery).
        The cornea has cleared remarkably.
        Massive macula edema (OCT 939). **(The patient denies diabetes, and there is no diabetic retinopathy, but recommend checking hemoglobin A1C.)** The patient cannot recall why the original corneal transplant was done.
        Increase Pred forte to four times a day. Add Acular four times a day.
        (Patient not using Muro).

Return 1 month Retina Clinic.



UNIVERSITY MEDICAL CENTER - NO
2000 Canal St
New Orleans LA 70112
After Visit Summary

MATHIEU,KEVIN
MRN: 1001508578
DOB: Redacted 1962, Sex: M
Enc. Date: 02/03/16

### Kevin Mathieu
**2/3/2016 8:00 AM  Office Visit**

Dept Phone: **504-702-5700**
Center: **UMCNO Vision**

Description: **53 year old male**
Provider: **Maria Andrea Reinoso, MD**
Department: **Umcno Vision Ctr**

## Appointment Scheduling

To schedule an appointment, call 504-702-5700.

### Follow-up Instructions
Return in about 6 weeks (around 3/16/2016) for Retina wiht OCT MAC.

## Your Updated Medication List

**This list is accurate as of: 2/3/16  3:07 PM.** Always use your most recent med list.

**amLODIPine 10 MG tablet**
Commonly known as: NORVASC

**HYDROcodone-acetaminophen 5-325 mg per tablet**
Commonly known as: NORCO
Take 1 tablet by mouth every 6 (six) hours as needed for Pain (may cause drowsiness and constipation).

**ketorolac 0.5 % ophthalmic solution**
Commonly known as: ACULAR
Place 1 drop into the left eye 4 (four) times daily

**lisinopril 20 MG tablet**
Commonly known as: PRINIVIL ZESTRIL
Take 2 tablets by mouth daily.

**losartan 50 MG tablet**
Commonly known as: COZAAR

**oxyCODONE-acetaminophen 10-500 mg per tablet**
Commonly known as: NARVOX

**prednisoLONE acetate 1 % ophthalmic suspension**
Commonly known as: PRED FORTE
Place 1 drop into the left eye 4 (four) times daily

**sodium chloride 2 % ophthalmic solution**
Commonly known as: MURO 128

These are the prescriptions given today (2 Prescriptions)

## Prescriptions- Paper or Phoned In

**Paper Script (2 of 2)**

**ketorolac (ACULAR) 0.5 % ophthalmic solution**
Sig:              Place 1 drop into the left eye 4 (four) times daily
Start:            2/3/16
Quantity:     5 mL                    Refills:            0

**prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension**
Sig:              Place 1 drop into the left eye 4 (four) times daily
Start:            2/3/16
Quantity:     5 mL                    Refills:            0

Medications Administered
phenylephrine (MYDFRIN) 2.5 % ophthalmic solution 1 drop

proparacaine (ALCAINE) 0.5 % ophthalmic solution 1 drop

tropicamide (MYDRIACYL) 1 % ophthalmic solution 1 drop

Allergies as of 2/3/2016
No Known Allergies

You Were Diagnosed With
**Swelling of retina   - Primary**
**Swelling of retina**
**Cystoid macular degeneration**

Problem List
**Disorder of the lens of the eye**
**Pseudophakic corneal edema**
**Cataract**
**Accumulation of fluid in the cornea of the eye**

Your Vital Signs Were

| BP | Pulse | Resp | Height | Weight | BMI |
|---|---|---|---|---|---|
| 187/86 mmHg | 74 | 20 | 1.727 m (5' 8") | 95.709 kg (211 lb) | 32.09 kg/m2 |
| SpO2 100% | Smoking Status Never Smoker | | | | |

Patient Instructions
None

General Education

# Please bring ALL of your medications (including over-the-counter/herbal medications) with you to every clinic visit.

**IF YOU ARE A SMOKER OR HAVE SMOKED IN THE LAST 12 MONTHS, WE ENCOURAGE YOU TO EXPLORE OPTIONS FOR QUITTING.   FOR ASSISTANCE, PLEASE CALL 1-800- Quit Now**

**For Pneumonia Patients:**

The pneumonia vaccine is recommended for people 65 and older and people with chronic health conditions, once in a lifetime. It should be repeated every 5-10 years if received before age 65. The flu vaccine should be given every year for people 50 and older, younger for those with chronic health conditions.

**For Heart Failure/Cardiac Patients:**
- Regular activity within your limitations is important for your health.
- Eating a low fat and low cholesterol diet with plenty of fruits and vegetables can reduce your chance of suffering a future heart attack.
- Weighing yourself daily and reporting a gain of 2-3 pounds a day and/or 5-6 pounds a week to your physician is important.
- If any of your symptoms worsen,contact your doctor or go to the nearest emergency department.

**For Stroke Patients:**
Carefully controlling and monitoring any of the risk factors listed can decrease your risk of future stroke:
- High Blood Pressure (hypertension)
- High Blood Cholesterol (hyperlipidemia)
- Diabetes
- Smoking
- Alcohol Abuse
- Drug Abuse

## MyChart Sign Up Instructions

Welcome to MYUMCNO, a secure website for patients that allows you to review your clinical information, send messages to your health care providers, renew your prescriptions, view your test results, and manage appointments.

MYUMCNO is NOT to be used for urgent needs; for medical emergencies dial 911.

To Sign Up, go to https://www.myumcno.org , click on the "Sign Up Now" link, and enter your Access Code exactly as it appears below:

S6T3F-HDFQQ-V5QKN

Expires: 3/6/2016 12:10 PM

If you have questions about MYUMCNO, feel free to ask the physicians or nurses you are seeing today, or view the FAQs on the MYUMCNO homepage, the page contains answers to commonly asked questions. For technical assistance only, email your question(s) to MyChartSupport@lsuhsc.edu

Patients who are currently prisoners cannot be activated for MyChart.

## Progress Notes

Kevin Mathieu (MR# 1001508578)

### Progress Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Brett Clark Budden, MD | Signed | Brett Clark Budden, MD | 2/3/2016 3:04 PM |

### Progress Notes

Gtts: PF BID


**A/P:**

1) Macular edema, left eye
-No h/o of DM (HgA1c of 5.9 on 1/8/2016)
- likely pseudophakic/irvine-gass CME
-OCT today poor quality but demonstrates gross edema with CMT of 774 (improved from prior of ~ 900)
-recommend STK in 2 months if no or minimal improvement

2) S/p PC/IOL left eye (6/29/15) complicated by corneal decompensation
-VA at last appt PH to 20/400--same today
-Corneal edema improved but still present
-CCT 609<--638--<--725<--739 <-- 828
-Currently taking PF BID


3) S/p PKP left eye at age of 18, unknown cause
- Graft with corneal edema post cataract surgery.
- We are monitoring closely, however will likely need PKP in future.


Return to Retina in 6 weeks, dilate and OCT Mac on arrival


**Prison Recommendations:**
**-Cont Pred Forte to QID in left eye**
**-Cont Acular QID in left eye**
**-Return to Retina Clinic in 6 weeks**

Mathieu, Kevin (MR # 1001508578)                                    Encounter Date: 03/16/2016

**Progress Notes**                                           **Kevin Mathieu (MR# 1001508578)**

**Progress Notes Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Nicholas Emile Frisard, MD | Signed | Nicholas Emile Frisard, MD | 3/16/2016 4:43 PM |

**Progress Notes**
Gtts: PF BID


**A/P:**

1) Macular edema, left eye
-No h/o of DM (HgA1c of 5.9 on 1/8/2016)
- likely pseudophakic/irvine-gass CME
-OCT 2/3/16 poor quality but demonstrates gross edema with CMT of 774 (improved from prior of ~ 900)
- Using PF and Acular QID without improvement in macular edema (CMT 761 today)
- IOP 13 (unlikely steroid responder) and ON 0.3 and healthy
- **Sub Tenon's Kenalog today**

2) S/p PC/IOL left eye (6/29/15) complicated by corneal decompensation
-VA at last appt PH to 20/400--same today
-Corneal edema improved
-CCT 761<--609<--638--<--725<-- 739 <-- 828
-Currently taking PF QID

3) S/p PKP left eye at age of 18, unknown cause
- Graft with corneal edema post cataract surgery.
- We are monitoring closely, however will likely need PKP in future.

Return to Retina in 1 week for IOP check

**Prison Recommendations:**
- **Taper Prednisolone acetate 1% eye drop TID for 1 week, BID for 1 week, every day for 1 week, then stop**
- **Taper Acular eye drop TID for 1 week, BID for 1 week, every day for 1 week, then stop**
- **Return to Retina Clinic in 1 week**

Mathieu, Kevin (MR # 1001508578) Printed by Tomeka T Bland [TBLAND] at 3/17/16 10:06 AM

Mathieu, Kevin (MR # 1001508578)                                    Encounter Date: 03/28/2016
**UMCNO EMERGENCY DEPT**
2000 Canal St
New Orleans LA 70112




| **Kevin Mathieu** | Department: **UMCNO EMERGENCY DEPT** |
|---|---|
| MRN: **1001508578** | Date of Visit: **3/28/2016** |

## Diagnoses this visit
Your diagnosis was Visual disturbance.

## You were seen by
You were seen by Heather Melissa Murphy-Lavoie, MD.

## Follow-up Information
**Follow up with UMCNO EMERGENCY DEPT.**
Specialty: Emergency Medicine
Why: As needed, If symptoms worsen
Contact information:
  2000 Canal St
  New Orleans Louisiana 70112

Additional information:
  Report to emergency room registration.

**Follow up with UMCNO VISION CENTER.**
Specialty: Ophthalmology
Why: schedule follow up in 3 weeks as previously directed
Contact information:
  2000 Canal St
  New Orleans Louisiana 70112
  504-702-5700
Additional information:
  Please report to University Medical Center New Orleans. The main patient entrances are on S. Galvez Street and Tulane Avenue. Free patient parking is available in our parking garage at 2001 Tulane Avenue. On the day of your appointment, please arrive 45 minutes early and report to the UMCNO Vision Center on the third floor of the Clinic (ACB). Swipe your valid driver's license or state-issued ID card at the kiosk on your clinic floor. When called, check in with the Patient Access Registrar.

For appointments, call 504-702-5700 Monday-Friday 7:30am-4:00pm.

## Your Medications

## Start Taking
No Medications Reported

## Continue These Medications Which Have Not Changed
**AMLODIPINE (NORVASC) 10 MG TABLET**            **Take 10 mg by mouth daily**
Order Dose:  10 mg

Mathieu, Kevin (MR # 1001508578)                                    Encounter Date: 03/28/2016

## MyChart Sign Up Instructions (continued)

### Continue These Medications Which Have Not Changed (continued)

| | |
|---|---|
| **HYDROCODONE-ACETAMINOPHEN (NORCO) 5-325 MG PER TABLET**<br>Order Dose:  1 tablet | **Take 1 tablet by mouth every 6 (six) hours as needed for Pain (may cause drowsiness and constipation).** |
| **KETOROLAC (ACULAR) 0.5 % OPHTHALMIC SOLUTION**<br>Order Dose:  1 drop | **Place 1 drop into the left eye 4 (four) times daily** |
| **LISINOPRIL (PRINIVIL,ZESTRIL) 20 MG TABLET**<br>Order Dose:  40 mg | **Take 2 tablets by mouth daily.** |
| **LOSARTAN (COZAAR) 50 MG TABLET**<br>Order Dose:  100 mg | **Take 100 mg by mouth daily** |
| **OXYCODONE-ACETAMINOPHEN (NARVOX) 10-500 MG PER TABLET**<br>Order Dose:  1 tablet | **Take 1 tablet by mouth every 4 (four) hours as needed for Pain** |
| **PREDNISOLONE ACETATE (PRED FORTE) 1 % OPHTHALMIC SUSPENSION**<br>Order Dose:  1 drop | **Place 1 drop into the left eye 4 (four) times daily** |
| **SODIUM CHLORIDE (MURO 128) 2 % OPHTHALMIC SOLUTION**<br>Order Dose:  1 drop | **Place 1 drop into the left eye every 4 (four) hours.** |

### These Medications Have Changed
No Medications Reported

### Stop Taking
No Medications Reported

### Facility Administered Medications
No Medications Reported

### Medications Administered
fluorescein ophthalmic strip 1 strip

tetracaine HCI (PF) 0.5 % ophthalmic solution 1 drop

Patient Signature: _____
Date: _____

### Discharge Instructions

### In Custody Medical Clearance

### Summary of Care and Recommendations

LSUHSC Clinic/Specialty: LSU Emergency Emergency Department

Patient: Kevin Mathieu

000806

Mathieu, Kevin (MR # 1001508578)                                    Encounter Date: 03/28/2016

**MyChart Sign Up Instructions (continued)**

DOB:  6/16/1962
MRN:  1001508578

Evaluation:
Reason for evaluation: 53 y.o. male seen for Loss of Vision


Pertinent H&P:
        Complained of pain in left eye and worsening vision.

Pertinent study results:
        .
        No results found for this or any previous visit (from the past 24 hour(s)).

**Imaging Results**
    None



Medical decision making and treatment provided:
        Seen by Opthalmology in ED, no acute change.

Impression:
1. S/p PCIOL (6/29/15) complicated by corneal decompensation and irvine-gass syndrome of left eye
- s/p sub tenon's kenalog injection 2 weeks ago
- No acute changes appreciated on exam today
- Pt not complaining of significant pain, IOP wnl, no injection or increase in cell/flare
- no evidence of infection at this time
- continue current management as per retina clinic note
- continue pred forte BID for 1 week, then taper to once daily for 1 week, then stop
- continue acular BID for 1 week, then taper to once daily for 1 week, then stop
- Pt informed and educated about above findings and plan

Return to retina clinic in 3 weeks as previously scheduled

C. Drew Salisbury
Ophthalmology, PGY2
•    268-3289.
**Problem List Items Addressed This Visit**
    None


**Visit Diagnoses**
    **Visual disturbance**  -  Primary



Recommendations to medical personnel at offender's facility:
        1. S/p PCIOL (6/29/15) complicated by corneal decompensation and irvine-gass syndrome of left eye
- s/p sub tenon's kenalog injection 2 weeks ago
- No acute changes appreciated on exam today

Mathieu, Kevin (MR # 1001508578)                                    Encounter Date: 03/28/2016

**MyChart Sign Up Instructions (continued)**
- Pt not complaining of significant pain, IOP wnl, no injection or increase in cell/flare
- no evidence of infection at this time
- continue current management as per retina clinic note
- continue pred forte BID for 1 week, then taper to once daily for 1 week, then stop
- continue acular BID for 1 week, then taper to once daily for 1 week, then stop
- Pt informed and educated about above findings and plan

Return to retina clinic in 3 weeks as previously scheduled

C. Drew Salisbury
Ophthalmology, PGY2
268-3289

        Continue current medications: No current facility-administered medications for this encounter.

Current outpatient prescriptions:
• amLODIPine (NORVASC) 10 MG tablet, Take 10 mg by mouth daily, Disp: , Rfl:
• HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet, Take 1 tablet by mouth every 6 (six) hours as needed for Pain (may cause drowsiness and constipation)., Disp: 30 tablet, Rfl: 0
• ketorolac (ACULAR) 0.5 % ophthalmic solution, Place 1 drop into the left eye 4 (four) times daily, Disp: 5 mL, Rfl: 0
• lisinopril (PRINIVIL,ZESTRIL) 20 MG tablet, Take 2 tablets by mouth daily., Disp: 30 tablet, Rfl: 0
• losartan (COZAAR) 50 MG tablet, Take 100 mg by mouth daily , Disp: , Rfl:
• oxyCODONE-acetaminophen (NARVOX) 10-500 mg per tablet, Take 1 tablet by mouth every 4 (four) hours as needed for Pain, Disp: , Rfl:
• prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension, Place 1 drop into the left eye 4 (four) times daily, Disp: 5 mL, Rfl: 0
• sodium chloride (MURO 128) 2 % ophthalmic solution, Place 1 drop into the left eye every 4 (four) hours., Disp: , Rfl:

Please dispense medications as indicated in prescriptions provided at discharge, if applicable.

Specialty follow-up needed: Retina.

Please call general appointment scheduling number at (504) 702-5700, if specialty follow up is needed call Diane Angelico at (504) 568-2611

**Your Appointments**
| | |
|---|---|
| **Apr 27, 2016  8:00 AM** | 2000 Canal St |
| Follow Up Appointment with Maria Andrea Reinoso, MD | New Orleans LA 70112 |
| UMCNO VISION CENTER (UMCNO Vision Center) | 504-702-5700 |

Please bring copies of: ---- Medical records ---- Results for labs or tests pertinent to the diagnosis you are being

Mathieu, Kevin (MR # 1001508578)                                    Encounter Date: 03/28/2016

**MyChart Sign Up Instructions (continued)**

<u>**Your Appointments (continued)**</u>

seen for  ---- A list of all your medications.

**MyChart Sign Up Instructions**

Welcome to MYUMCNO, a secure website for patients that allows you to review your clinical information, send messages to your health care providers, renew your prescriptions, view your test results, and manage appointments.

MYUMCNO is NOT to be used for urgent needs; for medical emergencies dial 911.

To Sign Up, go to https://www.myumcno.org , click on the "Sign Up Now" link, and enter your Access Code exactly as it appears below:

NCK24-J7DK4-MQPTF

Expires: 5/15/2016  4:48 PM

If you have questions about MYUMCNO, feel free to ask the physicians or nurses you are seeing today, or view the FAQs on the MYUMCNO homepage, the page contains answers to commonly asked questions. For technical assistance only, email your question(s) to MyChartSupport@lsuhsc.edu

Patients who are currently prisoners cannot be activated for MyChart.

## Progress Notes

Kevin Mathieu (MR# 1001508578)

### Progress Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Andrew Bradford Pazandak, MD | Signed | Andrew Bradford Pazandak, MD | 4/27/2016  3:13 PM |

### Progress Notes

1) Macular edema, left eye
- No h/o of DM (HgA1c of 5.9 on 1/8/2016)
- likely pseudophakic/irvine-gass CME
- baseline IOP 13
- s/p STK#1 1 month ago.
- IOP today estimated at 32 (applanation 22 horizontally, 42 vertically). Gonio open, likely represents a steroid response to STK.
- Start Cosopt BID, Brimonidine TID left eye.
- OCT Mac today shows marked improvement in CME, pt with minor increase in PH VA today.
- RTC 2-3 retina for IOP check.

2) S/p PC/IOL left eye (6/29/15) complicated by corneal decompensation
- VA today at 20/200.
- Corneal edema appears stable.

3) S/p PKP left eye at age of 18, unknown cause
- Graft with corneal edema post cataract surgery.
- May need PKP in future.

**Prison Recommendations:**
- **Start Cosopt BID OS, start brimonidine TID left eye.**
- **Return to Retina Clinic in 2-3 weeks.**

000793

Mathieu, Kevin (MR # 1001508578)                                                    Page 1 of 3



## Kevin Mathieu
**5/18/2016 8:30 AM   Office Visit**

Description: **53 year old male**
Provider: **Maria Andrea Reinoso, MD**

Dept Phone: **504-702-5700**
Center: **UMCNO Vision**
Department: **Umcno Vision Ctr**

---

## Appointment Scheduling
To schedule an appointment, call 504-702-5700.

## Follow-up Instructions
Return in about 1 month (around 6/18/2016).

## Your Updated Medication List

> **This list is accurate as of: 5/18/16  2:37 PM.**  Always use your most recent med list.

**amLODIPine 10 MG tablet**
Commonly known as: NORVASC

**brimonidine 0.2 % ophthalmic solution**
Commonly known as: ALPHAGAN
Place 1 drop into the left eye 3 (three) times daily

**dorzolamide-timolol 22.3-6.8 mg/mL ophthalmic solution**
Commonly known as: COSOPT
Place 1 drop into the left eye 2 (two) times daily

**HYDROcodone-acetaminophen 5-325 mg per tablet**
Commonly known as: NORCO
Take 1 tablet by mouth every 6 (six) hours as needed for Pain (may cause drowsiness and constipation).

**ketorolac 0.5 % ophthalmic solution**
Commonly known as: ACULAR
Place 1 drop into the left eye 4 (four) times daily

**lisinopril 20 MG tablet**
Commonly known as: PRINIVIL ZESTRIL
Take 2 tablets by mouth daily.

**losartan 50 MG tablet**
Commonly known as: COZAAR

**oxyCODONE-acetaminophen 10-500 mg per tablet**
Commonly known as: NARVOX

**prednisoLONE acetate 1 % ophthalmic suspension**
Commonly known as: PRED FORTE
Place 1 drop into the left eye 4 (four) times daily

**sodium chloride 2 % ophthalmic solution**
Commonly known as: MURO 128

Mathieu, Kevin (MR # 1001508578)                                                    Page 2 of 3

Allergies as of 5/18/2016
   No Known Allergies

You Were Diagnosed With
   **Cystoid macular degeneration   -  Primary**
   **S/P PKP (penetrating keratoplasty)**
   **Disorder of the lens of the eye**
   **Cataract of left eye**

Problem List
   **Cystoid macular degeneration**
   **Disorder of the lens of the eye**
   **Pseudophakic corneal edema**
   **Cataract**
   **Accumulation of fluid in the cornea of the eye**

Your Vital Signs Were

| BP | Pulse | Temp(Src) | Resp | Height | Weight |
|---|---|---|---|---|---|
| 166/98 mmHg | 50 | 98.3 °F (Oral) | 20 | 1.727 m (5' 8") | 95.709 kg (211 lb) |
| BMI | SpO2 | Smoking Status | | | |
| 32.09 kg/m2 | 99% | Never Smoker | | | |

Patient Instructions
   None

General Education

## Please bring ALL of your medications (including over-the-counter/herbal medications) with you to every clinic visit.

**IF YOU ARE A SMOKER OR HAVE SMOKED IN THE LAST 12 MONTHS, WE ENCOURAGE YOU TO EXPLORE OPTIONS FOR QUITTING.   FOR ASSISTANCE, PLEASE CALL 1-800- Quit Now**

**For Pneumonia Patients:**
The pneumonia vaccine is recommended for people 65 and older and people with chronic health conditions, once in a lifetime. It should be repeated every 5-10 years if received before age 65. The flu vaccine should be given every year for people 50 and older, younger for those with chronic health conditions.

**For Heart Failure/Cardiac Patients:**
- Regular activity within your limitations is important for your health.
- Eating a low fat and low cholesterol diet with plenty of fruits and vegetables can reduce your chance of suffering a future heart attack.
- Weighing yourself daily and reporting a gain of 2-3 pounds a day and/or 5-6 pounds a week to your physician is important.
- If any of your symptoms worsen,contact your doctor or go to the nearest emergency department.

**For Stroke Patients:**
Carefully controlling and monitoring any of the risk factors listed can decrease your risk of future stroke:
- High Blood Pressure (hypertension)
- High Blood Cholesterol (hyperlipidemia)
- Diabetes
- Smoking
- Alcohol Abuse
- Drug Abuse

MyChart Sign Up Instructions

   Welcome to MyLSUHealth, a secure website for patients that allows you to review your clinical information,

000789

Mathieu, Kevin (MR # 1001508578)

**MyChart Sign Up Instructions (continued)**

send messages to your health care providers, renew your prescriptions, view your test results, and manage appointments.


MyLSUHealth is NOT to be used for urgent needs; for medical emergencies dial 911.


To Sign Up, go to https://www.mylsuhealth.org , click on the "Sign Up Now" link, and enter your Access Code exactly as it appears below:


                        W744G-VZZ8W-JN8M7

Expires: 7/17/2016  2:37 PM


If you have questions about MyLSUHealth, feel free to ask the physicians or nurses you are seeing today, or view the FAQs on the MyLSUHealth homepage, the page contains answers to commonly-asked questions. For technical assistance only, email your question(s) to mychartsupport@lsuhsc.edu

Patients who are currently prisoners cannot be activated for MyChart.

## Progress Notes

**Kevin Mathieu (MR# 1001508578)**

### Progress Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Austin Michael Pharo, MD | Signed | Austin Michael Pharo, MD | 5/18/2016 2:19 PM |

### Progress Notes

1) Macular edema, left eye
- No h/o of DM (HgA1c of 5.9 on 1/8/2016)
- likely pseudophakic/irvine-gass CME
- baseline IOP 13
- s/p STK#1 3/16/16
- IOP last visit at 32 (applanation 22 horizontally, 42 vertically). Gonio open, likely represents a steroid response to STK.
- Cont Cosopt BID, Brimonidine TID left eye.
- IOP good at 14
- OCT Mac last visit shows marked improvement in CME, pt with minor increase in PH VA
- OCT today stable
- RTC 1 month retina

2) S/p PC/IOL left eye (6/29/15) complicated by corneal decompensation
- VA today at CF @ 3' PH 20/100
- Corneal edema appears stable
- Early PCO as well which may be cause of dec VA

3) S/p PKP left eye at age of 18, unknown cause
- Graft with corneal edema post cataract surgery.
- May need PKP in future, today appears clear

**Prison Recommendations:**
**- Cont Cosopt BID OS, Cont brimonidine TID left eye.**
**- Return to Retina Clinic in 1 month**

0857

# LOUISIANA STATE PENITENTIARY
## BARROW, JR. TREATMENT CENTER

mag 4

### PATIENT DATA

DATE: 10/12/16

NAME: Kevin Mathieu    DOC#: 385902    ALLERGIES: NKDA

TEMP: 97.9    PULSE: 60    RESP: 18    B/P: 165/93    HEIGHT: 68    WEIGHT: 208    AGE: 54 B/M

MEDICAL HISTORY: Apr–June 2016, Flu, HTN, Edema

(1) HTN – poor control on ABB, CCB (NaN - compliant) 128/82 (4-11-16) on tx ← 18/93 3.28.16)
failed corneal graft?

(2) glaucoma, astigmatism → (L)eye legally blind, refused retina clinic 9/14/6 (x 9 mos?)
    OD = 20/50 (8-24-16)

(3) HLD – LDL=151  chol/HDL = 239/45.6 = 5.2  trig –211 (6-8-16)  TC (< 208 @ 12-14)

(4) pre-DM  (Hgb A1c = 5.9 (1-8-16)) every FBS = all 90's?

### (ALL POSITIVE AND IMPORTANT NEGATIVE FINDINGS SHALL BE RECORDED)

| | | |
|---|---|---|
| GENERAL | ☑ NOT IN DISTRESS | ☐ ABNORMALITIES |
| SKIN | ☐ NORMAL TEXTURE | ☑ ABNORMALITIES — raised, pruritic lesions |
| EYES | ☑ PERRLA, EOMI | ☐ ABNORMALITIES   around plantar border |
| EARS | ☐ NL EAC AND NLTM | ☐ ABNORMALITIES |
| NOSE | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| THROAT | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| NECK | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| CHEST | ☐ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| HEART | ☐ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| ABDOMEN | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| RECTAL/PROSTATE | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| EXTREMITIES | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| NEUROLOGICAL | ☐ NORMAL EXAM | ☐ ABNORMALITIES |

LAST FLEX SIG/COLONOSCOPY   DATE:                RESULT: 1 FOBO x 3 (6-4-16) CBC=N
LAST PSA   DATE: 6-8-16    RESULT: 0.5
LAST EKG   DATE: 6-25-15    RESULT: 1 RBBB – mult abn's on prior EKG's

NOTES: Wants No intervention that may take him out of work release — will take meds now

≤ 81y ASA (QD)
≤ 81 PA BID) x 9y

Will try for HTN Compliance 1st – then add tx for HLD + DM II

TEST ORDERED: EKG 7 ? ,  Hgb A1c, TSH, CPK, Vit D  (12-20-16)

RETURN APPOINTMENT: X 3 mos

PHYSICIAN SIGNATURE: [signature]

10/12/16
[signature]

000772